**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Harry Lerner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHUPA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD,<br><br>Defendants. | No. 2:19-cv-09840-CAS<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF HARRY LERNER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Christina A. Snyder<br>Date:  February 24, 2020<br>Time: 10:00 a.m.<br>Courtroom #8D |

I, ADAM C. MCCALL hereby declare that:

1.     I am a member in good standing of the Bar of this Court, and an associate in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Harry Lerner ("Lerner"), and proposed Lead Counsel for the class.

2.     I make this Declaration in support of Mr. Lerner's Motion for Appointment as Lead Plaintiff, and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the

1  certification signed by Movant.

2      4.      Attached hereto as **Exhibit B** is a true and correct copy of the loss chart

3  detailing the losses sustained by Movant.

4      5.      Attached hereto as **Exhibit C** is a true and correct copy of the press

5  release announcing the filing of the above-captioned action, which was filed in this

6  Court on November 15, 2019.

7      6.      Attached hereto as **Exhibit D** is a true and correct copy of the firm

8  resume of Levi & Korsinsky, LLP.

9      I declare under the penalty of perjury of the laws of the United States of

10  America and the state of California that the foregoing is true to the best of my

11  knowledge.

12

13  Dated: January 14, 2020          */s/ Adam C. McCall*
                                       Adam C. McCall

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Adam C. McCall, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On January 14, 2020, I electronically filed the following **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF HARRY LERNER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 14, 2020.

/s/Adam C. McCall
Adam C. McCall