# Exhibit B

| Client Name | Harry Lerner |
|---|---|
| Company Name | Armstrong Flooring, Inc. |
| Ticker Symbol | AFI |
| Security Type | |
| Class Period Start | 3/6/2018 |
| Class Period End | 11/4/2019 |
| 90-DAY Lookback Period Start | 11/5/2019 |
| 90-DAY Lookback Period End | 1/14/2020 |
| 90-DAY Lookback Average | $ 04.02 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 15,644.6100 |
| *DURA LIFO* Total* | $ 15,644.61 |
| *DURA LIFO** Total* | $ 15,644.61 |
| Gross Shares Purchased | 1,500.00 |
| Net Shares Retained | 1,500.00 |
| Net Funds Expended | $ 21,885.37 |

**Harry Lerner**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 02-28-2019 | 100 | 14.5902 | $ 1,459.02 | 12-26-2019 | | 100 | $ 04.16 | | $ 416.19 | 100 | - | $ 04.02 | | $ 1,042.83 | $ 1,042.83 | $ 1,042.83 |
| 02-28-2019 | 1100 | 14.5902 | $ 16,049.22 | 12-26-2019 | | 1100 | $ 04.16 | | $ 4,576.00 | 1100 | - | $ 04.02 | | $ 11,473.22 | $ 11,473.22 | $ 11,473.22 |
| 02-28-2019 | 100 | 14.5903 | $ 1,459.03 | 12-26-2019 | | 100 | $ 04.16 | | $ 416.19 | 100 | - | $ 04.02 | | $ 1,042.84 | $ 1,042.84 | $ 1,042.84 |
| 02-28-2019 | 100 | 14.5902 | $ 1,459.02 | 12-26-2019 | | 100 | $ 04.16 | | $ 416.19 | 100 | - | $ 04.02 | | $ 1,042.83 | $ 1,042.83 | $ 1,042.83 |
| 02-28-2019 | 100 | 14.5908 | $ 1,459.08 | 12-26-2019 | | 100 | $ 04.16 | | $ 416.19 | 100 | - | $ 04.02 | | $ 1,042.89 | $ 1,042.89 | $ 1,042.89 |
| Total: | 1,500.00 | | $ 21,885.37 | | | $ 1500 | | | $ 6240.76 | 1,500.00 | | | | $ 15,644.61 | $ 15,644.61 | $ 15,644.61 |

| Client Name | Harry Lerner |
|---|---|
| Company Name | Armstrong Flooring, Inc. |
| Ticker Symbol | AFI |
| Security Type | |
| Class Period Start | 3/6/2018 |
| Class Period End | 11/4/2019 |
| 90-DAY Lookback Period Start | 11/5/2019 |
| 90-DAY Lookback Period End | 1/14/2020 |
| 90-DAY Lookback Average | $ 04.02 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 7,130.0160 |
| *DURA LIFO* Total* | $ 7,130.02 |
| *DURA LIFO** Total* | $ 7,130.02 |
| Gross Shares Purchased | 684 |
| Net Shares Retained | 684 |
| Net Funds Expended | $ 9,978.88 |

**Harry Lerner**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 02-28-2019 | 684 | 14.589 | $ 9,978.88 | 12-26-2019 | | 684 | $ 04.17 | | $ 2,848.86 | 684 | - | $ 04.02 | | $ 7,130.02 | $ 7,130.02 | $ 7,130.02 |
| Total: | 684.00 | | $ 9,978.88 | | | $ 684 | | | $ 2848.86 | 684.00 | | | | $ 7,130.02 | $ 7,130.02 | $ 7,130.02 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.