# Exhibit C





# Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of Armstrong Flooring, Inc. Investors

November 15, 2019 10:04 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Central District of California captioned *Chupa v. Armstrong Flooring, Inc., et al.*, (Case No. 2:19-cv-09840), on behalf of persons and entities that purchased or otherwise acquired Armstrong Flooring, Inc. (NYSE: AFI) ("Armstrong Flooring" or the "Company") securities between **March 6, 2018 and November 4, 2019**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

If you are a shareholder who suffered a loss, click here to participate.

On May 3, 2019, Armstrong Flooring's Chief Executive Officer abruptly resigned.

On this news, the Company's stock price fell $1.75, nearly 12%, to close at $13.14 per share on May 3, 2019, thereby injuring investors.

Then, on November 5, 2019, before the market opened, Armstrong Flooring reported $165.6 million net sales for third quarter 2019, a nearly 21% decline year-over-year, and a net loss of $31.4 million. The Company also cut its full year 2019 guidance for adjusted EBITDA to a range of $20 million to $25 million, from prior guidance range of $46 million to $54 million, citing "larger distributor movements on inventory" than anticipated.

On this news, the Company's stock price fell $2.90 per share, or nearly 44%, to close at $3.70 per share on November 5, 2019, thereby injuring investors further.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the Company had engaged in channel stuffing to artificially boost sales; (2) that the Company's internal control over inventory levels was not effective; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/GPM_LLP.

If you purchased Armstrong Flooring securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
Glancy Prongay and Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
www.glancylaw.com
shareholders@glancylaw.com

#Hashtags

#INVESTORS    #CLASSACTION    #FRAUD

$Cashtags

$AFI

/