Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Counsel for Lead Plaintiff*
*Movant David Swee*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD, <br><br> Defendants. | Case No. 2:19-cv-09840-CAS-MRW <br><br> **NOTICE OF MOTION AND MOTION OF DAVID SWEE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> Date:  February 24, 2020 <br> Time:   10:00 a.m. <br> Crtrm.:  8D <br><br> The Hon. Christina A. Snyder |

MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, February 24, 2020, at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Christina A. Snyder, in Courtroom 8D, 350 W. First Street, Los Angeles, CA, 90012, Lead Plaintiff Movant David Swee ("Movant") will move this Court for entry of an Order: (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movant as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired the securities of Armstrong Flooring, Inc. between March 6, 2018 and November 4, 2019, inclusive ("Class Period"); (ii) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant have no way of

knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movant have been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to §78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Movant as lead plaintiffs. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  January 14, 2020          GLANCY PRONGAY & MURRAY LLP

By:   *s/ Charles H. Linehan*
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant David Sweefor and Proposed Lead Counsel for the Class*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 14, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan