# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD,<br><br>            Defendants. | Case No. 2:19-cv-09840-CAS-MRW<br><br>**[PROPOSED] ORDER** |

Having considered the motion of David Swee for appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints David Swee as Lead Plaintiff; and

3.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2020

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE