# EXHIBIT C

## Loss Chart

**Company Name:** Armstrong Flooring, Inc.
**Ticker:** AFI
**Class Period:** March 6, 2018 to November 4, 2019
**Name:** David Swee

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/8/2019 | 200 | $12.0100 | -$2,402.0000 | | $0.0000 | -$2,402.00 |
| 6/24/2019 | 200 | $10.0100 | -$2,002.0000 | | $0.0000 | -$2,002.00 |
| 8/1/2019 | 100 | $8.1500 | -$815.0000 | | $0.0000 | -$815.00 |
| 10/2/2019 | 100 | $6.0100 | -$601.0000 | | $0.0000 | -$601.00 |
| 10/2/2019 | 400 | $6.0100 | -$2,404.0000 | | $0.0000 | -$2,404.00 |

**Shares Retained:** 1,000

| | | | | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|---|---|---|

**Subtotal:** -$8,224.00

| | 90-Day Average Price | Shares Retained | 90-Day Average: | $4,019.57 |
|---|---|---|---|---|
| | $4.0196 | 1,000 | **Total:** | **-$4,204.43** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between November 5, 2019 and January 13, 2020.