Melissa A. Fortunato (Bar No. 319767)
Marion C. Passmore (Bar No. 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Tel.: (213) 330-3359
Fax: (212) 214-0506
Email: fortunato@bespc.com
　　　　passmore@bespc.com

*Proposed Liaison Counsel for the Proposed Class*

(*Additional Counsel on signature page*)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> ARMSTRONG FLOORING, INC., MICHAEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD <br><br> Defendants | Case No.: 2:19-cv-09840-CAS <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND MOTION OF RANDY MARKER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br><br> Judge: Hon. Christina A. Snyder <br> Hearing Date: February 24, 2020 <br> Time: 10:00 AM <br> Courtroom: Courtroom 8D- 8th Floor |

NOT. OF MTN. AND MTN. OF RANDY MARKER FOR APPT. AS LEAD PLAINTIFF &
APPROVAL OF COUNSEL--2:19-cv-09840-CAS
0

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on Monday, February 24, 2020 at 10:00 a.m. before the Honorable Christina A. Snyder in the First Street Courthouse, Courtroom 8D-8th Floor 350 W. First Street, Los Angeles, CA 90012, Randy Marker, will, and hereby does move this Court for an order granting his Motion:

(a) appointing Mr. Marker as Lead Plaintiff; and

(b) approving Mr. Marker's selection of Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel and Bragar Eagel & Squire, P.C. ("Bragar Eagel & Squire") as Liaison Counsel for the proposed Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that:

(1) Mr. Marker should be appointed as Lead Plaintiff for the class of shareholders that purchased or otherwise acquired Armstrong Flooring, Inc. ("Armstrong" or the "Company") securities between March 6, 2018, and November 4, 2019, inclusive (the "Class Period"), as Mr. Marker has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and

(2) Mr. Marker's selection of Bernstein Liebhard as Lead Counsel and Bragar Eagel & Squire as Liaison Counsel should be approved as the firms are well qualified and have extensive experience in cases of this type.

This motion is supported by the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Melissa A. Fortunato, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: January 14, 2020

Respectfully submitted,

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (Bar No. 319767)
Marion C. Passmore (Bar No. 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Tel.: (213) 330-3359
Fax: (212) 214-0506
Email:  fortunato@bespc.com
            passmore@bespc.com

*Counsel for Randy Marker and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein (*pro hac vice* to be filed)
Laurence J. Hasson (*pro hac vice* to be filed)
Matthew E. Guarnero (*pro hac vice* to be filed)
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email:  bernstein@bernlieb.com
            lhasson@bernlieb.com
            mguarnero@bernlieb.com

*Counsel for Randy Marker and Proposed Lead Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 14th day of January, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato