Melissa A. Fortunato (Bar No. 319767)
Marion C. Passmore (Bar No. 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Tel.: (213) 330-3359
Fax: (212) 214-0506
Email: fortunato@bespc.com
          passmore@bespc.com
*Proposed Liaison Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARMSTRONG FLOORING, INC., MICHAEL VERMETTE, DONALD MAIER,  LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD<br><br>          Defendants. | Case No.:  2:19-cv-09840-CAS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF RANDY MARKER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Judge:   Hon. Christina A. Snyder<br>Hearing Date: February 24, 2020<br>Time: 10:00 AM<br>Courtroom:  Courtroom 8D- 8th Floor |

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF RANDY MARKER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL --2:19-cv-09840-CAS

0

I, Melissa A. Fortunato, hereby declare under penalty of perjury that:

1. I am a Partner at Bragar Eagel & Squire, P.C. I make this Declaration in Support of Randy Marker's Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Randy Marker's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: Randy Marker's Loss Chart;

Exhibit D: Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E: Firm Résumé of Bragar Eagel & Squire, P.C.

Executed: January 14, 2020        /s/*Melissa A. Fortunato*
Melissa A. Fortunato