Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for David Swee*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD, <br><br> Defendants. | Case No. 2:19-cv-09840-CAS-MRW <br><br> **RESPONSE OF DAVID SWEE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

RESPONSE OF DAVID SWEE TO COMPETING MOTIONS

On January 14, 2020, David Swee timely filed a motion for appointment as lead plaintiff and approval of his selection of counsel. Dkt. No. 12. Two similar motions were filed by other putative class members in this action. *See* Dkt. Nos. 8, 15.

The Private Securities Litigation Reform Act of 1995 (the "PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). It appears that Mr. Swee does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. As such, Mr. Swee is not the presumptively most adequate plaintiff.

If the Court, however, determines that the lead plaintiff movants with losses larger than Mr. Swee's are incapable or inadequate to represent the class in this litigation, Mr. Swee remains willing and able to serve as lead plaintiff or as class representative. As outlined in his opening memorandum, Mr. Swee would be an adequate and typical Class representative as required by Rule 23 of the Federal Rules of Civil Procedure, and Mr. Swee has a substantial financial interest in this litigation.

DATED:  February 3, 2020          GLANCY PRONGAY & MURRAY LLP

By:  *s/ Charles H. Linehan*
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for David Swee*

RESPONSE OF DAVID SWEE TO COMPETING MOTIONS

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On February 3, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 3, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan