**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Movant Harry Lerner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHUPA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD, <br><br> Defendants. | No. 2:19-cv-09840-CAS <br><br> **DECLARATION OF ADAM M. APTON** <br><br> Judge: Christina A. Snyder <br> Date:  February 24, 2020 <br> Time: 10:00 a.m. <br> Courtroom #8D |

I, ADAM M. APTON, hereby declare pursuant to 28 U.S.C. § 1746:

1.     I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Harry Lerner ("Lerner"), and proposed Lead Counsel for the class.

2.     I respectfully submit this Declaration in support of Mr. Lerner's Memorandum of Points and Authroties in Opposition to Comepting Motions for Appointment as Lead Plaintff. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the

news article published in the Orlando Sentinel entited "Robbery's Cash Jams I-75".

4. Attached hereto as **Exhibit B** is a true and correct copy of the Report and Reccomendation filed in *U.S.A. v. Randy Dale Marker,* Case No. 1:01-cr-00013-MP-AK (N.D. Fl. Apr. 6, 2007) (Dkt. 61).

5. Attached hereto as **Exhibit C** is a true and correct copy of the Application for Incorporation of Parent's Nite Out filed with Florida's Secretary of State.

6. Attached hereto as **Exhibit D** is a true and correct copy of the demand letter sent to Mr. Marker's Counsel, dated January 24, 2020.

7. Attached hereto as **Exhibit E** is a true and correct copy of Mr. Marker's Counsel's response to our demand letter, dated January 28, 2020.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: February 3, 2020                    */s/ Adam M. Apton*
                                            Adam M. Apton

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On February 3, 2020, I electronically filed the following **DECLARATION OF ADAM M. APTON** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 3, 2020.

_/s/Adam M. Apton_
Adam M. Apton