# EXHIBIT A

# ROBBERY'S CASH JAMS I-75

THE ORLANDO SENTINEL

MARCH 31, 2001

**O**CALA -- A man being chased after a bank robbery tossed cash out the window for five miles along Interstate 75, causing a long traffic jam as other drivers stopped to scoop up the cash, Florida Highway Patrol officers said Friday. Randy Dale Marker, 29, of Orlando walked into First Union Bank in Gainesville, put what he claimed was a bomb on the counter and demanded money, authorities said. After taking an undisclosed amount of cash, he drove his truck down I-75 toward Ocala. As an Alachua County deputy gave chase, the man started throwing money out the window and continued for about five miles, before losing control of the truck and rolling it several times in the median, reports said. Marker was arrested and taken to Ocala Regional Medical Center, where he was listed in stable condition.

Copyright © 2020, Orlando Sentinel