# EXHIBIT C

**T000000000080**

_____
(Requester's name)

**FILED**

00 JAN 21 PM 2: 47

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

_____
Address

_____
City/State/Zip        Phone #

Office Use Only

**CORPORATION NAME(S) & DOCUMENT NUMBER(S), (if known):**

300031068757
-01/21/00--01098--002
****87.50   ****87.50

1. _Parents Nite Out (42)_
   (Corporation Name)          (Document #)

-U)

2. _____
   (Corporation Name)          (Document #)

3. _____
   (Corporation Name)          (Document #)

T-80

4. _____
   (Corporation Name)          (Document #)

☐ Walk in     ☐ Pick up time    ④   ☐ Certified Copy
☐ Mail out    ☐ Will wait    ☑ Photocopy    ☐ Certificate of Status

| **NEW FILINGS** | **AMENDMENTS** | | |
|---|---|---|---|
| ☐ Profit | ☐ Amendment | | |
| ☐ Not for Profit | ☐ Resignation of R.A., Officer/Director | Name Availability | ᴺᴾ |
| ☐ Limited Liability | ☐ Change of Registered Agent | | |
| ☐ Domestication | ☐ Dissolution/Withdrawal | Document Examiner | NJC |
| ☐ Other | ☐ Merger | | |
| | | Updater | NJC |
| **OTHER FILINGS** | **REGISTRATION/QUALIFICATION** | Updater Verifyer | NJC |
| ☐ Annual Report | ☐ Foreign | Acknowledgement | NJC |
| ☐ Fictitious Name | ☐ Limited Partnership | | |
| | ☐ Reinstatement | W. P. Verifyer | NJC |
| | ☐ Trademark | | |
| | ☐ Other | | |

**Examiner's Initials**

CR2E031(7/97)

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
PURSUANT TO CHAPTER 495, FLORIDA STATUTES

**TO:**   **Division of Corporations**
**Post Office Box 6327**
**Tallahassee, FL  32314**

Name & address to whom acknowledgment should be sent:

Randy Marker

8158 Robalo Drive

Orlando FL 32825

(407) 207-3059
Daytime Telephone number

## PART I

1. (a) Applicant's name: _Parents Nite Out, Inc._

   (b) Applicant's business address: _1343 Florida Mall Ave_

   _Orlando FL 32809_
   City/State/Zip

   (c) Applicant's telephone number: (407) 240-8040

   ☐ Individual          ☑ Corporation          ☐ Joint Venture          ☐ Other: _____

   ☐ General Partnership          ☐ Limited Partnership          ☐ Union

   · If other than an individual,

   (1) Florida registration number: _P99000070285_ ✓   (2) Domicile State: _Florida_

   · (3) Federal Employer Identification Number: _59-3589282_

2. (a) If the mark to be registered is a service mark, the services in connection with which the mark is used:
   (i.e., furniture moving services, diaper services, house painting services, etc.)

   _Night Child Care Service_

   _____

   (b) If the mark to be registered is a trademark, the goods in connection with which the mark is used:
   (i.e., ladies sportswear, cat food, barbecue grills, shoe laces, etc.)

   _____

   _____

   (c) The mode or manner in which the mark is used: (i.e., labels, decals, newspaper advertisements, brochures, etc.)

   _Newspaper, brochures, phone book ads, fliers_

   _____

(Continued)

d) The class(es) in which goods or services fall:

_42 child care_

## PART II

1. Date first used by the applicant, predecessor, or a related company (must include month, day and year):

(a) Date first used anywhere: _9 - 10 - 99_   (b) Date first used in Florida: _9 - 10 - 99_

## PART III

1. The mark to be registered is: (If logo/design is included, please give brief written description which must be 25 words or less.) _The font is "Chaucer" with a royal blue background with a yellow glow around words. "Parents Nite Out"_

English Translation_____

2. DISCLAIMER (if applicable)
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM " _Parents_ _____ " APART FROM THE MARK AS SHOWN.

I, _Randy Marker_ , being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and no other person except a related company has the right to use such mark in Florida either in the identical form or in such near resemblance as to be likely to deceive or confuse or to be mistaken therefor. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct

_Parents Nite Out, Inc._
Typed or printed name of applicant

_Randy Mark_        _President_
Applicant's signature or authorized person's signature
(List name and title)

STATE OF _Florida_

COUNTY OF _Orange_

On this _18TH_ day of _January_ , 20 _00_ , _Randy D Marker_ personally appeared before me,

☐ who is personally known to me   ☒ whose identity I proved on the basis of _Florida_

_Drivers License_

(Seal)

_____
Notary Public Signature

_Mary L. Anthony_
Notary's Printed Name

My Commission Expires: _6/21/2003_

MARY L. ANTHONY
MY COMMISSION # CC 848073
EXPIRES: June 21, 2003
Bonded Thru Notary Public Underwriters

FEE: $87.50 per class



A Supervised Evening Child Care Facility

- Open Late Hours
- Safe and Secure Environment
- Reasonable Hourly Rates

**Randy Marker**
**Senior Coordinator**

1343 Florida Mall Ave.
Orlando, FL 32809
(407) 240-8040