# EXHIBIT E

**BERNSTEIN LIEBHARD LLP**
ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

January 28, 2020

<u>**VIA ELECTRONIC MAIL**</u>

Adam M. Apton
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Email: aapton@zlk.com

> Re:    *Chupa v. Armstrong Flooring, Inc., et al.*,
>          **No. 2:19-cv-09840-CAS**

Dear Adam,

We are in receipt of your letter dated January 24, 2020. As you know, Mr. Marker made a motion for appointment as lead plaintiff in the above-referenced action on January 14, 2020.  He has the largest financial interest in this action, he has made a *prima facie* showing of his adequacy and typicality, and he is therefore entitled to the PSLRA's strong presumption of being appointed lead plaintiff.  In short, yes, Mr. Marker intends to continue to pursue his motion.

Your demand letter, which sets an ugly stage for your efforts to rebut the strong presumption in favor of appointing Mr. Marker, merely sensationalizes a twenty-year-old conviction that Mr. Marker disclosed on the very first page of his moving papers.  Mr. Marker committed a crime twenty years ago, paid his debts, was reformed, and has become a contributing member of society.  We told you this; your letter adds nothing more than sensationalism and speculative and ad hominem attacks.

The foregoing is not an excuse for you to take abusive discovery into Mr. Marker, and there is plenty of law supporting that an old conviction does not bear on a movant's adequacy for being appointed lead plaintiff.  Accordingly, we reject your demand and recommend that you reconsider your position.

Sincerely,

Laurence Hasson

Cc:    Casey Sadler
          Charles Linehan