**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Movant Harry Lerner*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHUPA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD,<br><br>Defendants. | No. 2:19-cv-09840-CAS<br><br>**DECLARATION OF HARRY LERNER**<br><br><br>Judge: Christina A. Snyder<br>Date:  February 24, 2020<br>Time: 10:00 a.m.<br>Courtroom #8D |

I, Harry Lerner, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in further support of my motion for appointment as Lead Plaintiff. I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I currently reside in Minneapolis, Minnesota, and I am Chairman of the Board of Lerner Publishing Group, an educational book publisher I founded in 1959.

3. I have been investing in securities for more than fifty-five years and make all of my own investment decisions.

4. I have a Bachelor's Degree from the University of Minnesota.

5. As set forth in the documents filed with my motion, during the Class Period, I personally purchased 2,184 shares of Armstrong and retained all shares through November 5, 2019, when the share price dropped significantly due to the allegations in the Action and suffered substantial recoverable losses as result. I am motivated to serve as lead plaintiff in the Action to recover those losses and the losses suffered by all other Class members.

6. Based on the foregoing, I am a sophisticated individual investor and am both capable and qualified to litigate the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class, I seek to represent.

7. Prior to seeking appointment as lead plaintiff in the Actions, I spoke via phone and email with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation and that I would owe fiduciary duties to the Class to act in its best interest.

8. After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with Levi & Korsinsky, LLP and authorized the firm to file a lead plaintiff motion on my behalf.

9. As demonstrated by this Declaration, I have, and will, stay informed of the developments in the lead plaintiff process and remain committed to seeing the Action litigated to a resolution.

10. After Levi & Korsinsky, LLP filed a lead plaintiff motion on my behalf, we discussed the developments, respective movants for lead plaintiff, and various losses of each movant. I was informed that there was one other shareholder that moved for lead plaintiff that had slightly larger losses than myself, Randy Marker. I understand that Mr. Marker was convicted for bank robbery and served time in prison as a result.

11. The details relating to Mr. Marker's crime raise serious questions concerning his judgment, morality, and overall ability to serve as a representative of the class in this Action. For these reasons, I am not comfortable with the idea of entrusting the position of lead plaintiff to Mr. Marker.

12. In addition, I understand that Mr. Marker has only two years of investing experience, which also tends to undermine his claim that he will be able to effectively supervise counsel and/or understand the complexities of this matter.

13. In light of the foregoing, I instructed Levi & Korsinsky, LLP to file an opposition to the competing motions on my behalf.

14. I hereby reaffirm my commitment to satisfying the fiduciary obligations I will owe to the Class if appointed as lead plaintiff, including conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed: *[signature: Harry Lerner]*

Name: Harry Lerner

Date: 02/03/2020