Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Charles H. Linehan (#307439)
Pavithra Rajesh (#323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email:      info@glancylaw.com

*Counsel for Lead Plaintiff Movant David Swee and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD,<br><br>Defendants. | Case No. 2:19-cv-09840-CAS-MRW<br><br>**MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF DAVID SWEE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

MEMORANDUM OF LAW

Lead Plaintiff Movant David Swee ("Movant") respectfully submits this memorandum of law in further support of his motion for appointment as Lead Plaintiff.

Before the Court are three movants for lead plaintiff: David Swee (Dkt. No. 12); Harry Lerner (Dkt. No. 8); and Randy Marker (Dkt. No. 15). Counsel for Lerner and Marker are currently engaged in a mudslinging contest regarding Marker's criminal history. While Swee is likewise concerned that Marker's criminal conviction for robbing a bank with a bomb will certainly become a centerpiece of the litigation (as it already has), Movant also believes that Lerner's requests for all of Marker's "mental, psychological, and/or psychiatric treatment" records for the past twenty years is troubling. *See* Dkt. No. 24-4 at 2. While Movant chooses not to wade into the muck of this dispute, Swee is concerned that the present direction this litigation is heading is not in the best interest of the class and this sideshow is simply distracting from the most important issue – advancing the class's claims.

Movant Swee has a substantial interest in the outcome of this litigation and is not subject to any unique defenses. Movant and his counsel are both adequate to represent the class and willing to do so. Moreover, unlike counsel for the two mudslinging movants, Glancy Prongay & Murray LLP is headquartered and actually maintains an office with more than two dozen attorneys in this District.

DATED:  Feburary 10, 2020          **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Charles H. Linehan*
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant David Swee
and Proposed Lead Counsel for the Class*

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 10, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan