Melissa A. Fortunato (Bar No. 319767)
Marion C. Passmore (Bar No. 228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
601 S. Figueroa Street, Suite 4050
Los Angeles, California 90117
Tel.: (213) 330-3359
Fax: (212) 214-0506
Email:     fortunato@bespc.com
               passmore@bespc.com

*Counsel for Randy Marker*

(*Additional Counsel on signature page*)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>  vs.<br><br>ARMSTRONG FLOORING, INC., MICHAEL VERMETTE, DONALD MAIER,  LARRY McWILLIAMS, DOUGLAS BINGHAM, and RONALD FORD,<br><br>   Defendants. | Case No.:  2:19-cv-09840-CAS(MRWx)<br><br>**CLASS ACTION**<br><br>**ORDER TO CONTINUE LEAD PLAINTIFF MOTION HEARING**<br><br>Judge:   Hon. Christina A. Snyder<br>Current Hearing Date: February 24, 2020<br>Current Hearing Time: 10:00 AM<br><br>New Hearing Date: March 2, 2020<br>New Hearing Time: 10:00 AM<br><br>Courtroom: Courtroom 8D- 8th Floor |

Movants Randy Marker, Harry Lerner, and David Swee, by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Randy Marker, Harry Lerner, and David Swee each filed separate Motions For Appointment as Lead Plaintiff and Appointment of Counsel on January 27, 2020 (the "Motions");

0

WHEREAS, each Motion was noticed for February 24, 2020;

WHEREAS, counsel for Movant Randy Marker has a conflict on February 24, 2020;

WHEREAS, counsel for all movants have agreed, subject to the Court's approval, to continue the hearing on the Motions to a date when all parties are available.

NOW THEREFORE, the parties agree as follows:

1.   The hearing on the Motions currently set for February 24, 2020, at 10:00 AM in Courtroom 8D, 8th floor, is continued to March 2, 2020 at 10:00 AM in Courtroom 8D, 8th floor.

IT IS SO ORDERED.

Dated: February 14, 2020

HON. CHRISTINA A. SNYDER