

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, | ) ) ) |
|  | ) CASE NO.: 2:19-cv-09840 CAS (MRWx) |
| Plaintiff, | ) ) |
| v. | ) **[PROPOSED] ORDER** |
| | ) **GRANTING MOTION TO DISMISS** |
| ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD, | ) ) ) ) ) |
| | ) |
| Defendants. | ) ) |
| | ) |

The Court, having considered the Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion"), filed by Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams and Dominic Rice, and all papers filed in support thereof and in opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the Motion. The Amended Complaint is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated: _____, 2020.

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER