PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

ROBERT A. FUMERTON (*pro hac vice*)
robert.fumerton@skadden.com
CHRISTOPHER R. FREDMONSKI (*pro hac vice*)
christopher.fredmonski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:   (212) 735-2000

Attorneys for Defendants Armstrong Flooring, Inc.,
Michel Vermette, Larry McWilliams and Dominic Rice

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD, <br><br> Defendants. | CASE NO.: 2:19-cv-09840 CAS (MRWx) <br><br> **DECLARATION OF ZACHARY M. FAIGEN IN SUPPORT OF REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE** <br><br> The Honorable Christina A. Snyder <br><br> Hearing Date:   December 7, 2020 <br> Hearing Time:   10:00 a.m. <br> Courtroom:   8D |

## DECLARATION OF ZACHARY M. FAIGEN

1. I am an associate at Skadden, Arps, Slate, Meagher & Flom LLP and one of the attorneys for Defendants Armstrong Flooring, Inc. ("Armstrong" or the "Company"), Michel Vermette, Larry McWilliams, and Dominic Rice (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of Defendants' Request for Incorporation by Reference and Judicial Notice.

2. Exhibit 1 to this Declaration is a true and correct copy of excerpts of the Form 10-K filed by Armstrong with the Securities & Exchange Commission ("SEC") on March 6, 2018. This document is publicly available.

3. Exhibit 2 to this Declaration is a true and correct copy of a transcript of Armstrong's 2018 first quarter earnings call held on May 8, 2018. This document is publicly available.

4. Exhibit 3 to this Declaration is a true and correct copy of a transcript of Armstrong's 2018 second quarter earnings call held on August 7, 2018. This document is publicly available.

5. Exhibit 4 to this Declaration is a true and correct copy of excerpts of the Form 10-Q filed by Armstrong with the SEC on November 6, 2018. This document is publicly available.

6. Exhibit 5 to this Declaration is a true and correct copy of a transcript of Armstrong's 2018 third quarter earnings call held on November 6, 2018. This document is publicly available.

7. Exhibit 6 to this Declaration is a true and correct copy of Exhibit 99.1 to the Form 8-K filed by Armstrong with the SEC on March 5, 2019. This document is publicly available.

8. Exhibit 7 to this Declaration is a true and correct copy of excerpts of the Form 10-K filed by Armstrong with the SEC on March 5, 2019. This document is publicly available.

2

9. Exhibit 8 to this Declaration is a true and correct copy of a transcript of Armstrong's 2018 fourth quarter and full year earnings call held on March 5, 2019. This document is publicly available.

10. Exhibit 9 to this Declaration is a true and correct copy of Exhibit 99.1 to the Form 8-K filed by Armstrong with the SEC on August 6, 2019. This document is publicly available.

11. Exhibit 10 to this Declaration is a true and correct copy of a transcript of Armstrong's 2019 second quarter earnings call held on August 6, 2019. This document is publicly available.

12. Exhibit 11 to this Declaration is a true and correct copy of Exhibit 99.1 to the Form 8-K filed by Armstrong with the SEC on March 3, 2020. This document is publicly available.

13. Exhibit 12 to this Declaration is a true and correct copy of a transcript of Armstrong's 2019 fourth quarter and full year earnings call held on March 3, 2020. This document is publicly available.

14. Exhibit 13 to this Declaration is a true and correct copy of excerpts of Armstrong's 2019 proxy statement, filed with the SEC on Schedule 14A, on April 24, 2019. This document is publicly available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this day on August 17, 2020, in Los Angeles, California.

*/s/ Zachary M. Faigen*
Zachary M. Faigen

3

# Exhibit 1

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549
# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2017

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission File Number 001-37589

# ARMSTRONG FLOORING, INC.

(Exact name of Registrant as specified in its charter)

| **Delaware** | **47-4303305** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer Identification number) |

**2500 Columbia Avenue, PO Box 3025, Lancaster, Pennsylvania 17604**
(Address of principal executive offices)

**(717) 672-9611**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of exchange on which registered** |
|---|---|
| Common Stock, $0.0001 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that registrant was required to submit and post such files.) Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☑ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| (Do not check if a smaller reporting company) | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

The aggregate market value of the Common Stock of Armstrong Flooring, Inc. held by non-affiliates based on the closing price ( $17.97 per share) on the New York Stock Exchange (trading symbol AFI) as of June 30, 2017 was approximately $404.5 million . As of February 27, 2018 the number of shares outstanding of the registrant's Common Stock was 25,751,202 .

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain sections of Armstrong Flooring, Inc.'s definitive Proxy Statement for use in connection with its 2018 annual meeting of stockholders, to be filed no later than April 30, 2018 (120 days after the last day of our 2017 fiscal year), are incorporated by reference into Part III of this Form 10-K Report where indicated.

Exhibit 1

Page 5

**CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS**

Certain statements in this Annual Report on Form 10-K ("Form 10-K") and the documents incorporated by reference may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Those forward-looking statements are subject to various risks and uncertainties and include all statements that are not historical statements of fact and those regarding our intent, belief or expectations, including, but not limited to, our expectations concerning our commercial and residential markets and their effect on our operating results, and our ability to increase revenues, earnings and EBITDA (as defined below). Words such as "anticipate," "expect," "intend," "plan," "target," "project," "predict," "believe," "may," "will," "would," "could," "should," "seek," "estimate" and similar expressions are intended to identify such forward-looking statements. These statements are based on management's current expectations and beliefs and are subject to a number of factors that could lead to actual results materially different from those described in the forward-looking statements. Although we believe that the assumptions underlying the forward-looking statements are reasonable, we can give no assurance that our expectations will be attained. Factors that could have a material adverse effect on our financial condition, liquidity, results of operations or future prospects or which could cause actual results to differ materially from our expectations include, but are not limited to:

- global economic conditions;
- competition;
- availability and costs of raw materials and energy;
- key customers;
- construction activity;
- costs savings and productivity initiatives;
- strategic transactions;
- information systems;
- intellectual property rights;
- international operations;
- labor;
- claims and litigation;
- liquidity;
- debt;
- debt covenants;
- personnel;
- outsourcing;
- environmental and regulatory matters; and
- other risks detailed from time to time in our filings with the Securities and Exchange Commission ("SEC"), press releases and other communications, including those set forth under "Risk Factors" included elsewhere in this Form 10-K and in the documents incorporated by reference.

Such forward-looking statements speak only as of the date they are made. We expressly disclaim any obligation to release publicly any updates or revisions to any forward-looking statements to reflect any change in our expectations with regard thereto or change in events, conditions or circumstances on which any statement is based.

1

Exhibit 1
Page 6

**PART I**

**Item 1. Business**

Armstrong Flooring, Inc. ("AFI" or the "Company") is a Delaware corporation incorporated in 2015. When we refer to "AFI," "the Company," "we," "our," and "us" in this report, we are referring to Armstrong Flooring, Inc. and its consolidated subsidiaries.

We are a leading global producer of flooring products for use primarily in the construction and renovation of commercial, residential and institutional buildings. We design, manufacture, source and sell resilient and wood flooring products primarily in North America and the Pacific Rim.

On April 1, 2016, we became an independent company as a result of the separation by Armstrong World Industries, Inc. ("AWI"), a Pennsylvania corporation, of its Resilient Flooring and Wood Flooring segments from its Building Products segment (the "Separation"). The Separation was effected by allocating the assets and liabilities related primarily to the Resilient Flooring and Wood Flooring segments to AFI and then distributing the common stock of AFI to AWI's shareholders (the "Distribution"). The Separation and Distribution (together, the "Spin-off") resulted in AFI and AWI becoming two independent, publicly traded companies, with AFI owning and operating the Resilient Flooring and Wood Flooring segments and AWI continuing to own and operate a ceilings business.

**Reportable Segments**

We operate two business segments—Resilient Flooring and Wood Flooring.

*Resilient Flooring* — Our Resilient Flooring segment designs, manufactures, sources and sells a broad range of floor coverings primarily for homes and commercial buildings under various brands, including the Armstrong brand. Manufactured products in this segment include luxury vinyl tile ("LVT"), vinyl sheet, and vinyl tile flooring. In addition, our Resilient Flooring segment sources and sells LVT products, vinyl sheet products, and laminate products, as well as installation and maintenance materials and accessories. Resilient Flooring products are offered in a wide variety of designs, colors and installation options. We sell these products to independent wholesale flooring distributors, large home centers, retailers, flooring contractors and to the manufactured homes industry, and through secured specifications for these products through architects, designers and end-users. When market conditions and available capacity warrant, we also provide products on an original equipment manufacturer ("OEM") basis to other flooring companies.

*Wood Flooring* — Our Wood Flooring segment designs, manufactures, sources and sells branded hardwood flooring products, including the Armstrong and Bruce brands, for use in residential construction and renovation, with some commercial applications in stores, restaurants and high-end offices. The product offering includes pre-finished solid and engineered wood floors in various wood species and dimensions, as well as related accessories. Our Wood Flooring products are generally sold to independent wholesale flooring distributors, large home centers, retailers and flooring contractors, and through secured specifications with regional and national builders. When market conditions and available capacity warrant, we also provide products on an OEM basis to other flooring companies.

See Note 3 to the Consolidated Financial Statements   and Management's Discussion and Analysis of Financial Condition and Results of Operations in this Form 10-K for financial information on our segments.

**Products and Markets**

We hold leadership or significant market share positions in the product categories and markets in which we operate. We compete in the resilient and wood flooring product categories in North America and the Pacific Rim. The majority of our sales are in North America, where we serve both commercial and residential markets. In the Pacific Rim, we are principally focused on commercial markets. Virtually all of our Wood Flooring segment sales are in North America, as these products predominantly serve the residential market.

2

Exhibit 1

Page 7

The major markets in which we compete are:

*North American Commercial* — Our products, primarily resilient flooring, are used in commercial and institutional buildings. Our revenue opportunities come from new construction as well as renovation of existing buildings. Industry analysts estimate that renovation work represents the majority of the total North American commercial market opportunity. Most of our revenue comes from four major segments of commercial building: education, healthcare, retail and office. We monitor U.S. construction starts and follow project activity. Our revenue from new construction can lag behind construction starts by as much as twenty-four months given that the installation of flooring typically occurs later in the construction process. We also monitor office vacancy rates, architectural activity, gross domestic product ("GDP") and general employment levels, which can indicate movement in renovation and new construction opportunities. We believe that these statistics, taking into account the time-lag effect, provide a reasonable indication of our future revenue opportunity from commercial renovation and new construction. We also believe that consumer preferences for product type, style, color, availability and affordability also significantly affect our revenue.

*North American Residential* — Our Resilient Flooring and Wood Flooring segments sell products for use in single and multi-family housing. Homeowners, contractors, builders, and property management firms can choose from our innovative resilient and wood flooring products. We compete directly with other domestic and international suppliers of these products. Our flooring products also compete with carpet, stone and ceramic products, which we do not offer.

Our products are used in new home construction and existing home renovation work. Industry analysts estimate that existing home renovation (also known as replacement/remodel) work represents a majority of the total North American residential market opportunity. We monitor key U.S. statistics including existing home sales (a key indicator for renovation opportunity), housing starts, housing completions, home prices, interest rates and consumer confidence. We believe there is some longer-term correlation between these statistics and our revenue after reflecting a lag period of several months between a change in these indicators and our operating results. However, we believe that consumers' preferences for product type, style, color, availability and affordability also significantly affect our revenue. Further, changes in inventory levels and/or product focus at national home centers and independent wholesale flooring distributors can significantly affect our revenue.

*Outside of North America* — We also serve commercial markets in the Pacific Rim region with over 80% of the sales in this region coming from China and Australia. The commercial segments we serve are similar to the North American market (education, retail, office and healthcare). However there is a higher penetration of resilient flooring in the hospitality (retail) and office segments in China than we see in North America. For the countries where we have significant revenue, we monitor various national statistics (such as GDP) as well as construction data (starts and project-related information).

*LVT Investment* — LVT represents the fastest growing resilient flooring product category. Through enhanced wear layers and coatings, LVT delivers improved durability and lower maintenance over traditional vinyl tile. In addition, the utilization of advanced printing and embossing technology provides LVT with upgraded visual realism in a wide variety of attractive wood and stone designs . LVT's modular format offers a wide range of installation options for the professional and do-it-yourself installer, with an enhanced ease of installation when compared to other products such as wood or ceramic tile ; this can be seen with the growing popularity of floating and rigid LVT floors. The largest market for LVT is North America. Historically, this market has been largely served by imported product manufactured in the Pacific Rim. We completed construction of an expansion to our Lancaster, Pennsylvania plant in 2016 and repurposed a portion of our Stillwater, Oklahoma vinyl sheet plant in 2017 to add LVT manufacturing capacity.

3

Exhibit 1
Page 8

The following table provides an estimate of our segments' 2017 net sales, by major markets.

| | **North American Commercial** | | **North American Residential** | | **Outside of North America** | | |
|---|---|---|---|---|---|---|---|
| | **New** | **Renovation** | **New** | **Renovation** | **New** | **Renovation** | **Total** |
| Resilient Flooring | 10% | 35% | 5% | 35% | 10% | 5% | 100% |
| Wood Flooring | — | — | 50% | 50% | — | — | 100% |

*(Estimated percentages of individual segment's sales)*

Management has estimated the above data as the end-use of our products is not easily determinable.

**Geographic Areas**

See Note 3 to the Consolidated Financial Statements for additional financial information by geographic areas.

**Customers**

We use our reputation, capabilities, service and brand recognition to develop long-standing relationships with our customers. We principally sell products through independent wholesale flooring distributors, who re-sell our products to retailers, builders, contractors, installers and others. In the commercial sector, we also have important relationships with subcontractors' alliances, large architect and design firms, and major facility owners in our focus segments. In the North American retail channel, which sells to end-users in the residential and light commercial segments, we have important relationships with national home centers and flooring retailers. In the North American residential sector, we also have important relationships with major home builders and retail buying groups. Additionally, when market conditions and available capacity warrant, we also provide products on an OEM basis to other flooring companies.

Approximately 65% of our consolidated net sales in 2017 are to distributors. Sales to large home centers account for approximately 20% of our consolidated sales in 2017 . Our remaining sales are primarily to other retailers, end-use customers and contractors.

J.J. Haines and Company, Inc. and The Home Depot, Inc. each accounted for 10% or more of our total consolidated net sales in 2017 .

**Working Capital**

We produce goods for inventory and sell on credit to our customers. Our distributors carry inventory as needed to meet local or rapid delivery requirements, which varies across our Resilient Flooring and Wood Flooring segments. We sell the vast majority of our products to select, pre-approved customers using customary trade terms that allow for payment in the future. These practices are typical within the industry. Due to the required drying time for green lumber within the manufacturing process, there is a lag of 5 to 6 months before costs are reflected in our results of operations.

**Competition**

We face strong competition in all of our businesses. Principal attributes of competition include product performance, product styling, service and price. Competition in North America comes from both domestic and international manufacturers. Additionally, some of our products compete with alternative products or finishing solutions. Our resilient and wood flooring products compete with carpet, stone and ceramic products. There is excess industry capacity for certain products in some geographies, which tends to increase price competition. The following companies are our primary competitors:

4

Exhibit 1

Page 9

Beaulieu International Group, N.V., Boa-Franc, Inc., Congoleum Corporation, Forbo Holding AG, Gerflor Group, IVC Group (a division of Mohawk Industries, Inc.), Krono Holding AG, Lauzon Ltd, LG Floors, Mannington Mills, Inc., Mercier Wood Flooring, Inc., Metroflor Corporation, Mirage Hardwood Floors (a division of Boa-Franc Inc.), Mohawk Industries, Inc., Mullican Flooring, L.P., Nora Systems GmbH, Pfleiderer AG, Shaw Industries, Inc., Somerset Hardwood Flooring, Tarkett AG, and U.S. Floors, Inc. (a division of Shaw Industries, Inc.).

**Raw Materials**

We purchase raw materials from numerous suppliers worldwide in the ordinary course of business. The principal raw materials used in each segment include the following:

| Business | Principal Raw Materials |
| --- | --- |
| Resilient Flooring | Polyvinylchloride ("PVC") resins and films, plasticizers, fiberglass and felt backings, limestone, pigments, inks, stabilizers and coatings |
| Wood Flooring | Hardwood lumber, veneer, coatings and stains |

We also purchase significant amounts of packaging materials and consume substantial amounts of energy, such as electricity and natural gas, and water.

In general, adequate supplies of raw materials are available to all of our businesses. However, availability can change for a number of reasons, including environmental conditions, laws and regulations, shifts in demand by other industries competing for the same materials, transportation disruptions and/or business decisions made by, or events that affect, our suppliers. If these suppliers were unable to satisfy our requirements, we believe alternative supply arrangements would be available.

Prices for certain high usage raw materials can fluctuate dramatically. Cost increases for these materials can have a significant adverse impact on our manufacturing costs.

**Sourced Products**

Some of our products are sourced from third parties. Our primary sourced products include laminate, engineered wood, vinyl sheet, LVT, and rigid core planks as well as installation and maintenance materials and accessories. We purchase most of our sourced products from suppliers that are located outside of the U.S., primarily from Asia. Sales of sourced products represented approximately 25% of our total consolidated revenue in 2017 .

In general, adequate supplies of sourced products are available to all of our businesses. However, availability can change for a number of reasons, including environmental conditions, laws and regulations, production and transportation disruptions and/or business decisions made by, or events that affect, our suppliers. If these suppliers were unable to satisfy our requirements, we believe alternative supply arrangements would be available.

**Seasonality**

Generally, our resilient and wood flooring sales in North America tend to be stronger in the second and third quarters of our fiscal year due to more favorable weather conditions, customer business cycles and education renovations typical during the summer months. We see similar patterns with respect to our sales in the Pacific Rim, though the timing of the Chinese New Year can affect buying behaviors.

Exhibit 1

Page 10

**Patent and Intellectual Property Rights**

Patent protection is important to our business. Our competitive position has been enhanced by U.S. and foreign patents on products and processes developed or perfected within AFI, including those before and after the Spin-off, or obtained through acquisitions and licenses. In addition, we benefit from our trade secrets for certain products and processes.

Patent protection extends for varying periods according to the date of patent filing or grant and the legal term of a patent in the various countries where patent protection is obtained. The actual protection afforded by a patent, which can vary from country to country, depends upon the type of patent, the scope of its coverage and the availability of legal remedies. Although we consider that, in the aggregate, our patents, licenses and trade secrets constitute a valuable asset of material importance to our business, we do not regard any of our businesses as being materially dependent upon any single patent or trade secret, or any group of related patents or trade secrets.

We own or have a license to use certain trademarks, including, without limitation, Armstrong®, Alterna®, BBT®, BioBased Tile®, Bruce®, Diamond 10®, Dundee®, Excelon®, Imperial®, Initiator™, Inspiring Great Spaces®, Laurel™, Lock&Fold®, Luxe Plank®, Manchester®, Medintech®, Memories™, Natural Creations®, Plano®, Station Square™, StrataMax®, Timberline®, and Vivero®, which are important to our business because of their significant brand name recognition. Trademark protection continues in some countries as long as the mark is used, and continues in other countries as long as the mark is registered. Registrations are generally for fixed, but renewable, terms.

**Employees**

As of December 31, 2017 , we had approximately 3,600 full-time and part-time employees worldwide. Approximately 40% of our 2,400 production and maintenance employees are represented by labor unions. As of March 6, 2018, approximately 160 employees at one of our domestic plants continue to work under an expired collective bargaining agreement and negotiations continue. Contracts for remaining employees expire between 2019 and 2020. We believe that our relations with our employees are satisfactory.

**Legal and Regulatory Proceedings**

AFI's manufacturing and research facilities are affected by various federal, state and local requirements relating to the discharge of materials and the protection of the environment. We make expenditures necessary for compliance with applicable environmental requirements at each of our operating facilities. These regulatory requirements continually change, therefore we cannot predict with certainty future expenditures associated with compliance with environmental requirements.

We are involved in various lawsuits, claims, investigations and other legal matters from time to time that arise in the ordinary course of conducting business, including matters involving our products, intellectual property, relationships with suppliers, distributors and competitors, employees and other matters. For example, we are currently a party to various litigation matters that involve product liability, tort liability and other claims under a wide range of allegations, including illness due to exposure to certain chemicals used in the workplace, or medical conditions arising from exposure to product ingredients or the presence of trace contaminants. In some cases, these allegations involve multiple defendants and relate to legacy products that we and other defendants purportedly manufactured or sold. We believe these claims and allegations to be without merit and intend to defend them vigorously. While complete assurance cannot be given to the outcome of these proceedings, we do not believe that any of these matters, individually or in the aggregate, will have a material adverse effect on our financial condition, results of operations or cash flows.

We have not experienced a material adverse effect upon our capital expenditures or competitive position as a result of environmental control legislation and regulations. There were no material liabilities recorded at December 31, 2017 for potential environmental liabilities, on a global basis, that we consider probable and for which a reasonable estimate of the probable liability could be made. See Note 23 to the Consolidated Financial Statements and Risk Factors in this

6

Exhibit 1
Page 11

Form 10-K for information regarding the possible effects that compliance with environmental laws and regulations may have on our businesses and operating results.

**Website**

We maintain a website at www.armstrongflooring.com. Information contained on our website is not incorporated into this document. Reference in this Form 10-K to our website is an inactive text reference only. Annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, all amendments to those reports and other information about us are available free of charge through this website as soon as reasonably practicable after the reports are electronically filed with the SEC. These materials are also available from the SEC's website at www.sec.gov.

**Item 1A. Risk Factors**

***Worldwide economic conditions could have a material adverse impact on our financial condition, liquidity or results of operations.***

Our business is influenced by conditions in domestic and foreign economies, including inflation, deflation, interest rates, availability and cost of capital, consumer spending rates, energy availability and the effects of governmental initiatives to manage economic conditions. Volatility in financial markets and the continued softness or further deterioration of national and global economic conditions could have a material adverse effect on our financial condition, liquidity or results of operations, including as follows:

- the financial stability of our customers or suppliers may be compromised, which could result in additional bad debts for us or non-performance by suppliers;
- commercial and residential consumers of our products may postpone spending in response to tighter credit, negative financial news and/or stagnation or further declines in income or asset values, which could have a material adverse impact on the demand for our product;
- the fair value of the investment funds underlying our defined-benefit pension plans may decline, which could result in negative plan investment performance and additional charges, and may involve significant cash contributions to such plans to meet obligations or regulatory requirements; and
- our asset impairment assessments and underlying valuation assumptions may change, which could result from changes to estimates of future sales and cash flows that may lead to substantial impairment charges.

Continued or sustained deterioration of economic conditions would likely exacerbate and prolong these adverse effects.

***We compete with numerous flooring manufacturers in highly competitive markets. Competition can affect customer preferences, reduce demand for our products, negatively affect our product sales mix, leverage greater financial resources, or cause us to lower prices.***

Our markets are highly competitive. We compete for sales of flooring products with many manufacturers of resilient and wood flooring as well as with manufacturers who also produce other types of flooring products. Some of our competitors have greater financial resources than we do. Competition can reduce demand for our products, negatively affect our product sales mix or cause us to lower prices. Our failure to compete effectively through management of our product portfolio, by meeting consumer preferences, maintaining market share positions in our legacy product categories and gaining market leadership in growth product categories such as LVT, could have a material adverse effect on our financial condition, liquidity or results of operations. Our customers consider our products' performance, product styling, customer service and price when deciding whether to purchase our products. Shifting consumer preference in our highly competitive markets whether for performance or styling preferences or our inability to develop and offer new competitive performance features, could have an adverse effect on our sales.

7

Exhibit 1

Page 12

In addition, excess industry capacity for certain products in several geographic markets could lead to industry consolidation and/or increased price competition. We are also subject to potential increased price competition from overseas competitors, which may have lower cost structures.

***If the availability of raw materials or energy decreases, or the costs increase and we are unable to pass along increased costs, our financial condition, liquidity or results of operations could be adversely affected.***

The availability and cost of raw materials, packaging materials, energy and sourced products are critical to our operations. For example, we use substantial quantities of natural gas, petroleum-based raw materials and hardwood lumber in our manufacturing operations. The cost of some of these items has been volatile in recent years and availability has been limited at times. We source some materials from a limited number of suppliers, which, among other things, increases the risk of unavailability. This dependency and any limited availability could cause us to reformulate products or limit our production. Decreased access to raw materials and energy or significant increased cost to purchase these items, as well as increased transportation costs, and any corresponding inability to pass along such costs through price increases could have a material adverse effect on our financial condition, liquidity or results of operations.

***Sales fluctuations to and changes in our relationships with key customers could have a material adverse effect on our financial condition, liquidity or results of operations.***

Some of our business lines and markets are dependent on a few key customers, including independent distributors. We generally do not enter into written or long-term agreements with our independent distributors. The loss, reduction, or fluctuation of sales to one of these major customers, or any adverse change in our business relationship with any one of them, could have a material adverse effect on our financial condition, liquidity or results of operations.

***Our business is dependent on construction activity. Downturns in construction activity could adversely affect our financial condition, liquidity or results of operations.***

Our business has greater sales opportunities when construction activity is strong and, conversely, has fewer opportunities when such activity declines. The cyclical nature of commercial and residential construction activity, including construction activity funded by the public sector, tends to be influenced by prevailing economic conditions, including the rate of growth in gross domestic product, prevailing interest rates, government spending patterns, business, investor and consumer confidence and other factors beyond our control. Prolonged downturns in construction activity could have a material adverse effect on our financial condition, liquidity or results of operations.

***Our cost saving initiatives may not achieve expected savings in our operating costs or improved operating results.***

We aggressively look for ways to make our operations more efficient and effective. We reduce, move and expand our plants and operations as needed. Such actions involve substantial planning, often require capital investments and may result in charges for fixed asset impairments or obsolescence and substantial severance costs. Our ability to achieve cost savings and other benefits within expected time frames is subject to many estimates and assumptions. These estimates and assumptions are subject to significant economic, competitive and other uncertainties, some of which are beyond our control. If these estimates and assumptions are incorrect, if we experience delays, or if other unforeseen events occur, our financial condition, liquidity or results of operations could be materially and adversely affected.

***We may pursue strategic transactions that could create risks and present unforeseen integration obstacles or costs, any of which could materially adversely affect our financial condition, liquidity or results of operations.***

We have evaluated, and expect to continue to evaluate, potential strategic transactions as opportunities arise. We routinely engage in discussions with third parties regarding potential transactions, including joint ventures, which could be significant. Any such strategic transaction involves a number of risks, including potential disruption of our ongoing business and distraction of management, difficulty with integrating or separating personnel and business operations

8

Exhibit 1
Page 13

and infrastructure, and increasing or decreasing the scope, geographic diversity and complexity of our operations. Strategic transactions could involve payment by us of a substantial amount of cash, assumption of liabilities and indemnification obligations, regulatory requirements, incurrence of a substantial amount of debt or issuance of a substantial amount of equity. Certain strategic opportunities may not result in the consummation of a transaction or may fail to realize the intended benefits and synergies. If we fail to consummate and integrate our strategic transactions in a timely and cost-effective manner, our financial condition, liquidity or results of operations could be materially and adversely affected.

### *Disruptions to or failures of our various information systems could have an adverse effect on our business.*

We rely heavily on our information systems to operate our business activities, including, among other things, purchasing, distribution, inventory management, processing, shipping and receiving, billing and collection, financial reporting and record keeping. We also rely on our computer hardware, software and network for the storage, delivery and transmission of data to our sales and distribution systems, and certain of our production processes are managed and conducted by computer. Any interruption, whether caused by human error, natural disasters, power loss, computer viruses, system conversion, intentional acts of vandalism, or various forms of cybercrimes including and not limited to hacking, intrusions, malware or otherwise, could disrupt our normal operations. There can be no assurance that we can effectively carry out our disaster recovery plan to handle the failure of our information systems, or that we will be able to restore our operational capacity within sufficient time to avoid material disruption to our business. The occurrence of any of these events could cause unanticipated disruptions in service, decreased customer service and customer satisfaction, harm to our reputation and loss or misappropriation of sensitive information, which could result in loss of customers, increased operating expenses and financial losses. Any such events could in turn have a material adverse effect on our business, financial condition, results of operations, and prospects.

### *Our intellectual property rights may not provide meaningful commercial protection for our products or brands, which could adversely impact our financial condition, liquidity or results of operations.*

We rely on our proprietary intellectual property, including numerous patents and registered trademarks, as well as our licensed intellectual property to market, promote and sell our products. We will monitor and protect against activities that might infringe, dilute, or otherwise harm our patents, trademarks and other intellectual property and rely on the patent, trademark and other laws of the United States and other countries. However, we may be unable to prevent third parties from using our intellectual property without our authorization. In addition, the laws of some non-United States jurisdictions, particularly those of certain emerging markets, will provide less protection for our proprietary rights than the laws of the United States and present greater risks of counterfeiting and other infringement. To the extent we cannot protect our intellectual property, unauthorized use and misuse of our intellectual property could harm our competitive position and have a material adverse effect on our financial condition, liquidity or results of operations.

### *We are subject to risks associated with our international operations in both established and emerging markets. Legislative, political, regulatory and economic volatility, as well as vulnerability to infrastructure and labor disruptions, could have an adverse effect on our financial condition, liquidity or results of operations.*

A portion of our products move in international trade, with approximately 9% of our revenues from operations outside the United States and Canada in 2017 . Our international trade is subject to currency exchange fluctuations, trade regulations, import duties, logistics costs, delays and other related risks. Our international operations are also subject to various tax rates, credit risks in emerging markets, political risks, uncertain legal systems, and loss of sales to local competitors following currency devaluations in countries where we import products for sale.

In addition, our international growth strategy depends in part on our ability to expand our operations in certain emerging markets. However, some emerging markets have greater political and economic volatility and greater vulnerability to infrastructure and labor disruptions than established markets. In many countries outside of the United States, particularly in those with developing economies, it may be common for others to engage in business practices prohibited by laws

9

Exhibit 1

Page 14

and regulations applicable to us, such as the Foreign Corrupt Practices Act or similar local anti-corruption or anti-bribery laws, which generally prohibit companies and their employees, contractors or agents from making improper payments to government officials for the purpose of obtaining or retaining business. Failure to comply with these laws, as well as U.S. and foreign export and trading laws, could subject us to civil and criminal penalties. As we continue to expand our business globally, including in emerging markets, we may have difficulty anticipating and effectively managing these and other risks that our international operations may face, which may adversely affect our business outside the United States and our financial condition, liquidity or results of operations.

***Increased costs of labor, labor disputes, work stoppages or union organizing activity could delay or impede production and could have a material adverse effect on our financial condition, liquidity or results of operations.***

Increased costs of U.S. and international labor, including the costs of employee benefits plans, labor disputes, work stoppages or union organizing activity could delay or impede production and have a material adverse effect on our financial condition, liquidity or results of operations. As the majority of our manufacturing employees are represented by unions and covered by collective bargaining or similar agreements, we often incur costs attributable to periodic renegotiation of those agreements, which may be difficult to project. We are also subject to the risk that strikes or other conflicts with organized personnel may arise or that we may become the subject of union organizing activity at our facilities that do not currently have union representation. Prolonged negotiations, conflicts or related activities could also lead to costly work stoppages and loss of productivity.

***Adverse judgments in regulatory actions, product claims, environmental claims and other litigation could be costly. Insurance coverage may not be available or adequate in all circumstances.***

In the ordinary course of business, we are subject to various claims and litigation. Any such claims, whether with or without merit, could be time consuming and expensive to defend and could divert management's attention and resources. While we will strive to ensure that our products comply with applicable government regulatory standards and internal requirements, and that our products perform effectively and safely, customers from time to time could claim that our products do not meet warranty or contractual requirements, or were improperly installed and users could claim to be harmed by use or misuse of our products. These claims could give rise to breach of contract, warranty or recall claims, or claims for negligence, product liability, strict liability, personal injury or property damage. They could also result in negative publicity.

In addition, claims and investigations may arise related to patent infringement, distributor relationships, commercial contracts, antitrust or competition law requirements, employment matters, employee benefits issues, and other compliance and regulatory matters, including anti-corruption and anti-bribery matters. For example, we are currently a party to various litigation matters that involve product liability, tort liability and other claims under a wide range of allegations, including illness due to exposure to certain chemicals used in the workplace, or medical conditions arising from exposure to product ingredients or the presence of trace contaminants. In some cases, these allegations involve multiple defendants and relate to legacy products that we and other defendants purportedly manufactured or sold. While we have processes and policies designed to mitigate these risks and to investigate and address such claims as they arise, we will not be able to predict or, in some cases, control the costs to defend or resolve such claims.

We currently maintain insurance against some, but not all, of these potential claims. In the future, we may not be able to maintain insurance at commercially acceptable premium levels. In addition, the levels of insurance we maintain may not be adequate to fully cover any and all losses or liabilities. If any significant judgment or claim is not fully insured or indemnified against, it could have a material adverse impact. We cannot assure that the outcome of all current or future litigation will not have a material adverse effect on our financial condition, liquidity or results of operations.

10

Exhibit 1
Page 15

***We require a significant amount of liquidity to fund our operations.***

Our liquidity needs vary throughout the year. If our business experiences materially negative unforeseen events, we may be unable to generate sufficient cash flow from operations to fund our needs or maintain sufficient liquidity to operate and remain in compliance with our debt covenants, which could result in reduced or delayed planned capital expenditures and other investments and adversely affect our financial condition or results of operations.

***Our indebtedness may adversely affect our cash flow and our ability to operate our business, make payments on our indebtedness and declare dividends on our capital stock.***

Our level of indebtedness and degree of leverage could:

- make it more difficult for us to satisfy our obligations with respect to our indebtedness;
- make us more vulnerable to adverse changes in general economic, industry and competitive conditions and adverse changes in government regulation;
- limit our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;
- place us at a competitive disadvantage compared to our competitors that are less leveraged and, therefore, more able to take advantage of opportunities that our leverage prevents us from exploiting;
- limit our ability to refinance existing indebtedness or borrow additional amounts for working capital, capital expenditures, acquisitions, debt service requirements, execution of our business strategy or other purposes;
- restrict our ability to pay dividends on our capital stock; and
- adversely affect our credit ratings.

We may also incur additional indebtedness, which could exacerbate the risks described above. In addition, to the extent that our indebtedness bears interest at floating rates, our sensitivity to interest rate fluctuations will increase.

Any of the above listed factors could materially adversely affect our financial condition, liquidity or results of operations.

***Our credit agreement contains a number of covenants that impose significant operating and financial restrictions, including restrictions on our ability to engage in activities that may be in our best long-term interests.***

Our $225 million senior secured asset-based revolving credit facility (the "ABL Facility") and the underlying credit agreement that governs our indebtedness includes covenants that, among other things, may impose significant operating and financial restrictions, including restrictions on our ability to engage in activities that may be in our best long-term interests. These covenants may restrict our ability to:

- incur additional indebtedness;
- pay dividends on our capital stock or redeem, repurchase or retire our capital stock or indebtedness;
- make investments, loans, advances and acquisitions;
- engage in transactions with our affiliates;
- sell assets, including capital stock of our subsidiaries;
- consolidate or merge;
- create liens;
- change the nature of our business; and
- enter into sale and lease back transactions.

Under the terms of the ABL Facility, we are required to maintain a specified fixed charge coverage ratio if our borrowings exceed certain levels. Our ability to meet these ratios could be affected by events beyond our control, and we cannot

Exhibit 1

Page 16

assure that we will meet them. A breach of any of the restrictive covenants or ratios would result in a default under the ABL Facility. If any such default occurs, the lenders under the ABL Facility may be able to elect to declare all outstanding borrowings under our facilities, together with accrued interest and other fees, to be immediately due and payable, or enforce their security interest. The lenders may also have the right in these circumstances to terminate commitments to provide further borrowings.

***Our performance depends on our ability to attract, develop and retain talented management.***

We must attract, develop and retain qualified and talented personnel in senior management, sales, marketing, product design, and operations. We compete with numerous companies for these employees and invest resources in recruiting, developing, motivating and retaining them. The failure to attract, develop, motivate and retain key employees could negatively affect our competitive position, execution on strategic priorities and operating results.

***We outsource our information technology infrastructure and certain finance and accounting functions, which makes us more dependent upon third parties.***

In an effort to make our finance, accounting and information technology ("IT"), functions more efficient, increase related capabilities, as well as generate cost savings, we outsource certain finance and accounting functions and a significant portion of our IT infrastructure to separate third party service providers. As a result, we rely on third parties to ensure that our related needs are sufficiently met. This reliance subjects us to risks arising from the loss of control over certain processes, changes in pricing that may affect our operating results, and potentially, termination of provisions of these services by our suppliers. A failure of our service providers to perform may have a material adverse effect on our financial condition, liquidity or results of operations.

***We may be subject to liability under and may make substantial future expenditures to comply with environmental laws and regulations, which could materially adversely affect our financial condition, liquidity or results of operations.***

We are involved with environmental investigation and remediation activities for which our ultimate liability may exceed the currently estimated and accrued amounts. It is possible that we could become subject to additional environmental matters and corresponding liabilities in the future. See Note 23 to the Consolidated Financial Statements for further information related to environmental matters.

Our industry has been subject to claims relating to raw materials. We have not received any significant claims involving our raw materials or our product performance; however, product liability insurance coverage may not be available or adequate in all circumstances to cover claims that may arise in the future.

In addition, our operations are subject to various domestic and foreign environmental, health, and safety laws and regulations. These laws and regulations not only govern our current operations and products, but also impose potential liability on us for our past operations. Our costs to comply with these laws and regulations may increase as these requirements become more stringent in the future, and these increased costs may materially adversely affect our financial condition, liquidity or results of operations.

**Risks Related to the Separation from AWI**

***We may be unable to achieve some or all of the benefits that we expected to achieve from our separation from AWI.***

As an independent, publicly-traded company, we continue to, among other things, focus our financial and operational resources on our specific business, growth profile and strategic priorities, design and implement corporate strategies and policies targeted to our operational focus and strategic priorities, guide our processes and infrastructure to focus on our core strengths, implement and maintain a capital structure designed to meet our specific needs and more effectively

12

Exhibit 1
Page 17

respond to industry dynamics, all of which are benefits we expected to achieve from our separation. However, we may be unable to fully achieve some or all of these benefits. If we fail to achieve some or all of the benefits that we expected to achieve as an independent company, or do not achieve them in the time we expected, our business, financial condition and results of operations could be materially and adversely affected.

***If the Separation and Distribution fails to qualify as a tax-free transaction for U.S. federal income tax purposes, then we could be subject to significant tax liability or tax indemnity obligations.***

AWI received an opinion of AWI's tax counsel, Skadden, Arps, Slate, Meagher & Flom LLP, on the basis of certain facts, representations, covenants and assumptions set forth in such opinion, substantially to the effect that, for U.S. federal income tax purposes, the Separation and Distribution should qualify as a transaction that generally is tax-free to AWI and AWI's shareholders, for U.S. federal income tax purposes, under Sections 355 and 368(a)(1)(D) of the Internal Revenue Code.

Notwithstanding the tax opinion, the Internal Revenue Service ("IRS") could determine on audit that the Distribution should be treated as a taxable transaction if it determines that any of the facts, assumptions, representations or covenants set forth in the tax opinion is not correct or has been violated, or that the Distribution should be taxable for other reasons, including as a result of a significant change in stock or asset ownership after the Distribution, or if the IRS were to disagree with the conclusions of the tax opinion. If the Distribution is ultimately determined to be taxable, the Distribution could be treated as a taxable dividend to shareholders for U.S. federal income tax purposes, and shareholders could incur significant U.S. federal income tax liability. In addition, AWI and/or we could incur significant U.S. federal income tax liabilities or tax indemnification obligations, whether under applicable law or the Tax Matters Agreement that we entered into with AWI, if it is ultimately determined that certain related transactions undertaken in anticipation of the Distribution are taxable.

***We agreed to numerous restrictions to preserve the tax-free treatment of the separation transactions in the U.S., which may reduce our strategic and operating flexibility.***

To preserve the tax-free treatment to AWI of the Separation and the Distribution, under the Tax Matters Agreement that we entered into with AWI, we may be restricted from taking any action that prevents the Distribution and related transactions from being tax-free for U.S. federal income tax purposes. Under the Tax Matters Agreement, for the two-year period following the Distribution, we are prohibited, except in certain circumstances, from, among other things:

- entering into any transaction resulting in the acquisition of 35% or more of our stock or substantially all of our assets, whether by merger or otherwise;
- merging, consolidating, or liquidating;
- issuing equity securities beyond certain thresholds;
- repurchasing our capital stock; and
- ceasing to actively conduct our business.

These restrictions may limit our ability to pursue certain strategic transactions or other transactions that we may believe to be in the best interests of our stockholders or that might increase the value of our business. In addition, under the Tax Matters Agreement, we are required to indemnify AWI against liabilities resulting from certain actions taken after the Distribution that cause the Distribution to be taxable for U.S. federal income tax purposes, even if we did not participate in or otherwise facilitate such actions.

***We may fail to perform under various transaction agreements that we executed as part of the Separation or we may fail to have necessary systems and services in place when certain of the transaction agreements expire.***

In connection with the Separation, we entered into a Separation and Distribution Agreement with AWI and also entered into various other agreements, including a Tax Matters Agreement, an Employee Matters Agreement, a Campus Lease

13

Exhibit 1
Page 18

Agreement and Trademark License Agreements. We rely on AWI to satisfy its performance obligations under these agreements. If AWI is unable to satisfy its obligations under these agreements, including its indemnification obligations, we could incur operational difficulties or losses.

*We will be required to satisfy certain indemnification obligations to AWI or may not be able to collect on indemnification rights from AWI.*

Under the terms of the Separation and Distribution, we will indemnify AWI from and after the Separation and Distribution with respect to (i) all debts, liabilities and obligations allocated or transferred to us in connection with the Separation and Distribution (including our failure to pay, perform or otherwise promptly discharge any such debts, liabilities or obligations after the Separation and Distribution), (ii) any misstatement or omission of a material fact in our Information Statement, dated March 24, 2016, resulting in a misleading statement, (iii) any breach by us of the Separation and Distribution Agreement, the Transition Services Agreement, the Employee Matters Agreement, the Tax Matters Agreement, the Campus Lease Agreement or the Trademark License Agreements and (iv) our ownership and operation of our business. We are not aware of any existing indemnification obligations at this time, but any such indemnification obligations that may arise could be significant. Under the terms of the Separation and Distribution agreement, AWI will indemnify us from and after the Separation and Distribution with respect to (i) all debts, liabilities and obligations allocated to AWI after the Separation and Distribution (including its failure to pay, perform or otherwise promptly discharge any such debts, liabilities or obligations after the Separation and Distribution), (ii) any breach by AWI of the Separation and Distribution Agreement, the Transition Services Agreement, the Employee Matters Agreement, the Tax Matters Agreement, the Campus Lease Agreement or the Trademark License Agreements and (iii) AWI's ownership and operation of its business. Our and AWI's ability to satisfy these indemnities, if called upon to do so, will depend upon our and AWI's future financial strength. If we are required to indemnify AWI, or if we are not able to collect on indemnification rights from AWI, our financial condition, liquidity or results of operations could be materially and adversely affected. We cannot determine whether we will have to indemnify AWI, or if AWI will have to indemnify us, for any substantial obligations after the Distribution.

**Risks Related to our Common Stock**

*A stockholder's percentage of ownership in us may be diluted in the future.*

A stockholder's percentage ownership in us may be diluted because of equity issuances for acquisitions, capital market transactions or otherwise, including, without limitation, equity awards that we may grant to our directors, officers and employees. Such issuances may have a dilutive effect on our earnings per share, which could adversely affect the market price of our common stock.

In addition, our amended and restated certificate of incorporation authorizes us to issue, without the approval of our stockholders, one or more classes or series of preferred stock having such designation, powers, preferences and relative, participating, optional and other special rights, including preferences over our common stock with respect to dividends and distributions, as our board of directors generally may determine. The terms of one or more classes or series of preferred stock could dilute the voting power or reduce the value of our common stock. For example, we could grant the holders of preferred stock the right to elect some number of our directors in all events or on the happening of specified events or to veto specified transactions. Similarly, the repurchase or redemption rights or liquidation preferences we could assign to holders of preferred stock could affect the residual value of our common stock.

*Certain provisions in our amended and restated certificate of incorporation and bylaws, and of Delaware law, may prevent or delay an acquisition of our company, which could decrease the trading price of our common stock.*

Our amended and restated certificate of incorporation and amended and restated bylaws contain, and Delaware law contains, provisions that are intended to deter coercive takeover practices and inadequate takeover bids by making such

14

Exhibit 1

Page 19

practices or bids unacceptably expensive to the bidder and to encourage prospective acquirers to negotiate with our board of directors rather than to attempt a hostile takeover. These provisions include, among others:

- the inability of our stockholders to call a special meeting;
- rules regarding how stockholders may present proposals or nominate directors for election at stockholder meetings;
- the right of our board of directors to issue preferred stock without stockholder approval;
- the initial division of our board of directors into three classes of directors, with each class serving a staggered three-year term, and this classified board provision could have the effect of making the replacement of incumbent directors more time consuming and difficult until we have phased out our staggered board;
- a provision that directors serving on a classified board may be removed by stockholders only for cause; and
- the ability of our directors, and not stockholders, to fill vacancies on our board of directors.

In addition, because we are subject to Section 203 of the General Corporation Law of the State of Delaware (the "DGCL"), this provision could also delay or prevent a change in control that stockholders may favor. Section 203 provides that, subject to limited exceptions, persons that acquire, or are affiliated with a person that acquires, more than 15% of the outstanding voting stock of a Delaware corporation shall not engage in any business combination with that corporation, including by merger, consolidation or acquisitions of additional shares, for a three-year period following the date on which that person or its affiliates becomes the holder of more than 15% of the corporation's outstanding voting stock.

We believe these provisions will protect our stockholders from coercive or otherwise unfair takeover tactics by requiring potential acquirers to negotiate with our board of directors and by providing our board of directors with more time to assess any acquisition proposal. These provisions are not intended to make us immune from takeovers. However, these provisions will apply even if the offer may be considered beneficial by some stockholders and the provisions could delay or prevent an acquisition that our board of directors determines is not in the best interests of AFI and its stockholders. These provisions may also prevent or discourage attempts to remove and replace incumbent directors.

In addition, an acquisition or further issuance of our stock could trigger the application of Section 355(e) of the Internal Revenue Code. Under the Tax Matters Agreement, AFI would be required to indemnify AWI for the resulting tax, and this indemnity obligation might discourage, delay or prevent a change in control that stockholders may consider favorable.

**Item 1B. Unresolved Staff Comments**

None.

15

Exhibit 1

Page 20

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Overview**

Armstrong Flooring, Inc. ("AFI") is a leading global producer of flooring products for use primarily in the construction and renovation of commercial, residential and institutional buildings. We design, manufacture, source and sell resilient and wood flooring products primarily in North America and the Pacific Rim. As of December 31, 2017 , we operated 15 manufacturing plants in three countries, including 12 manufacturing plants located throughout the U.S. We operate through two segments: Resilient Flooring and Wood Flooring.

**Recent Events**

On April 1, 2016, Armstrong World Industries, Inc. ("AWI"), a Pennsylvania corporation, separated AWI's Resilient Flooring and Wood Flooring segments from its Building Products segment (the "Separation"). The Separation was effected by allocating the assets and liabilities related primarily to the Resilient Flooring and Wood Flooring segments to AFI and then distributing the common stock of AFI to AWI's shareholders (the "Distribution"). The Separation and Distribution (together, the "Spin-off") resulted in AWI and AFI becoming two independent, publicly traded companies, with AFI owning and operating the Resilient Flooring and Wood Flooring segments and AWI continuing to own and operate a ceilings business. On the distribution date, each holder of AWI common stock received one share of AFI's common stock for every two shares of AWI's common stock held on the record date.

The Spin-off was completed pursuant to a Separation and Distribution Agreement and several other agreements with AWI related to the Separation, including a Transition Services Agreement, a Tax Matters Agreement, an Employee Matters Agreement, a Trademark License Agreement, a Transition Trademark Agreement and a Campus Lease Agreement, each of which was filed with the SEC as an exhibit to our Current Report on Form 8-K on April 4, 2016. These agreements govern the relationship between AFI and AWI following the Spin-off and provided for the allocation of various assets, liabilities, rights and obligations. For a discussion of each agreement, see the section entitled "Certain Relationships and Related Person Transactions — Agreements with AWI" in our Information Statement, dated March 24, 2016 .

Our Registration Statement on Form 10 was declared effective by the Securities and Exchange Commission ("SEC") on March 15, 2016 and our common stock began regular-way trading on the New York Stock Exchange on April 4, 2016 under the symbol AFI.

During the second quarter of 2017, we acquired vinyl composition tile ("VCT") assets of Mannington Mills, Inc., a nationally recognized flooring company, for a cash purchase price of $36.1 million including transaction costs (the "VCT Acquisition"). See Note 16 to the Consolidated Financial Statements for further information.

During the third quarter of 2017, our board of directors approved the closure of a solid wood plant in Jackson, Tennessee and an engineered wood plant in Vicksburg, Mississippi (the "Wood Plant Closures"), in response to a decline in sales. The Wood Plant Closures were completed in the fourth quarter of 2017 and resulted in the separation of approximately 300 employees. The Wood Plant Closures resulted in $29.6 million of pre-tax costs during the second half of 2017. We expect to incur up to $2.0 million of additional pre-tax cash expenses in 2018. See Note 4 to the Consolidated Financial Statements for further information.

Exhibit 1

Page 21

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Factors Affecting Our Business**

*Net Sales*

**Overview**

Demand for our products is influenced by economic conditions. We closely monitor publicly available macroeconomic trend data that provides insight to commercial and residential market activity; this includes Gross Domestic Product growth indices, the Architecture Billings Index and the Consumer Confidence Index, as well as housing starts and existing home sales. In the U.S., we noted continued weakness in the education and healthcare markets and continued improvement in the retail and office markets during 2017 . U.S. residential markets continued to show improvement in both new construction and renovation activity.

Demand for our products is also influenced by consumer preferences. During 2017 , we continued to experience growth in the demand for luxury vinyl tile ("LVT") in conjunction with accelerated decline in our legacy resilient products, particularly vinyl sheet, and our wood products. In addition, our channel partners raise or lower their inventory levels according to their expectations of market demand and consumer preferences, which directly affects our sales. We noted higher distributor inventory levels at December 31, 2017, which may affect our results in the first quarter of 2018.

**Segments**

*Resilient Flooring segment* — In our Resilient Flooring segment, we compete in both the commercial and residential markets in North America and primarily the commercial market in the Pacific Rim. Our business operates in a competitive environment across all our product categories, and excess capacity exists in much of the industry.  We continue to see efforts by various competitors to price aggressively as a means to gain market share.

We have experienced a decline in demand for our legacy resilient products, particularly vinyl sheet products used in residential applications. The decline in vinyl sheet is driven by loss of market share to competitors as well as consumer trends, which have continued to favor alternate products, including LVT products. Late in 2017, we began migrating a portion of our laminate business to a licensing model in place of the current sourcing model.

The flooring market continues to experience LVT growth. Given its attractive visuals and performance characteristics, LVT growth has exceeded that of the overall flooring market. We believe LVT growth has and will continue to come partially at the expense of other product categories in both the soft and hard surface flooring markets, with the largest impacts on the AFI portfolio within the vinyl sheet and VCT categories.

We are the largest producer of VCT. The market for VCT, which is primarily used in commercial environments, is a mature and well-structured category. We expect the VCT Acquisition to be accretive to VCT sales in 2018.

*Wood Flooring segment* — Our product offerings include both solid and engineered wood flooring products. We have noted increasing popularity of non-wood flooring with wood-like visuals in addition to a market shift from solid to engineered wood flooring products, a category experiencing continued competitive pressure from lower-priced imports.

*Operating Expenses*

*Resilient Flooring segment* — We have experienced increased raw material prices and basic energy costs impacting both our manufacturing and sourced finished product costs, which we expect to continue to experience in 2018. Additionally, we expect increases in transportation costs in 2018.

We began producing LVT at our Lancaster, PA plant in the fourth quarter of 2015 and incurred continued ramp-up costs in 2016 to achieve expected operating levels. During 2017, manufacturing costs for our LVT operations improved.

20

Exhibit 1

Page 22

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

In response to inflation of raw materials, energy costs and transportation costs, and as a result of continued competitive pressures, we announced a price increase, primarily for our legacy commercial products, in the first quarter of 2018. In certain cases, realized price increases are less than the announced increases because of competitive reactions and changing market conditions.

*Wood Flooring segment* — We purchase a significant amount of green lumber as an input into our hardwood flooring products. The market for lumber has historically been volatile. We experienced an increase in lumber costs in 2017 compared to 2016, and we expect these costs to continue to increase in 2018. Due to the required drying time for green lumber within the manufacturing process, there is a lag of 5 to 6 months before such costs are reflected in our results of operations.

We expect to achieve reduced manufacturing costs in 2018 compared to 2017 as a result of the Wood Plant Closures.

We may continue to experience expenses related to our involvement in antidumping and countervailing duty cases as an importer of multilayered wood flooring. See Note 23 to the Consolidated Financial Statements for further information related to multilayered wood flooring duties.

***U.S. Tax Reform***

In December 2017, the Tax Cuts and Jobs Act (the "Tax Reform Act") was enacted. The Tax Reform Act represents major tax reform legislation that, among other provisions, reduces the U.S. corporate tax rate. We expect our future U.S. after-tax earnings to be positively impacted as a result of the reduction of the federal corporate income tax rate in the Tax Reform Act. See Note 9 to the Consolidated Financial Statements for further information on the financial statement impact of the Tax Reform Act.

21

Exhibit 1
Page 23

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Armstrong Flooring, Inc.**

**(Registrant)**

Date:    March 6, 2018

By:    /s/ Donald R. Maier

Donald R. Maier

Director, President and Chief Executive Officer

(As Duly Authorized Officer and Principal Executive Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, this Report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

Directors and Principal Officers of the registrant AFI:

| | | |
|---|---|---|
| /s/ Donald R. Maier | Director, President and Chief Executive Officer (Principal Executive Officer) | March 6, 2018 |
| Donald R. Maier | | |
| /s/ Ronald D. Ford | Senior Vice President and Chief Financial Officer (Principal Financial Officer) | March 6, 2018 |
| Ronald D. Ford | | |
| /s/ Kimberly Z. Boscan | Vice President and Controller (Principal Accounting Officer) | March 6, 2018 |
| Kimberly Z. Boscan | | |
| /s/ Michael F. Johnston | Director | March 6, 2018 |
| Michael F. Johnston | | |
| /s/ Kathleen S. Lane | Director | March 6, 2018 |
| Kathleen S. Lane | | |
| /s/ Jeffrey Liaw | Director | March 6, 2018 |
| Jeffrey Liaw | | |
| /s/ Michael W. Malone | Director | March 6, 2018 |
| Michael W. Malone | | |
| /s/ Larry S. McWilliams | Director | March 6, 2018 |
| Larry S. McWilliams | | |
| /s/ James C. Melville | Director | March 6, 2018 |
| James C. Melville | | |
| /s/ James J. O'Connor | Director | March 6, 2018 |
| James J. O'Connor | | |
| /s/ Jacob H. Welch | Director | March 6, 2018 |
| Jacob H. Welch | | |

97

Exhibit 1
Page 24

# Exhibit 2

**S&P Global**
Market Intelligence

# Armstrong Flooring, Inc. NYSE:AFI FQ1 2018 Earnings Call Transcripts

## Tuesday, May 08, 2018 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.16) | (0.24) | NM | 0.34 | 0.39 | 0.74 |
| **Revenue (mm)** | 262.59 | 257.90 | ▼(1.79 %) | 300.19 | 1142.49 | 1168.23 |

Currency: USD
Consensus as of  May-08-2018 2:10 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

- ▲ Positive EPS Normalized surprise
- ▼ Negative EPS Normalized surprise
- ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2017** | 0.43 | 0.26 | ▼1 (39.53 %) |
| **FQ3 2017** | 0.24 | 0.20 | ▼2 (16.67 %) |
| **FQ4 2017** | (0.18) | (0.12) | NM |
| **FQ1 2018** | (0.16) | (0.24) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

Exhibit 2
Page 26

2

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................... | **3** |
| **Presentation** | ................................................................................... | **4** |
| **Question and Answer** | ................................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

2

Exhibit 2

Page 27

# Call Participants

**EXECUTIVES**

**Donald R. Maier**
*President, CEO & Director*

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

**Ronald D. Ford**
*Former Senior VP & CFO*

**ANALYSTS**

**Alvaro Lacayo**
*G. Research, LLC*

**John Allen Baugh**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Keith Brian Hughes**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Michael Robert Wood**
*Nomura Securities Co. Ltd.,
Research Division*

**Scott L. Rednor**
*Zelman & Associates LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 28

# Presentation

**Operator**

Greetings, and welcome to the Armstrong Flooring's First Quarter 2018 Earnings Call. [Operator Instructions]

As a reminder, this conference is being recorded. I would now like to turn the conference over to your host, Doug Bingham.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you for joining us today for Armstrong Flooring's First Quarter 2018 Earnings Conference Call. Today's call is hosted by Chief Executive Officer, Don Maier; and Chief Financial Officer, Ron Ford. We trust you have seen our press release this morning. Additionally, a copy of the slide presentation to accompany this call is available on the Investors section of our website at www.armstrongflooring.com.

I refer you to Slide 2 of that presentation and advise you that during this call, we will be making forward-looking statements that involve risks and uncertainties. Actual outcomes may differ materially from those expected or implied. For a more detailed discussion of the risks and uncertainties that may affect Armstrong Flooring, please review our SEC filings. Forward-looking statements speak only as of the date they are made, and we undertake no obligation to update any forward-looking statements beyond what is required by applicable securities laws.

In addition, our discussion of operating performance will include non-GAAP financial measures within the meaning of SEC Regulation G. A reconciliation of these measures to the most directly comparable GAAP measures is included in the press release and in the Appendix of this presentation.

Finally, in accordance with changes on how pension and postretirement costs are presented under GAAP, we have restated our operating income and adjusted EBITDA. Further details can be found in our 10-Q and the full historical reconciliation is available on our website.

With that, I will now turn the call over to Don.

**Donald R. Maier**
*President, CEO & Director*

Thank you, Doug. Good morning, everyone, and thank you for participating on our first quarter 2018 earnings call.

Today, I will discuss our operating highlights and business activity. Ron will then cover additional details on our financial results and outlook before I offer closing comments. After our prepared remarks, we will open the call to answer your questions.

Before I proceed, I want to thank the entire Armstrong Flooring team for all their hard work and significant accomplishments which are the underpinnings of our successful results. This dedicated team of professionals is focused on our customers around the globe, ensuring that our brand's promise, "Let the buyer have faith," endures.

Turning to Page 3, which provides some key highlights and updates. The first quarter marked progress against our goal to improve adjusted EBITDA dollars and margin in 2018. Adjusted EBITDA increased by 11% to $10.1 million compared to $9.1 million in the prior year. We are realizing benefits from a number of targeted productivity and cost control initiatives to improve our competitive position. Additionally, investments in product innovation, distributor relationships and plant network enhancements have helped generate double-digit growth in both Vinyl Composition Tile, or VCT, and Luxury Vinyl Tile, or LVT, bringing attractive mix benefits to our business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 29

ARMSTRONG FLOORING, INC. FQ1 2018 EARNINGS CALL  |  MAY 08, 2018

As expected, first quarter net sales overall were slightly lower due to higher distributor inventory levels at the end of 2017 and continued challenges in some of our legacy categories. However, our strategic initiatives are on track to accelerate net sales growth in the second half of the year. We are confident in these growth prospects, and we have actions underway on price, productivity and other cost saving measures to offset intensifying inflationary pressure evident across the entire industry. Our improved free cash flow performance in the first quarter is aligned with our expectations to generate cash flow in 2018, in line with recent years. With our strong liquidity and conservatively leveraged balance sheet, we are actively working to build value on our company through all avenues, and we are committed to investing in our business to generate solid returns.

Moving to our strategic priorities on Page 4. We've discussed on prior calls our strategic priorities, which will help improve our competitive position and drive transformative growth. These priorities include LVT leadership, innovation, share of wallet with distributors, wood profit enhancements and revitalization of our legacy categories. These combined efforts are all geared towards delivering on our medium-term goals. Today, I will share with you updates on our progress.

In LVT, we have one of the broadest and most compelling portfolios in the industry driven by innovation, new product introductions and our expanded supply capabilities. Prism continues to perform well in the marketplace due to its superior dent resistance and sharper visuals. In January, we debuted several higher-end products including Alterna plank and Rigid Core Elements, which have gained rapid market acceptance. Beyond these products, we have an exciting pipeline of products in the next generation of LVT, including our new vantage, SPC rigid core product that we -- are currently introducing, which provides a range of width options and stunning visuals with embossed and registered textures. At every level price points in LVT, we have successfully increased shipments from our third domestic LVT plant. This was made possible through technological enhancements that allowed us to produce LVT at an existing resilient sheet plant. While this expanded capacity still represents only a small portion of our current LVT sales, we are actively working to expand our offering out of this plant.

Additionally, we have plans to repurpose additional existing plant capacity for domestic production of LVT, including our Rigid Core product line. This advanced production capability is a direct result of our focus on innovation, which has been increasingly woven into all facets of our company. Innovations in durability and design is especially essential to our strategy in all major Wood and Resilient categories. We have expanded our Diamond 10 Technology to numerous categories in response to stronger market appreciation for our sharper visuals, enhanced scratch and stain resistance as well as lower maintenance cost. Last week, we announced to the trade the launch of VCT with Diamond 10 Technology. VCT is a key part of our business, and this product enhancement marks a meaningful milestone in our efforts to grow our business. As a reminder, VCT is a large and important category within the overall hard surface flooring industry, and VCT products are used extensively in educational facilities and mass merchants. Customers prefer flooring that looks good, is durable, and is a great value. For the commercial customer with the high traffic areas, nothing beats our VCT flooring with Diamond 10 Technology. More scratch- and stain-resistant than competing products, it has a premium appearance and significantly lower installation cost as well as maintenance cost that are, on average, 40% lower than polished VCT.

Customers who might previously have chosen stained concrete have told us they love the look, comfort, durability, pricing and maintenance of this game-changing value-priced flooring product. In addition, our VCT recycling program provides a sustainable flooring option to our customers.

With the rapid expansion of Diamond 10, from LVT to residential and commercial resilient sheet, solid wood, and now VCT, this innovative technology is now an option in 5 key product categories which collectively represent over 80% of our sales.

In distribution, we are committed to gaining additional share of wallet and aligning ourselves with partners who are best positioned to support our growth strategy. We are making good progress on our previously announced change in our distributor partnerships, including a shift in our direct marketing and merchandising efforts for our residential products. We expect distributors will begin providing their own merchandising in Q3, with the full transition completed by the end of the year. We are excited by the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

5

Exhibit 2

Page 30

ARMSTRONG FLOORING, INC. FQ1 2018 EARNINGS CALL | MAY 08, 2018

opportunity this gives us to focus more on commercial and national accounts, which we believe will be an important contributor to our collective success.

In our Wood segment, our consolidated manufacturing network is more in line with current customer demand, and able to better leverage productivity benefits realized across our Wood Flooring operations in recent years. In addition, we continue to work towards improving the margin profile of our engineered wood portfolio, including outsourcing more products as well as using a licensing model similar to the steps we have taken in laminate. We have used sourced products to improve our speed to market for new products without investing additional capital, and as a result, have increased our sourced engineered wood sales by roughly 50% in 2017.

In our legacy categories, we are actively revitalizing our portfolio, improving capacity utilization and driving productivity at our plants to more effectively compete in our markets. We have applied Diamond 10 Technology to a range of products including resilient sheet, wood, and most recently, VCT, as I discussed earlier. In VCT, which is one of our most attractive categories, we have fully ramped up production and selling efforts using our existing facilities and go-to-market structure to support the acquired Mannington VCT assets. The integration of this acquisition is on track, and it is generating not only top line growth, but also accretive benefits to adjusted EBITDA in 2018.

Overall, we are confident in our ability to deliver on our strategic priorities in the medium term. We expect to continue executing on these objectives as we build upon our goal of driving sales growth by providing an even more competitive lineup of winning products for our customers.

I'll now turn the call over to Ron to walk through the details of our financial performance.

**Ronald D. Ford**
*Former Senior VP & CFO*

Thank you, Don, and good morning to those on the call today. I'll begin with a review of our financial results on Page 5. In Resilient, net sales were up 2% due to strong growth in VCT and LVT, partially offset by declines in certain of our legacy businesses. The double-digit growth in VCT sales was a result of the recent acquisition of the Mannington VCT assets in June 2017. In LVT, we also generated double-digit volume growth which drove a positive impact on mix. In our other Resilient categories, as Don mentioned, we're working on a number of promising avenues to offset sustained market pressures. Additionally, the migration of a portion of our laminate sales to our licensing model generated lower reported sales, albeit at a more attractive EBITDA margin for that category. This accretive laminate licensing transition will occur throughout 2018.

In Wood, net sales were down 9.8% to $94 million compared to the prior year quarter. The decline was primarily the result of previously disclosed higher distributor inventories at year-end 2017, along with market challenges in both solid and engineered wood. We are actively working with our major retail customers to reverse the trend in solid and look forward to updating you as we make progress in this category.

In engineered wood, the industry continued to face pressures at the low end from import competition.

Total adjusted EBITDA increased 11% to $10.1 million compared to the prior year quarter, with the increase largely driven by lower SG&A, including $4.3 million of customer reimbursements for prior investments in merchandising, along with the benefit of productivity gains, cost reduction actions and our previously announced plant closures.

In regards to the reimbursements, we continually collaborate with our customers on marketing activities to drive volume in their markets. We periodically assess the returns for the investments we've made, and while the significant majority of these selling efforts have been successful, we may seek reimbursement if the sales growth is less than expected. The $4.3 million in reimbursements represents a minor portion of prior merchandising efforts which could now be reinvested in our business. The efficiencies from our go-to-market change and the reductions in corporate overhead that we announced in February were largely completed in the first quarter of 2018, and are on track to generate annualized savings of $10 million to $12 million.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 2

Page 31

As we indicated on our last call, raw material inflation was significant in the first quarter in both our resilient and wood businesses.

We are experiencing increases in energy, transportation, raw materials and operating costs, which we expect to continue rising throughout 2018. This includes lumber cost, which have moved considerably higher as availability has tightened. In response, we've announced a range of price actions.

In Resilient, we announced a 3% to 6% price increase effective in April 2018 for many of our legacy commercial products. We've announced a 5% to 7% price increase on our solid wood products effective May 2018. In addition to these pricing actions in both segments, we've implemented a freight and energy surcharge on shipments effective May 1. We anticipate the impact of these pricing actions, combined with additional productivity gains and other cost savings, will help offset intensifying inflationary pressures.

Turning to our free cash flow and liquidity on Slide 6. During the first quarter, we experienced a $15 million free cash outflow compared to $46 million free cash outflow in the prior year quarter. The primary factors of this improvement were enhanced working capital management and the timing of planned inventory spend. CapEx was below depreciation, which has an annual run rate of $50 million. We continue to anticipate 2018 free cash flow will be in line with recent years as we build inventory over coming quarters.

During the quarter, we continued to repurchase shares, bringing our aggregate repurchases to $41 million since inception of the program in March 2017. We ended the quarter with a strong balance sheet consisting of $62 million of net debt. This places us conservatively below our long-term target net leverage ratio of 1.5 to 2x, which gives us the flexibility to invest in ongoing transformational initiatives and pursue additional acquisitions.

Turning to our outlook on Slide 7. Today, we've discussed a number of transformational initiatives which reinforce our expectation to deliver adjusted EBITDA in the range of $70 million to $80 million in 2018. This includes mixed benefits from our investments in VCT, LVT and product innovations, along with increased efficiencies from our wood plant closures, enhanced distribution partnerships and announced cost reduction actions taken.

Since our last call, input cost inflation has intensified and exceeded our initial outlook, especially in lumber. We believe that we can offset the impact of these higher costs through price actions and additional productivity gains.

Our unchanged adjusted EBITDA outlook for the full year 2018 assumes sales growth in the low single digits, weighted towards the second half of the year. This weighting towards the second half is particularly relevant in the Wood segment as the tight lumber availability, which I mentioned earlier, may defer some Q2 shipments while we work to address supply constraints at some of our plants. Beyond that, we anticipate that our focus on higher growth categories, product innovation and strengthened distributor partnerships will allow us to accelerate sales in the second half of 2018.

We continue to expect capital expenditures for 2018 to be in the range of $40 million to $45 million. Maintenance CapEx should be approximately 2% to 2.5% of sales, with the balance of the spending budgeted for high return investments consisting of productivity projects with short paybacks or innovation projects where we expect a strong return.

Moving to our taxes. We still expect a cash tax rate of 0 as a result of federal NOLs. On the P&L, based on our current tax position, including the valuation allowances we established in the fourth quarter of 2017, accounting rules prevent us from recording a tax benefit this quarter. Our effective tax rate could change significantly quarter-to-quarter, but it's worth remembering that we expect our full year cash taxes to be 0. We anticipate that 2018 will be another year of positive free cash flow, in line with recent years.

We continue to expect to end the year below our target leverage ratio of 1.5 to 2x EBITDA, while preserving ample liquidity to invest in internal projects and other value enhancing initiatives.

With that, I will now hand the call back to Don for closing comments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 32

**Donald R. Maier**
*President, CEO & Director*

Thanks, Ron. Turning to Slide 8. We are excited to continue driving improvement in each flooring category that we serve. We believe we are taking the appropriate steps to improve our overall business performance through our strategic priorities. Innovation, technological advancements, strengthened distributor relationships and operating efficiencies are the cornerstone of our profitable growth trajectory moving forward. This focus will allow us to improve our mix of sales to higher growth products while maintaining strong competitive positions in legacy categories. As such, we remain committed to achieving a 10% EBITDA margin by 2020 under a range of growth scenarios. We have a clear strategy with multiple levers to accomplish this goal.

We look forward to executing on all of our objectives as we build upon our strong brand and market leadership to drive shareholder returns.
Operator, we are now ready to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Keith Hughes from SunTrust Robinson Humphrey.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Just had a question on the customer reimbursements, the $4.3 million. Is that a function of the relationship change you're undergoing with your distributors right now? Or is that more just regular course of business?

**Ronald D. Ford**
*Former Senior VP & CFO*

Keith, thanks for your question. It is -- we continually do this with our customers of all kinds. And while we don't comment specifically on any individual customer or customers, as you would expect, while we do this from time-to-time, in this particular case, the amount was large enough that we felt like we ought to call it out, just to bring it to the market's attention. But it's a normal course of business activity.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. So this is not something we're going to see every quarter, correct? This just happens periodically?

**Ronald D. Ford**
*Former Senior VP & CFO*

It happens periodically, and somewhat difficult to predict the timing.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And you've called out LVT, like everyone in this industry, growing, growing really well. Could you give us sort of an update on LVT in terms of how much of your LVT that you're currently selling are you producing? And how much is being sourced?

**Donald R. Maier**
*President, CEO & Director*

Yes, Keith, I think, probably the easiest way to term that is it's about 1/3 is domestically manufactured and 2/3 sourced at this point in time. Obviously, with the addition of our third plant in Stillwater and the capabilities there and our plans to have a fourth rigid core repurposing activity as well, we see that growing as we move forward. Frankly, a lot of the growth in LVT right now has come from the Rigid Core products and those are 100% sourced for us right now.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

And the fourth plant would -- on the current plans would be Rigid Core, is that correct?

**Donald R. Maier**
*President, CEO & Director*

That's what we discussed last quarter, yes.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 34

Okay. And any kind of timing on when that would come in?

**Donald R. Maier**
*President, CEO & Director*

No. We're not giving any firm timing on that. However, it is something that we hope to have done in kind of the same timelines of our Stillwater project. So much more work to be done there. And we -- hopefully, we'll be able to give you some more firm timing next quarter.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

And then final one on LVT. Pricing is -- how is pricing then? Have you seen the degradation in pricing, either solid core or the flexible materials?

**Donald R. Maier**
*President, CEO & Director*

Yes, I would say the dynamic has remained unchanged from what we've discussed in the past. Clearly, on the opening price point areas where there are -- there's little product differentiation and a larger number of brokers and other folks out there with the product, I would say we're seeing more pressure. Our strategy, really, while we have products to serve, that part of the offering is really to focus on the differentiated products and moving into not only innovations like the Diamond 10 coating, but also into the SPC categories as we see the category migrating and evolving in that direction.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And you've called out LVT and VCT as big growers for you. I know you don't like to break out the percentage of Resilient by product, but are we -- do you have any kind of estimate? Or have you seen, kind of feel when those 2 products are going to be the majority of your revenue? And kind of tips the scales here to get the segment growing, again, on a bigger and more consistent basis?

**Donald R. Maier**
*President, CEO & Director*

Yes. So we've talked an awful lot about the need to get top line growth and we've been enjoying nice growth in LVT, as we've discussed. It's exciting to be able to talk about another category with VCT this quarter. As Ron indicated, a large part of that was associated with the acquisition of Mannington's VCT assets. Having said that, on a forward look, as I indicated, we're very excited about now getting the Diamond 10 Technology on to VCT as this provides a lot of benefits and a rather meaningful change in the overall cost of ownership to, I believe, make it a much more desirable avenue to go down versus some of the alternatives such as stained concrete.

**Operator**

Our next question comes from the line of Michael Wood from Nomura Instinet.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

First, just another follow up on those customer reimbursements. Can you just clarify how much do you typically put in your annual guidance? And was this $4.3 million an unusual amount? Was that already embedded into your guidance for this year?

**Ronald D. Ford**
*Former Senior VP & CFO*

Yes, it was. We did, in fact, consider it and while we may have not known precisely the timing, we anticipated some level of reimbursement and included it in our guidance.

**Michael Robert Wood**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 35

*Nomura Securities Co. Ltd., Research Division*

Great. And then so I'm curious, that being said, with -- you called out the cost inflation that was a little worse than you anticipated since last quarter's call. I'm curious what the offset to that was that enabled you to maintain your guidance? Is it in anticipation of price success or was there other cost savings that you were able to generate?

**Donald R. Maier**
*President, CEO & Director*

Yes. So as we indicated last quarter, as we've laid out the building blocks that had been announced, we had included a fairly significant consideration in our guidance for inflation. What Ron has indicated is that we are seeing levels accelerating there. And as such, we have come up with additional productivity efforts to offset those costs. But as well announced the pricing actions which, in effect, basically all took effect here last week. So a combination of all of the normal levers you would expect.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Great. And can you also update us on where your plant optimization is with regard to LVT? Are you at a point yet where your productivity has enabled you to surpass the sourced margins with LVT?

**Donald R. Maier**
*President, CEO & Director*

So yes, I think you're referring to the Lancaster facility that we opened a number of years ago. And it is fully functional and operating and has had all of the financial benefits that we envisioned when we made that investment to provide us with a lower cost than sourced products.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Great. And just finally, if I could ask one on your shift to the marketing with your distribution base. I'm just curious if you can give an update on how that's going so far, and what you're doing just to make sure you're protecting or safeguarding your brand? And how that progress has been on that initiative?

**Donald R. Maier**
*President, CEO & Director*

Yes, so I would say we are on track as we had planned. And that includes really not having the full turnover of these responsibilities taking place until the end of this year with a number of items ramping up in Q3 of this year. So we are still managing and maintaining all of those activities while this transition takes place. So there's no risks at the current time. We've been working very closely with our distributors who, by the way, are very excited, and this is something that they really been seeking as it gives them, I think, a competitive advantage in the marketplace as well, and so good progress there. And we have all of the things that you would expect to manage this moving forward, including rigorous brand standards to make sure that the branding is consistent across all regions. Performance criteria, to make sure that the investments are being made in the marketplace and the natural remedies that you would expect should we get misaligned in a particular case. So we feel very good about it. I think our distributors feel very good about it, and we continue to work collaboratively with them, looking to have the keys turned over to them at the end of the year. And I guess, one other piece as well that's important here is, at the same time, we're increasing our focus on our commercial business and the specifications there are as well as the national retailers, which is where, I think, we can bring real value to our distributors by increasing our investments and focus there.

**Operator**

Our next question comes from the line of Scott Rednor from Zelman & Associates.

**Scott L. Rednor**
*Zelman & Associates LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 36

Within volume per the Q is down about 7% year-over-year on 1Q, and you noted some other issues that you guided to, Don. Within the low-single-digit growth expectation in guidance, what's the assumption for volume, Don?

**Donald R. Maier**
*President, CEO & Director*

Yes, so volume will be a part of that mix, what we indicated last quarter that, that's largely a second half impact with all of the product activities and ramping up of a number of other initiatives like the VCT volumes. So volume will be a much bigger impact in the second half. In the quarter, we, as we indicated, had a little bit higher distributor inventory levels as we exited 2017 that were a factor if you're looking at a quarter-on-quarter comparison. And on the Wood business, there was -- a large part of our solid business is in the Northeast region, and there was considerable weather disruption in there. So not probably a factor in the overall total, but certainly impacted the solid Wood business in the quarter there.

**Scott L. Rednor**
*Zelman & Associates LLC*

Great. That's helpful. And are you -- guys, when you talk about LVT, are you seeing materially different growth rates between the flexible, the old product versus SPC or rigid or WPC right now? Or is that evident in your business?

**Donald R. Maier**
*President, CEO & Director*

Absolutely is. Yes. The growth in our rigid products is meaningful.

**Scott L. Rednor**
*Zelman & Associates LLC*

And then maybe just lastly, Don. When you think about solid wood or even the high-end engineered wood, just curious what kind of your guys' consumer customer research is saying, just recognizing LVT is growing so fast, but is there still kind of value, does the consumer -- a higher end consumer still want that product?

**Donald R. Maier**
*President, CEO & Director*

Yes, yes. We have confirmed that, and there's a number of independent pieces of work out there that would indicate the same. Having said that, your position that it is being dampened by the rapid increase in LVT is, I think, very much afoot as well. So I think we would see market growth rates much higher were it not for the impact of LVT.

**Operator**

Our next question comes from the line of Alvaro Lacayo from Gabelli & Company.

**Alvaro Lacayo**
*G. Research, LLC*

So I just wanted to start off the question with just overall mix on the Resilient side. I want to make sure that I capture everything that's driving the improved mix. And it's mostly just the higher growth rates in both LVT and VCT. Just want to make sure that is correct. And then on VCT, maybe you could just talk about organic growth, not including the acquisition. And in the past, you described this business as a kind of flattish volume with a little bit of price kind of segment. Just wondering if those trends would be in line with what's been said in the past? And what are the expectations for the rest of the year?

**Donald R. Maier**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 2

Page 37

**ARMSTRONG FLOORING, INC. FQ1 2018 EARNINGS CALL | MAY 08, 2018**

So first of all, yes, the Resilient category was driven by the double-digit gains in VCT and in LVT, offset by the legacy products, largely residential sheets. So to answer your first part of your question, that's correct. The market in VCT, I would say, has not changed. It's still low single-digit declines. We've talked about 3% to 4% pretty much for the past numerous years. So having double-digit growth in there clearly is a great improvement for us, largely driven by the acquisition of the Mannington assets, but as well as an area that our team and our distributor partners have really focused on. And in the process as well we've seen a nice improvement in the mix within the category as well. Kind of the forward-looking view and the excitement that I have around the Diamond 10 Technology on VCT would be as that changes the cost curve and the benefits that the owner is able to realize, we think that, that's going to hopefully change that overall market trend because it is a much, a now much more competitive product versus the alternatives like stained concrete.

**Alvaro Lacayo**
*G. Research, LLC*

Got you, okay. And then just, I know it's early on, but the licensing on the laminate business, if you could maybe add a little bit in terms of how you think that's progressing. And then does that strengthen the belief that you'll be able to successfully do that with a lower-end engineered wood product business? And then maybe just, I don't know if I've caught this in the past or not, but if you could size the opportunity for the engineered wood. I know you've said it's larger than the laminate, but just wondering how much of that could get migrated to that kind of a licensing model?

**Donald R. Maier**
*President, CEO & Director*

Yes. So first of all, on the laminate, the licensing is working out just as we had anticipated. We have not run into any issues or problems, which was an important part was to gain some learning here as we look to expand this into the engineered wood category. So things are pressing there although, albeit still relatively early, but no reasons for concerns there. On the engineered wood side, we don't have anything to disclose today. However, I can say we've made meaningful progress in that endeavor and hopefully can have something to announce when appropriate. The size of that is really going to be a function of the process of negotiating that arrangement. So it will be more meaningful but hard to quantify for you right now as the details are still being finalized.

**Alvaro Lacayo**
*G. Research, LLC*

Okay, got it. And just with the -- on the Wood side, the inventory build that had an impact on Q1, I mean, have we seen all -- has all the effects of that inventory have been cleared out? And then just the other thing you called out with regards to limited, I think it was wooden material availability and what kind of an impact -- will the Q2 impact be similar to what we saw in Q1? Or how would you sort of quantify how that will impact the second quarter?

**Donald R. Maier**
*President, CEO & Director*

Sure. So first of all, yes, the inventory pieces has worked through, so that was resolved through the quarter. The call out on wood availability, the same weather issues that we referred to on the Northeast in the selling side also impacted the ability to get logs out of the forest. And so log inventory is fairly tight right now. Obviously, we're now entering a more climate that is conducive to logging. So we see that issue being worked through. We wanted to call it out as we don't believe, at this point in time, it's going to have a material impact. However, we did want to call out that it's a potential risk if, for some reason, the lumber levels don't return, availability could impact the quarter towards the tail end.

**Operator**

Our next question comes from the line of John Baugh from Stifel.

**John Allen Baugh**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 2

Page 38

*Stifel, Nicolaus & Company, Incorporated, Research Division*

Most has been asked but, I guess, 2 things left. You mentioned trying to turn your solid wood business. Could you maybe give us 2 or 3 things you're working on to make that happen?

**Donald R. Maier**
*President, CEO & Director*

John, could you be a little more specific when you said turn?

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Well, you've mentioned that the solid volumes were down. I'm sure some of that might have been this excess inventory. But you mentioned you're working hard to try to turn that negative trend, and I'm just curious what the 2 or 3 initiatives might be there.

**Donald R. Maier**
*President, CEO & Director*

Yes. So the 2 impacts in the quarter, as we discussed, were the higher levels of inventory as we exited '17, and then on solid, the primary solid market is in the Northeast, which, as you know, personally, has had quite a few interesting storms that impacted sales and ability, even for folks to get out of their houses. So that's behind us. The new products that we've introduced are beginning to get traction and, as you know, that's not only a volume play for us but also is a margin play. In particular, the 2 collections that we launched last quarter with the Diamond 10 Technology are encouraging. And we have a number of other initiatives as well afoot for the product side. So we continue to, I think, see nice opportunities both for volume and mix improvements within the solid business.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And how did the April price increase, like, on Resilient go, I believe that was just on commercial products, and you've, in the past, have relatively good success there. Am I mistaken on that? And any update on that? And how do you think the May solid increase is going to go?

**Donald R. Maier**
*President, CEO & Director*

Yes, so I'll comment and then I guess, Ron, if you have anything to tag on that would be fine. But I would say, so far, we've been very close to our distributors. And obviously, there is -- these inflationary pressures that we're seeing are not unique to Armstrong, they span the entire industry. And at the same time, we want to make sure that we're not getting our price out in front of us competitively and seeing the share impacts. So thus far, way too early probably to make a comment, but we feel working closely with our distributors that we're going to be able to get that right mix of achieving the price increases and realizing that to offset some of the inflation that we're seeing. Ron, would you like to add?

**Ronald D. Ford**
*Former Senior VP & CFO*

I'd echo that this is an industry-wide challenge, in fact, it's a business-wide challenge in the country right now, among them, freight, for example. You're hearing that on every earnings call you listen to. We're not unique in that regard. And so the market is fully aware of the fact that this is necessary. And our customers are fully aware that this, in no way, is a sort of a margin grab on our part, it's merely a matter of trying to recover these costs and also, as Don mentioned, stay competitive. So our confidence is reasonably high and our ability to -- the conditions are right for us to achieve price realization.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 2

Page 39

And then my last question is on the distributor change. Is there, I guess, the few contacts we've made, it sounds like the larger distributors are excited about this change but some of the smaller ones might struggle a little to take on some of the processes you were doing for them. And I guess my simple question is, there might be some pluses and minuses that nets to a plus. But are there any distributors who are pushing back? And if so, how do you deal with that?

**Donald R. Maier**
*President, CEO & Director*

Yes. So no distributors are pushing back. We, as I indicated in my comments, are working through a lot of the details with them as we speak. And we have a couple of quarters here to get ourselves fully ready for the transition. I would say that the capabilities of our distributors are all very good. Some of them are excellent. And so we're working to get everybody to that excellent capability standpoint.

**Operator**

Ladies and gentlemen, we have reached the end of the question-and-answer session. And I would like to turn the call back to Don Maier for closing remarks.

**Donald R. Maier**
*President, CEO & Director*

Thank you, operator, and thank you, everyone, for joining us today. We appreciate your interest in Armstrong Flooring, and we look forward to updating you on future calls. Have a great day.

**Operator**
This concludes today's conference. You may disconnect your lines at this time. Thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 3

**S&P Global**
Market Intelligence

# Armstrong Flooring, Inc. NYSE:AFI FQ2 2018 Earnings Call Transcripts

## Tuesday, August 07, 2018 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.30 | 0.47 | ▲56.67 | 0.40 | 0.47 | 0.59 |
| **Revenue  (mm)** | 297.37 | 306.00 | ▲2.90 | 313.08 | 1136.52 | 1162.40 |

Currency: USD
Consensus as of  Aug-07-2018 1:39 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2017** | 0.24 | 0.20 | ▼1 (16.67 %) |
| **FQ4 2017** | (0.18) | (0.12) | NM |
| **FQ1 2018** | (0.16) | (0.24) | NM |
| **FQ2 2018** | 0.30 | 0.47 | ▲2 56.67 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

**Call Participants** ......................................................................................... **3**

**Presentation** ......................................................................................... **4**

**Question and Answer** ......................................................................................... **8**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

Exhibit 3

Page 44

# Call Participants

**EXECUTIVES**

**Donald R. Maier**
*President, CEO & Director*

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

**Ronald D. Ford**
*Former Senior VP & CFO*

**ANALYSTS**

**Alvaro Lacayo**
*G. Research, LLC*

**John Allen Baugh**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Justin A. Speer**
*Zelman & Associates LLC*

**Keith Brian Hughes**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Michael Robert Wood**
*Nomura Securities Co. Ltd.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Greetings, and welcome to Armstrong Flooring Second Quarter 2018 Earnings Call. [Operator Instructions] And as a reminder, this conference is being recorded.

I would now like to turn the conference over to Doug Bingham, Vice President, Treasury and Investor Relations. Thank you. Please go ahead.

## Douglas B. Bingham
*Senior VP, CFO & Treasurer*

Thank you for joining us today for Armstrong Flooring Second Quarter 2018 Earnings Conference Call. Today's call is hosted by: Chief Executive Officer, Don Maier; and Chief Financial Officer, Ron Ford. We trust you have seen our press release this morning. Additionally, a copy of the slide presentation to accompany this call is available on the Investors section of our website at www.armstrongflooring.com.

I refer you to Slide 2 of that presentation and advise you that during this call, we will be making forward-looking statements that involve risks and uncertainties. Actual outcomes may differ materially from those expected or implied. For a more detailed discussion of the risks and uncertainties that may affect Armstrong Flooring, please review our SEC filings.

Forward-looking statements speak only as of the date they are made, and we undertake no obligation to update any forward-looking statement beyond what is required by applicable securities laws.

In addition, our discussion of operating performance will include non-GAAP financial measures within the meaning of SEC Regulation G. A reconciliation of these measures to the most directly comparable GAAP measures is included in the press release and in the Appendix of this presentation.

With that, I will now turn the call over to Don.

## Donald R. Maier
*President, CEO & Director*

Thank you, Doug. Good morning, everyone, and thank you for participating on our Second Quarter 2018 Earnings Call. Today, I will discuss our operating highlights and business activity. Ron will then cover additional details on our financial results and outlook before I offer closing comments. After our prepared remarks, we will open the call to answer your questions.

I ask that you turn to Page 3, which provides some key highlights and updates. We are excited by our performance during the second quarter in which we grew sales, delivered incremental margins of nearly 50% and generated solid cash flow. Net sales increased 3%, in part driven by significant volume growth in Luxury Vinyl Tile, or LVT, which offsets sustained challenges in legacy categories. We also attained higher selling price in most product categories, largely attributable to our pricing actions in April and May. These pricing actions were an important part of our efforts to mitigate the intensifying inflationary pressure evident across the entire flooring industry. These efforts, along with stronger productivity, our cost saving actions, such as our previously announced wood plant closures and SG&A savings, allowed us to grow adjusted EBITDA by 16% to $30 million while expanding adjusted EBITDA margins by 110 basis points to 9.7%.

Our free cash flow performance in the second quarter is aligned with our expectations to generate cash flow in 2018 consistent with recent years. With our strong liquidity and conservatively leveraged balance sheet, we are actively working to build value in our company through all avenues, and we are committed to investing in our business to generate solid returns.

I'll now move to our strategic priorities on Page 4. We have a wide range of targeted initiatives in motion to further advance our strategic priorities. These priorities include LVT leadership, innovation, share of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 46

wallet with distributors, wood profit enhancements and revitalization of our legacy categories. These combined efforts are helping to improve our competitive position and drive transformative growth as we have demonstrated in the first half of 2018.

I will now share with you updates on our progress.

In LVT, our new product introductions and expanded supply capabilities are driving consistent volume gains. As an example, we recently debuted our unleashed LVT product line, primarily for commercial customers. Unleashed is a thicker, flexible product, which covers minor subfloor imperfections and is quicker and more efficient to install, all of which we anticipate will gain the product rapid market acceptance.

Additionally, our other new LVT products, such as Prism, Alterna planks, Rigid Core Elements, Advantage SPC Rigid Core, collectively continue to drive higher sales in the marketplace. Beyond these products, we have an exciting pipeline in the next generation of LVT and we plan to continue to invest in our broad and compelling portfolio of high-demand products.

We are also investing in new products across each of our other categories. Innovations and durability and design is central to our strategy in all major Wood and Resilient categories. This is most evident in the rapid expansion of our proprietary DIAMOND 10 Technology, which is now available in 5 key product categories, which collectively represent over 80% of our sales. In May, we announced our most recent launch of DIAMOND 10 Technology on Vinyl Composition Tile, or VCT, which has gained strong market response helped by lower installation costs and enhanced scratch and stain resistance, leading to a lower total cost of ownership. These are all important features for VCT and any category within the overall hard surface flooring industry.

In distribution, we are focused on gaining additional share of wallet and aligning ourselves with partners who are best positioned to support our growth strategy. Earlier in the year, we announced a change in our distributor partnerships, including a shift in direct marketing and merchandising efforts for our residential products, which is still on track to better serve customers at a lower cost.

We are making good progress for distributors to begin providing their own merchandising in Q3, with the full transition to be completed by year-end in 2018. This shift in responsibility will come with higher margins for our distributors, which will give them further incentive to expand their share of wallet with us while our distributors will have more flexibility to serve the unique needs of our important residential customers in their markets. We are excited to focus more of our marketing spend on commercial and national accounts where we believe we can better leverage our scale.

In our Wood segment, we continue to work towards improving the segment's margin profile, especially in engineered wood, where we have experienced sustained pressure from import competition, particularly at the low end. To counter these unfavorable economics, we recently introduced a new licensing model in which we believe we can unlock some of our strong brand value.

Specifically, we are establishing a licensing program with a well-known and trusted supplier who will produce and market entry-level engineered wood products through our distributors. We do not currently have a product offering in this value segment, which is rapidly growing. And as the program rolls out, we expect accretive benefits in 2019, in addition to our current sourced and manufactured models.

While we will continue to manufacture and source engineered wood, especially at the higher end, this additional licensed product will allow us to generate superior returns through more attractive EBITDA margins. We look forward to providing further updates on the growth and potential for this initiative on future calls.

In our legacy categories, we are actively revitalizing our product portfolio, improving capacity utilization and driving productivity at our plants to more effectively compete in our markets. In addition to the expansion of DIAMOND 10 Technology on to VCT that I mentioned earlier, we are excited about our recent launch of a completely refreshed heterogeneous commercial sheet offering called Rejuvenations, which also features our DIAMOND 10 Technology. This should position us well in this important category.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 47

These efforts are driving stronger profitability and more productive selling efforts while moving us closer to our medium-term margin goals.

Overall, we are driving improvement across our products, channels and operations. This is made possible by our focus on innovation, which encompasses all facets of our business. We are determined to drive sales by providing an even more competitive lineup of winning products and to build partnerships throughout all channels by delivering exceptional service.

Combined with our numerous initiatives to improve efficiency, Armstrong Flooring is poised to strengthen its position as the leader in hard surface flooring.

I'll now turn the call over to Ron to walk through the details of our financial performance.

**Ronald D. Ford**
*Former Senior VP & CFO*

Thank you, Don, and good morning to those on the call today.

I'll begin with a review of our financial results on Page 5. In Resilient, net sales were up 6.4% to $200 million, primarily due to strong growth in LVT and better price across many categories. In LVT, we generated double-digit volume growth, resulting in a positive impact to sales mix. In our other Resilient categories, we were pleased to see stronger pricing. This partially offset software volume due to continued competitive pressures. Additionally, similar to Q1, as planned, the migration of a portion of our laminate sales to a licensing model generated lower reported sales albeit at more attractive EBITDA margins for that category. This accretive laminate licensing transition will occur throughout 2018.

In Wood, net sales were down 3.1% to $106 million compared to the prior year quarter. The decline was a result of lower volumes in engineered wood. This was attributable to continued industry pressure at the low end from import competition, as Don mentioned. Solid wood volume was modestly higher, helped by improved sales to major retail customers.

We were especially pleased to see total adjusted EBITDA increase by 16% to $29.6 million compared to the prior year quarter. The increase was largely due to productivity gains, better pricing and lower manufacturing costs, including the benefits of previously announced wood plant closures. These positive factors more than offset intense inflationary pressures resulting in higher overall adjusted EBITDA.

To that point, our team collectively did a great job in overcoming the challenges presented by raw material inflation in our overall business. During the quarter, in Wood, we were able to more than offset inflation through a combination of better manufacturing costs, productivity, SG&A and pricing. This drove Wood segment adjusted EBITDA to $8.1 million compared to $1.5 million in the prior year quarter.

In Resilient, inflation more than offset the benefits of higher sales and stronger productivity, causing a modest decline in that segment's adjusted EBITDA to $21.5 million.

As we discussed on prior calls, we are experiencing cost increases in energy, transportation, raw materials and operating costs, which we expect to continue rising throughout the remainder of the year. In response, during the second quarter, we announced several price increases and introduced freight and energy surcharges. This collectively resulted in better pricing for most categories. That said, lumber costs have moved even higher as availability has further tightened. We have responded with additional price actions, including an announced 9% increase in solid wood products and a 3% increase in engineered wood, both effective in August 2018.

In response to continued inflation for Resilient raw materials and freight, we have also announced price increases of 3% to 5% on many Resilient products effective in October. We anticipate the impact of these pricing actions in Q4, combined with additional productivity gains and other cost savings, will help offset intensifying inflationary pressures.

Turning to our free cash flow and liquidity on Slide 6. During the first half of 2018, we generated $7 million of free cash flow. This compared to negative $13 million in the prior year period. The improvement is a reflection of more efficient management of networking capital along with our stronger earnings and lower

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 48

CapEx spend in 2018. CapEx was below depreciation, which has an annual run rate of approximately $50 million.

We ended the quarter with a strong balance sheet, consisting of $41 million of net debt. This places us conservatively below our longer-term target net leverage ratio of 1.5 to 2x, which gives us the flexibility to invest in ongoing transformational initiatives and pursue additional growth opportunities.

Turning to our outlook on Slide 7. We were encouraged by our results year-to-date and the tangible results coming from numerous transformative initiatives. We remain confident in our outlook and reiterate our expectation to deliver adjusted EBITDA in the range of $70 million to $80 million for the full year 2018.

While we expect lumber and other input costs to remain considerable headwinds through year-end, as I mentioned, we believe we can offset the impact of these higher costs through price actions, cost savings and additional productivity gains.

Our sales outlook is also unchanged. For the full year 2018, we continue to expect sales growth in the low single digits. We expect to continue to face growth challenges due to lumber availability and potential competitive responses to our pricing actions in this inflationary environment, especially in Q3.

In addition, our price increases to combat inflationary pressure take effect in Q4. Therefore, we anticipate that our growth and margin improvement in the second half will be weighted towards the fourth quarter as we focus on higher growth categories, product innovation and strengthened distribution partnerships.

Let me take a moment to discuss preliminary thoughts on the potential impact on our business from the recently proposed tariffs on flooring. We are primarily a domestic manufacturer, with 3/4 of our sales in 2017 coming from product we produce. This model provides us a natural insulation from trade disputes. The 2 categories where we source a meaningful amount of product are engineered wood and LVT. In both of these categories, we believe most peers source heavily from China. We have both overseas sourcing as well as domestic production in both. So overall, we expect that any tariffs would impact us less than most of our competitors. We will continue to monitor trade developments and provide updates as appropriate.

We continue to expect capital expenditures for 2018 to be in the range of $40 million to $45 million. Maintenance CapEx should be approximately 2% to 2.5% of sales, with the balance of the spending budgeted for high return investments consisting of productivity projects with short paybacks or innovation projects where we expect a strong return.

On the P&L, our effective tax rate could change significantly quarter-to-quarter, but it's worth remembering that we expect our full year cash taxes to be 0 as a result of federal NOLs. We anticipate that 2018 will be another year of positive free cash flow, in line with recent years.

With that, I will now hand the call back to Don for closing comments.

**Donald R. Maier**
*President, CEO & Director*

Thanks, Ron. I'll ask that you to turn to Slide 8, please.

I am very proud of the Armstrong Flooring team as we delivered better results in the second quarter and the first half of 2018. This was made possible by mixed benefits from our investments in LVT, DIAMOND 10 Technology and other product innovations, along with increased efficiency from capacity enhancements, strengthened distributor partnerships and cost reduction actions.

Additionally, stronger pricing in the second quarter in the face of continued inflation highlighted the strengths of our products and strategy. I'm encouraged by our progress in 2018 and believe we are taking the appropriate steps to improve our overall business performance through our strategic priorities. Innovation, expanded distribution and operating efficiencies are the cornerstone of our profitable growth trajectory moving forward. These collective actions reinforce our commitment to achieving a 10% EBITDA margin by 2020. We look forward on -- to executing on all of our objectives as we build on our strong brand and market leadership to drive shareholder returns.
Operator, we are now ready to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Keith Hughes with SunTrust.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

First question on -- within wood. You have in the slide, $6 million of manufacturing and input costs to the positive. Can you just split up what was the magnitude of the positive from manufacturing input cost [ that were positive ] , clearly up here in the quarter?

**Ronald D. Ford**
*Former Senior VP & CFO*

Sure, Keith. We had plant -- as previously announced, we had plant closures late last year with an annual impact of $8 million to $10 million and previously announced SG&A actions with an annual impact -- sorry -- plant closures of $8 million to $10 million and SG&A actions with an annual impact of $10 million to $12 million. Those were executed in such a way that we saw those fall through pro rata in the quarter.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And so would that continue on a pro rata amount into the third, or was there some upfront quick savings again?

**Ronald D. Ford**
*Former Senior VP & CFO*

No. It should continue pro rata throughout the year.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And so I can interpolate with the manufacturing input, but from your prepared statements, it's clear those costs have gone up sequentially from the second to the third, is that correct?

**Ronald D. Ford**
*Former Senior VP & CFO*

What I would say is that we -- one of the benefits we had in Q3 is a terrific performance by our operations organization and strong productivity in the quarter, which also added to the improvement in our Wood results in the quarter.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And so but the costs, I think you telegraphed in your statement had accelerated and it will take until the fourth quarter to be able to cover those, is that correct?

**Ronald D. Ford**
*Former Senior VP & CFO*

Correct.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And then switching back to Resilient real quick, you had some nice revenue growth in the quarter. Looks like it's primarily units. Have we now gotten to the point given the size of LVT within your business

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 50

and its growth in the market, are we going to switch and see just from a relative size standpoint and be able to drive more consistent top line growth in this segment to one degree or the other in subsequent quarters?

**Donald R. Maier**
*President, CEO & Director*

Yes. Keith, this is Don. We did see in the first half nice improvement in volume, as you noted, but also in price realization and mix growth. And those were all pretty evenly distributed. As we look forward, as you know, we've been working on the legacy parts of our portfolio that have been a kind of a counter force to the significant growth that we've been able to drive in LVT and, most recently, in VCT. And as those categories, res sheet and engineered wood in particular, the actions that we're taking are beginning to soften the headwinds that we get from them. And that's allowing the growth to come through the P&L. So we are encouraged to see that trend continue in Q2 here, and that was a key driver to our 3% growth for the quarter.

**Operator**

Our next questions come from the line of Michael Wood with Nomura.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

I'm not sure if I heard. Can you give the LVT growth rate that you saw in the quarter?

**Donald R. Maier**
*President, CEO & Director*

So Mike, we didn't give the detail to that level. I would say that we continue to be pleased with our growth relative to where we believe the market is at. We have in particular seen strong growth in the Rigid Core and SPC categories, where we have put a tremendous amount of our effort in new product development into.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

And did you have any sourcing issues to note, like one of your large competitors in LVT? And I'm curious if you are aware or know of any supply changes ahead of potential tariffs later this month in any of your products?

**Donald R. Maier**
*President, CEO & Director*

So I think just what we saw was actually our growth exceeding kind of our inventory positions collectively between our distributors and our warehousing. And so our supply base in China did a phenomenal job in responding to that, and we feel good about having the inventory built to support the business, not only in the quarter, but moving forward here.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Got it. And can you also break out the $4 million year-over-year manufacturing input cost decline in Resilient? Was that primarily the input costs? Or was there any manufacturing efficiency changes in that number?

**Ronald D. Ford**
*Former Senior VP & CFO*

Yes. There were both, principally manufacturing efficiencies. As you'll recall, our Lancaster LVT plant was less than optimal this time last year and our folks have done a great job improving the performance there. And that's contributed a significant amount to our overall productivity.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 51

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Great. One last question. With the licensing changes you're making in engineered, is there any plant closures or changes happening related to that?

**Donald R. Maier**
*President, CEO & Director*

Mike, the target for the initial tranche of products that we'll be licensing is a price point that we're not currently serving, so this should be incremental to the overall business. Obviously, we will monitor and give more updates on that program as it develops. And we have intentions for it to work its way up in through the line.

**Operator**

Our next question comes from the line of Alvaro Lacayo with Gabelli.

**Alvaro Lacayo**
*G. Research, LLC*

So I guess I had a quick question if maybe you could provide some commentary around just what you've been seeing from a domestic industry capacity standpoint in terms of what's been coming online and in what categories? What potential impact that could have on pricing? And in terms of additional tariffs in the flooring space, I think you have some competitors that are for it and some that are against it. Maybe if you could sort of highlight what your stance is in terms of where you stand there and then maybe talk about pricing dynamics in those categories that are more sourced than manufactured LVT and engineered wood.

**Donald R. Maier**
*President, CEO & Director*

Sure. I'll take the last part of your question first. We pretty much manufacture in the regions where we sell our products. And as you know, over the past several years, we've on-shored production of both engineered and -- engineered wood and LVT into domestic capacity. And as we've announced, we continue to invest behind that and are focused on establishing Rigid Core and SPC capabilities domestically as well. In its total sense, about 25% of our 2017 sales were sourced outside the U.S. That's largely related to engineered wood and LVT, as we had discussed. However, as we noted, we also do have domestic capacity for those here as well, for both product categories. The -- where the tariff actually lands, what products are included, what the rate is, when is it implemented are all undetermined at this point in time. We have taken a view as to what we think that outcome will be, and we believe that our guidance range will cover any variability that would be in there, but I think our exposure is maybe less than many of our competitors in the industry. Look, our position has and will continue to be to support fair trade around the globe. However, as it relates to this particular tariff, we're going to leave that to the policymakers and not take an official position one way or the other. And we do support the intent behind it, which is to create that level playing field around the globe. Concerning capacity, I will -- I'll defer on any competitive announcements on capacity to them. We continue to be very focused on our next tranche of capacity domestically here, focused on Rigid Core. As we've indicated, we think we have an ability to re-purpose some of our existing assets combined with some breakthroughs on the chemistry and material side to give us that capability with a very capital-light approach and to yield a product that has got a very favorable cost profile.

**Alvaro Lacayo**
*G. Research, LLC*

Great. And then can you walk me through the numbers? So going into the year, you had about $25 million in different programs and savings. How much of that was realized in the first half versus expectations for the second half? And then just on working capital, looks like it's been coming down year-on-year. Maybe if you can update us with the plant closures and the licensing and all that, what that means for working capital as a percent of sales and then how you guys think about that flowing into free cash flow.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 52

ARMSTRONG FLOORING, INC. FQ2 2018 EARNINGS CALL | AUG 07, 2018

**Ronald D. Ford**
*Former Senior VP & CFO*

Sure. So let me take your latter part of the question first, which is our indications are as they have been that our -- for the year, our free cash flow should come in line with recent years. And we still believe that while we did generate a substantial more working capital, free cash flow in the first half this year versus last year, there are a couple of reasons for that. One is because of a particular transaction that was happening about midyear last year, we were building inventory and consuming working capital. We're not lapping. So we're lapping that this year. Secondly, the demand for our LVT products is so strong and building that we anticipate building more inventory to meet customer demand in the second half of this year. So we're -- therefore, we're -- so reaffirming our guidance relative to free cash flow for the entire year. Back to your first question, which is relative to, as we said, the building blocks that we laid out for our plan for this year will get you somewhere in the neighborhood of $26 million worth of improvements, that being plant closures, SG&A reductions, et cetera. We've experienced -- we're very pleased with the experience that we've gotten from those perspectives for each of those initiatives. Those -- against those were some headwinds, including some inflation that we anticipated as well as the reinstatement of incentive compensation this year, which we hope to achieve -- plan to achieve. And so all of those actions as evidenced by our numbers are on plan, and we're pleased with it.

**Alvaro Lacayo**
*G. Research, LLC*

That $26 million, do you have a number on how much has been realized in the first half?

**Ronald D. Ford**
*Former Senior VP & CFO*

I would -- it's reasonable to assume it's pro rata.

**Operator**

Our next questions come from the line of John Baugh with Stifel.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I was wondering on VCT quickly, are we fully lapped in the June quarter? Any acquisition changes there? And give me a flavor if we have it, just what the pro forma -- I assume VCT pro forma is still down in volume, but there were a lot of cost saves, and maybe that's captured in the $26 million number, I don't know, but I'm trying to get a flavor for how that transaction is working for you.

**Donald R. Maier**
*President, CEO & Director*

Thanks, John. So yes, you are correct, the Mannington acquisition and the resulting impacts were -- are included in the building blocks that you referenced on the $26 million. What we had indicated and I would say we can reaffirm is that the pro forma revenue from that was right around $20 million and that the flow-through on that was at the high end of our margin flow-through of about 30%. And so we're still pleased with that acquisition, and we're pleased with the growth that we're seeing that comes with that. We have seen some in some regions some competitive response on VCT, and we've taken appropriate actions to make sure that we defend our share in those markets.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And if I heard it right, it sounded like there were some revenue pressures more so in Q3 than what you expect in Q4. And then also, I don't know how to think about revenue growth in Q3 versus Q2. Very pleased to see the growth in Q2. Did I hear that wrong? And what -- I think you referenced your concern about price increases perhaps impacting. Just kind of curious whether you can give a little more detail around precisely what you're seeing and why you made those comments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

**Ronald D. Ford**
*Former Senior VP & CFO*

Sure. It's Ron. I'll just -- I'll give you some building blocks and -- which may be helpful. We have affirmed that we expect to have revenue growth in the low single digits for the year. You can calculate what our revenue growth is in the first half of the year. Going into the second half of the year, there are, as Don mentioned, some market competitive dynamics, which we're considering. There are other factors, including the timing of inflation and the timing of price increases. There are other factors, which include on the Wood side, as we discussed some availability of wood, which we have to consider in our timing. So as we think about all of those things and more and we look at our second half outlook, we would tend to -- it appears to us as though more of our growth than we might have originally expected will come from Q4.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. That's helpful. And then I don't know if I remember this correctly, but in the past, I recall some vague reference to sort of what percentage of all your sales were legacy and what were growing. And if I don't remember that correctly, I apologize. But I'm curious, Don, whether there's any kind of back to Keith's question, where are we in the balance of stuff that's shrinking versus stuff that's growing in terms of impacting revenue? Any help there?

**Donald R. Maier**
*President, CEO & Director*

Yes. I'm trying to think how I can provide something that's useful for you, John. The bottom line is we have continued to see very strong growth in LVT. We have experienced nice growth through our commercial product offering. And with the Mannington acquisition, nice growth in VCT. The counter balance to that has really been residential sheet, which we indicated is now less than 10% of our sales. And so the, I guess, the curve is starting to get a bit acidotic, if you will, in that category, although I would say there's still pressure and there's still industry dynamics that need to be addressed. There's -- structurally, just way too much capacity against a backdrop of demand shifting over to other categories like LVT. And then the other pressure point is on the engineered wood and as you saw a continued progress in the quarter on engineered wood and we're excited about the licensing model that's going to further bolster our profitability in that category. And we enjoyed some modest growth on the solid side, which has got a very favorable profitability view to us.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then my last question is just on the distribution changes and the support changes that you outlined earlier in the year. It sounded like they're going through as planned, and we'll see a sort of transitioning here in Q3 and then done by the end of Q4. I'm assuming you're on path with sort of the cost elements as it relates to Armstrong Flooring on that project. My question is what, if any, reaction have you seen from your distributors to date? I'm thinking more about revenue there. Obviously, you've talked about how you can offer them a higher product margin, but now they have to bear certain costs. I'm just curious as to what they're seeing or indicating to you.

**Donald R. Maier**
*President, CEO & Director*

Yes. So first of all, we are absolutely on track, and there are -- it's a tremendous amount of work, but no issues with the time line and where we're at in that process. It's important to note, this is something we've been working on collaboratively with our distributors, frankly, for close to 2.5, maybe even 3 years. So they're an integral part of the overall strategy, and they are equally excited about the flexibility that it's going to provide them to actually even provide better service to our retail customers. So the -- there have been recently a number of planning sessions with representatives from our distributor partners. And I would classify those meetings as comments like best meeting we ever had. Very excited about where this is going to take us and what it's going to provide us. Still work to do, but I think there's tremendous alignment between our team and our distributors' teams in working through this realignment.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 54

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

So Don, there might be some, I don't know, shelf space wins and some shelf space losses. But in terms of revenue, with your distributors as it relates to this change, you haven't really seen much of an impact? Or are you trying to tell us that you think you're going to have a favorable impact on revenue?

**Donald R. Maier**
*President, CEO & Director*

So first of all, we've supported all of the launches and merchandising efforts, really, really heavily focused on the spring season, but that's continued through Q2 and we continue to support that. At the same time, our distributors have been ramping up on their side of the equation. And so I think the flexibility and the positive impacts that we'll see with the retailers in the top line that, that will accompany that is really a back-end, if not 2019 story. Certainly, the efficiencies and elimination of redundancies and cost benefits, those are ramping through the course of 2018.

**Operator**

And our next questions come from the line of Justin Speer with Zelman & Associates.

**Justin A. Speer**
*Zelman & Associates LLC*

Can you help us distill those cost bucket that maybe on a segment basis, how to think about maybe the EBIT contribution for these segments from the plant closures and the SG&A initiatives that you expressed and how to think about that going forward?

**Ronald D. Ford**
*Former Senior VP & CFO*

Sure, Justin. Thanks for the question. Keeping in mind that the 2 plant closures were wood plant closures. You can pretty well park that in that garage.

**Donald R. Maier**
*President, CEO & Director*

8 to 10.

**Ronald D. Ford**
*Former Senior VP & CFO*

That's the 8 to 10. And then the SG&A savings, I'd consider on a roughly, right a revenue -- proportional to revenue basis.

**Justin A. Speer**
*Zelman & Associates LLC*

Okay. Perfect. Okay. And thinking about that wood piece of the business and thinking about this licensing arrangement that you expect to generate more attractive, I think you said attractive EBITDA margins associated with this. Maybe help us think about how to model for that from both a revenue standpoint and from a cost standpoint, or maybe help us understand the economics behind that arrangement.

**Donald R. Maier**
*President, CEO & Director*

Yes. I'll talk -- I'll take a little bit of approach to see if you have a better understanding of the model, and then Ron, you can sprinkle anything else that you would like on the economics. But this is the same model that we deployed last year on our laminate business. What we are doing is we have partnered with one of our existing suppliers, and we will be licensing them access to our Bruce brand and selling directly to our distributor partners and to our distributor partners only. We get a royalty and are not involved in the transaction, so there's no revenue that is recognized by us. So it's a pure licensing royalty model, and this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 55

then gives access to the brand to our distributors at an acquisition price that allows them to be much more competitive in the market. Much of this product is sold through the builder channel, but not exclusively. And it's important to be able to get your base grade positioned in the model homes such that you then have the up-sale opportunity to our higher margin products. So we're in the process of rolling this out with distribution. There will be minimal impact in 2018, but we expect that to be a significant driver as we exit Q4 into 2019 in plugging this hole and a gap in the product offering that we've been giving our distributors, getting the up-sale and the incremental EBITDA that comes from the royalty.

**Justin A. Speer**
*Zelman & Associates LLC*

Do you have an estimate in terms of the royalty streams? And is that -- is there an offset from the underlying EBIT run rate that will be, I guess, transitioned to a royalty stream that makes it a net number? Or maybe give us the kind of a gross feel versus a net feel from the profit contribution from this transaction.

**Ronald D. Ford**
*Former Senior VP & CFO*

I think I can help you there just a little bit, Justin. The -- so in terms of our sourced wood, we're talking about licensing some subset of that. Arguably, the lowest margin sourced wood products that we have as we're dealing with our anchors. We wouldn't be doing that unless it was incremental to EBITDA, so that should be helpful. And in total, our total sourced wood is less than 5% of our revenue.

**Justin A. Speer**
*Zelman & Associates LLC*

Perfect. And then just following up and thinking about this drive towards 10% midterm EBITDA margins. In view of all these moves that you've made, is there a required revenue run rate that you have to be at to achieve that? Or do you think you can get there through efficiency moves? And I understand there's a lot of moving pieces here from a macro -- company standpoint, but just thinking about that ambition to drive to 10%, maybe help investors and the market understand what you're thinking about as you march towards that ambition.

**Donald R. Maier**
*President, CEO & Director*

Yes. So I'll take that one, Justin. The -- we have established, if you will, playbooks for all sorts of different potential market and revenue scenarios. Clearly, we feel very good about a lot of the self-help work that we've done with our cost structures, plant footprints, et cetera, as we discussed. The piece that we've really been chasing is to get the top line growth to be a part of that story as well. And I would say as we're looking at 2018, we're encouraged by the progress that we're seeing there, largely driven by our investments in new products and innovation. So that's providing the growth backdrop. And I'm particularly pleased in the quarter that you saw the team be able to deliver those growth results and margin expansion against a backdrop of rather significant inflation. And I feel good about our performance versus our peers in that area, so that gives me confidence as we look to our guidance for the back half of the year.

**Justin A. Speer**
*Zelman & Associates LLC*

Well, I'm thinking more in that 10% number that you -- I realize we're talking out intermediate term. But to give maybe some context on -- as you think about all those different scenarios, is there a range of revenue outcome that you require in order to hit that on a consolidated basis, that 10% number versus where you sit today?

**Donald R. Maier**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 56

Yes. So what we've disclosed is that we see top line growth as being an important element to getting there. However, we do have other levers throughout the P&L as we've described that are pressure relief valves, should we not see the growth that we aspire to. We haven't provided specific guidance around that.

**Operator**

This concludes our question-and-answer session. I'd like to turn the floor back to Don Maier for closing comments.

**Donald R. Maier**
*President, CEO & Director*

Thank you, operator and thank you, everyone, for joining us today. We truly appreciate your interest in Armstrong Flooring and we look forward to updating you on our future calls. Have a great day.

**Operator**
This concludes today's teleconference. You may disconnect your lines at this time and thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 3

Page 57

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Exhibit 3

Page 58

# Exhibit 4

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-Q

☑  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2018**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-37589**

# ARMSTRONG FLOORING, INC.

(Exact name of Registrant as specified in its charter)

| **Delaware** | **47-4303305** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer Identification number) |

**2500 Columbia Avenue, PO Box 3025, Lancaster, Pennsylvania 17604**

(Address of principal executive offices)

**(717) 672-9611**

(Registrant's telephone number, including area code).

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes  ☑   No  ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that registrant was required to submit such files.)  Yes  ☑   No  ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company.  See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☑ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act).  Yes ☐    No ☑

The Registrant had 25,827,609 shares of common stock, $ 0.0001 par value, outstanding at October 31, 2018 .

Exhibit 4
Page 60

**CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS**

Certain statements in this Quarterly Report on Form 10-Q ("Form 10-Q") and the documents incorporated by reference may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Those forward-looking statements are subject to various risks and uncertainties and include all statements that are not historical statements of fact and those regarding our intent, belief or expectations, including, but not limited to, our expectations concerning our commercial and residential markets and their effect on our operating results, and our ability to increase revenues, earnings and earnings before interest, taxes, depreciation and amortization. Words such as "anticipate," "expect," "intend," "plan," "target," "project," "predict," "believe," "may," "will," "would," "could," "should," "seek," "estimate" and similar expressions are intended to identify such forward-looking statements. These statements are based on management's current expectations and beliefs and are subject to a number of factors that could lead to actual results materially different from those described in the forward-looking statements. Although we believe that the assumptions underlying the forward-looking statements are reasonable, we can give no assurance that our expectations will be attained. Factors that could have a material adverse effect on our financial condition, liquidity, results of operations or future prospects or which could cause actual results to differ materially from our expectations include, but are not limited to:

- global economic conditions;
- competition;
- availability and costs of raw materials and energy;
- key customers;
- construction activity;
- costs savings and productivity initiatives;
- strategic transactions;
- information systems;
- intellectual property rights;
- international operations;
- labor;
- claims and litigation;
- liquidity;
- debt;
- debt covenants;
- personnel;
- outsourcing;
- environmental and regulatory matters; and
- other risks detailed from time to time in our filings with the Securities and Exchange Commission ("SEC"), press releases and other communications, including those set forth under "Risk Factors" included in our Annual Report on Form 10-K and in the documents incorporated by reference.

Such forward-looking statements speak only as of the date they are made. We expressly disclaim any obligation to release publicly any updates or revisions to any forward-looking statements to reflect any change in our expectations with regard thereto or change in events, conditions or circumstances on which any statement is based.

Exhibit 4
Page 61

**Armstrong Flooring, Inc. and Subsidiaries**
**Notes to Unaudited Condensed Consolidated Financial Statements**
*(Dollars in millions, except per share data)*

## NOTE 1. BUSINESS AND BASIS OF PRESENTATION

### Background

Armstrong Flooring, Inc. ("AFI") is a leading global producer of flooring products for use primarily in the construction and renovation of residential, commercial and institutional buildings. AFI designs, manufactures, sources and sells resilient and wood flooring products in North America and the Pacific Rim. When we refer to "AFI," "the Company," "we," "our," and "us" in this report, we are referring to Armstrong Flooring, Inc., a Delaware corporation, and its consolidated subsidiaries.

On April 1, 2016, we became an independent company as a result of the separation by Armstrong World Industries, Inc. ("AWI"), a Pennsylvania corporation, of its Resilient Flooring and Wood Flooring segments from its Building Products segment (the "Separation"). The Separation was effected by allocating the assets and liabilities related primarily to the Resilient Flooring and Wood Flooring segments to AFI and then distributing the common stock of AFI to AWI's shareholders (the "Distribution"). The Separation and Distribution (together, the "Spin-off") resulted in AFI and AWI becoming two independent, publicly traded companies, with AFI owning and operating the Resilient Flooring and Wood Flooring segments and AWI continuing to own and operate a ceilings business.

### Basis of Presentation

These Condensed Consolidated Financial Statements are prepared in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"). The statements include management estimates and judgments, where appropriate. Management uses estimates to record many items including certain asset values, allowances for bad debts, inventory obsolescence, lower of cost or market or net realizable value charges, warranty reserves, workers compensation, general liability and environmental claims and income taxes. When preparing an estimate, management determines the amount based upon the consideration of relevant information. Management may confer with outside parties, including outside counsel. Actual results may differ from these estimates. In the opinion of management, all adjustments of a normal, recurring nature have been included to provide a fair statement of the results for the reporting periods presented. Operating results for the three and nine months ended September 30, 2018 and 2017 included in this report are unaudited. Quarterly results are not necessarily indicative of annual earnings, primarily due to the different level of sales in each quarter of the year and the possibility of changes in economic conditions between periods.

Certain amounts in the prior year's Condensed Consolidated Financial Statements and related notes thereto have been recast to conform to the 2018 presentation. Otherwise, the accounting policies used in preparing the Condensed Consolidated Financial Statements in this Form 10-Q are the same as those used in preparing the Consolidated Financial Statements for the year ended December 31, 2017 . These statements should therefore be read in conjunction with the Consolidated Financial Statements and notes that are included in the Annual Report on Form 10-K for the fiscal year ended December 31, 2017 .

All significant intercompany transactions within AFI have been eliminated from the Condensed Consolidated Financial Statements.

### Recently Adopted Accounting Standards

On January 1, 2018, we adopted Accounting Standards Codification ("ASC") 606, " *Revenue from Contracts with Customers,"* and all the related amendments. The impact of the standard is limited to our accounting for warranties and returns. We adopted the standard using the modified retrospective transition method and we recorded a cumulative catch up adjustment to increase accumulated deficit in the amount of $4.1 million , increased prepaid expenses and other current assets by $0.4 million and decreased accounts receivable, net by $4.5 million . The adoption of the standard did not have a material impact on our results of operations or cash flows, but did result in new disclosures.

Exhibit 4
Page 62

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

Our Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is provided in addition to the accompanying Condensed Consolidated Financial Statements and notes to assist readers in understanding our results of operations, financial condition, and cash flows. This interim MD&A should be read in conjunction with the MD&A in our Annual Report on Form 10-K for the fiscal year ended  December 31, 2017 .

**Overview**

Armstrong Flooring, Inc. ("AFI") is a leading global producer of flooring products for use primarily in the construction and renovation of residential, commercial and institutional buildings. We design, manufacture, source and sell resilient and wood flooring products primarily in North America and the Pacific Rim. As of September 30, 2018 , we operated 15 manufacturing plants in three countries, including 12 manufacturing plants located throughout the U.S. We operate through two segments: Resilient Flooring and Wood Flooring.

**Employees**

As of September 30, 2018 , we had approximately 3,500 full-time and part-time employees worldwide, compared to approximately 3,600 employees as of December 31, 2017 . As of November 6, 2018 , approximately 170 employees at one of our domestic plants continue to work under an expired collective bargaining agreement and negotiations continue.

**Factors Affecting Our Business**

*Net Sales*

**Overview**

Demand for our products is influenced by economic conditions. We closely monitor publicly available macroeconomic trend data that provides insight to commercial and residential market activity; this includes Gross Domestic Product growth indices, the Architecture Billings Index and the Consumer Confidence Index, as well as housing starts and existing home sales.

Demand for our products is also influenced by consumer preferences. We continue to experience growth in the demand for luxury vinyl tile ("LVT") in conjunction with a decline in our legacy resilient products, particularly vinyl sheet, and our wood products. In addition, our channel partners raise or lower their inventory levels according to their expectations of market demand and consumer preferences, which directly affects our sales. Higher than normal inventory levels at distributors could impact sales in the fourth quarter, as could continued uncertainty around tariffs from products imported from China.

**Segments**

*Resilient Flooring segment* — In our Resilient Flooring segment, we compete in both the commercial and residential markets in North America and primarily the commercial market in the Pacific Rim. Our business operates in a competitive environment across all our product categories, and excess capacity exists in much of the industry. We continue to see efforts by various competitors to price aggressively as a means to gain market share.

We have experienced a decline in demand for our legacy resilient products, particularly vinyl sheet products used in residential applications. The decline in vinyl sheet is driven by loss of market share to competitors as well as consumer trends, which have continued to favor alternate products, including LVT products. Late in 2017, we began migrating a portion of our laminate business to a licensing model in place of the current sourcing model.

22

Exhibit 4

Page 63

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

The flooring market continues to experience LVT growth. Given its attractive visuals and performance characteristics, LVT growth has exceeded that of the overall flooring market, especially LVT products with a rigid or solid polymer core. We believe LVT growth has and will continue to come partially at the expense of other product categories in both the soft and hard surface flooring markets, with the largest impacts on the AFI portfolio within the vinyl sheet and vinyl tile categories.

We are the largest producer of vinyl composition tile ("VCT"). The market for VCT, which is primarily used in commercial environments, is a mature and well-structured category.

*Wood Flooring segment* — Our product offerings include both solid and engineered wood flooring products. We have noted increasing popularity of non-wood flooring with wood-like visuals in addition to a market shift from solid to engineered wood flooring products, a category experiencing continued competitive pressure from lower-priced imports.

Our assets contain both indefinite-lived intangible assets, which are tested at least annually for impairment, and long-lived intangible and tangible assets, which are tested for impairment when indicators of impairment exist. We cannot predict the occurrence of certain events that might lead to material impairment charges in the future. Such events may include, but are not limited to, the impact of economic environments, particularly related to the commercial and residential construction industries, material adverse changes in relationships with significant customers, or strategic decisions made in response to economic and competitive conditions.

### Operating Expenses

*Resilient Flooring segment* — We have experienced increased raw material prices and basic energy costs impacting both our manufacturing and sourced finished product costs. Additionally, we have experienced increases in transportation costs. In response to these increases, we implemented a price increase, primarily for our legacy commercial products, in the second quarter of 2018. In addition, we have implemented freight and energy surcharges on all of our products effective in the second quarter of 2018. In certain cases, realized price increases are less than the announced increases due to competitive reactions and changing market conditions.

*Wood Flooring segment* — We purchase a significant amount of green lumber as an input into our hardwood flooring products. The market for lumber has historically been volatile. We experienced an increase in lumber costs in 2018 compared to 2017, in part due to a tightening of lumber availability. Due to the required drying time for green lumber within the manufacturing process, there is a lag of 5 to 6 months before such costs are reflected in our results of operations. In response to these increases, we have also implemented price increases, as well as freight and energy surcharges, on our wood products, although the realized price increase may be less than the announced increase because of competitive reactions and changing market conditions.

We expect to achieve reduced manufacturing costs in 2018 compared to 2017 as a result of the closure of our Jackson, Tennessee and Vicksburg, Mississippi wood plants. The closure of both wood plants was completed in the fourth quarter of 2017.

We may continue to experience expenses related to our involvement in antidumping and countervailing duty cases as an importer of multilayered wood flooring. See Note 15 to the Condensed Consolidated Financial Statements for further information related to multilayered wood flooring duties.

### Tariff

The U.S. government has announced a tariff of 10% on certain flooring products imported to the U.S. from China, effective on September 24, 2018, with an increase to 25% effective January 1, 2019. This tariff will impact products we source from China. In order to partially offset the impact, we have implemented price increases that went into effect in the fourth quarter of 2018 and expect to implement additional price increases in the first quarter of 2019.

23

Exhibit 4
Page 64

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

### U.S. Tax Reform

In December 2017, the Tax Cuts and Jobs Act (the "Tax Reform Act") was enacted. The Tax Reform Act represents major tax reform legislation that, among other provisions, reduces the U.S. corporate tax rate. We expect our future U.S. after-tax earnings to be positively impacted as a result of the reduction of the federal corporate income tax rate in the Tax Reform Act. See Note 6 to the Condensed Consolidated Financial Statements for further information on the financial statement impact of the Tax Reform Act.

### Results of Operations

### Consolidated Results from Continuing Operations

Below is a summary of comparative results of operations for the three and nine months ended September 30, 2018 and 2017 :

| (Dollars in millions) | Three Months Ended September 30, | | | | | Nine Months Ended September 30, | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Change | | | | | Change | | |
| | 2018 | 2017 | $ | % | | 2018 | 2017 | $ | % | |
| Net sales | $ 309.7 | $ 308.5 | $ 1.2 | 0.4 % | | $ 873.6 | $ 871.0 | $ 2.6 | 0.3 % | |
| Cost of goods sold | 249.1 | 276.2 | (27.1) | (9.8)% | | 710.9 | 732.9 | (22.0) | (3.0)% | |
| **Gross profit** | **60.6** | **32.3** | **28.3** | 87.6 % | | **162.7** | **138.1** | **24.6** | 17.8 % | |
| Selling, general and administrative expenses | 49.5 | 49.0 | 0.5 | 1.1 % | | 146.5 | 152.1 | (5.6) | (3.7)% | |
| Intangible asset impairment | — | 12.5 | (12.5) | NM* | | — | 12.5 | (12.5) | NM* | |
| **Operating income (loss)** | **11.1** | **(29.2)** | **40.3** | NM* | | **16.2** | **(26.5)** | **42.7** | NM* | |
| Interest expense | 0.9 | 0.8 | 0.1 | | | 2.8 | 2.0 | 0.8 | | |
| Other expense, net | 0.9 | 1.0 | (0.1) | | | 2.2 | 3.4 | (1.2) | | |
| **Income (loss) before income taxes** | **9.3** | **(31.0)** | **40.3** | | | **11.2** | **(31.9)** | **43.1** | | |
| Income tax expense (benefit) | 1.4 | (12.3) | 13.7 | | | 3.2 | (10.8) | 14.0 | | |
| **Net income (loss)** | **$ 7.9** | **$ (18.7)** | **$ 26.6** | | | **$ 8.0** | **$ (21.1)** | **$ 29.1** | | |

NM * : not meaningful

For the three months ended September 30, 2018 , net sales increased by $1.2 million , or 0.4% , and operating income increased by  $40.3 million compared to the three months ended September 30, 2017 . The increase in net sales in our Resilient Flooring segment was primarily due to higher LVT sales and increases in inventory at distributors which were partially offset by a decline in sales in our Wood Flooring segment. The increase in operating income primarily reflected improved results in our Wood Flooring segment. Higher operating income was the result of benefit from recent plant closures and absence of intangible asset impairment charges recognized in the same period of last year, the impact of lower plant closure costs, lower manufacturing costs and improved productivity, and higher sales, which were partially offset by increases in input costs and selling, general and administrative ("SG&A") expense.

For the nine months ended September 30, 2018 , net sales increased by $2.6 million , or 0.3% , and operating income increased by $42.7 million compared to the nine months ended September 30, 2017 . The increase in net sales reflected improved results in our Resilient Flooring segment which was partially offset by lower net sales in our Wood Flooring segment. The increase in operating income primarily reflected results in our Wood Flooring segment. Higher operating

24

Exhibit 4

Page 65

Table of Contents

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

income was the result of lower plant closure costs and the absence of intangible asset impairment charges recognized in the same period of last year, the impact of lower manufacturing costs and improved productivity, and lower SG&A expenses, which were partially offset by higher input costs.

**Segment Results**

**Three months ended September 30, 2018 compared to September 30, 2017**

*Net Sales*

Net sales by segment are shown in the table below:

| (Dollars in millions) | Three Months Ended September 30, | | | | Change | | Percentage Point Change Due to | | | |
| | **2018** | | **2017** | | **$** | **%** | **Price** | **Volume** | **Mix** | **Currency** |
|---|---|---|---|---|---|---|---|---|---|---|
| Resilient Flooring | $ | 208.1 | $ | 194.4 | $ 13.7 | 7.0 % | 2.2 | (0.4) | 5.9 | (0.7) |
| Wood Flooring | | 101.6 | | 114.1 | (12.5) | (11.0)% | 1.8 | (14.7) | 1.9 | — |
| Total | $ | 309.7 | $ | 308.5 | $ 1.2 | 0.4 % | | | | |

In our Resilient Flooring segment, net sales for the three months ended September 30, 2018 increased compared to the three months ended September 30, 2017 primarily due to favorable mix and price increases in response to higher input costs. Favorable mix reflected double-digit volume growth from our LVT products and an increase in distributor inventory levels.

In our Wood Flooring segment, net sales for the three months ended September 30, 2018 decreased compared to the three months ended September 30, 2017 primarily due to lower volume in solid and engineered wood partially offset by favorable mix and price increases in response to higher input costs. Volume declines reflected shifting consumer preferences in addition to continued competitive pressures from lower-priced imports.

*Operating Income (Loss)*

Operating income (loss) by segment is shown in the table below:

| (Dollars in millions) | Three Months Ended September 30, | | | | | |
| | **2018** | | **2017** | | **Change** | |
|---|---|---|---|---|---|---|
| Resilient Flooring | $ | 10.7 | $ | 9.3 | $ | 1.4 |
| Wood Flooring | | 0.4 | | (38.5) | | 38.9 |
| Total | $ | 11.1 | $ | (29.2) | $ | 40.3 |

In our Resilient Flooring segment, operating results for the three months ended September 30, 2018 improved compared to the three months ended September 30, 2017 . The results primarily reflected the impact of higher net sales offset by higher input costs.

In our Wood Flooring segment, operating results for the three months ended September 30, 2018 improved compared to the three months ended September 30, 2017 . The results primarily reflected lower plant closure costs and the absence of intangible asset impairment charges recognized in the same period last year, the benefit of recent plant closures and improved productivity, which were partially offset by lower net sales and higher input costs.

25

Exhibit 4
Page 66

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Other expense, net:** Other expense, net of $ 0.9 million and $ 1.0 million for the three months ended September 30, 2018 and 2017 , respectively, primarily reflected costs for defined-benefit pension and postretirement plans.

**Income tax expense:** Income tax expense was $1.4 million for the three months ended September 30, 2018 compared to income tax benefit of $12.3 million for the three months ended September 30, 2017 . The effective tax rate for the third quarter of 2018 was 15.1% compared to the rate of 39.7% for the same period of 2017 primarily due to geographic distribution of earnings as well as the reduction in the U.S. federal corporate tax rate.

**Nine months ended September 30, 2018 compared to September 30, 2017**

*Net Sales*

Net sales by segment are shown in the table below:

| | Nine Months Ended September 30, | | | | Change | | Percentage Point Change Due to | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| (Dollars in millions) | 2018 | | 2017 | | $ | % | Price | Volume | Mix | Currency |
| Resilient Flooring | $ | 571.5 | $ | 542.7 | $ 28.8 | 5.3 % | 1.0 | (0.7) | 4.6 | 0.4 |
| Wood Flooring | | 302.1 | | 328.3 | (26.2) | (8.0)% | 1.0 | (11.1) | 1.9 | 0.2 |
| Total | $ | 873.6 | $ | 871.0 | $ 2.6 | 0.3 % | | | | |

In our Resilient Flooring segment, net sales for the nine months ended September 30, 2018 increased compared to the nine months ended September 30, 2017 primarily due to favorable mix and increase in price in response to higher input costs, partially offset by lower volume. Double-digit sales growth in LVT and an improved mix in most categories contributed to favorable mix while volume was impacted by declines in vinyl sheet, which has continued to face competitive pressures.

In our Wood Flooring segment, net sales for the nine months ended September 30, 2018 declined compared to the nine months ended September 30, 2017 primarily due to lower volume. Volume declined within both our engineered and solid product categories. Volume declines reflected shifting consumer preferences in addition to continued competitive pressures from lower-priced products.

*Operating Income (Loss)*

Operating income (loss) by segment is shown in the table below:

| | Nine Months Ended September 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (Dollars in millions) | 2018 | | 2017 | | Change | |
| Resilient Flooring | $ | 16.3 | $ | 18.8 | $ | (2.5) |
| Wood Flooring | | (0.1) | | (45.3) | | 45.2 |
| Total | $ | 16.2 | $ | (26.5) | $ | 42.7 |

In our Resilient Flooring segment, operating results for the nine months ended September 30, 2018 declined compared to the nine months ended September 30, 2017 . The results primarily reflected the impact of higher input costs which more than offset the benefit of higher net sales, lower manufacturing costs and lower SG&A expenses.

In our Wood Flooring segment, operating results for the nine months ended September 30, 2018 improved compared to the nine months ended September 30, 2017 . The results primarily reflected lower plant closure costs and the absence

26

Exhibit 4
Page 67

Table of Contents

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

of intangible asset impairment charges recognized in the same period last year, lower manufacturing costs and improved productivity, and lower SG&A expenses, which were partially offset by higher input costs and lower net sales.

**Other expense, net:** Other expense, net of $2.2 million and $3.4 million for the nine months ended September 30, 2018 and 2017 , respectively, primarily reflected costs for defined-benefit pension and postretirement plans.

**Income tax expense:** Income tax expense was $3.2 million for the nine months ended September 30, 2018 compared to income tax benefit of $10.8 million for the nine months ended September 30, 2017 . The effective tax rate was 28.6% and 33.9% for the nine months ended September 30, 2018 and 2017 , respectively. The effective tax rate for the first nine months of 2018 was lower than the comparable period in 2017 primarily due to geographic distribution of earnings as well as reduction in the U.S. federal corporate tax rate.

**Liquidity and Capital Resources**

In March 2017, our board of directors authorized a share repurchase program of $50.0 million. The authorization of the repurchase program is aligned with our goal to increase the efficiency of our capital structure over time while preserving sufficient liquidity to invest in growth projects and other value-accretive opportunities. We purchased $1.0 million of treasury stock in the first nine months of 2018 .

Our primary sources of liquidity are, and we anticipate that they will continue to be, cash generated from operations and borrowings under our asset-based revolving credit facility ("ABL Facility"), described below. We believe these sources are sufficient to fund our capital needs, planned capital expenditures and to meet our interest and other contractual obligations in the near term, as well as any further share repurchases. Our liquidity needs for operations vary throughout the year with the majority of our cash flows typically generated in the second and third quarters.

AFI does not presently have a plan to pay cash dividends on its common stock. Payment of cash dividends, if any, on our common stock will rest solely within the discretion of our board of directors and will depend, among other things, upon AFI's earnings, capital requirements, financial condition, legal requirements, regulatory constraints, covenants associated with certain of AFI's debt service obligations, industry practice, and other relevant factors as determined by our board of directors.

Cash and cash equivalents totaled $39.4 million as of September 30, 2018 of which $13.3 million was held in the U.S.

*Cash Flows*

The table below shows our cash provided (used) by operating, investing and financing activities:

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| (Dollars in millions) | **2018** | **2017** |
| Cash provided by operating activities | $ 17.8 | $ 46.2 |
| Cash used for investing activities | (24.2) | (69.3) |
| Cash provided by financing activities | 7.9 | 34.5 |

**Operating activities**

Operating activities for the nine months ended September 30, 2018 and 2017 provided $17.8 million and $46.2 million of cash, respectively. For the nine months ended September 30, 2018 , cash was generated from earnings exclusive of net non-cash expenses, primarily depreciation and amortization, pension and stock-based compensation, partially offset by changes in working capital. For the nine months ended September 30, 2017 , cash was generated from earnings exclusive of net non-cash expenses, primarily depreciation and amortization, impairment, pension and stock-based compensation, partially offset by changes in working capital.

27

Exhibit 4
Page 68

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Armstrong Flooring, Inc.**

**(Registrant)**

Date:     November 6, 2018

By:     /s/Ronald D. Ford

Ronald D. Ford

Senior Vice President and Chief Financial Officer

(As Duly Authorized Officer and Principal Financial and Accounting Officer)

33

Exhibit 4

Page 69

# Exhibit 5



**S&P Global**
Market Intelligence

# Armstrong Flooring, Inc. NYSE:AFI
# FQ3 2018 Earnings Call Transcripts

## Tuesday, November 06, 2018 4:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.33 | 0.46 | ▲39.39 | (0.14) | 0.54 | 0.71 |
| **Revenue  (mm)** | 313.82 | 309.70 | ▼(1.31 %) | 269.04 | 1143.09 | 1169.29 |

Currency: USD
Consensus as of  Nov-06-2018 3:18 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | (0.18) | (0.12) | NM |
| **FQ1 2018** | (0.16) | (0.24) | NM |
| **FQ2 2018** | 0.30 | 0.47 | ▲1 56.67 % |
| **FQ3 2018** | 0.33 | 0.46 | ▲2 39.39 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | .................................................................................. | 3 |
| Presentation | .................................................................................. | 4 |
| Question and Answer | .................................................................................. | 8 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

Exhibit 5

Page 72

# Call Participants

**EXECUTIVES**

**Donald R. Maier**
*President, CEO & Director*

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

**Ronald D. Ford**
*Former Senior VP & CFO*

**ANALYSTS**

**Alvaro Lacayo**
*G. Research, LLC*

**Dillard Watt**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Keith Brian Hughes**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Michael Robert Wood**
*Nomura Securities Co. Ltd.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings, and welcome to the Armstrong Flooring, Inc. Third Quarter 2018 Earnings Conference Call. [Operator Instructions] As a reminder, this conference is being recorded.

I would now like to turn the conference over to your host, Doug Bingham, Vice President of Treasury and Investor Relations.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you for joining us today for Armstrong Flooring's Third Quarter 2018 Earnings Conference Call. Today's call is hosted by Chief Executive Officer, Don Maier; and Chief Financial Officer, Ron Ford. We trust you have seen our press release this morning. Additionally, a copy of the slide presentation to accompany this call is available on the Investor Relations section of our website at www.armstrongflooring.com.

I refer you to Slide 2 of that presentation and advise you that during this call, we will be making forward-looking statements that involve risks and uncertainties. Actual outcomes may differ materially from those expected or implied. For a more detailed discussion of the risks and uncertainties that may affect Armstrong Flooring, please review our SEC filings. Forward-looking statements speak only as of the date they are made, and we undertake no obligation to update any forward-looking statements beyond what is required by applicable securities laws.

In addition, our discussion of operating performance will include non-GAAP financial measures within the meaning of SEC Regulation G. A reconciliation of these measures to the most directly comparable GAAP measures is included in the press release and in the appendix of this presentation.

With that, I will now turn the call over to Don.

**Donald R. Maier**
*President, CEO & Director*

Thank you, Doug. Good morning, everyone, and thank you for participating on our third quarter 2018 earnings call. Today, I will discuss our operating highlights and business activity. Ron will then cover additional details on our financial results and outlook before I offer closing comments. After our prepared remarks, we will open the call to answer your questions.

Like to ask you to turn to Page 3, which provides some key highlights and updates. Third quarter net sales improved for the second straight quarter, with 7% growth in the Resilient segment, more than offsetting lower Wood segment sales consistent with our performance year-to-date. I am pleased with the ongoing progress that we are making in our Resilient business, largely driven by significant volume growth in Luxury Vinyl Tile, or LVT, and our unrelenting focus on innovation across the portfolio.

Adjusted EBITDA grew 17.1% to $29.9 million, generating 140 basis point improvement in adjusted EBITDA margin to 9.7%. We are achieving productivity gains, cost savings and SG&A reductions through our strategic priorities, along with higher selling price across most product categories, reflecting a number of 2018 pricing actions. Taken together, these combined actions have effectively mitigated the intense inflationary pressures evident across the entire flooring industry. We believe we are taking the right steps to build value in our company through all avenues. We are committed to investing in our business to generate solid returns. The return on our investments has been most evident in Resilient where our LTM margins have steadily improved since 2015.

I'll now move on to strategic priorities on Page 4. Our 5 strategic priorities include LVT leadership, innovation, share of wallet with distributors, enhancing Wood profitability and revitalization of our legacy categories. We are actively working to improve our competitive position and drive transformative growth as we have demonstrated in our Resilient segment year-to-date. I will now share some updates with you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 74

In LVT, our new product introductions and expanded supply capabilities are driving sustained double-digit volume gains. We continue to expand our existing portfolio, especially domestically produced LVT, where we believe there are meaningful opportunities following recent tariff developments. We have seen renewed interest in our domestically produced LVT offering, including such new products as American Personalities made in Oklahoma and design-leading Alterna, produced in Illinois. In Pennsylvania, we produce Vivero and Natural Creations featuring our Diamond 10 Technology. Beyond these products, we have an exciting pipeline in the next generation of LVT, and we plan to continue to invest in our broad and compelling portfolio of high-demand products.

In all of our flooring categories, innovations in durability and design is central to our strategy. Our proprietary award-winning Diamond 10 Technology is generating results in 5 key categories, which collectively represent over 80% of our sales. In May, we announced our most recent launch of Diamond 10 Technology on Vinyl Composition Tile, or VCT, which offers lower installation costs and enhanced scratch and stain resistance, leading to a lower total cost of ownership. To date, the market response has been strong and our distributors continue to be excited about the potential of this innovation to revitalize the category. We have completed test installations with key commercial customers which should provide further evidence to the industry of its value.

In distribution, we are focused on gaining additional share of wallet in aligning ourselves with partners who are best positioned to support our growth strategy. As previously announced, in the third quarter, we began to allocate more of our marketing spend to commercial and national accounts, where we believe we can better leverage our scale. Our commercial exposure is almost entirely in Resilient, so the benefits of that shift will be more pronounced in that segment. In turn, in residential, we have empowered our distributor partners to directly market and merchandise our residential products to better serve local customers at a lower cost and higher margin. The shift is underway with distributors working on merchandising to support sales of our residential products, and we continue to expect the full transition to be completed by year-end 2018.

In our Wood segment, we have been pleased with the expansion of our margins, but recognize that there is still more work to do. We have slowed down the rollout of the licensing program discussed on our last call given the uncertainty around tariffs imposed on Chinese imports. However, we expect that the tariffs will also have a favorable impact on the overall engineered wood category, where low-value imports have been problematic and our domestic operations position us well. In addition, we continue to work to make our manufacturing more efficient and creating new on-trend product offerings.

In all of our legacy categories, we're actively revitalizing our portfolio, improving capacity utilization and driving productivity at our plants to more effectively compete in our markets. We will continue to pursue more product innovation and productive selling efforts, which is helping us to move closer to our medium-term margin goals.

Armstrong Flooring is poised to strengthen its position as a leader in hard surface flooring. We are driving improvements across our products, channels and operations. We are better situated than ever to drive sales by providing an even more competitive lineup of winning products.

I'll now turn of the call over to Ron to walk through the details of our financial performance.

**Ronald D. Ford**
*Former Senior VP & CFO*

Thank you, Don, and good morning to those on the call today.

I'll begin with a review of our financial results on Page 5. Total revenues were stronger year-over-year. Resilient had a good quarter with net sales increasing 7% to $208.1 million. This was primarily due to strong growth in LVT and better prices across many categories in response to inflationary pressure. In LVT, we generated double-digit volume growth resulting in a positive impact to sales mix. Additionally, as planned, and similar to the first half of 2018, the migration of a portion of our laminate sales to a licensing model generated lower reported sales, albeit at more attractive EBITDA margins for that category. This margin accretive laminate licensing transition will occur through the remainder of 2018. Wood segment

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 75

net sales remain challenged with volume down in both solid and engineered wood, partially offset by higher pricing. Challenges in engineered reflect continued industry pressure at the low end from import competition similar to recent quarters. We anticipate that tariffs will alleviate some of this pressure in 2019.

To that point, let me take a moment to discuss our updated thoughts on the potential impact on our business from the recently implemented tariffs on flooring. We are primarily a domestic manufacturer with 75% of our sales in 2017 coming from product that we produce. This model provides us with some natural insulation from trade disputes. LVT and engineered wood are the largest categories where we import a meaningful amount of product. We believe most peers source heavily from China. We've raised prices on imported product effective October 1 in response to the first round of tariff increases, and we proactively announced further increases effective January 1, with the expectation that tariffs will increase as announced by the administration from 10% to 25%. This may have a larger impact on customer buying behavior across the overall market. And we'll provide continued updates, as appropriate, as we monitor trade developments.

Total adjusted EBITDA increased by double-digit percent for the fourth consecutive quarter, up 17.1% or $4.3 million to $29.9 million compared to the prior year quarter. The increase in adjusted EBITDA was driven by productivity gains, lower manufacturing and SG&A costs, stronger mix and better pricing, which combined to more than offset intense inflationary pressures. We continue to experience cost increases in energy, transportation, raw materials and operating costs, which we expect to continue rising into 2019. We've implemented additional price increases of 3% to 5% on many Resilient products effective in October. Lumber costs have begun to level off in the third quarter, although they're still significantly higher than last year. Our team has done a great job in anticipating and overcoming the challenges presented by inflation. We expect the impact of these pricing actions in Q4, combined with additional productivity gains and other cost savings, will help to offset continuing inflationary pressures.

Turning to our free cash flow and liquidity on Slide 6. During the first 9 months of 2018, we experienced approximately $6 million outflow of cash. This is primarily related to the timing of planned inventory spend combined with higher receivables as distributors build inventory at quarter-end. CapEx remains below depreciation, which has an annual run rate of approximately $50 million. Based on the timing of working capital investments, we anticipate 2018 free cash flow will be in line with levels achieved in recent years. We ended the quarter with a strong balance sheet, consisting of $55 million of net debt. This gives us significant flexibility to invest in ongoing initiatives and pursue additional growth opportunities to invest in a range of value-enhancing opportunities.

Now turning to our outlook on Slide 7. We're encouraged by our stronger results year-to-date, particularly in Resilient, which has helped offset challenges in Wood. With our increased visibility into year-end, we are narrowing our outlook for adjusted EBITDA, which we now expect to be in the range of $72 million to $78 million for the full year 2018. Our sales outlook is unchanged, although we expect some volatility in the quarter based on the higher-than-normal inventory levels at distributors and the potential for buy ahead of imported products in anticipation of the tariff increase in January. For the full year 2018, we continue to expect sales growth in the low-single digits, primarily driven by growth in Resilient. We expect capital expenditures to approximate $40 million for the year, which is at the low end of our prior range of $40 million to $45 million. Maintenance CapEx should be approximately 2% to 2.5% of sales, with the balance of the spending budgeted for high-return investments consisting of productivity projects with short paybacks or innovation projects where we expect a strong return. On the P&L, our effective tax rate could change significantly from quarter-to-quarter, but it's worth remembering that we expect our full year cash taxes to be 0 as a result of federal NOLs. We anticipate that 2018 will be another year of positive free cash flow in line with recent years.

With that, I'll now hand the call back to Don for closing comments.

**Donald R. Maier**
*President, CEO & Director*

Thanks, Ron. Turning to Slide 8. I am very proud of the Armstrong Flooring team for delivering improved bottom line results during the third quarter and year-to-date, especially in the face of rising cost

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 76

inflation and tariffs. We are excited to enter 2019 with a more profitable operation and clear path for additional success. Investments in LVT, Diamond 10 Technology and other product innovations, along with strengthened distributor partnerships, operating efficiencies and cost reduction actions provide us with a very exciting catalyst to realize our goals. We believe we are on strong footing today to build upon our strong brand and market leadership to drive shareholder returns and achieve a 10% EBITDA margin by 2020.

Operator, we are now ready to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 77

# Question and Answer

**Operator**

.

[Operator Instructions] Our first question comes from Mike Wood, Nomura Instinet.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

First, I wanted to ask about how -- you mentioned the LVT demand impact from the price increases. How are you thinking about measuring that demand impact? And any thoughts in terms of whether that flows share gains in LVT against other flooring categories?

**Donald R. Maier**
*President, CEO & Director*

Mike, thanks for your question. So first of all, on LVT, we're very pleased with the progress we continue to see there in the growth, driven largely, we believe, by not only the expansive product introductions that we've added to our portfolio, but also with some of the proprietary innovation that is included on the products. We do believe that as the announced tariffs came out at the end of Q3, that, that did drive some buying behavior towards the end of the quarter. Having said that, as you know, the announced tariffs increase to 25% January 1, and so it would be reasonable to anticipate a similar sort of surge in the fourth quarter. So having said that, we're pleased with the progress we've made on the gross side. We announced and have implemented the increases consistent with the tariff, and we've announced that we're going to do the same thing should the 25% tariffs be implemented January 1.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Can you give us a sense of how large effectively the prebuy was in LVT? Whether or not you stocked up inventories well in anticipation? And are you hearing of the China LVT supply chain adjusting to maybe moving to other countries in Asia in order to avoid tariff impact?

**Donald R. Maier**
*President, CEO & Director*

So I prefer not to provide any quantification of -- for competitive, sensitive reasons. We've been bringing in additional inventory because of the demand for our new products. And obviously, those orders had been placed months and months before the announced tariffs. So we do believe that our distributors appropriately took advantage of the fact that they could buy ahead of the 10% tariff, but would not want to quantify that further for you. The -- as it relates to the supply chain, yes, there are other options external to China and a number of the -- of our suppliers and others in China have announced their plans to broaden their base beyond China to alleviate the impact of the tariffs. We've really been focused on 2 things in addition to taking the appropriate pricing actions which is leveraging the domestic capabilities that we have on LVT out of our 3 manufacturing facilities here in the U.S., and as well all of our other Resilient products, the relative value of those products has gotten -- has improved given the execution of the tariff and price increases associated with it. So we're -- we have a full blitz taking place on all of our sheet and tile products beyond our LVT offering that are all produced here domestically and not susceptible to the tariffs.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Great. Just finally, any progress on the decision in terms of swapping some of the wood capacity out for LVT? And do you hold off maybe to see how demand is impacted by the tariffs before making that decision?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 5

Page 78

**Donald R. Maier**
*President, CEO & Director*

Yes. We're obviously watching the impact of the 10% tariff on engineered wood, which is continued to be pressured by the Asian imports largely coming out of China. And we see an opportunity for us given that about 80% of our engineered products are produced here in the U.S. So we have a large amount of capacity here. And certainly, as the tariffs increase to 25%, we think that dynamic could create some opportunities for us.

**Operator**

Our next question comes from Keith Hughes, SunTrust Robinson Humphrey.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Can you tell us on LVT, how much are your LVT is produced domestically now versus how much is imported? And where those imports are coming from?

**Donald R. Maier**
*President, CEO & Director*

Yes, Keith, so we -- what we've disclosed are 2 things. In 2017, our total sales of 75% of them were produced domestically. On LVT, we certainly supply -- depend more heavily upon our suppliers. And what we've disclosed there is that we purchase about 2/3 from sourced parties and produce about 1/3 ourselves.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

And are the -- is the 2/3 sourced, is that primarily from China?

**Donald R. Maier**
*President, CEO & Director*

It includes China, but -- yes, primarily is China.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay, okay. And can you give us any sense for how big LVT now as a percentage of Resilient or rough dollar figure or something like that for the company?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes, Keith, we've said in the past that for 2017, LVT represented 25% of our Resilient segment. We've continued to see strong growth in LVT. We haven't provided an updated number, but you can probably make some assumptions and get to your own conclusion on that.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. If you look at the other categories within Resilient in the quarter, and I think specifically of VCT, but in general, were any of the categories up in volume? Or was LVT the only one?

**Donald R. Maier**
*President, CEO & Director*

Yes. We saw growth in all -- almost all the categories, Keith, but the most significant growth, as has been consistent for the past several years, has come out of LVT, where we once again saw significant double-digit growth in that category, really being driven largely on the rigid-type structures. Although still seeing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 5

Page 79

nice growth on the traditional flexible LVT as well. So I'd say in ranking of order, the Rigid Core products explosive growth, very impressive growth on the flexible LVTs and then kind of consistent market growth rates on our other categories.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. The volume for Resilient was reported as effectively flat, negative 0.24% year-over-year. So if LVT is up, something has got to be down to get to that number.

**Donald R. Maier**
*President, CEO & Director*

No. Resilient, Keith, was up 7%.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Just on the volume.

**Donald R. Maier**
*President, CEO & Director*

Just on the volume, just -- got you. Okay.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

So in terms of volume, I assume LVT volume was up really big too, sounds like pricing is okay in that. What categories are struggling on volume right now?

**Donald R. Maier**
*President, CEO & Director*

I'm looking to Doug to...

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure, yes. The main one, Keith, has been red sheet.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

Red sheet.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

It's getting to be a smaller piece of the business, but it still continues to decline.

**Keith Brian Hughes**
*SunTrust Robinson Humphrey, Inc., Research Division*

And then switching to Wood Flooring here quickly. If we do get the 25% tariff, are there other large sources of engineered hardwood supply that would easily supplement Chinese or is it that not quite as easy to do?

**Donald R. Maier**
*President, CEO & Director*

So there is certainly within our plant capacity, we have the capability to add additional crewing. So we see an ability to satisfy the demand on our side and there is a significant domestic supply chain within

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 80

North America on the engineered side as well. In addition, we have seen a continuation of the supply chain expanding beyond China into Southeast Asia.

**Operator**

[Operator Instructions] Our next question comes from Alvaro Lacayo, Gabelli & Company.

**Alvaro Lacayo**
*G. Research, LLC*

All right, so just 2 quick questions. One, I wanted to get an update on the plans for licensing in the engineered wood. Maybe you can comment -- with the tariffs that are projected to come on, does that change the math a little bit or the timing of when you decide to do that? And then secondly, the amount of losses, the magnitude of losses in the business that you're looking to transition over to that licensing business, if you can remind me what that number is in terms of magnitude?

**Donald R. Maier**
*President, CEO & Director*

Yes. So your first question, we have slowed down what we were planning to do as far as rolling out the license program. And frankly, I think, we need to get to the other side of January before distributors and retailers understand what is going on with tariffs and what the implications are there. Frankly, while that's a slowdown of our licensing program, it could be a significant benefit to our domestically produced products given a rather significant swing in the economics with the 25% tariff. So realistically, I think we're going to be -- we'll let the dust settle out in Q1 and understand where we're at. We have the licensing plans, the agreement, everything is done, we just need to understand what is going to be the playing field here as it relates to the tariffs. And no, we haven't provided any guidance on the size or impact of that. And given my prior comment around this, it would have probably not be valid any longer given the change in the macro environment here with tariffs.

**Alvaro Lacayo**
*G. Research, LLC*

Got you. Okay. And then maybe if you'd make comments year-to-date on price realization, maybe talk about, across the portfolio and -- or on a consolidated basis. And then with the tariffs, assuming the tariffs do move up to 25% in January, what kind of -- what's the magnitude of price increases that you're thinking about? Or in terms of dollar amount, what's the impact to your costs from a dollar amount assuming tariffs go up to 25%?

**Donald R. Maier**
*President, CEO & Director*

Well, this is an area that I'm particularly proud of our team. As you know, we took decisive pricing actions back at the end of the first quarter as we saw the inflation ramping up. And quite candidly have not seen the same level of support for the pricing actions that we've continued to take through the summer and then most recently here with a 3% to 5% increase on Resilient at the end of Q3. Having said that, we have not only been able to see and enjoy nice price realization, but we've also seen nice mix improvement and volume coming along with that. And I think it's a testament of, frankly, to the strength of the innovation and the differentiation that we've been driving in the portfolio, but as much as well a testament to the strength of our distribution network and their efforts to go make sure that we didn't have margin declines in face of the significant input cost inflation and freight inflation, notwithstanding now the tariff inflation that's coming through as well. So I think it's been a combination, an all-out team effort here with our distribution partners and their retailers as well as with our sales team and the product differentiation in our portfolio.

**Alvaro Lacayo**
*G. Research, LLC*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 81

So from a number's perspective, what's been the pricing realization year-to-date? And what's the incremental cost if the tariffs go to 25% that you'd have to sort of offset via the tools that you have in your toolbox?

**Ronald D. Ford**
*Former Senior VP & CFO*

This is Ron. I'll take that one. Well, without disclosing a specific number, let's just say that we've been -- we went into the year anticipating some inflation in our guidance for the year. We saw more inflation than that, we've been able to still stay within our guidance after having taken the actions that we've taken that Doug -- that Don described. And so as Don mentioned, we're pleased with our ability to get -- to anticipate and get on top of the incremental inflation for this year. Of course, relative to next year and the -- I'll also say relative to this year, it's my sense that across-the-board, the entire supply chain absorbs some piece of all of that tariff and inflation during the course of this year. I expect that to a lesser extent next year. And so it remains to be seen if those tariffs will stay in place, but if they do, as we've announced, we intend to recover those costs.

**Operator**

Our next question comes from Dillard Watt, Stifel.

**Dillard Watt**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Wondering if maybe we could talk a little bit about where your expectations might be for incremental margins next year, particularly, if you do get a fair bit of pickup in volume on the engineered wood side, which, as we've gone through the last couple of years, I think, embedded in your guidance is some assumption that volume is sort of been flat or slightly down there due to all the imports. But if there is a significant change that goes the other way, how would that shakeout in the incremental margin next year?

**Donald R. Maier**
*President, CEO & Director*

Well, margin expansion's an important part of our overall strategic plan and the actions that we have lying behind that. While we were disappointed in third quarter Wood revenue, we had very nice expansion with adjusted EBITDA going up over 25% in the quarter and 150 basis points improvement in the EBITDA margin. So continuing to make progress there, and it's all of the product introductions, mix improvements and other actions that we've taken on the innovation side of the equation that are allowing us to transition not only the wood category but the entire portfolio.

**Dillard Watt**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then maybe just -- I'll be the one to ask the macro question. Are you seeing or hearing anything that's indicating we may be closer to moving towards a pause in the macro growth environment?

**Donald R. Maier**
*President, CEO & Director*

So short answer is nothing on the radar right now. We saw really no change and fairly robust growth in new housing starts and remodeling. So on the residential side, that looks good, pretty consistent with where we've been. On the commercial side, we actually saw that tick up slightly better. So nothing on our forward-looking horizon other than maybe a little bit of encouragement on the commercial side of the equation.

**Operator**

Ladies and gentlemen, we have reached the end of the question-and-answer session. I would like to turn the call back to Don Maier for closing remarks.

**Donald R. Maier**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 82

*President, CEO & Director*

Well, great, thank you, everyone, for joining us today. We continue to appreciate your interest in Armstrong Flooring, and we look forward to updating you on future calls on our progress. Have a great day. Thanks.

**Operator**

This concludes today's conference. You may disconnect your lines at this time. Thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 5

Page 83

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Exhibit 5

Page 84

# Exhibit 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): March 5, 2019**

---

# ARMSTRONG FLOORING, INC.

**(Exact name of registrant as specified in its charter)**

---

| | | |
|---|---|---|
| **Delaware** | **001-37589** | **47-4303305** |
| (State or other jurisdiction of incorporation ) | (Commission File No.) | (IRS Employer Identification No.) |

**2500 Columbia Avenue P.O. Box 3025**
**Lancaster, Pennsylvania**
**(Address of principal executive offices)**

**17603**
**(Zip code)**

**Registrant's telephone number, including area code: (717) 672-9611**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

Exhibit 6
Page 86

Exhibit 99.1



### ARMSTRONG FLOORING REPORTS FOURTH QUARTER AND FULL YEAR 2018 RESULTS

- Full Year Net Sales From Continuing Operations of $728.2 Million, Up 3.4% From Prior Year
- Full Year Net Loss of $163.0 Million Including Loss on Sale of Wood Flooring Business, and Adjusted Net Income of $5.8 Million
- Full Year Adjusted EBITDA From Continuing Operations of $57.5 Million
- Completed Sale of Wood Flooring Business for $90 Million of Net Proceeds
- Provides Full Year 2019 Outlook For Adjusted EBITDA From Continuing Operations of $58 Million to $66 Million

**Lancaster, PA, March  5, 2019.** Armstrong Flooring, Inc. (NYSE: AFI) ("Armstrong Flooring" or the "Company"), North America's largest producer of resilient flooring products, today reported financial results for the fourth quarter and full year ended December 31, 2018.

Don Maier, Chief Executive Officer, commented, "During 2018, we grew sales on strong volume growth in Luxury Vinyl Tile ("LVT") as well as higher selling prices across many product categories. Our full year Adjusted EBITDA from continuing operations improved by 3.3% helped by productivity gains and cost saving actions in the face of strong inflationary pressure. Fourth quarter 2018 results were impacted by soft end market demand, along with the timing of customer purchases in response to delayed U.S. tariff increases."

Mr. Maier continued, "We are pleased to enter 2019 as a focused resilient flooring Company with an attractive growth trajectory, stronger margin profile, and solid balance sheet. Our efforts are concentrated on LVT leadership, which is supported by our growth strategy to drive innovation across our award-winning product portfolio, strengthen our distribution partnerships, and leverage our strong positions in our other commercial categories. We believe we are now positioned to generate improved results in 2019 and beyond."

**Fourth Quarter and Full Year 2018 Results Compared with 2017 Results**

In December 2018, the Company completed the previously announced sale of its wood flooring business. Proceeds from the sale were $90.2 million, net of closing costs, transaction fees and taxes. The transaction is subject to a customary post-closing working capital adjustment process, which is expected to be completed in the first quarter of 2019. As of the fourth quarter 2018, the wood flooring business is now classified as a discontinued operation. Amounts for the prior periods, including net sales and operating income, have been reclassified to conform to this presentation.

Exhibit 6

Page 87

<u>Consolidated Results</u>

| (Dollars in millions except per share data) | Three Months Ended December 31, | | | Twelve Months Ended December 31, | | |
|---|---|---|---|---|---|---|
| | 2018 | 2017 | Change | 2018 | 2017 | Change |
| Net sales | $ 153.8 | $ 159.4 | (3.5%) | $ 728.2 | $ 704.1 | 3.4% |
| Operating (loss) | ($ 16.6) | ($ 12.2) | N/M | ($ 17.4) | ($ 12.7) | N/M |
| Net (loss) | ($ 171.0) | ($ 20.7) | N/M | ($ 163.0) | ($ 41.8) | N/M |
| Diluted (loss) per share | ($ 6.57) | ($ 0.80) | N/M | ($ 6.27) | ($ 1.54) | N/M |
| Adjusted EBITDA | $ 1.8 | $ 4.9 | (63.5%) | $ 57.5 | $ 55.7 | 3.3% |
| Adjusted EBITDA margin | 1.2% | 3.1% | (190 bps) | 7.9% | 7.9% | 0 bps |
| Adjusted net (loss) income | ($ 9.0) | ($ 17.5) | N/M | $ 5.8 | $ 8.7 | (33.9%) |
| Adjusted diluted (loss) earnings per share | ($ 0.35) | ($ 0.68) | N/M | $ 0.22 | $ 0.32 | (31.0%) |

In the fourth quarter of 2018, net sales decreased 3.5% to $153.8 million as compared to $159.4 million in the fourth quarter of 2017, or 2.4% excluding the impact of currency. The decrease in net sales was primarily due to lower volumes, partly offset by improved mix and overall higher selling prices in response to inflationary pressure. Lower volumes in the fourth quarter of 2018 were impacted by elevated inventory levels in the distributor channel due to significant customer purchases in the third quarter of 2018 ahead of price increases implemented in October 2018 in response to higher anticipated U.S. tariffs.

Fourth quarter 2018 net loss was $171.0 million, or diluted loss per share of $6.57, as compared to net loss of $20.7 million, or diluted loss per share of $0.80, in the prior year quarter. Current year loss included $156.1 million related to the wood flooring business, which is now classified as a discontinued operation. Adjusted net loss was $9.0 million, or adjusted diluted loss per share of $0.35, as compared to an adjusted net loss of $17.5 million, or adjusted diluted loss per share of $0.68, in the prior year quarter.

Fourth quarter 2018 adjusted EBITDA was $1.8 million, as compared to $4.9 million in the prior year quarter. The decrease in adjusted EBITDA was primarily driven by lower net sales and increased input cost inflation pressure, partially offset by improved productivity and lower SG&A spending.

For the full year 2018, net sales increased 3.4% to $728.2 million as compared to $704.1 million in 2017. The improvement in net sales was primarily driven by favorable mix and overall higher selling prices in response to inflationary pressure, partly offset by lower volumes.

Full year 2018 net loss was $163.0 million, or diluted loss per share of $6.27, as compared to net loss of $41.8 million, or diluted loss per share of $1.54, in the prior year. Adjusted net income was $5.8 million, or adjusted diluted earnings per share of $0.22, as compared to an adjusted net income of $8.7 million, or adjusted diluted earnings per share of $0.32, in the prior year.

Full year 2018 adjusted EBITDA was $57.5 million, as compared to $55.7 million in the prior year. The increase in adjusted EBITDA was primarily driven by higher net sales, improved productivity and lower SG&A spending, which more than offset significant input cost inflation pressure.

**Full Year 2019 Outlook**

For the full year 2019, the Company expects adjusted EBITDA to be in the range of $58 million to $66 million, with growth heavily weighted to the second half as the overall market improves and elevated inventory levels in the channel are worked down. The Company expects capital expenditures to be in the range of $30 million to $35 million for the full year 2019.

2

Exhibit 6

**Conference Call and Webcast**

The Company will host a live webcast and conference call to review fourth quarter and full year results on Tuesday, March 5, 2019 at 11:00 a.m. ET. The live webcast and accompanying slide presentation will be available in the Investors section of the Company's website at www.armstrongflooring.com. To participate in the call, please dial 877-407-0789 (domestic) or 201-689-8562 (international). A replay of the conference call will be available for 90 days, by dialing 844-512-2921 (domestic) or 412-317-6671 (international) and entering the passcode 13687021.

**About Armstrong Flooring**

Armstrong Flooring, Inc. (NYSE: AFI) is a global leader in the design and manufacture of innovative flooring solutions. Headquartered in Lancaster, Pennsylvania, Armstrong Flooring is North America's largest producer of resilient flooring products. The Company safely and responsibly operates 8 manufacturing facilities globally, working to provide the highest levels of service, quality and innovation to ensure it remains as strong and vital as its 150-year heritage. Learn more at www.armstrongflooring.com.

**Forward Looking Statements**

Disclosures in this release and in our other public documents and comments contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Those statements provide our future expectations or forecasts and can be identified by our use of words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," "outlook," "target," "predict," "may," "will," "would," "could," "should," "seek," and other words or phrases of similar meaning in connection with any discussion of future operating or financial performance. Forward-looking statements, by their nature, address matters that are uncertain and involve risks because they relate to events and depend on circumstances that may or may not occur in the future. As a result, our actual results may differ materially from our expected results and from those expressed in our forward looking statements. A more detailed discussion of the risks and uncertainties that could cause our actual results to differ materially from those projected, anticipated or implied is included in our reports filed with the U.S. Securities and Exchange Commission. Forward-looking statements speak only as of the date they are made. We undertake no obligation to update any forward-looking statements beyond what is required under applicable securities law.

**Contact Information**
Investors:
Douglas Bingham
SVP, Chief Financial Officer
717-672-9300
IR@armstrongflooring.com

Media:
Alison van Harskamp
Director, Corporate Communications
717-672-7545
aficorporatecommunications@armstrongflooring.com

3

Exhibit 6
Page 89

**Armstrong Flooring, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
**(Dollars in millions except per share data)**

| | Three months ended December 31, | | Twelve months ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Net sales | $ 153.8 | $ 159.4 | $ 728.2 | $ 704.1 |
| Cost of goods sold | 128.8 | 130.0 | 585.0 | 553.0 |
| Gross profit | 25.0 | 29.4 | 143.2 | 151.1 |
| Selling, general, and administrative expense | 41.6 | 41.6 | 160.6 | 163.8 |
| Operating (loss) income | (16.6) | (12.2) | (17.4) | (12.7) |
| Interest expense | 1.9 | 0.7 | 4.8 | 2.7 |
| Other expense | 0.7 | 0.8 | 2.9 | 3.7 |
| (Loss) Income from continuing operations before income taxes | (19.2) | (13.7) | (25.1) | (19.1) |
| Income tax (benefit) expense | (4.3) | 8.9 | (6.0) | (2.0) |
| (Loss) Income from continuing operations | (14.9) | (22.6) | (19.1) | (17.1) |
| Earnings (loss) from discontinued operations | (2.3) | 1.9 | 9.9 | (24.7) |
| Loss on disposal of discontinued operations | (153.8) | — | (153.8) | — |
| Net (loss) earnings from discontinued operations | (156.1) | 1.9 | (143.9) | (24.7) |
| Net (loss) income | $ (171.0) | $ (20.7) | $ (163.0) | $ (41.8) |
| Weighted average number of common shares outstanding - Basic | 26.0 | 25.9 | 26.0 | 27.1 |
| Basic earnings (loss) per share of common stock | $ (6.57) | $ (0.80) | $ (6.27) | $ (1.54) |
| Weighted average number of common shares outstanding - Diluted | 26.0 | 25.9 | 26.0 | 27.1 |
| Diluted earnings (loss) per share of common stock | $ (6.57) | $ (0.80) | $ (6.27) | $ (1.54) |

**Consolidated Balance Sheet**
**(Dollars in millions)**

| Assets | December 31, 2018 | December 31, 2017 |
| --- | --- | --- |
| Current Assets: | | |
| Cash | $ 173.8 | $ 40.1 |
| Accounts and notes receivable, net | 39.0 | 52.6 |
| Inventories, net | 139.5 | 117.0 |
| Current assets of discontinued operations | — | 149.5 |
| Other current assets | 18.6 | 31.1 |
| Total current assets | 370.9 | 390.3 |
| Property, plant, and equipment, net | 296.1 | 310.6 |
| Noncurrent assets of discontinued operations | — | 130.3 |
| Other non-current assets | 41.2 | 58.9 |
| Total assets | $ 708.2 | $ 890.1 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 141.4 | $ 124.1 |
| Current liabilities of discontinued operations | — | 26.1 |
| Short-term debt and current portion of long-term debt | 28.7 | — |
| Other current liabilities | 0.5 | 0.8 |
| Total current liabilities | 170.6 | 151.0 |
| Long-term debt | 70.6 | 85.0 |
| Postretirement benefit liabilities | 55.7 | 69.9 |
| Pension benefit liabilities | 11.3 | 2.3 |
| Noncurrent liabilities of discontinued operations | — | 22.7 |
| Other long-term liabilities | 9.0 | 9.2 |
| Total liabilities | 317.2 | 340.1 |
| Total stockholders' equity | 391.0 | 550.0 |
| Total liabilities and stockholders' equity | $ 708.2 | $ 890.1 |

4

Exhibit 6
Page 90

**Supplemental Reconciliations of GAAP to non-GAAP Results (unaudited)**

To supplement its consolidated financial statements presented in accordance with accounting principles generally accepted in the United States (GAAP), the Company provides additional measures of performance adjusted to exclude the impact of restructuring charges and related costs, impairments, the non-cash impact of the U.S. pension plan, and certain other gains and losses. Free cash flow is defined as net cash from operating activities less purchases of property, plant and equipment. The Company uses these adjusted performance measures in managing the business, including in communications with its Board of Directors and employees, and believes that they can provide users of this financial information with meaningful comparisons of operating performance between current and prior periods. In addition, the Company has applied pro forma adjustments to its non-GAAP results for periods prior to completion of the sale of the wood flooring business. These adjustments represent the elimination of certain shared costs that were formerly allocated to the divested wood flooring segment and are intended to reflect, on a pro forma basis, the retroactive elimination of these costs in accordance with the Company's ongoing cost optimization program which, when combined with certain payments under the Transition Services Agreement entered into with the purchaser, are expected to offset the impact of substantially all of these costs. The Company believes that these non-GAAP financial measures are appropriate to enhance understanding of its past performance, as well as its prospects for future performance. A reconciliation of these non-GAAP financial measures to the most directly comparable GAAP measures is included in this release and on the Company's website. These non-GAAP measures should not be considered in isolation or as a substitute for the most comparable GAAP measures. Non-GAAP financial measures utilized by the Company may not be comparable to non-GAAP financial measures used by other companies. The Company does not provide financial guidance for forecasted net income since certain items that impact net income are outside of our control and cannot be reasonably predicted. Therefore, the Company is unable to provide a reconciliation of its Adjusted EBITDA guidance to net income, the most comparable financial measure calculated in accordance with GAAP.

(Dollars in millions except per share data)

|  | Three Months Ended December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| **Net income (loss)** | ($ 171.0) | ($ 20.7) |
| Net loss (earnings) from discontinued operations | 156.1 | (1.9) |
| Interest expense | 1.9 | 0.7 |
| Other expense | 0.7 | 0.8 |
| Taxes | (4.3) | 8.9 |
| **Operating income (loss)** | (16.6) | (12.2) |
| Depreciation and amortization | 11.2 | 11.1 |
| Expenses related to strategic projects and cost reduction initiatives | 1.5 | — |
| U.S. pension expense | 0.9 | 1.2 |
| Pro forma adjustment for corporate expense | 4.8 | 4.8 |
| **Adjusted EBITDA** | $ 1.8 | $ 4.9 |

5

Exhibit 6
Page 91

| | Three Months Ended December 31, | | | |
| | 2018 | | 2017 | |
| | $ million | Per diluted share | $ million | Per diluted share |
|---|---|---|---|---|
| **Net income (loss)** | ($171.0) | ($6.57) | ($ 20.7) | ($0.80) |
| Expenses related to strategic projects and cost reduction initiatives | 1.5 | | — | |
| Pro forma adjustment for corporate expense | 4.8 | | 4.8 | |
| U.S. pension expense | 0.9 | | 1.2 | |
| Other (income) & expense | 0.7 | | 0.8 | |
| Tax impact of adjustments at statutory rate | (2.0) | | (1.7) | |
| Net loss (earnings) from discontinued operations | 156.1 | | (1.9) | |
| **Adjusted Net Loss** | ($ 9.0) | ($0.35) | ($ 17.5) | ($0.68) |

| | Twelve Months Ended December 31, | |
| | 2018 | 2017 |
|---|---|---|
| **Net income (loss)** | ($ 163.0) | ($ 41.8) |
| Net loss (earnings) from discontinued operations | 143.9 | 24.7 |
| Interest expense | 4.8 | 2.7 |
| Other expense | 2.9 | 3.7 |
| Taxes | (6.0) | (2.0) |
| **Operating income (loss)** | (17.4) | (12.7) |
| Depreciation and amortization | 44.7 | 38.7 |
| Expenses related to strategic projects and cost reduction initiatives | 7.5 | 5.2 |
| U.S. pension expense | 3.8 | 5.4 |
| Pro forma adjustment for corporate expense | 19.0 | 19.0 |
| **Adjusted EBITDA** | $ 57.5 | $ 55.7 |

| | Twelve Months Ended December 31, | | | |
| | 2018 | | 2017 | |
| | $ million | Per diluted share | $ million | Per diluted share |
|---|---|---|---|---|
| **Net income (loss)** | ($163.0) | ($6.27) | ($ 41.8) | ($1.54) |
| Expenses related to strategic projects and cost reduction initiatives | 7.5 | | 5.2 | |
| Pro forma adjustment for corporate expense | 19.0 | | 19.0 | |
| U.S. pension expense | 3.8 | | 5.4 | |
| Other (income) & expense | 2.9 | | 3.7 | |
| Tax impact of adjustments at statutory rate | (8.3) | | (12.7) | |
| Impact on deferred tax assets of valuation allowances and US tax reform | — | | 5.2 | |
| Net loss (earnings) from discontinued operations | 143.9 | | 24.7 | |
| **Adjusted Net Income** | $ 5.8 | $ 0.22 | $ 8.7 | $ 0.32 |

Rows and columns may not foot due to rounding.

6

Exhibit 6

# Exhibit 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### WASHINGTON, D.C. 20549
# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number 001-37589**

# ARMSTRONG FLOORING, INC.

(Exact name of Registrant as specified in its charter)

| **Delaware** | **47-4303305** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer Identification number) |

**2500 Columbia Avenue, PO Box 3025, Lancaster, Pennsylvania 17604**

(Address of principal executive offices)

**(717) 672-9611**

(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of exchange on which registered** |
|---|---|
| Common Stock, $0.0001 par value | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that registrant was required to submit such files.) Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.  See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☑ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the Registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act).  Yes ☐   No ☑

The aggregate market value of the Common Stock of Armstrong Flooring, Inc. held by non-affiliates based on the closing price ( $14.04 per share) on the New York Stock Exchange (trading symbol AFI) as of June 30, 2018 was approximately $292.3 million . As of February 28, 2019 the number of shares outstanding of the registrant's Common Stock was 25,835,850 .

#### DOCUMENTS INCORPORATED BY REFERENCE

Certain sections of Armstrong Flooring, Inc.'s definitive Proxy Statement for use in connection with its 2019 annual meeting of stockholders, to be filed no later than April 30, 2019 (120 days after the last day of our 2018 fiscal year), are incorporated by reference into Part III of this Form 10-K Report where indicated.

Exhibit 7

Page 94

**CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS**

Certain statements in this Annual Report on Form 10-K ("Form 10-K") and the documents incorporated by reference may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Those forward-looking statements are subject to various risks and uncertainties and include all statements that are not historical statements of fact and those regarding our intent, belief or expectations, including, but not limited to, our expectations concerning our commercial and residential markets and their effect on our operating results, and our ability to increase revenues, earnings and earnings before interest, taxes, depreciation and amortization. Words such as "anticipate," "expect," "intend," "plan," "target," "project," "predict," "believe," "may," "will," "would," "could," "should," "seek," "estimate" and similar expressions are intended to identify such forward-looking statements. These statements are based on management's current expectations and beliefs and are subject to a number of factors that could lead to actual results materially different from those described in the forward-looking statements. Although we believe that the assumptions underlying the forward-looking statements are reasonable, we can give no assurance that our expectations will be attained. Factors that could have a material adverse effect on our financial condition, liquidity, results of operations or future prospects or which could cause actual results to differ materially from our expectations include, but are not limited to:

- global economic conditions;
- competition;
- availability and costs of raw materials and energy;
- key customers;
- construction activity;
- costs savings and productivity initiatives;
- strategic transactions;
- information systems and transition services;
- personnel;
- intellectual property rights;
- international operations;
- labor;
- claims and litigation;
- liquidity;
- debt;
- debt covenants;
- outsourcing;
- environmental and regulatory matters; and
- other risks detailed from time to time in our filings with the Securities and Exchange Commission ("SEC"), press releases and other communications, including those set forth under "Risk Factors" included elsewhere in this Form 10-K and in the documents incorporated by reference.

Such forward-looking statements speak only as of the date they are made. We expressly disclaim any obligation to release publicly any updates or revisions to any forward-looking statements to reflect any change in our expectations with regard thereto or change in events, conditions or circumstances on which any statement is based.

1

Exhibit 7
Page 95

**PART I**

**Item 1. Business**

Armstrong Flooring, Inc. ("AFI" or the "Company") is a Delaware corporation incorporated in 2015. When we refer to "AFI," "the Company," "we," "our," and "us" in this report, we are referring to Armstrong Flooring, Inc. and its consolidated subsidiaries.

We are a leading global producer of resilient flooring products for use primarily in the construction and renovation of commercial, residential and institutional buildings. We design, manufacture, source and sell flooring products primarily in North America and the Pacific Rim.

On April 1, 2016, we became an independent company as a result of the separation by Armstrong World Industries, Inc. ("AWI"), a Pennsylvania corporation, of its Resilient Flooring and Wood Flooring segments from its Building Products segment (the "Separation"). The Separation was effected by allocating the assets and liabilities related primarily to the Resilient Flooring and Wood Flooring segments to AFI and then distributing the common stock of AFI to AWI's shareholders (the "Distribution"). The Separation and Distribution (together, the "Spin-off") resulted in AFI and AWI becoming two independent, publicly traded companies, with AFI owning and operating the Resilient Flooring and Wood Flooring segments and AWI continuing to own and operate a ceilings business.

In November 2018, we entered into a definitive agreement to sell our North American wood flooring business to Tarzan Holdco, Inc. ("TZI"), a Delaware corporation and an affiliate of American Industrial Partners ("AIP"). The sale was completed on December 31, 2018. See Note 9 to the Consolidated Financial Statements for additional information related to discontinued operations. The historical financial results of the North American wood flooring business have been reflected in our Consolidated Financial Statements as a discontinued operation for all periods presented.

**Products and Markets**

We hold leadership or significant market share positions in the product categories and markets in which we operate. We compete in the resilient flooring product category in North America and the Pacific Rim. The majority of our sales are in North America, where we serve both commercial and residential markets. In the Pacific Rim, we are principally focused on commercial markets.

The major markets in which we compete are:

*North American Commercial* — Our products are used in commercial and institutional buildings. Our revenue opportunities come from new construction as well as renovation of existing buildings. Industry analysts estimate that renovation work represents the majority of the total North American commercial market opportunity. Most of our revenue comes from four major segments of commercial building: education, healthcare, retail and office. We monitor U.S. construction starts and follow project activity. Our revenue from new construction can lag behind construction starts by as much as twenty-four months given that the installation of flooring typically occurs later in the construction process. We also monitor office vacancy rates, architectural activity, gross domestic product ("GDP") and general employment levels, which can indicate movement in renovation and new construction opportunities. We believe that these statistics, taking into account the time-lag effect, provide a reasonable indication of our future revenue opportunity from commercial renovation and new construction. We also believe that consumer preferences for product type, style, color, availability and affordability also significantly affect our revenue.

*North American Residential* — We sell products for use in single and multi-family housing. Homeowners, contractors, builders, and property management firms can choose from our innovative flooring products. We compete directly with other domestic and international suppliers of these products. Our flooring products also compete with carpet, stone, wood and ceramic products, which we do not offer.

Our products are used in new home construction and existing home renovation work. Industry analysts estimate that existing home renovation (also known as replacement/remodel) work represents a majority of the total

2

Exhibit 7
Page 96

North American residential market opportunity. We monitor key U.S. statistics including existing home sales (a key indicator for renovation opportunity), housing starts, housing completions, home prices, interest rates and consumer confidence. We believe there is some longer-term correlation between these statistics and our revenue after reflecting a lag period of several months between a change in these indicators and our operating results. However, we believe that consumers' preferences for product type, style, color, availability and affordability also significantly affect our revenue. Further, changes in inventory levels and/or product focus at national home centers and independent wholesale flooring distributors can significantly affect our revenue.

*Outside of North America* — We also serve commercial markets in the Pacific Rim region with over 80% of the sales in this region coming from China and Australia. The commercial segments we serve are similar to the North American market (education, retail, office and healthcare). However there is a higher penetration of resilient flooring in the hospitality (retail) and office segments in China than we see in North America. For the countries where we have significant revenue, we monitor various national statistics (such as GDP) as well as construction data (starts and project-related information).

*LVT Investment* — Luxury vinyl tile ("LVT") represents the fastest growing resilient flooring product category. Through enhanced wear layers and coatings, LVT delivers improved durability and lower maintenance over traditional vinyl tile. In addition, the utilization of advanced printing and embossing technology provides LVT with upgraded visual realism in a wide variety of attractive wood and stone designs . LVT's modular format offers a wide range of installation options for the professional and do-it-yourself installer, with an enhanced ease of installation when compared to other products such as wood or ceramic tile ; this can be seen with the growing popularity of floating and rigid LVT floors. The largest market for LVT is North America. Historically, this market has been largely served by imported product manufactured in the Pacific Rim. In addition to our existing LVT capacity at our Kankakee, Illinois plant, we completed construction of an expansion to our Lancaster, Pennsylvania plant in 2016 and repurposed a portion of our Stillwater, Oklahoma vinyl sheet plant in 2017 to add LVT manufacturing capacity.

The following table provides an estimate of our 2018 net sales, by major markets.

| North American Commercial | | North American Residential | | Outside of North America | | |
|---|---|---|---|---|---|---|
| **New** | **Renovation** | **New** | **Renovation** | **New** | **Renovation** | **Total** |
| 5% | 35% | 5% | 35% | 15% | 5% | 100% |

Management has estimated the above data as the end-use of our products is not easily determinable.

**Customers**

We use our reputation, capabilities, service and brand recognition to develop long-standing relationships with our customers. We principally sell products through independent wholesale flooring distributors, who re-sell our products to retailers, builders, contractors, installers and others. In the commercial sector, we also have important relationships with subcontractors' alliances, large architect and design firms, and major facility owners in our focus segments. In the North American retail channel, which sells to end-users in the residential and light commercial segments, we have important relationships with national home centers and flooring retailers. In the North American residential sector, we also have important relationships with major home builders and retail buying groups. Additionally, when market conditions and available capacity warrant, we also provide products on an OEM basis to other flooring companies.

Approximately 75% of our consolidated net sales in 2018 are to distributors. Sales to large home centers account for approximately 15% of our consolidated sales in 2018 . Our remaining sales are primarily to other retailers, end-use customers and contractors.

3

Exhibit 7

Page 97

The Belknap White Group, which includes J. J. Haines and Company, Inc., accounted for 10% or more of our total consolidated net sales in 2018 .

**Working Capital**

We produce goods for inventory and sell on credit to our customers. Our distributors carry inventory as needed to meet local or rapid delivery requirements. We sell the vast majority of our products to select, pre-approved customers using customary trade terms that allow for payment in the future. These practices are typical within the industry.

**Competition**

We face strong competition in all of our businesses. Principal attributes of competition include product performance, product styling, service and price. Competition in North America comes from both domestic and international manufacturers. Additionally, some of our products compete with alternative products or finishing solutions. Our resilient flooring products compete with carpet, stone, wood and ceramic products. There is excess industry capacity for certain products in some geographies, which tends to increase price competition. The following companies are our primary competitors:

Beaulieu International Group, N.V., Congoleum Corporation, Forbo Holding AG, Gerflor Group, Halstead International (including Metroflor Corporation), Interface, Inc., Krono Holding AG, Mannington Mills, Inc., Mohawk Industries, Inc., Nora Systems GmbH (division of Interface, Inc), Shaw Industries, Inc., and Tarkett AG.

**Raw Materials**

We purchase raw materials from numerous suppliers worldwide in the ordinary course of business. The principal raw materials include: polyvinylchloride ("PVC") resins and films, plasticizers, fiberglass and felt backings, limestone, pigments, inks, stabilizers and coatings.

We also purchase significant amounts of packaging materials and consume substantial amounts of energy, such as electricity and natural gas, and water.

In general, adequate supplies of raw materials are available to all of our businesses. However, availability can change for a number of reasons, including environmental conditions, laws and regulations, shifts in demand by other industries competing for the same materials, transportation disruptions and/or business decisions made by, or events that affect, our suppliers. If these suppliers were unable to satisfy our requirements, we believe alternative supply arrangements would be available.

Prices for certain high usage raw materials can fluctuate dramatically. Cost increases for these materials can have a significant adverse impact on our manufacturing costs.

**Sourced Products**

Some of our products are sourced from third parties. Our primary sourced products include LVT, vinyl sheet, installation and maintenance materials and accessories, and laminate. We purchase most of our sourced products from suppliers that are located outside of the U.S., primarily from Asia. Sales of sourced products represented approximately 35% of our total consolidated revenue in 2018 .

In general, adequate supplies of sourced products are available to all of our businesses. However, availability can change for a number of reasons, including environmental conditions, laws and regulations, production and transportation disruptions and/or business decisions made by, or events that affect, our suppliers. If these suppliers were unable to satisfy our requirements, we believe alternative supply arrangements would be available.

4

Exhibit 7
Page 98

**Seasonality**

Generally, our sales in North America tend to be stronger in the second and third quarters of our fiscal year due to more favorable weather conditions, customer business cycles and education renovations typical during the summer months. We see similar patterns with respect to our sales in the Pacific Rim, though the timing of the Chinese New Year can affect buying behaviors.

**Patent and Intellectual Property Rights**

Patent protection is important to our business. Our competitive position has been enhanced by U.S. and foreign patents on products and processes developed or perfected within AFI, including those before and after the Spin-off, or obtained through acquisitions and licenses. In addition, we benefit from our trade secrets for certain products and processes.

Patent protection extends for varying periods according to the date of patent filing or grant and the legal term of a patent in the various countries where patent protection is obtained. The actual protection afforded by a patent, which can vary from country to country, depends upon the type of patent, the scope of its coverage and the availability of legal remedies. Although we consider that, in the aggregate, our patents, licenses and trade secrets constitute a valuable asset of material importance to our business, we do not regard any of our businesses as being materially dependent upon any single patent or trade secret, or any group of related patents or trade secrets.

We own or have a license to use certain trademarks, including, without limitation, Armstrong®, Alterna®, BBT®, Diamond 10® Technology, Excelon®, Imperial®, Initiator™, Inspiring Great Spaces®, Lock&Fold®, Luxe Plank®, Medintech®, Memories™, Natural Creations®, Station Square™, StrataMax®, Timberline®, and Vivero®, which are important to our business because of their significant brand name recognition. Trademark protection continues in some countries as long as the mark is used, and continues in other countries as long as the mark is registered. Registrations are generally for fixed, but renewable, terms.

We sublicense certain patents and trademarks to American Hardwood Flooring Company ("AHFC"), a subsidiary of TZI.

**Employees**

As of December 31, 2018 , we had approximately 1,800 full-time and part-time employees worldwide. Approximately 35% of our 900 production and maintenance employees are represented by labor unions. As of March 5, 2019 , approximately 150 employees at one of our domestic plants continue to work under an expired collective bargaining agreement and negotiations continue. Contracts for remaining employees expire between 2019 and 2020. We believe that our relations with our employees are satisfactory. Out of our 1,800 employees, approximately 100 employees are part of the transition services agreement with TZI, and we expect most of them to transfer to TZI by the end of 2019.

5

Exhibit 7
Page 99

**Legal and Regulatory Proceedings**

AFI's manufacturing and research facilities are affected by various federal, state and local requirements relating to the discharge of materials and the protection of the environment. We make expenditures necessary for compliance with applicable environmental requirements at each of our operating facilities. These regulatory requirements continually change, therefore we cannot predict with certainty future expenditures associated with compliance with environmental requirements.

We are involved in various lawsuits, claims, investigations and other legal matters from time to time that arise in the ordinary course of conducting business, including matters involving our products, intellectual property, relationships with suppliers, distributors and competitors, employees and other matters. For example, we are currently a party to various litigation matters that involve product liability, tort liability and other claims under a wide range of allegations, including illness due to exposure to certain chemicals used in the workplace, or medical conditions arising from exposure to product ingredients or the presence of trace contaminants. In some cases, these allegations involve multiple defendants and relate to legacy products that we and other defendants purportedly manufactured or sold. We believe these claims and allegations to be without merit and intend to defend them vigorously. While complete assurance cannot be given to the outcome of these proceedings, we do not believe that any of these matters, individually or in the aggregate, will have a material adverse effect on our financial condition, results of operations or cash flows.

We have not experienced a material adverse effect upon our capital expenditures or competitive position as a result of environmental control legislation and regulations. There were no material liabilities recorded at December 31, 2018 for potential environmental liabilities, on a global basis, that we consider probable and for which a reasonable estimate of the probable liability could be made. See Note 22 to the Consolidated Financial Statements and Risk Factors in this Form 10-K for information regarding the possible effects that compliance with environmental laws and regulations may have on our businesses and operating results.

**Website**

We maintain a website at www.armstrongflooring.com. Information contained on our website is not incorporated into this document. Reference in this Form 10-K to our website is an inactive text reference only. Annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, all amendments to those reports and other information about us are available free of charge through this website as soon as reasonably practicable after the reports are electronically filed with the SEC.

**Item 1A. Risk Factors**

***Worldwide economic conditions could have a material adverse impact on our financial condition, liquidity or results of operations.***

Our business is influenced by conditions in domestic and foreign economies, including inflation, deflation, interest rates, availability and cost of capital, consumer spending rates, energy availability and the effects of governmental initiatives to manage economic conditions. Volatility in financial markets and the continued softness or further deterioration of national and global economic conditions could have a material adverse effect on our financial condition, liquidity or results of operations, including as follows:

- the financial stability of our customers or suppliers may be compromised, which could result in additional bad debts for us or non-performance by suppliers;
- commercial and residential consumers of our products may postpone spending in response to tighter credit, negative financial news and/or stagnation or further declines in income or asset values, which could have a material adverse impact on the demand for our product;

6

Exhibit 7
Page 100

- the fair value of the investment funds underlying our defined-benefit pension plans may decline, which could result in negative plan investment performance and additional charges, and may involve significant cash contributions to such plans to meet obligations or regulatory requirements; and
- our asset impairment assessments and underlying valuation assumptions may change, which could result from changes to estimates of future sales and cash flows that may lead to substantial impairment charges.

Continued or sustained deterioration of economic conditions would likely exacerbate and prolong these adverse effects.

***We compete with numerous flooring manufacturers in highly competitive markets. Competition can affect customer preferences, reduce demand for our products, negatively affect our product sales mix, leverage greater financial resources, or cause us to lower prices.***

Our markets are highly competitive. We compete for sales of flooring products with many manufacturers and independent distributors of resilient flooring as well as with manufacturers who also produce other types of flooring products. Some of our competitors have greater financial resources than we do. Competition can reduce demand for our products, negatively affect our product sales mix or cause us to lower prices. Our failure to compete effectively through management of our product portfolio, by meeting consumer preferences, maintaining market share positions in our traditional categories and gaining market leadership in growth product categories such as LVT, could have a material adverse effect on our financial condition, liquidity or results of operations. Our customers consider our products' performance, product styling, customer service and price when deciding whether to purchase our products. Shifting consumer preference in our highly competitive markets whether for performance or styling preferences or our inability to develop and offer new competitive performance features, could have an adverse effect on our sales.

In addition, excess industry capacity for certain products in several geographic markets could lead to industry consolidation and/or increased price competition. We are also subject to potential increased price competition from overseas competitors, which may have lower cost structures.

***If the availability of raw materials or energy decreases, or these and other sourcing costs increase and we are unable to pass along increased costs, our financial condition, liquidity or results of operations could be adversely affected.***

The availability and cost of raw materials, packaging materials, energy and sourced products are critical to our operations. For example, we use substantial quantities of petroleum-based raw materials in our manufacturing operations. The cost of some of these items has been volatile in recent years and availability has been limited at times. We source some materials from a limited number of suppliers, which, among other things, increases the risk of unavailability. We also source from overseas and could be subject to international trade costs, such as tariffs.This dependency and any limited availability could cause us to reformulate products or limit our production. Decreased access to raw materials and energy or significant increased cost to purchase these items, as well as increased transportation and trade costs, and any corresponding inability to pass along such costs through price increases could have a material adverse effect on our financial condition, liquidity or results of operations.

***Sales fluctuations to and changes in our relationships with key customers could have a material adverse effect on our financial condition, liquidity or results of operations.***

Some of our business lines and markets are dependent on a few key customers, including independent distributors. The loss, reduction, or fluctuation of sales to one of these major customers, or any adverse change in our business relationship with any one of them, could have a material adverse effect on our financial condition, liquidity or results of operations.

***Our business is dependent on construction activity. Downturns in construction activity could adversely affect our financial condition, liquidity or results of operations.***

7

Exhibit 7
Page 101

Our business has greater sales opportunities when construction activity is strong and, conversely, has fewer opportunities when such activity declines. The cyclical nature of commercial and residential construction activity, including construction activity funded by the public sector, tends to be influenced by prevailing economic conditions, including the rate of growth in GDP, prevailing interest rates, government spending patterns, business, investor and consumer confidence and other factors beyond our control. Prolonged downturns in construction activity could have a material adverse effect on our financial condition, liquidity or results of operations.

***Our cost saving initiatives may not achieve expected savings in our operating costs or improved operating results.***

We aggressively look for ways to make our operations more efficient and effective. We reduce, move and expand our plants and operations as needed. Such actions involve substantial planning, often require capital investments and may result in charges for fixed asset impairments or obsolescence and substantial severance costs. We also announced a cost optimization plan in connection with the sale of our wood business. Our ability to achieve cost savings and other benefits within expected time frames is subject to many estimates and assumptions. These estimates and assumptions are subject to significant economic, competitive and other uncertainties, some of which are beyond our control. If these estimates and assumptions are incorrect, if we experience delays, or if other unforeseen events occur, our financial condition, liquidity or results of operations could be materially and adversely affected.

***We may pursue strategic transactions that could create risks and present unforeseen integration obstacles or costs, any of which could materially adversely affect our financial condition, liquidity or results of operations.***

We have evaluated, and expect to continue to evaluate, potential strategic transactions as opportunities arise. We routinely engage in discussions with third parties regarding potential transactions, including joint ventures, which could be significant. Any such strategic transaction involves a number of risks, including potential disruption of our ongoing business and distraction of management, difficulty with integrating or separating personnel and business operations and infrastructure, and increasing or decreasing the scope, geographic diversity and complexity of our operations. Strategic transactions could involve payment by us of a substantial amount of cash, assumption of liabilities and indemnification obligations, regulatory requirements, incurrence of a substantial amount of debt or issuance of a substantial amount of equity. Certain strategic opportunities may not result in the consummation of a transaction or may fail to realize the intended benefits and synergies. If we fail to consummate and integrate our strategic transactions in a timely and cost-effective manner, our financial condition, liquidity or results of operations could be materially and adversely affected.

***Disruptions to or failures of our various information systems could have an adverse effect on our business and could impact our ability to perform transitional services following the sale of our wood business.***

We rely heavily on our information systems to operate our business activities, including, among other things, purchasing, distribution, inventory management, processing, shipping and receiving, billing and collection, financial reporting and record keeping. We also rely on our computer hardware, software and network for the storage, delivery and transmission of data to our sales and distribution systems, and certain of our production processes are managed and conducted by computer. Any interruption, whether caused by human error, natural disasters, power loss, computer viruses, system conversion, intentional acts of vandalism, or various forms of cyber crimes including and not limited to hacking, intrusions, malware or otherwise, could disrupt our normal operations and inhibit our ability to perform certain transition services in connection with the sale of our wood business. There can be no assurance that we can effectively carry out our disaster recovery plan to handle the failure of our information systems, or that we will be able to restore our operational capacity within sufficient time to avoid material disruption to our business. The occurrence of any of these events could cause unanticipated disruptions in service, decreased customer service and customer satisfaction, harm to our reputation and loss or misappropriation of sensitive information, which could result in loss of customers, increased operating expenses and financial losses. Any such events could in turn have a material adverse effect on our business, financial condition, results of operations, and prospects.

8

Exhibit 7
Page 102

***Our performance depends on our ability to attract, develop and retain talented management.***

We must attract, develop and retain qualified and talented personnel in senior management, sales, marketing, product design, and operations. We compete with numerous companies for these employees and invest resources in recruiting, developing, motivating and retaining them. The failure to attract, develop, motivate and retain key employees could negatively affect our competitive position, execution on strategic priorities and operating results.

***Our intellectual property rights may not provide meaningful commercial protection for our products or brands, which could adversely impact our financial condition, liquidity or results of operations.***

We rely on our proprietary intellectual property, including numerous patents and registered trademarks, as well as our licensed intellectual property to market, promote and sell our products. We will monitor and protect against activities that might infringe, dilute, or otherwise harm our patents, trademarks and other intellectual property and rely on the patent, trademark and other laws of the United States and other countries. However, we may be unable to prevent third parties from using our intellectual property without our authorization. In addition, the laws of some non-United States jurisdictions, particularly those of certain emerging markets, will provide less protection for our proprietary rights than the laws of the United States and present greater risks of counterfeiting and other infringement. To the extent we cannot protect our intellectual property, unauthorized use and misuse of our intellectual property could harm our competitive position and have a material adverse effect on our financial condition, liquidity or results of operations.

***We are subject to risks associated with our international operations in both established and emerging markets. Legislative, political, regulatory and economic volatility, as well as vulnerability to infrastructure and labor disruptions, could have an adverse effect on our financial condition, liquidity or results of operations.***

A portion of our products move in international trade, with approximately 15% of our revenues from operations outside the United States and Canada in 2018 . Our international trade is subject to currency exchange fluctuations, trade regulations, tariffs, import duties, logistics costs, delays and other related risks. Our international operations are also subject to various tax rates, credit risks in emerging markets, political risks, uncertain legal systems, and loss of sales to local competitors following currency devaluations in countries where we import products for sale.

In addition, our international growth strategy depends in part on our ability to expand our operations in certain emerging markets. However, some emerging markets have greater political and economic volatility and greater vulnerability to infrastructure and labor disruptions than established markets. In many countries outside of the United States, particularly in those with developing economies, it may be common for others to engage in business practices prohibited by laws and regulations applicable to us, such as the Foreign Corrupt Practices Act or similar local anti-corruption or anti-bribery laws, which generally prohibit companies and their employees, contractors or agents from making improper payments to government officials for the purpose of obtaining or retaining business. Failure to comply with these laws, as well as U.S. and foreign export and trading laws, could subject us to civil and criminal penalties. As we continue to expand our business globally, including in emerging markets, we may have difficulty anticipating and effectively managing these and other risks that our international operations may face, which may adversely affect our business outside the United States and our financial condition, liquidity or results of operations.

***Increased costs of labor, labor disputes, work stoppages or union organizing activity could delay or impede production and could have a material adverse effect on our financial condition, liquidity or results of operations.***

Increased costs of U.S. and international labor, including the costs of employee benefits plans, labor disputes, work stoppages or union organizing activity could delay or impede production and have a material adverse effect on our financial condition, liquidity or results of operations. As the majority of our manufacturing employees are represented by unions and covered by collective bargaining or similar agreements, we often incur costs attributable to periodic renegotiation of those agreements, which may be difficult to project. We are also subject to the risk that strikes or other conflicts with organized personnel may arise or that we may become the subject of union organizing activity at our

Exhibit 7
Page 103

facilities that do not currently have union representation. Prolonged negotiations, conflicts or related activities could also lead to costly work stoppages and loss of productivity.

***Adverse judgments in regulatory actions, product claims, environmental claims and other litigation could be costly. Insurance coverage may not be available or adequate in all circumstances.***

In the ordinary course of business, we are subject to various claims and litigation. Any such claims, whether with or without merit, could be time consuming and expensive to defend and could divert management's attention and resources. While we will strive to ensure that our products comply with applicable government regulatory standards and internal requirements, and that our products perform effectively and safely, customers from time to time could claim that our products do not meet warranty or contractual requirements, or were improperly installed and users could claim to be harmed by use or misuse of our products. These claims could give rise to breach of contract, warranty or recall claims, or claims for negligence, product liability, strict liability, personal injury or property damage. They could also result in negative publicity.

In addition, claims and investigations may arise related to patent infringement, distributor relationships, commercial contracts, antitrust or competition law requirements, employment matters, employee benefits issues, and other compliance and regulatory matters, including anti-corruption and anti-bribery matters. For example, we are currently a party to various litigation matters that involve product liability, tort liability and other claims under a wide range of allegations, including illness due to exposure to certain chemicals used in the workplace, or medical conditions arising from exposure to product ingredients or the presence of trace contaminants. In some cases, these allegations involve multiple defendants and relate to legacy products that we and other defendants purportedly manufactured or sold. While we have processes and policies designed to mitigate these risks and to investigate and address such claims as they arise, we will not be able to predict or, in some cases, control the costs to defend or resolve such claims.

We currently maintain insurance against some, but not all, of these potential claims. In the future, we may not be able to maintain insurance at commercially acceptable premium levels. In addition, the levels of insurance we maintain may not be adequate to fully cover any and all losses or liabilities. If any significant judgment or claim is not fully insured or indemnified against, it could have a material adverse impact. We cannot assure that the outcome of all current or future litigation will not have a material adverse effect on our financial condition, liquidity or results of operations.

***We require a significant amount of liquidity to fund our operations.***

Our liquidity needs vary throughout the year. If our business experiences materially negative unforeseen events, we may be unable to generate sufficient cash flow from operations to fund our needs or maintain sufficient liquidity to operate and remain in compliance with our debt covenants, which could result in reduced or delayed planned capital expenditures and other investments and adversely affect our financial condition or results of operations.

***Our indebtedness may adversely affect our cash flow and our ability to operate our business, make payments on our indebtedness and declare dividends on our capital stock.***

Our level of indebtedness and degree of leverage could:

*   make it more difficult for us to satisfy our obligations with respect to our indebtedness;
*   make us more vulnerable to adverse changes in general economic, industry and competitive conditions and adverse changes in government regulation;
*   limit our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;
*   place us at a competitive disadvantage compared to our competitors that are less leveraged and, therefore, more able to take advantage of opportunities that our leverage prevents us from pursuing;
*   limit our ability to refinance existing indebtedness or borrow additional amounts for working capital, capital expenditures, acquisitions, debt service requirements, execution of our business strategy or other purposes;

10

Exhibit 7
Page 104

- restrict our ability to pay dividends on our capital stock; and
- adversely affect our credit ratings.

We may also incur additional indebtedness, which could exacerbate the risks described above. In addition, to the extent that our indebtedness bears interest at floating rates, our sensitivity to interest rate fluctuations will increase.

Any of the above listed factors could materially adversely affect our financial condition, liquidity or results of operations.

***Our credit agreement contains a number of covenants that impose significant operating and financial restrictions, including restrictions on our ability to engage in activities that may be in our best long-term interests.***

Our $150 million secured credit facility (the "Credit Facility") and the underlying credit agreement that governs our indebtedness includes covenants that, among other things, may impose significant operating and financial restrictions, including restrictions or limitations on our ability to engage in activities that may be in our best long-term interests. These covenants may restrict or limit our ability to:

- incur additional indebtedness;
- pay dividends on our capital stock or redeem, repurchase or retire our capital stock or indebtedness;
- make investments, loans, advances and acquisitions;
- engage in transactions with our affiliates;
- sell assets, including capital stock of our subsidiaries;
- consolidate or merge;
- create liens;
- change the nature of our business; and
- enter into sale and lease back transactions.

Under the terms of the Credit Facility, we are required to maintain a specified fixed charge coverage and net leverage ratios. Our ability to meet these ratios could be affected by events beyond our control, and we cannot assure that we will meet them. A breach of any of the restrictive covenants or ratios would result in a default under the Credit Facility. If any such default occurs, the lenders under the Credit Facility may be able to elect to declare all outstanding borrowings under our facilities, together with accrued interest and other fees, to be immediately due and payable, or enforce their security interest. The lenders may also have the right in these circumstances to terminate commitments to provide further borrowings.

***We outsource our information technology infrastructure and certain finance and accounting functions, which makes us more dependent upon third parties.***

In an effort to make our finance, accounting and information technology ("IT") functions more efficient, increase related capabilities, as well as generate cost savings, we outsource certain finance and accounting functions and a significant portion of our IT infrastructure to separate third party service providers. As a result, we rely on third parties to ensure that our related needs are sufficiently met. This reliance subjects us to risks arising from the loss of control over certain processes, changes in pricing that may affect our operating results, and potentially, termination of provisions of these services by our suppliers. A failure of our service providers to perform may have a material adverse effect on our financial condition, liquidity or results of operations.

***We may be subject to liability under and may make substantial future expenditures to comply with environmental laws and regulations, which could materially adversely affect our financial condition, liquidity or results of operations.***

11

Exhibit 7
Page 105

We are involved with environmental investigation and remediation activities for which our ultimate liability may exceed the currently estimated and accrued amounts. It is possible that we could become subject to additional environmental matters and corresponding liabilities in the future. See Note 22 to the Consolidated Financial Statements for further information related to environmental matters.

Our industry has been subject to claims relating to raw materials. We have not received any significant claims involving our raw materials or our product performance; however, product liability insurance coverage may not be available or adequate in all circumstances to cover claims that may arise in the future.

In addition, our operations are subject to various domestic and foreign environmental, health, and safety laws and regulations. These laws and regulations not only govern our current operations and products, but also impose potential liability on us for our past operations. Our costs to comply with these laws and regulations may increase as these requirements become more stringent in the future, and these increased costs may materially adversely affect our financial condition, liquidity or results of operations.

**Risks Related to the Separation from AWI**

***If the Separation and Distribution fails to qualify as a tax-free transaction for U.S. federal income tax purposes, then we could be subject to significant tax liability or tax indemnity obligations.***

AWI received an opinion of AWI's tax counsel, Skadden, Arps, Slate, Meagher & Flom LLP, on the basis of certain facts, representations, covenants and assumptions set forth in such opinion, substantially to the effect that, for U.S. federal income tax purposes, the Separation and Distribution should qualify as a transaction that generally is tax-free to AWI and AWI's shareholders, for U.S. federal income tax purposes, under Sections 355 and 368(a)(1)(D) of the Internal Revenue Code.

Notwithstanding the tax opinion, the Internal Revenue Service ("IRS") could determine on audit that the Distribution should be treated as a taxable transaction if it determines that any of the facts, assumptions, representations or covenants set forth in the tax opinion is not correct or has been violated, or that the Distribution should be taxable for other reasons, including as a result of a significant change in stock or asset ownership after the Distribution, or if the IRS were to disagree with the conclusions of the tax opinion. If the Distribution is ultimately determined to be taxable, the Distribution could be treated as a taxable dividend to shareholders for U.S. federal income tax purposes, and shareholders could incur significant U.S. federal income tax liability. In addition, AWI and/or we could incur significant U.S. federal income tax liabilities or tax indemnification obligations, whether under applicable law or the Tax Matters Agreement that we entered into with AWI, if it is ultimately determined that certain related transactions undertaken in anticipation of the Distribution are taxable.

***We will be required to satisfy certain indemnification obligations to AWI or may not be able to collect on indemnification rights from AWI.***

Under the terms of the Separation and Distribution, we will indemnify AWI from and after the Separation and Distribution with respect to (i) all debts, liabilities and obligations allocated or transferred to us in connection with the Separation and Distribution (including our failure to pay, perform or otherwise promptly discharge any such debts, liabilities or obligations after the Separation and Distribution), (ii) any misstatement or omission of a material fact in our Information Statement, dated March 24, 2016, resulting in a misleading statement, (iii) any breach by us of the Separation and Distribution Agreement, the Employee Matters Agreement, the Tax Matters Agreement, the Campus Lease Agreement or the Trademark License Agreements and (iv) our ownership and operation of our business. We are not aware of any existing indemnification obligations at this time, but any such indemnification obligations that may arise could be significant. Under the terms of the Separation and Distribution Agreement, AWI will indemnify us from and after the Separation and Distribution with respect to (i) all debts, liabilities and obligations allocated to AWI after the Separation and Distribution (including its failure to pay, perform or otherwise promptly discharge any such debts, liabilities or

12

Exhibit 7
Page 106

obligations after the Separation and Distribution), (ii) any breach by AWI of the Separation and Distribution Agreement, the Employee Matters Agreement, the Tax Matters Agreement, the Campus Lease Agreement or the Trademark License Agreements and (iii) AWI's ownership and operation of its business. Our and AWI's ability to satisfy these indemnities, if called upon to do so, will depend upon our and AWI's future financial strength. If we are required to indemnify AWI, or if we are not able to collect on indemnification rights from AWI, our financial condition, liquidity or results of operations could be materially and adversely affected. We cannot determine whether we will have to indemnify AWI, or if AWI will have to indemnify us, for any substantial obligations after the Distribution.

**Risks Related to our Common Stock**

*A stockholder's percentage of ownership in us may be diluted in the future.*

A stockholder's percentage ownership in us may be diluted because of equity issuances for acquisitions, capital market transactions or otherwise, including, without limitation, equity awards that we may grant to our directors, officers and employees. Such issuances may have a dilutive effect on our earnings per share, which could adversely affect the market price of our common stock.

In addition, our amended and restated certificate of incorporation authorizes us to issue, without the approval of our stockholders, one or more classes or series of preferred stock having such designation, powers, preferences and relative, participating, optional and other special rights, including preferences over our common stock with respect to dividends and distributions, as our board of directors generally may determine. The terms of one or more classes or series of preferred stock could dilute the voting power or reduce the value of our common stock. For example, we could grant the holders of preferred stock the right to elect some number of our directors in all events or on the happening of specified events or to veto specified transactions. Similarly, the repurchase or redemption rights or liquidation preferences we could assign to holders of preferred stock could affect the residual value of our common stock.

*Certain provisions in our amended and restated certificate of incorporation and bylaws, and of Delaware law, may prevent or delay an acquisition of our company, which could decrease the trading price of our common stock.*

Our amended and restated certificate of incorporation and amended and restated bylaws contain, and Delaware law contains, provisions that are intended to deter coercive takeover practices and inadequate takeover bids by making such practices or bids unacceptably expensive to the bidder and to encourage prospective acquirers to negotiate with our board of directors rather than to attempt a hostile takeover. These provisions include, among others:

- the inability of our stockholders to call a special meeting;
- rules regarding how stockholders may present proposals or nominate directors for election at stockholder meetings;
- the right of our board of directors to issue preferred stock without stockholder approval;
- the initial division of our board of directors into three classes of directors, with each class serving a staggered three-year term, and this classified board provision could have the effect of making the replacement of incumbent directors more time consuming and difficult until we have phased out our staggered board;
- a provision that directors serving on a classified board may be removed by stockholders only for cause; and
- the ability of our directors, and not stockholders, to fill vacancies on our board of directors.

In addition, because we are subject to Section 203 of the General Corporation Law of the State of Delaware (the "DGCL"), this provision could also delay or prevent a change in control that stockholders may favor. Section 203 provides that, subject to limited exceptions, persons that acquire, or are affiliated with a person that acquires, more than 15% of the outstanding voting stock of a Delaware corporation shall not engage in any business combination with that corporation, including by merger, consolidation or acquisitions of additional shares, for a three-year period following

13

Exhibit 7
Page 107

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Overview**

Armstrong Flooring, Inc. ("AFI" or the "Company") is a leading global producer of flooring products for use primarily in the construction and renovation of commercial, residential and institutional buildings. We design, manufacture, source and sell resilient flooring products primarily in North America and the Pacific Rim. As of December 31, 2018 , we operated 8 manufacturing plants in three countries, including 6 manufacturing plants located throughout the U.S. and one plant each in China and Australia.

**Geographic Areas**

See Note 3 to the Consolidated Financial Statements for additional financial information by geographic areas.

**Recent Events**

On April 1, 2016, Armstrong World Industries, Inc. ("AWI"), a Pennsylvania corporation, separated AWI's Resilient Flooring and Wood Flooring segments from its Building Products segment (the "Separation"). The Separation was effected by allocating the assets and liabilities related primarily to the Resilient Flooring and Wood Flooring segments to AFI and then distributing the common stock of AFI to AWI's shareholders (the "Distribution"). The Separation and Distribution (together, the "Spin-off") resulted in AWI and AFI becoming two independent, publicly traded companies, with AFI owning and operating the Resilient Flooring and Wood Flooring segments and AWI continuing to own and operate a ceilings business. On the distribution date, each holder of AWI common stock received one share of AFI's common stock for every two shares of AWI's common stock held on the record date.

The Spin-off was completed pursuant to a Separation and Distribution Agreement and several other agreements with AWI related to the Separation, including a Transition Services Agreement, a Tax Matters Agreement, an Employee Matters Agreement, a Trademark License Agreement, a Transition Trademark Agreement and a Campus Lease Agreement, each of which was filed with the SEC as an exhibit to our Current Report on Form 8-K on April 4, 2016. These agreements govern the relationship between AFI and AWI following the Spin-off and provided for the allocation of various assets, liabilities, rights and obligations. For a discussion of each agreement, see the section entitled "Certain Relationships and Related Person Transactions — Agreements with AWI" in our Information Statement, dated March 24, 2016 .

Our Registration Statement on Form 10 was declared effective by the SEC on March 15, 2016 and our common stock began regular-way trading on the New York Stock Exchange on April 4, 2016 under the symbol AFI.

During the second quarter of 2017, we acquired vinyl composition tile ("VCT") assets of Mannington Mills, Inc., a nationally recognized flooring company, for a cash purchase price of $36.1 million including transaction costs (the "VCT Acquisition"). See Note 15 to the Consolidated Financial Statements for further information.

On November 14, 2018, AFI entered into a Stock Purchase Agreement with Tarzan Holdco Inc., ("TZI"), an affiliate of American Industrial Partners ("AIP"), to sell our North American wood flooring business. On December 31, 2018 AIP completed the purchase of all of the issued and outstanding shares of Armstrong Wood Products, Inc., a Delaware Corporation ("AWP"), including its direct and indirect wholly owned subsidiaries. We received proceeds of $90.2 million, net of closing costs, transaction fees and taxes. The transaction is subject to a customary post-closing working capital adjustment process. The historical financial results of the North American wood flooring business have been reflected in our Consolidated Financial Statements as a discontinued operation for all periods presented.

18

Exhibit 7
Page 108

Management's Discussion and Analysis of Financial Condition and Results of Operations

**Factors Affecting Our Business**

*Net Sales*

**Overview**

Demand for our products is influenced by economic conditions. We closely monitor publicly available macroeconomic trend data that provides insight to commercial and residential market activity; this includes Gross Domestic Product growth indices, the Architecture Billings Index and the Consumer Confidence Index, as well as housing starts and existing home sales.

Demand for our products is also influenced by consumer preferences. During 2018 , we continued to experience growth in the demand for luxury vinyl tile ("LVT") in conjunction with a decline in our traditional resilient products, particularly vinyl sheet. In addition, our channel partners raise or lower their inventory levels according to their expectations of market demand and consumer preferences, which directly affects our sales. Higher than normal inventory levels at distributors could impact sales in the first quarter of 2019 , as could continued uncertainty around tariffs from products imported from China.

**Markets**

We compete in both the commercial and residential markets in North America and primarily the commercial market in the Pacific Rim. Our business operates in a competitive environment across all our product categories, and excess capacity exists in much of the industry. We continue to see efforts by various competitors to price aggressively as a means to gain market share.

We have experienced a decline in demand for our traditional resilient products, particularly vinyl sheet products used in residential applications. The decline in vinyl sheet is driven by loss of market share to competitors as well as consumer trends, which have continued to favor alternate products, including LVT products.

The flooring market continues to experience LVT growth. Given its attractive visuals and performance characteristics, LVT growth has exceeded that of the overall flooring market. We believe LVT growth has and will continue to come partially at the expense of other product categories in both the soft and hard surface flooring markets, with the largest impacts on the AFI portfolio within the vinyl sheet and VCT categories.

We are the largest producer of VCT. The market for VCT, which is primarily used in commercial environments, is a mature and well-structured category.

*Operating Expenses*

We have experienced increased raw material prices and basic energy costs which we expect to continue to experience in 2019. Additionally, we expect increases in transportation costs in 2019.

*Tariff*

The U.S. government announced a tariff of 10% on certain flooring products imported to the U.S. from China, effective on September 24, 2018. This tariff increase has an impact on products we import from China. In order to partially offset the impact, we have implemented price increases that went into effect in the fourth quarter of 2018. A potential tariff increase to 25% was announced but has been delayed indefinitely. We expect to implement additional price changes in line with potential tariff rate increases if and when they become effective.

19

Exhibit 7
Page 109

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Results of Operations**

**2018 Compared to 2017**

**Consolidated Results from Continuing Operations**

| (Dollars in millions) | Year Ended December 31, | | | | | | Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | | | $ | | % | |
| Net sales | $ | 728.2 | $ | 704.1 | | $ | 24.1 | | 3.4 % | |
| Cost of goods sold | | 585.0 | | 553.0 | | | 32.0 | | 5.8 % | |
| **Gross profit** | | **143.2** | | **151.1** | | | **(7.9)** | | **(5.2)%** | |
| Selling, general and administrative expenses | | 160.6 | | 163.8 | | | (3.2) | | (2.0)% | |
| **Operating (loss)** | | **(17.4)** | | **(12.7)** | | | **(4.7)** | | **NM** | |
| Interest expense | | 4.8 | | 2.7 | | | 2.1 | | | |
| Other expense, net | | 2.9 | | 3.7 | | | (0.8) | | | |
| **(Loss) from continuing operations before income taxes** | | **(25.1)** | | **(19.1)** | | | **(6.0)** | | | |
| Income tax (benefit) | | (6.0) | | (2.0) | | | (4.0) | | | |
| **(Loss) from continuing operations** | | **(19.1)** | | **(17.1)** | | | **(2.0)** | | | |
| Earnings (loss) from discontinued operations, net of tax | | 9.9 | | (24.7) | | | 34.6 | | | |
| Loss on disposal of discontinued operations, net of tax | | (153.8) | | — | | | (153.8) | | | |
| **Net loss from discontinued operations** | $ | **(143.9)** | $ | **(24.7)** | $ | | **(119.2)** | | | |
| **Net (loss)** | $ | **(163.0)** | $ | **(41.8)** | $ | | **(121.2)** | | | |

NM: not meaningful

*Net Sales*

Net sales by percentage point change are shown in the table below:

| (Dollars in millions) | Year Ended December 31, | | | | Change | | | | Percentage Point Change Due to | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | $ | | % | | Price | Volume | Mix | Currency |
| | $ | 728.2 | $ | 704.1 | $ | 24.1 | | 3.4% | 1.0 | (2.2) | 4.5 | 0.1 |

Net sales for the year ended December 31, 2018 increased compared to the year ended December 31, 2017 primarily due to favorable mix and increase in price in response to higher input costs, partially offset by lower volume. Double-digit sales growth in LVT contributed to favorable mix while volume was impacted by declines in traditional categories.

*Operating (Loss)*

Operating results for the year ended December 31, 2018 declined compared to the year ended December 31, 2017 . The decline reflected the impact of higher input costs which more than offset the benefit of higher net sales, lower manufacturing costs, improved productivity and lower selling, general and administrative ("SG&A") expenses.

20

Exhibit 7

Page 110

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Other expense, net:** Other expense, net of $2.9 million and $3.7 million for the years ended December 31, 2018  and 2017 , respectively, primarily reflected costs for defined-benefit pension and postretirement plans.

**Income tax expense:** For the year ended  December 31, 2018 we recorded an income tax benefit of $6.0 million compared to an income tax benefit of $2.0 million for the year ended December 31, 2017 . The effective tax rates were 23.9% and 10.5% for the years ended  December 31, 2018  and 2017 , respectively. The tax benefit rate was higher in 2018 primarily due to domestic valuation allowances established during the prior period and the release of foreign valuation allowances in 2018 offset by the reduction in the U.S. tax rate from 35% to 21% in 2018.

**Discontinued operations:** For the year ended  December 31, 2018 and 2017 discontinued operations earnings of $9.9 million and loss of $24.7 million , respectively, reflected the operating results of the North American wood flooring business. In 2018, we recognized a loss on the sale of the North American wood flooring business of $153.8 million . See Note 9 to the Consolidated Financial Statements.

21

Exhibit 7

Page 111

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**2017 Compared to 2016**

**Consolidated Results from Continuing Operations**

| | Year Ended December 31, | | | | Change | |
| | | | | | | |
| (Dollars in millions) | 2017 | | 2016 | | $ | % |
|---|---|---|---|---|---|---|
| Net sales | $ | 704.1 | $ | 710.1 | $ (6.0) | (0.8)% |
| Cost of goods sold | | 553.0 | | 554.5 | (1.5) | (0.3)% |
| **Gross profit** | | **151.1** | | **155.6** | **(4.5)** | (2.9)% |
| Selling, general and administrative expenses | | 163.8 | | 168.1 | (4.3) | (2.6)% |
| **Operating (loss)** | | **(12.7)** | | **(12.5)** | **(0.2)** | NM |
| Interest expense | | 2.7 | | 1.5 | 1.2 | |
| Other expense, net | | 3.7 | | 6.9 | (3.2) | |
| **(Loss) from continuing operations before income taxes** | | **(19.1)** | | **(20.9)** | **1.8** | |
| Income tax (benefit) | | (2.0) | | (4.7) | 2.7 | |
| **(Loss) from continuing operations** | | **(17.1)** | | **(16.2)** | **(0.9)** | |
| (Loss) earnings from discontinued operations, net of tax | | (24.7) | | 25.4 | (50.1) | |
| **Net (loss) income** | $ | **(41.8)** | $ | **9.2** | $ **(51.0)** | |

NM: not meaningful

*Net Sales*

Net sales by percentage point change are shown in the table below:

| | Year Ended December 31, | | | Change | | Percentage Point Change Due to | | | |
| (Dollars in millions) | 2017 | | 2016 | | $ | % | Price | Volume | Mix | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ | 704.1 | $ | 710.1 | $ (6.0) | (0.8)% | (1.3) | (2.3) | 2.7 | 0.1 |

Net sales for the year ended  December 31, 2017  decreased compared to the year ended  December 31, 2016  primarily due to lower volume and price, partially offset by favorable mix. Lower volume reflected a decline in sales of vinyl sheet and laminate products, partially offset by higher sales of LVT, which continued to achieve double-digit growth, and VCT. The decline in price reflected continued competitive pressure across our product categories. Favorable mix was driven by growth from our LVT products relative to declines in traditional categories.

*Operating (Loss)*

Operating results for the year ended December 31, 2017 declined slightly compared to the year ended December 31, 2016. The decline reflected the impact of lower sales and higher input costs, partially offset by lower manufacturing costs, including lower costs related to our Lancaster, PA LVT operations compared to the prior-year period, and lower SG&A expenses.

**Other expense, net:** Other expense, net of $3.7 million and $6.9 million for the years ended December 31, 2017  and 2016 , respectively, primarily reflected costs for defined-benefit pension and postretirement plans and, in 2016, the translation of unhedged cross-currency intercompany loans.

22

Exhibit 7
Page 112

**Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Income tax expense:** For the year ended December 31, 2017 , income tax benefit was $2.0 million compared to an income tax benefit of $4.7 million for the year ended December 31, 2016 . The effective tax rates were 10.5% and 22.5% for the years ended December 31, 2017 and 2016 , respectively. The loss from continuing operations in 2017 resulted in the recognition of domestic valuation allowances in the period. These valuation allowances, net of the effect from the geographic distribution of earnings and losses, resulted in a lower effective tax rate compared to 2016.

**Discontinued operations:** For the years ended December 31, 2017 and December 31, 2016 (loss) earnings from discontinued operations primarily reflected the operating results of our former North American wood flooring business. For the year ended December 31, 2016 , discontinued operations also included $1.7 million of non-cash tax benefits for our former European resilient flooring business related to pension expense deductions. See Note 9 to the Consolidated Financial Statements.

### Liquidity and Capital Resources

In March 2017, our board of directors authorized a share repurchase program of up to $50.0 million. The authorization of the repurchase program is aligned with our goal to increase the efficiency of our capital structure over time while preserving sufficient liquidity to invest in growth projects and other value-accretive opportunities. During 2018, we repurchased $1.0 million of the Company's outstanding stock. From inception of the program through year end 2018, we repurchased 2.5 million shares under the program for a total cost of $41.0 million. Any shares not used to fulfill employee stock award obligation are held in treasury as of December 31, 2018.

Our primary sources of liquidity are, and we anticipate that they will continue to be, cash generated from operations and borrowings under our new secured Credit Facility described below. We believe these sources are sufficient to fund our capital needs, planned capital expenditures, and to meet our interest and other contractual obligations in the near term, as well as any further share repurchases. Our liquidity needs for operations vary throughout the year with the majority of our cash flows generated in the second and third quarters. We believe the absence of cash flow from discontinued operations will not materially impact our future liquidity and capital resources.

Prior to the Spin-off, deemed transfers of cash to and from AWI's cash management system were reflected in net AWI investment in the historical combined financial statements.

Cash and cash equivalents totaled $173.8 million as of December 31, 2018 of which $140.9 million was held in the U.S.

### *Cash Flows*

The discussion that follows includes cash flows related to discontinued operations.

The table below shows our cash provided (used) by operating, investing and financing activities:

| (Dollars in millions) | Year Ended December 31, | | |
| | **2018** | **2017** | **2016** |
|---|---|---|---|
| Cash provided by operating activities | $ 62.5 | $ 62.9 | $ 54.0 |
| Cash provided by (used for) investing activities | 60.6 | (80.5) | (36.9) |
| Cash provided by financing activities | 13.3 | 24.4 | 14.5 |

23

Exhibit 7
Page 113

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Armstrong Flooring, Inc.**
**(Registrant)**

Date: March 5, 2019

By: /s/ Donald R. Maier

Donald R. Maier
Director, President and Chief Executive Officer
(As Duly Authorized Officer and Principal Executive Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, this Report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

Directors and Principal Officers of the registrant AFI:

| | | |
|---|---|---|
| /s/ Donald R. Maier<br>Donald R. Maier | Director, President and Chief Executive Officer (Principal Executive Officer) | March 5, 2019 |
| /s/ Douglas B. Bingham<br>Douglas B. Bingham | Senior Vice President, Chief Financial Officer and Treasurer (Principal Financial Officer) | March 5, 2019 |
| /s/ Tracy L. Marines<br>Tracy L. Marines | Vice President and Controller (Principal Accounting Officer) | March 5, 2019 |
| /s/ Michael F. Johnston<br>Michael F. Johnston | Director | March 5, 2019 |
| /s/ Kathleen S. Lane<br>Kathleen S. Lane | Director | March 5, 2019 |
| /s/ Jeffrey Liaw<br>Jeffrey Liaw | Director | March 5, 2019 |
| /s/ Michael W. Malone<br>Michael W. Malone | Director | March 5, 2019 |
| /s/ Larry S. McWilliams<br>Larry S. McWilliams | Director | March 5, 2019 |
| /s/ James C. Melville<br>James C. Melville | Director | March 5, 2019 |
| /s/ James J. O'Connor<br>James J. O'Connor | Director | March 5, 2019 |
| /s/ Jacob H. Welch<br>Jacob H. Welch | Director | March 5, 2019 |

97

Exhibit 7
Page 114

# Exhibit 8

**S&P Global**
Market Intelligence

# Armstrong Flooring, Inc. NYSE:AFI
# FQ4 2018 Earnings Call Transcripts

## Tuesday, March 05, 2019 4:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | (0.21) | (0.35) | NM | (0.01) | 0.46 | 0.22 | ▼(52.17 %) | 0.59 |
| **Revenue (mm)** | 233.94 | 153.80 | ▼(34.26 %) | 168.42 | 1115.66 | 728.20 | ▼(34.73 %) | 756.50 |

Currency: USD
Consensus as of Mar-05-2019 1:09 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- ▲ Positive EPS Normalized surprise
- ▼ Negative EPS Normalized surprise
- ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2018** | (0.16) | (0.24) | NM |
| **FQ2 2018** | 0.30 | 0.47 | ▲ 56.67 % |
| **FQ3 2018** | 0.33 | 0.46 | ▲ 39.39 % |
| **FQ4 2018** | (0.21) | (0.35) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

Exhibit 8
Page 116

2

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................................. | **3** |
| **Presentation** | ................................................................................. | **4** |
| **Question and Answer** | ................................................................................. | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

2

Exhibit 8

# Call Participants

## EXECUTIVES

**Donald R. Maier**
*President, CEO & Director*

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

## ANALYSTS

**Adam Michael Baumgarten**
*Macquarie Research*

**Alvaro Lacayo**
*G. Research, LLC*

**John Allen Baugh**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Justin A. Speer**
*Zelman & Associates LLC*

**Ryan Coyne**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings. Welcome to the Armstrong Flooring, Incorporated Fourth Quarter and Full Year 2018 Earnings Conference Call. [Operator Instructions] Please note, this conference is being recorded.

I will now turn the conference over to your host, Doug Bingham, Chief Financial Officer. Mr. Bingham, you may begin.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you for joining us today for Armstrong Flooring's Fourth Quarter and Full Year 2018 Earnings Conference Call. I am joined by our Chief Executive Officer, Don Maier. We trust you have seen our press release this morning. Additionally, a copy of the slide presentation to accompany this call is available on the Investors section of our website at armstrongflooring.com.

I refer you to Slide 2 of that presentation and advise you that during this call, we will be making forward-looking statements that involve risks and uncertainties. Actual outcomes may differ materially from those expected or implied. For a more detailed discussion of the risks and uncertainties that may affect Armstrong Flooring, please review our SEC filings.

Forward-looking statements speak only as of the date they are made, and we undertake no obligation to update any forward-looking statements beyond what is required by applicable securities laws.

In addition, our discussion of operating performance will include non-GAAP financial measures within the meaning of SEC Regulation G. A reconciliation of these measures to the most directly comparable GAAP measures is included in the press release and in the appendix of this presentation.

As a reminder, in December we completed the sale of our Wood Flooring business. As of the fourth quarter 2018, the Wood Flooring business is now classified as a discontinued operation. Amounts for the prior periods have been reclassified to conform to this presentation. The discussion of our results and business updates will be focused on our continuing operation, which is entirely Resilient.

With that, I will now turn the call over to Don.

**Donald R. Maier**
*President, CEO & Director*

Thank you, Doug. Good morning, everyone, and thank you for participating on our fourth quarter and full year 2018 earnings call. Today, I will discuss our operating highlights and business activity. Doug will then cover additional details on our financial results and outlook before I offer closing comments. After our prepared remarks, we will open the call to answer your questions.

I'd ask that you turn to Page 3, which provides some key highlights and updates. Full year 2018 results reflect our many initiatives to innovate new products, manage costs, drive productivity and enhance our portfolio. During the year, we grew sales 3.4% on strong volume growth in Luxury Vinyl Tile, or LVT, as well as higher selling prices across many product categories. On this growth, we delivered an adjusted EBITDA margin of 7.9% in the face of significant inflationary pressure, which continues to impact the industry.

We delivered another year of positive free cash flow, in part helped by the timing of working capital investments and CapEx spend. In December, we completed the sale of our Wood Flooring business at an attractive value, representing 7.2x that former segment's trailing 12-month EBITDA and generating net proceeds of $90 million.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8

Page 119

ARMSTRONG FLOORING, INC. FQ4 2018 EARNINGS CALL | MAR 05, 2019

We are pleased to now be operating as a focused resilient flooring company. We have a strong portfolio of award-winning products, which provide us with a more attractive growth trajectory and a stronger margin profile. Our team is committed to becoming the leader in this attractive area of the flooring industry.

We ended the year with a strong balance sheet that increases our flexibility to invest in growing our Resilient categories that have seen solid returns on our investments in innovation, capacity enhancements, service and go-to-market capabilities. Combined with our focus on rationalizing costs, the positive evolution of our company will be increasingly evident as we streamline processes, elevate operating performance and deliver on strategic priorities.

Looking at the transformation of our business on Page 4. We are confident that fundamentals remain strong for future growth in Resilient, where we have spent the past several years enhancing our exposure to the right product categories, end markets and channels.

LVT is now our largest product category, representing nearly 1/3 of 2018 sales. Vinyl Composition Tile, which is primarily commercial, represents just over 1/4 of our sales. Commercial and residential sheet together are also around 1/4 of our sales.

With the mix of our business more heavily weighted towards LVT, we expect to better realize the significant growth in that category, which continues to take share from all other flooring categories.

Several actions have shifted our business towards commercial in recent years, including the purchase of additional VCT assets in 2017 and a realignment of our sales and marketing efforts to focus more heavily on commercial and national accounts in 2018. With the completion of the wood sale, our sales are now approximately 60% commercial, where our margins are generally better. We believe our current end market mix is not only more balanced but situates us for stronger and more predictable results. Roughly 3/4 of our sales are for renovation projects, which provides a less cyclical and more stable growth dynamic. Additionally, approximately 75% of our 2018 sales were through distribution, where we are able to leverage the local expertise of our distribution partners to get the right products in front of end users with exceptional service.

Moving to our 4 strategic priorities on Page 5. All of these attributes I just described are aligned with our goal of gaining leadership in LVT, supported by our growth strategies to drive innovation across our entire product portfolio, strengthen our distribution partnerships, particularly in commercial categories, and leverage our strong position in other commercial categories.

In LVT, we achieved double-digit growth for the full year and fourth quarter, helped by our new innovative products that have allowed us to grow faster than the market. Following recent tariff developments, we believe there are meaningful opportunities to increase output of our domestically produced LVT, primarily through investing in and repurposing existing assets.

In combination with our strategic sourcing initiatives, we are poised to continue taking share in LVT. The Armstrong flooring LVT portfolio was recognized by Floor Covering Weekly's ReCo Market Intelligence Report as #1 in retail residential brand recognition and by the Spec Star Awards by Designer Pages as the top specified brand by architects in commercial applications. These independent recognitions validate our investments in innovation and support our growth objectives in this attractive category.

Innovation remains key to our success in all of our flooring categories, including advances in design, durability, installation, maintenance and material composition. Our proprietary award-winning Diamond 10 Technology continues to have good traction with customers in LVT, VCT and vinyl sheet, 3 categories which represent collectively about 85% of our sales.

At the international SURFACES event in January, we debuted several new products in LVT, including larger-format Alterna plank with Diamond 10 Technology and exciting new designs across our Rigid Core portfolio. In addition, we highlighted our domestic VCT with Diamond 10 Technology, which reduces total cost of ownership by 40%. Beyond these products, we have an exciting pipeline, and we plan to continue to invest in our broad and compelling portfolio of high-demand products.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

In distribution, in 2018 we completed our go-to-market pivot, which has allowed us to allocate more of our marketing and sales efforts on commercial and national accounts, where we believe we can better leverage our scale. We anticipate that our increased exposure to commercial through our exclusive focus on Resilient will amplify the benefits of this strategy.

On the residential side, the transition has been smooth, and our distributors are in a position to provide the merchandising support for their retail customers, customized to their local needs. Not only will this increase the efficiency of our sales ecosystem, but it will also better serve local customers. We look forward to gaining additional share of wallet and aligning ourselves with partners who are best positioned to support our growth strategy.

The shift in distribution is directly aligned with our strategic objective to leverage our strong position in commercial, which represents a significant portion of our LVT products and the majority of our traditional categories. Our team is dedicated to improving our performance in commercial categories through innovation and cost efficiencies to more effectively grow our market presence.

Overall, we are actively augmenting our business across our products, channels and operations to drive better performance. We have simplified our business, improved our financial profile and strengthened our balance sheet to take advantage of significant opportunities ahead. We are committed to investing in our business to strengthen our position as a leader in Resilient flooring.

I will now turn the call over to Doug to walk through the details of our financial performance.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you, Don, and good morning to those on the call today.

I'll begin with a review of our full year results on Page 6. As a reminder, our results reflect our continuing operations, which are purely Resilient.

For the full year 2018, net sales improved 3.4% to $728 million as compared to $704 million in the prior year. The improvement in net sales was due to favorable mix and overall higher selling prices in response to inflationary pressure. LVT grew double digits, helped by new products, market gains and the growing popularity of that category. Overall volume was lower due to softer shipments in traditional categories, especially residential sheet, which is now roughly 10% of our total sales.

Full year 2018 adjusted EBITDA improved 3.3% to $57.5 million as compared to $55.7 million in the prior year. The increase in adjusted EBITDA was primarily due to higher net sales, improved productivity and lower SG&A spending, which more than offset significant input cost inflation pressure.

Excluding adjustments in connection with the Wood Flooring business divestiture, adjusted EBITDA under our prior basis of presentation was $59 million in 2018.

Now looking at our fourth quarter results on Slide 7. In the fourth quarter, net sales decreased 3.5% to $154 million as compared to $159 million in the fourth quarter of 2017. The decrease in net sales was primarily attributable to lower volumes, partly offset by improved mix and overall higher selling prices in response to inflationary pressure. While LVT achieved double-digit growth in the fourth quarter, our overall volume was impacted by 2 macro factors, particularly into year-end. We experienced soft end market demand, which was further compounded by a departure from abnormal seasonal trends and the timing of customer purchases. This was due to ongoing uncertainty regarding the eventual outcome of U.S. tariff negotiations on Chinese imports.

To explain that a bit more, in the third quarter of 2018, we announced price increases on imported product effective October 1 in response to the first round of 10% tariffs on Chinese imports. We also proactively announced further increases effective January 1 with the expectation that tariffs would increase to 25%, as previously announced by the administration.

The tariffs had a large impact on customer buying behavior across the overall market. In the middle of the fourth quarter, the January 1 tariff increase was called into question and eventually delayed by

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8
Page 121

the administration. This created an air pocket in demand in the fourth quarter as a result of significant customer purchases pulled forward in the third quarter of 2018, ahead of price increases implemented in October. This was followed by muted pre-buy activity in the fourth quarter due to the delay of our tariff-related price increase originally scheduled for January 1. Therefore, we experienced elevated inventory levels in the distributor channel during the fourth quarter.

Lower sales and increased input cost inflation were the primary drag on adjusted EBITDA performance for the fourth quarter, partially offset by improved productivity and cost savings.

Turning to our free cash flow and liquidity on Slide 8. During 2018, we generated operating cash flow of approximately $63 million, consistent with prior year. The timing of networking capital movements in Q4 was a favorable factor in this performance. For the full year, we invested $35 million on CapEx, which for a third straight year was below our run rate depreciation. Overall, we were pleased with our free cash flow performance of $27 million for the year.

In December 2018, we received net proceeds of approximately $90 million upon completing the sale of our Wood business. As a reminder, these proceeds remain subject to a customary networking capital true-up in the first quarter. In combination with cash generated by our operations, we ended 2018 with a strong balance sheet and net cash position.

We have significant resources to invest in ongoing initiatives and pursue additional growth opportunities. Our capital allocation objectives remain unchanged, with our focus on funding internal growth initiatives and pursuing M&A opportunities that support our growth strategy.

In addition, we expect to return a portion of the proceeds from the sale of the Wood business to investors in a time and manner to be determined by the board.

Turning to our full year outlook on Slide 9. With our Resilient focus, simplified business and refined strategic objectives, we are positioned to improve the performance and profitability of our company. We expect to continue to grow sales at or above the market rates of growth within each of our respective categories.

For the full year 2019, we expect adjusted EBITDA to be in the range of $58 million to $66 million. We continue to experience cost increases in energy, transportation, raw materials and operating costs, which we expect will be a headwind for 2019. We have implemented additional price increases of 4% to 6% based on inflation and freight in select commercial and residential products effective on April 1.

Our team has done a great job in anticipating and overcoming the challenges presented by inflation. We expect the impact of these pricing actions, combined with additional productivity gains and other cost savings, will help to offset continuing inflationary pressures. With this in mind, we expect EBITDA to be weaker in the first quarter year-on-year. We anticipate full year EBITDA growth to be heavily weighted towards the second half of 2019 as the market strengthens and the elevated inventory levels in the channel are worked down.

On the P&L, our effective tax rate could change significantly quarter-to-quarter, but we expect our tax rate to be approximately 25% in 2019.

In regards to cash flow, we expect capital expenditures to be in a range of $30 million to $35 million. Maintenance CapEx should continue to approximate 2% to 3% of sales with the balance of the spending budgeted for higher-return investments.

As I mentioned earlier, our net working capital at year-end was better than expected, primarily due to the timing of working capital flows, particularly receivable collections. In addition, the timing and uncertainty around the second tariff increase led to softer sales in the latter part of the quarter, which resulted in fewer outstanding receivables at year end.

With this in mind, in the first quarter, we expect operating cash flow to be significantly negative as we both rebuild working capital off year-end lows and also experience normal seasonality of first quarter cash

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8
Page 122

usage. While we are not providing a full year 2019 free cash flow outlook, we expect to build cash as we move past the first quarter.

With that, I will now hand the call back to Don for closing comments.

**Donald R. Maier**
*President, CEO & Director*

Thanks, Doug. I'd ask that you turn to Slide 10, please.

We are encouraged by our entire team's performance during 2018 along with our brighter prospects of our simplified Resilient business. We are focused on LVT leadership, supported by our strategic priorities to enhance innovation across our award-winning portfolio, strengthen our distribution partnerships and leverage our #1 position in traditional commercial categories.

Combined with ongoing cost savings initiatives, we believe we are well situated to generate improved results and drive further returns for our shareholders in 2019 and the years to come.
Operator, we are now ready to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8

Page 123

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from John Baugh, Stifel.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Maybe, Doug, you could clarify again the product mix of sales in '18. I got 30% for LVT, 25% for VCT, and then I kind of missed the rest. Could you clarify that again?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure, yes. So 25% is for sheet products, including residential and commercial. That breaks out to be about 15% commercial, 10% residential. And then those 3 categories that you mentioned, LVT at around 30%; VCT, around 25%; and sheet at 25%. Those, round numbers, kind of add up to be about 85%, so the remaining 15% are installation tools, adhesives, all the other stuff.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then you mentioned what, that residential sheet was down to 10% of the mix at the end of '18? Did I understand that correctly? And then what was it, say, at the beginning of the year?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So what we'd said before was that in 2017, it was less than 10% of the total sales when we were about $1.1 billion, and now we're saying it's about 10% of Resilient only.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And so if volumes for the year, and I understand and appreciate the anomalies of the fourth quarter, so if volumes for the year were down a couple of percent and we assume that the LVT was up low to mid-teens or something at 30% of the mix, it would imply the other 70% of your sales on a volume basis were down around 10%. Is that right, number one? And number two, what are the categories -- is it VCT and sheet? -- that are under continued pressure? And how do you think the volume with LVT growth in '19 -- I'm sure projected yet continue declines in those categories, how does volume shake out in '19?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So kind of roughly speaking, we did see declines in volume in residential sheet. That has been a consistent theme for a number of years. And then as you mentioned, we had the offset in LVT. And there were a few other kind of puts and takes in other product categories. As we look into 2019 at kind of category level, we see the same trends continuing on that we experienced in 2018. LVT expected to continue to grow very strongly. Res sheet will continue to be challenged, and other categories to greater or lesser extents will have similar patterns.

**Donald R. Maier**
*President, CEO & Director*

And John, this is Don. I think the other piece, so I think your math, I will have to work through it though, is about right on the volume piece. That was offset by improvements in price and mix really across, I think, almost all the categories. So that netted out to the 3.4% growth for the year.

**John Allen Baugh**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 8

Page 124

*Stifel, Nicolaus & Company, Incorporated, Research Division*

And then my final question is around the inflation stuff. And I guess I'd love some details on what you're "seeing right now", in other words, what of the raw material inflation you refer to as sort of -- in your inventory there and therefore yet to flow through your P&L, versus maybe what you're buying raws for right now or what you're buying transportation for or energy for? Are we not going to see some relief on that number at least sequentially, if not year-over-year, at some point in '19?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure, yes. So just as a reminder, we saw inflation throughout 2018, which has created the year-on-year headwinds as we come into 2019. Because of that dynamic, it's going to be more pronounced, the inflationary pressure in the first half. And our expectation is that our actions around price, mix and productivity should more than offset those.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

So are we seeing any stabilization of raw materials and transportation costs right now?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

We've seen it in some of the things that we purchase. Now we've also come out with a 4% to 6% price increase effective April 1 really geared towards trying to recover some of the inflationary headwinds that we've experienced.

**Operator**

Our next question comes from Michael Wood, Nomura Instinet.

**Ryan Coyne**

This is Ryan Coyne on for Mike. Some of the inventory is going to rectify itself by the middle of the year. Can you just talk about maybe is there elevated inventory outside of LVT? Or is it almost exclusively related to LVT ahead of these tariffs and price increases?

**Donald R. Maier**
*President, CEO & Director*

Yes, it varies by category, but the Q3 activities were largely skewed towards LVT, given the tariff impact and then a general price increase. We saw softer end markets then through the fourth quarter in which -- so it didn't sell through at the rates we had anticipated in Q4. And so that's left a bit of a hangover as we entered into Q1. A couple of our other categories, in particular VCT, I would say inventory levels have returned to more normal levels, so we've seen the sell-through work through on the buying activities that were done in advance of the price increase back in Q3.

**Ryan Coyne**

Okay. And then just a follow-up there. Was there any industry LVT price weakness related to this pre-buy or was it merely a volume-related drag?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

No, it was really more of a volume-related drag. LVT prices, in general, we haven't seen significant changes in the trends there other than for the tariff-related impacts.

**Operator**

Our next question comes from Alvaro Lacayo, G. Research.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8

Page 125

**Alvaro Lacayo**
*G. Research, LLC*

I appreciate the commentary on the usage of capital. Now you've got this big net cash position on the balance sheet. Maybe can you refresh us on how you're thinking about your leverage target ratios and if there's been any change in terms of how you think about that. And then secondly, on the term loan portion of the debt outstanding that you guys had at the end of the year, would there be any prepayment penalties if you decided to pay off your debt in full?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Good questions. Let me tackle the leverage question first. We have not announced any change to our kind of target leverage ratio. I'll tell you a little bit at this point, with essentially $75 million of net cash, it's a little bit of an academic question for the moment. In terms of our...

**Donald R. Maier**
*President, CEO & Director*

Which is 1.5 to 2x.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

1.5 to 2x is what we've stated previously. Our term loan, we are able to prepay that without penalty, both the revolver portion as well as the Term Loan A.

**Alvaro Lacayo**
*G. Research, LLC*

Great. And then with regards to free cash, can you maybe talk to us a little bit about, perhaps some color around the growth investments you're making in the growth portion of CapEx? Can you maybe walk us through how we should be thinking about working cap as a percent of sales now that you're a 100% Resilient-focused business? And then what kind of cash requirements are you going to have with regarding the post-retirement liability/pension liability that you have on the balance sheet?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure. So maybe let's start with the CapEx. So as we've talked about before, we tend to have about 2% to 3% of our capital spending as really geared towards maintenance CapEx. The remainder of that is geared for growth initiatives, capabilities and capacity, things that -- where we expect to generate a return. Working capital, I think you'll be able to see in our financials now that we've stripped out the Wood business, working capital is much cleaner than it was before, lower levels of working capital. And I will just mention again, I mentioned this in the prepared comments that we ended Q4 at kind of a low point, it was a little odd with the receivables. If you look at our AR balance year-on-year, it's down about $15 million, and so that kind of gives you a sense of the magnitude of that one. But going forward, we would expect that working capital would grow roughly in line with sales, although we always look for opportunities and efficiencies on that one. Other cash flow items, the retiree medical, that liability primarily stayed with the Resilient company after the separation. We did not attribute very much of that to Wood. And in 2018, I think the cash outlay on that one was about $8 million.

**Alvaro Lacayo**
*G. Research, LLC*

Should it be similar in 2019?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

It'll be similar. I think it may come down a little bit.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 8

Page 126

**Donald R. Maier**
*President, CEO & Director*

There was a small portion attributable to the Wood business.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes.

**Alvaro Lacayo**
*G. Research, LLC*

Okay. So I guess when you look at the EBITDA guide, and I know you guys didn't provide directionally what free cash flow will be, but I guess what would be the items you would highlight that would change dramatically the EBITDA to free cash conversion you guys have historically seen?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So the CapEx -- and I think we've talked about that one. Networking capital, which, again, I think we've addressed that, with maybe a bit of an anomaly in Q1 of this year but then should behave more normally. Cash taxes, we expect that those will be minimal until we burn through the $14 million NOL that we have in place. And then our new debt facility, with the interest rate of just under 5%, is what we're paying at current rates on $100 million. And you could model that out how interest rates go from there.

**Operator**

Our next question comes from Justin Speer, Zelman & Associates.

**Justin A. Speer**
*Zelman & Associates LLC*

In terms of your CapEx, it was about $5 million below, I think, what we were -- or what you expressed last quarter in the fourth quarter. And your guidance on CapEx is a little bit lower than what we were thinking. Just wanted to get some characterization on if that's -- a, if that's correct, and b, why?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So what we had said last quarter was that we'd be about $40 million as a combined Wood and Resilient business. I think where we came in was pretty close to that. It was a little -- we saved a little bit on the Resilient side and saved a little bit on the Wood side. Resilient, specifically last quarter, we said would -- we expected to be about $30 million, and we came in relatively close on that.

**Justin A. Speer**
*Zelman & Associates LLC*

Got it. Okay. That makes sense. And then in terms of the repurposing of assets going forward towards more LVT, can you help us understand the mechanics there? How much maybe dollar capacity you have or manufacturing capacity you have for LVT purposes? And where you can take that by repurposing existing assets?

**Donald R. Maier**
*President, CEO & Director*

Sure, Justin. I look forward to sharing more probably here in the next subsequent calls, but what we have announced is that we are wanting to add capabilities to produce domestic Rigid Core products, that we believe that we can do that with repurposing some existing assets that we have, which should shorten the time to implement and obviously reduce the capital requirements, and that we have a fairly large engineering team that's been working on this project along with the product to make sure that we are

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8

Page 127

entering the market with a differentiated offering. So I'm encouraged by the progress that has been made. We really don't have anything to announce at this point other than that news should be forthcoming.

**Justin A. Speer**
*Zelman & Associates LLC*

So you source most, if not all of this, right, from Asia. And if we were to assume a no tariff scenario, do you think based on what you can communicate, but I'm guessing the fact that you're proceeding means that you believe that you can compete with that on a fully -- with Chinese imports on a fully landed basis excluding tariffs?

**Donald R. Maier**
*President, CEO & Director*

Yes, we believe that we would not only have a competitive advantage from a differentiated polymer and product performance but also at an attractive cost basis.

**Justin A. Speer**
*Zelman & Associates LLC*

And we've seen a couple of competitors who have gone forth with some of their own proprietary approaches to Rigid Core production in large plants, large facilities. What distinguishes you from them? And do you think that you would see the same kind of like near-term setbacks that we've seen from some of your competitors with Rigid production processes, in terms of ramping? Do you expect that your approach will be different?

**Donald R. Maier**
*President, CEO & Director*

So I think there's 2 things that you should consider when looking at that. Number one is we've been making Resilient hard surface flooring for decades, and so our core capabilities center around the processes related to that. I would give you a different answer if we were trying to go build a carpet mill somewhere, where we don't have a lot of competency. Number two is as we've demonstrated with the Stillwater, Oklahoma repurposing, a third benefit to the reduced capital and the reduced time is that you have a significantly lower amount of new processes that need to be tuned in and debugged and worked through. So the more repurposing you can do, the less troubleshooting and ramp-up time that is required. With the Rigid Core, it's not going to be as, I think, as simple and as quick as the Stillwater repurposing, but certainly is not at the other end of the spectrum as far as a greenfield site and all of the challenges that you have with that.

**Justin A. Speer**
*Zelman & Associates LLC*

And all that, again, and that's all within -- I guess, I'm assuming that's all in '19, but that's captured within your CapEx guidance? The idea of this repurposing effort is captured in the CapEx guidance for 2019?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So just to be clear on the $30 million to $35 million of CapEx guidance that we provided, that covers smaller investments. If we were to do something large, we would disclose and talk about that separately.

**Justin A. Speer**
*Zelman & Associates LLC*

Got it. Okay. Perfect. And in terms of the 4% to 6% price increase, my last question, the price increase in April is associated with -- if you can relay that again for us, if you can relay it, you said transportation cost, I believe, and something else. And then a follow-up on that is maybe help us understand the high end and the low end of your guidance range. What, from a macro standpoint and from a -- maybe from

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 8

Page 128

ARMSTRONG FLOORING, INC. FQ4 2018 EARNINGS CALL | MAR 05, 2019

this price increase standpoint has to happen or not happen in order to get to the high end or the low end of that range.

**Donald R. Maier**
*President, CEO & Director*

Yes. So the drivers that we saw throughout the course of 2018 remain the same drivers. As Doug mentioned, they've abated a bit but are continuing to increase, really in 3 areas: transportation, and the shortage of transportation is continuing to drive that dynamic; raw materials inflation; and then energy. So those were the real 3 drivers that we saw; those are continuing. We are really looking just to offset the inflation with our pricing actions. And so to the extent that we see further reductions in inflation, that will take pressure off there. And obviously, it's all dependent upon what happens in the competitive arena that we participate in. So we're obviously focused on letting the market set price and adjusting accordingly. So we're looking to offset those costs as we did in 2018, in 2019. And hopefully, we'll see a continuation of the trend of inflation tapering off a bit here.

**Operator**

Our next question comes from Adam Baumgarten, Macquarie Group.

**Adam Michael Baumgarten**
*Macquarie Research*

Just on VCT, I know it's been kind of a tough road for volumes given share gains from other materials. And I guess now that you have the Diamond10 VCT line out and it's been out for a little bit, how does -- one, how has the adoption been? And two, do you expect that to drive overall VCT volume growth in 2019?

**Donald R. Maier**
*President, CEO & Director*

Yes. So we're pretty excited about the Diamond10 story on VCT. The largest impact to VCT has really been staying concrete, not the LVT conversion you see in other categories. And with the addition of the Diamond 10 Technology, it's changing the overall cost of ownership of that flooring solution by 40%, in essence, positions it as a cost advantage now rather than cost disadvantage to staying concrete. So that's been received and is being received extremely well. In particular, we're seeing specifications coming in on the larger projects. Something that maybe was not fully contemplated but another positive, is that you do see VCT going into a lot of main street applications, which are smaller square footage installations. And as such, the cost and the effort to go in with all of the polishing equipment and what have you on the initial install is fairly disruptive. And this Diamond 10 Technology has created a VCT product that doesn't require those processes and, as a result, is increasing its appeal in the mainstream applications as well.

**Operator**

Our next question comes from John Baugh, Stifel.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Just one quick follow-up. I was curious, Don, how conversations, now that you've divested Wood, have perhaps changed with your distributor customers. You're certainly more focused, but at -- by the same token, you have less overall volume with them. And I'm just curious how, if you could compare the discussions, say, pre-divestiture, post-divestiture with your big distributors.

**Donald R. Maier**
*President, CEO & Director*

Yes. Great question, John, and I'm sure you'll follow up with the distributors directly as well, but it's gone extremely well, frankly. I think they all understand the move that we made. And in most cases, the distributors had alternative wood sources. But as well, it's been business as usual, frankly, in the transition of the Wood business. So we've really done everything we can, and I continue to do that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8

Page 129

through providing the transitional service elements to the Wood business to really make this as pain-free as possible. And then on the plus side, it's really allowing us to double down our focus and attention on the areas that we can really add value to our distributors, driving that commercial business for them, where we have a significant capability with our dedicated sales force, and then obviously, bringing innovation so that they have a differentiated offering in LVT and all of the other product categories. So we were -- it is 10 weeks, I guess, into the transition, but so far it's gone extremely well, and I think is a real credit to all of the work that the team put in, in advance just to make sure that we didn't have any dropped balls in handing this business off to AIP.

**Operator**

We have reached the end of the question-and-answer session, and I would like to turn the call back over to Don Maier for closing remarks.

**Donald R. Maier**
*President, CEO & Director*

Great. Thank you, operator, and thank you, everyone, for joining us today. We truly appreciate your interest in Armstrong Flooring, and we look forward to updating you on future calls. Have a great rest of your day. Thank you.

**Operator**
This concludes today's conference. You may disconnect your lines at this time. Thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 8

Page 130

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Exhibit 8

Page 131

# Exhibit 9

**UNITED STATES**
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

---

## FORM 8-K

---

**CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): August 6, 2019**

---

# ARMSTRONG FLOORING, INC.

**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-37589** | **47-4303305** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation )** | **(Commission File No.)** | **(IRS Employer Identification No.)** |

**2500 Columbia Avenue P.O. Box 3025
Lancaster, Pennsylvania**
**(Address of principal executive offices)**

**17603**
**(Zip code)**

**Registrant's telephone number, including area code: (717) 672-9611**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, $0.0001 par value** | **AFI** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

Exhibit 9

Page 133

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

===============================================================================

Exhibit 9

Page 134



**ARMSTRONG FLOORING REPORTS SECOND QUARTER 2019 RESULTS**

**Second Quarter 2019 Highlights**

- Net Sales of $177.7 Million

- Net Income of $14.7 Million and Adjusted Net Income of $9.4 Million

- Adjusted EBITDA of $20.0 Million

- Repurchased 4.5 Million Shares for Approximately $50 Million

- Updates Full Year 2019 Outlook

**Lancaster, PA, August 6, 2019.** Armstrong Flooring, Inc. (NYSE: AFI) ("Armstrong Flooring" or the "Company"), North America's largest producer of resilient flooring products, today reported financial results for the second quarter ended June 30, 2019.

Larry McWilliams, Chairman and Interim Chief Executive Officer, commented, "Adjusted EBITDA margin improved in the quarter despite challenging end market demand across our industry, including the winding down of elevated channel inventory levels. We remain committed to investing in our products, people and operations to improve our position with customers. The strength of our balance sheet provides us with the flexibility to continue executing against that objective while capitalizing on value enhancing opportunities."

**Second Quarter 2019 Results Compared with Second Quarter of 2018 Results**

| | Three Months Ended June 30, | | |
|---|---|---|---|
| (Dollars in millions except per share data) | 2019 | 2018 | Change |
| Net sales | $177.7 | $201.2 | (11.7%) |
| Operating income | $ 3.7 | $ 3.7 | 0.0% |
| Net income | $ 14.7 | $ 10.5 | 40.0% |
| Diluted income per share | $ 0.56 | $ 0.40 | $ 0.16 |
| Adjusted EBITDA | $ 20.0 | $ 20.7 | (3.4%) |
| Adjusted EBITDA margin | 11.3% | 10.3% | 100 bps |
| Adjusted net income | $ 9.4 | $ 7.8 | 20.5% |
| Adjusted diluted income per share | $ 0.36 | $ 0.30 | $ 0.06 |

In the second quarter of 2019, net sales decreased 11.7% to $177.7 million from $201.2 million in the second quarter of 2018, including an adverse currency impact of 110 basis points. The decrease in net sales was primarily due to lower volumes and mix, marginally offset by modest price realization in response to tariff related inflationary pressures. Lower volumes in the second quarter of 2019 reflected relative changes in distributor inventory and overall soft end-market demand, particularly in our residential categories. Inventory levels in the distributor channel decreased sequentially compared to the first quarter 2019 but remained moderately elevated at the end of the quarter.

Exhibit 9
Page 135

Net income in the second quarter of 2019 was $14.7 million, or diluted income per share of $0.56, as compared to a net income of $10.5 million, or diluted income per share of $0.40, in the prior year quarter. Adjusted net income was $9.4 million, or adjusted diluted income per share of $0.36, as compared to an adjusted net income of $7.8 million, or adjusted diluted income per share of $0.30, in the prior year quarter.

Second quarter 2019 adjusted EBITDA was $20.0 million, as compared to $20.7 million in the prior year quarter. The decrease in adjusted EBITDA was primarily attributable to lower net sales, partially offset by lower selling, general and administrative expenses and improved productivity.

During the second quarter 2019, the company repurchased approximately 4.5 million shares for $50.0 million, excluding fees. At June 30, 2019, the Company had cash, cash equivalents and restricted cash of $45.5 million and long-term debt of $73.0 million. As of June 30, 2019, the Company had $71.1 million of availability under its revolving credit facility.

**Full Year 2019 Outlook**

For the full year 2019, the Company has moderated its expectation for adjusted EBITDA, which it now anticipates to be in the range of $46 million to $54 million, primarily attributable to a continuation of soft end-market conditions. The Company continues to expect capital expenditures to be approximately $30 million for the full year 2019. The Company expects to build cash from operations over the remaining quarters of 2019.

**Conference Call and Webcast**

The Company will hold a live webcast and conference call to review second quarter results on Tuesday, August 6, 2019 at 10:00 a.m. ET. The live webcast and accompanying slide presentation will be available in the Investors section of the Company's website at www.armstrongflooring.com. To participate in the call, please dial 877-407-0789 (domestic) or 201-689-8562 (international). A replay of the conference call will be available for 90 days, by dialing 844-512-2921 (domestic) or 412-317-6671 (international) and entering the passcode 13692428.

**About Armstrong Flooring**

Armstrong Flooring, Inc. (NYSE: AFI) is a global leader in the design and manufacture of innovative flooring solutions. Headquartered in Lancaster, Pennsylvania, Armstrong Flooring is North America's largest producer of resilient flooring products. The Company safely and responsibly operates 8 manufacturing facilities globally, working to provide the highest levels of service, quality and innovation to ensure it remains as strong and vital as its 150-year heritage. Learn more at www.armstrongflooring.com.

**Forward Looking Statements**

Disclosures in this release and in our other public documents and comments contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Those statements provide our future expectations or forecasts and can be identified by our use of words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," "outlook," "target," "predict," "may," "will," "would," "could," "should," "seek," and other words or phrases of similar meaning in connection with any discussion of future operating or financial performance. Forward-looking statements, by their nature, address matters that are uncertain and involve risks because they relate to events and depend on circumstances that may or may not occur in the future. As a result, our actual results may differ materially from our expected results

Exhibit 9

Page 136

and from those expressed in our forward looking statements. A more detailed discussion of the risks and uncertainties that could cause our actual results to differ materially from those projected, anticipated or implied is included in our reports filed with the U.S. Securities and Exchange Commission. Forward-looking statements speak only as of the date they are made. We undertake no obligation to update any forward-looking statements beyond what is required under applicable securities law.

**Contact Information**

Investors:
Doug Bingham
SVP, Chief Financial Officer
717-672-9300
IR@armstrongflooring.com

Media:
Steve Trapnell
Communications Manager
717-672-7218
media@armstrongflooring.com

3

Exhibit 9
Page 137

**Armstrong Flooring, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
**(Dollars in millions except per share data)**
**(Unaudited)**

| | Three months ended June 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Net sales | $ 177.7 | $ 201.2 |
| Cost of goods sold | 141.5 | 157.5 |
| Gross profit | 36.2 | 43.7 |
| Selling, general, and administrative expense | 32.5 | 40.0 |
| Operating income | 3.7 | 3.7 |
| Interest expense | 0.9 | 1.0 |
| Other expense | 0.2 | 0.7 |
| Income from continuing operations before income taxes | 2.6 | 2.0 |
| Income tax benefit | (2.7) | (0.9) |
| Gain from continuing operations | 5.3 | 2.9 |
| Income from discontinued operations | — | 7.6 |
| Gain on disposal of discontinued operations | 9.4 | — |
| Net income from discontinued operations | 9.4 | 7.6 |
| Net income | $ 14.7 | $ 10.5 |
| Weighted average number of common shares outstanding - Basic | 26.1 | 25.9 |
| Basic income per share of common stock | $ 0.56 | $ 0.40 |
| Weighted average number of common shares outstanding - Diluted | 26.1 | 26.0 |
| Diluted income per share of common stock | $ 0.56 | $ 0.40 |

**Consolidated Balance Sheet**
**(Dollars in millions)**

| | June 30, 2019 | December 31, 2018 |
| --- | --- | --- |
| **Assets** | | |
| Current Assets: | | |
| Cash, cash equivalents, and restricted cash | $ 45.5 | $ 173.8 |
| Accounts and notes receivable, net | 65.9 | 39.0 |
| Inventories, net | 136.0 | 139.5 |
| Other current assets | 15.9 | 18.6 |
| Total current assets | 263.3 | 370.9 |
| Property, plant, and equipment, net | 291.4 | 296.1 |
| Other non-current assets | 44.8 | 41.2 |
| **Total assets** | $ 599.5 | $ 708.2 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 110.6 | $ 141.4 |
| Short-term debt and current portion of long-term debt | 4.0 | 28.7 |
| Other current liabilities | 0.1 | 0.5 |
| Total current liabilities | 114.7 | 170.6 |
| Long-term debt | 69.0 | 70.6 |
| Noncurrent lease liabilities | 3.9 | — |
| Postretirement benefit liabilities | 53.7 | 55.7 |
| Pension benefit liabilities | 9.1 | 11.3 |
| Other long-term liabilities | 9.6 | 9.0 |
| **Total liabilities** | 260.0 | 317.2 |
| **Total stockholders' equity** | 339.5 | 391.0 |
| **Total liabilities and stockholders' equity** | $ 599.5 | $ 708.2 |

4

Exhibit 9
Page 138

**Supplemental Reconciliations of GAAP to non-GAAP Results (unaudited)**

To supplement its consolidated financial statements presented in accordance with accounting principles generally accepted in the United States (GAAP), the Company provides additional measures of performance adjusted to exclude the impact of restructuring charges and related costs, impairments, the non-cash impact of the U.S. pension plan, and certain other gains and losses. Free cash flow is defined as net cash from operating activities less purchases of property, plant and equipment. The Company uses these adjusted performance measures in managing the business, including in communications with its Board of Directors and employees, and believes that they can provide users of this financial information with meaningful comparisons of operating performance between current and prior periods. In addition, the Company has applied pro forma adjustments to its non-GAAP results for periods prior to completion of the sale of the wood flooring business. These adjustments represent the elimination of certain shared costs that were formerly allocated to the divested wood flooring segment and are intended to reflect, on a pro forma basis, the retroactive elimination of these costs in accordance with the Company's ongoing cost optimization program which, when combined with certain payments under the Transition Services Agreement entered into with the purchaser, are expected to offset the impact of substantially all of these costs. The Company believes that these non-GAAP financial measures are appropriate to enhance understanding of its past performance, as well as its prospects for future performance. A reconciliation of these non-GAAP financial measures to the most directly comparable GAAP measures is included in this release and on the Company's website. These non-GAAP measures should not be considered in isolation or as a substitute for the most comparable GAAP measures. Non-GAAP financial measures utilized by the Company may not be comparable to non-GAAP financial measures used by other companies. The Company does not provide financial guidance for forecasted net income since certain items that impact net income are outside of our control and cannot be reasonably predicted. Therefore, the Company is unable to provide a reconciliation of its Adjusted EBITDA guidance to net income, the most comparable financial measure calculated in accordance with GAAP.

| (Dollars in millions except per share data) | Three Months Ended June 30, 2019 | Three Months Ended June 30, 2018 |
|---|---|---|
| **Net income** | $ 14.7 | $ 10.5 |
| Net (income) from discontinued operations | (9.4) | (7.6) |
| Interest expense | 0.9 | 1.0 |
| Other expense | 0.2 | 0.7 |
| Taxes | (2.7) | (0.9) |
| **Operating income** | 3.7 | 3.7 |
| Depreciation and amortization | 11.0 | 11.3 |
| Expenses related to strategic projects and cost reduction initiatives | 4.7 | 0.1 |
| U.S. pension expense | 0.6 | 0.9 |
| Pro forma adjustment for corporate expense | — | 4.8 |
| **Adjusted EBITDA** | $ 20.0 | $ 20.7 |

5

Exhibit 9

| | **Three Months Ended June 30,** | | | | | | |
| | 2019 | | | | 2018 | | |
| | $ million | | Per diluted share | | $ million | | Per diluted share |
|---|---|---|---|---|---|---|---|
| **Net income** | $ 14.7 | | $ 0.56 | | $ 10.5 | | $ 0.40 |
| Expenses related to strategic projects and cost reduction initiatives | 4.7 | | | | 0.1 | | |
| Pro forma adjustment for corporate expense | — | | | | 4.8 | | |
| U.S. pension expense | 0.6 | | | | 0.9 | | |
| Other expense | 0.2 | | | | 0.7 | | |
| Tax impact of adjustments at statutory rate | (1.4) | | | | (1.6) | | |
| Net (income) from discontinued operations | (9.4) | | | | (7.6) | | |
| **Adjusted Net Income** | $ 9.4 | | $ 0.36 | | $ 7.8 | | $ 0.30 |

Rows and columns may not foot due to rounding.

6

Exhibit 9
Page 140

# Exhibit 10

**S&P Global**
Market Intelligence

# Armstrong Flooring, Inc. NYSE:AFI
# FQ2 2019 Earnings Call Transcripts

## Tuesday, August 06, 2019 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.25 | 0.36 | ▲44.00 | 0.42 | (0.01) | 0.18 |
| **Revenue (mm)** | 194.45 | 177.70 | ▼(8.61 %) | 214.30 | 692.00 | 710.00 |

Currency: USD
Consensus as of  Aug-06-2019 2:37 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2018** | 0.33 | 0.46 | ▲1 39.39 % |
| **FQ4 2018** | (0.21) | (0.35) | NM |
| **FQ1 2019** | (0.20) | (0.49) | NM |
| **FQ2 2019** | 0.25 | 0.36 | ▲2 44.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

Exhibit 10
Page 142

# Table of Contents

**Call Participants** ........................................................................................ **3**

**Presentation** ........................................................................................ **4**

**Question and Answer** ........................................................................................ **7**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Exhibit 10

Page 143

# Call Participants

**EXECUTIVES**

**Dominic C. Rice**
*Chief Product Officer & Senior VP
of Global Operations*

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

**Larry S. McWilliams**
*Chairman*

**ANALYSTS**

**Alvaro Lacayo**
*G. Research, LLC*

**John Allen Baugh**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Justin A. Speer**
*Zelman & Associates LLC*

**Michael Robert Wood**
*Nomura Securities Co. Ltd.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Exhibit 10

Page 144

# Presentation

**Operator**

Greetings and welcome to Armstrong Flooring Second Quarter 2019 Earnings Call. [Operator Instructions] And as a reminder, this conference is being recorded.

I'd now like to turn the conference over to Doug Bingham, Chief Financial Officer. Thank you. Please go ahead.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you for joining us today for Armstrong Flooring's Second Quarter 2019 Earnings Conference Call. I am joined by our Chairman and Interim CEO, Larry McWilliams; our Chief Product Officer and SVP of Global Operations, Dominic Rice; and our SVP of North American Sales, Brent Flaharty. We trust you have seen our press release this morning. Additionally, a copy of the slide presentation to accompany this call is available on the Investors section of our website at www.armstrongflooring.com.

I refer you to Slide 2 of that presentation and advise you that during this call, we will be making forward-looking statements that involve risks and uncertainties. Actual outcomes may differ materially from those expected or implied. For a more detailed discussion of the risks and uncertainties that may affect Armstrong Flooring, please review our SEC filings. Forward-looking statements speak only as of the date they are made, and we undertake no obligation to update any forward-looking statement beyond what is required by applicable securities laws.

In addition, our discussion of operating performance will include non-GAAP financial measures within the meaning of SEC Regulation G. A reconciliation of these measures to the most directly comparable GAAP measures is included in the press release and in the appendix of this presentation.

With that, I will now turn the call over to Larry.

**Larry S. McWilliams**
*Chairman*

Thank you, Doug. Good morning, everyone, and thank you for participating on our second quarter 2019 earnings call. On the call today, I will be discussing our operating highlights and business activity. Doug will then cover additional details regarding our financial results before I offer some closing remarks and open the call for questions.

During the past several months, I, along with Armstrong team, have been working hard to address the continuing trend of challenging industry dynamics and soft market conditions. We have a number of initiatives underway to improve our execution and financial performance. We are focused on innovation and serving our valued customers to drive profitable growth in every facet of our operations.

During the second quarter, our customers continued to reduce inventory from elevated levels in previous quarters. This destocking activity represented the tail end of demand pull-forward into 2018, ahead of the initial wave of tariffs on Chinese imports implemented late last year.

We believe we ended the quarter with channel inventory at more sustainable levels. That said, the destocking activity, combined with softer end market demand, adversely impacted second quarter sales, particularly in our residential categories. In this environment, the team did a good job of delivering stronger adjusted EBITDA margin and free cash flow in the second quarter.

However, our year-to-date performance does not mirror all the internal efforts that are being made to grow our business and get the portfolio in the right place as we look forward. We are driving innovation to bring new products to market. We are working closely with customers to implement price actions in response to input cost pressures. And we are achieving productivity gains in our facilities and realizing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10

Page 145

cost savings and overhead to right size our operations. These actions, together with our strategic priorities, support our confidence in the potential of our business to generate more favorable results.

In LVT, we continue to rapidly shift our portfolio emphasis to Rigid Core products, such as our Essentials product line as we stay at the forefront of the innovation curve.

Our award-winning Diamond 10 Technology continues to appeal to a wide range of customers, and we are working rapidly to apply it to -- on to even more product lines within our portfolio.

In VCT, we recently added Diamond 10 Technology to our non-PVC product, providing enhanced durability and ease of installation in addition to its strong sustainability attributes.

As we continue to introduce a steady stream of products, we are tightly coordinating our marketing efforts with distributors to more effectively grow our market presence, especially in commercial.

We are committed to improving our performance in all product categories through innovation and cost efficiencies. We have a strong balance sheet to invest in our business as we take advantage of significant opportunities ahead. We look forward to our internal efforts becoming more evident in our results as we continue to execute on our objectives.

Before I pass the call to Doug, I would like to mention that I am working with the Board to fill the permanent CEO role. We are making good progress, and we will keep you updated as appropriate.

In the interim, I am committed to working with the talented teams across our business along with our customers and suppliers to facilitate a seamless transition.

I'll now turn the call over to Doug to walk through the details of our current financial performance.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you, Larry. I'll begin with a review of our second quarter results on Slide 5. For the second quarter 2019, net sales were down 11.7% to $178 million as compared to $201 million in the prior year quarter, including an unfavorable impact of 110 basis points from changes in currency exchange rates. The decrease in net sales was largely due to lower volumes and unfavorable mix in almost all product categories. Volumes were affected by distributor destocking and soft end market conditions similar to last quarter. The factors were more pronounced on the residential side of our business, including residential LVT.

The effect on commercial sales was less severe, partly attributable to the emphasis of our strategy on that end market. Selling prices were up modestly year-over-year in response to inflationary pressures from tariffs.

Our second quarter 2019 adjusted EBITDA was $20 million as compared to $20.7 million in the second quarter of 2018. This decline in adjusted EBITDA was primarily due to lower net sales. This was partially offset by lower SG&A spending and improved productivity. The lower reported SG&A spend included a $2.5 million benefit related to an early sublease termination fee by the owners of our former Wood business. As a percent of sales, adjusted EBITDA was 100 basis points higher year-over-year.

In the distributor channel, we believe the customers have largely worked down unusually high levels of inventory purchased ahead of tariffs on Chinese imports last year. That said, the general uncertainty around the ultimate outcome of U.S.-China trade negotiations has continued to influence normal seasonal buying patterns.

Our several rounds of price increases since October 2018 have allowed us to partly blunt the impact of inflation due to tariffs. In May, we announced additional price actions on select products in response to the U.S. decision to raise tariffs on Chinese flooring imports from 10% to 25%. We have worked closely with our customers to minimize the impact to their supply chains from recent price increases, while providing us an opportunity to help offset these cost increases.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10
Page 146

During the second quarter, we generated operating cash flow of approximately $29 million. Consistent with our expectation, the main driver of our operating cash flow in the second quarter was a reduction in working capital as we drove down a significant working capital build in the first quarter.

For the quarter, we invested $7 million in CapEx, which remained below our run rate depreciation. During the quarter, we were pleased to return excess capital to our shareholders through the repurchase of 4.5 million shares for a net purchase price of approximately $50 million. This repurchase activity fully utilized the remaining unused portion of our share repurchase authorization.

We ended the quarter with a strong balance sheet, providing us with flexibility to invest in initiatives and growth avenues that make sense for our business.

Our capital allocation objectives remain unchanged with our focus on maintaining the business, funding internal growth initiatives and pursuing M&A opportunities that support our growth strategy.

Moving to our full year outlook. We have moderated our adjusted EBITDA expectations for the full year, which we now expect to be in the range of $46 million to $54 million.

While we believe elevated inventory levels in the channel have been largely worked down, unfavorable market conditions are likely to pressure results into year-end.

As a reminder, for quarterly balancing into year-end, our prior year comparison is relatively tougher in the third quarter, given the significant prebuy activity in September 2018.

While our full year outlook has been tempered, we anticipate that pricing actions, productivity gains and other cost savings will allow us to achieve our full year objectives.

We remain committed to growing our adjusted EBITDA margin to 10%. However, based on our revised 2019 expectations in the light of persistent market challenges, at this time, we believe it will take longer to achieve than initially expected. As such, a 10% margin level is a more attainable target as we look beyond 2020.

On the P&L, our effective tax rate could change significantly quarter-to-quarter, but we continue to expect our tax rate to be approximately 25% in 2019.

In regard to cash flow, we continue to expect capital expenditures of approximately $30 million for the year.

Maintenance CapEx should continue to approximate 2% to 3% of sales with the balance of the spending budgeted for high-return investments. We expect to build cash as we progress through the balance of the year.

With that, I will now hand the call back to Larry for closing comments.

**Larry S. McWilliams**
*Chairman*

Thanks, Doug. As we have discussed today, our team has been focused on executing our key initiatives. We are working to improve our growth trajectory and augment our margin profile. We have a strong portfolio of award-winning products, and our team is committed to expanding its leadership positions in the resilient flooring industry. We are working closely with our customers to maintain strong relationships at exceptional levels of service. We aim to accelerate positive momentum in our business over the long term as we build upon our strong brand and market leadership to drive returns for our shareholders. Operator, we are now ready to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Exhibit 10
Page 147

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Alvaro Lacayo with G. Research.

**Alvaro Lacayo**
*G. Research, LLC*

So I wanted to start with just the revenue outlook? And if you could talk about the first half, what you think growth rates -- how much they were impacted by this inventory build that seems to be reducing? And what are your expectations for the second half? And if you could just provide color by subsegment, LVT, VCT and resilient sheet?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure. Yes. So as I commented earlier, we did see continued inventory destocking. For the first half, it was -- roughly, half of the sales change was due to the destocking activity, fairly similar in Q1 and in Q2. Within the categories, it was more pronounced in the residential categories as opposed to the commercial categories, both the destocking as well as the softer end market drawdown that we saw.

**Alvaro Lacayo**
*G. Research, LLC*

What are the expectations for the second half baked into your guide?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure. Yes. So we did indicate that it will be a relatively tougher comparison in Q3, just given that there was a large inventory build last year around the tariffs that we don't expect to repeat this year. And then Q4, we had a little bit of inventory drawdown, kind of, coming off the Q3 peak but not too heavy.

**Alvaro Lacayo**
*G. Research, LLC*

With regards to your fixed cost footprint today, how would you categorize it? Is it fully rationalized or do you see opportunities there? And are there any updated commentary around reconfiguring existing capacity?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So we are constantly evaluating our footprint for opportunities. As volumes continue to decline, we will certainly take action when it's appropriate. We basically look at it on a cash basis. So at the point where the plant is going to stop generating positive cash flow that's the time that we would take action on it. Based on our -- what we see out in the marketplace more broadly with the sourcing opportunities that are available in China, we think there are good opportunities to source LVT products and Rigid products from suppliers overseas. And so that will be our focus more on the sourcing element rather than the domestic manufacturing of LVT, just given that evolving R&D curve and the expansion of the supply chain that's moving beyond China at this point.

**Alvaro Lacayo**
*G. Research, LLC*

Got it. And the $4.7 million in strategic projects that's part of the adjusted EBITDA. Can you maybe talk about what you're doing, what the payback period is? And then from a price-cost perspective, have you

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

ARMSTRONG FLOORING, INC. FQ2 2019 EARNINGS CALL | AUG 06, 2019

been able to offset the first 10% round already today? Or are you still lagging a little bit, that original 10% of tariffs?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So we took some actions, as you know, back in last year. We were able to get partial offset on those. We were also able to get some supplier concessions, which helped to offset as well. The second round that's gone into place, we've announced price increases. It's been kind of a mixed bag, what the competitive response has been on that. And so we continue to work to price our products appropriately and work with our suppliers to offset the cost impact.

Your question on the strategic projects and cost reduction initiatives, a fairly large piece of that $4.7 million is the severance related to the separation of our former CEO.

**Operator**

Our next question is from the line of Michael Wood with Nomura.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

I first wanted to ask about the 10% margin goal that you said was pushed out beyond 2020. Still curious to here line of sight in terms of getting there. It does still seem like a stretch? And are there any main flooring product categories that you might need to exit in order to reach that 10% goal?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. That's a good question, Mike. I think as we look at that, we still feel that, that's an appropriate target for us to get to, the timing of it is a little more uncertain at this point.

Looking at our product portfolio, there are certainly some products that are above that, that we feel comfortable with, and we'll continue to expand. Other product categories are a little more challenged. It's possible that we may, over time, exit some of those or reduce their relative weighting in the portfolio. But I don't think it's a precondition that we get us in any of the existing products to get to that 10%.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Okay. Can you also give us an update on the lockout at the Lancaster facility, what product line that is? And is it interrupting production or having a profit impact at all for you?

**Dominic C. Rice**
*Chief Product Officer & Senior VP of Global Operations*

Mike, Dominic Rice here, thanks for the question. So at our Lancaster floor plant, we produce both LVT and residential sheet vinyl. We continue to operate the plant with both salaried staff and temporary labor. And so we have not seen and don't anticipate any interruption to our -- the service to our customers with those products.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Okay, great. And just finally, can I ask in terms of post the Dutch tender offer, how are you feeling in terms of comfort with your leverage? And are there any large capital opportunities that may be in front of you now in terms of either larger productivity or restructuring initiatives or any other growth investments?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10

Page 149

ARMSTRONG FLOORING, INC. FQ2 2019 EARNINGS CALL | AUG 06, 2019

I think we're still comfortable with the leverage that we've got. Where we're at now, we've got about $28 million of net debt. So we're still pretty comfortable on the leverage ratio. If there are projects that come up that are meaningful, we'll certainly discuss those. We do feel like we've got adequate dry powder to address any opportunities to invest that come up.

**Operator**

Our next question is from the line of Justin Speer with Zelman.

**Justin A. Speer**
*Zelman & Associates LLC*

I appreciate the color on the revenue growth. But in terms of the EBITDA margins implied in the back half, I guess, maybe you could help us unpack that a little bit. The EBITDA -- or maybe looking at it differently, the SG&A level at $27 million on an adjusted basis, how should we think about that on a quarterly run rate basis into the back half?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So our SG&A in this quarter was a little lower than normal because of that $2.5 million lease breakage fee. But other than that, it's a relatively good baseline. We've still got some income related to the DSI of the Wood business in there, but we've also got some expense running through as well.

**Justin A. Speer**
*Zelman & Associates LLC*

So I don't -- for the full year, I guess, what kind of SG&A margin are you looking at for the full year, as you think about your guidance?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So we've baked in our SG&A expectations into that guidance. Based on the Q1 and the Q2 that you've seen, kind of adjusting for some of those onetimers or unusual items would be fairly typical for what we'd expect in the back half.

**Justin A. Speer**
*Zelman & Associates LLC*

Okay. And then the other element to this was on the gross margin side of things. As you think about your raw materials, and I know there's a lot of like moving parts with tariffs and underlying demand trends, but as you think about your mapping, how should we think about raw materials being a tailwind in the back half? Do you think you can hold on to those? And how much tailwind do you expect in the back half from raw materials?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So I'll kind of set aside the tariff piece because that's kind of its own animal. Raw materials have been fairly flattish for us. They're down from the peaks that they hit in 2018. So we should get some tailwinds from those. Transportation, likewise, we had some improvement in Q2, so we're not facing the same pressures that we were previously.

**Justin A. Speer**
*Zelman & Associates LLC*

Okay. So some tailwinds there potentially. And then the other element that I'd like -- I'd be curious to get your thoughts with the tariffs now, particularly on the largely imported LVT product, how do you think about the momentum of demand now that you may have some of the economics of LVT maybe not as friendly relative to where they were before the tariffs stepping up? How do you think about your overall

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10
Page 150

portfolio as you think about LVT portion of your business and the non-LVT portion of your business into the back half and into next year?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. We still really like the portfolio that we've got in LVT. We're constantly looking at new ways that we can expand the portfolio. And Larry mentioned in his remarks, the introduction of elements, which will be, I think, a great -- excuse me, essentials, which will be a great product in the marketplace. The dynamics out in the industry right now on LVT, there is a lot of noise because of the tariffs. But we think the fundamentals are still there. It's a great product, and we expect that people will continue to adopt that.

With the cost impacts from the tariffs, if that is something that ends up slowing down the growth rates of LVT, given that we do have a large domestic portfolio of other products, that's not necessarily a bad thing for us.

**Justin A. Speer**
*Zelman & Associates LLC*

I guess, from your perspective, are you injecting any of that kind of dynamism in your guidance? Or is it -- is -- in terms of the revenue growth implied in your guidance, I guess, think stripping out the inventory element. What do you think underlying demand looks like for your flooring products into the back half?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. We've kept a fairly consistent view from kind of looking at what last year was just on a little lower base, it's how we view it.

**Justin A. Speer**
*Zelman & Associates LLC*

And last question for me is just in terms of -- or last 2 questions. I have 2 more questions. On cash conversion side, do you think you can generate positive free cash flow for the full year '19 based on the way things are falling? Or do you think it might be a tough put from here?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So what we said is that we feel strongly that we'll continue to generate cash in the remaining quarters of the year. But as you know, we had kind of a large headwind in Q1.

**Justin A. Speer**
*Zelman & Associates LLC*

Okay. And then -- and the last question for me in terms of filling the permanent CEO role in terms of those discussions, do you have any good candidates and are those candidates from within the industry?

**Larry S. McWilliams**
*Chairman*

Yes. This is Larry. We are very active in the process. We're well through the process now. We are seeing some very, very good candidates. I won't comment on their backgrounds, but I'm very pleased with where we are in getting a new CEO in place.

**Operator**

Our next question comes from the line of John Baugh with Stifel.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10

Page 151

I was wondering on flexible LVT, which you're making in your Lancaster plant, is demand for that still growing? And what's the status of the, sort of, line utilization on flexible LVT?

**Dominic C. Rice**
*Chief Product Officer & Senior VP of Global Operations*

John, thanks for the question. It's Dominic here. Certainly, and primarily on the residential side, Rigid is more of a growth catered grade and flex. But flexible LVT remains, particularly in some segments, the preferred product of choice. Then notably in commercial, it -- commercial remains primarily a flexible LVT, and a significant part of our Lancaster plant is devoted to servicing the commercial segment with our flexible LVT.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

So was flexible caught up in all this destocking and whatnot? Because more of that's made, I believe, in the U.S. than certainly Rigid?

**Dominic C. Rice**
*Chief Product Officer & Senior VP of Global Operations*

Yes. There was -- the -- both the stocking up and the destocking activity was across the broad LVT portfolio, both Rigid and flexible.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And any comment, Doug, you used to kind of call it legacy products, but obviously, non-LVT Resilient tile, sheet vinyl and VCT, any comment there? Because I wouldn't think those products would be as greatly impacted by the Rigid Core Chinese imports, but I may be wrong on that.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. So we haven't really seen a marked change in kind of the market dynamics for those legacy products. I think they all continue to be impacted by LVT in one form or another. The Rigid impact, as Dominic mentioned, is probably more pronounced on the residential products like residential sheet. But certainly, LVT, the flexible form impacts VCT as well.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Good. And do I construe your comments around the sourcing more or not producing much is that your efforts to try to convert, I think, the old engineered wood plants to make it Rigid core LVT that that's essentially what, abandon process? Or you're not going to, I assume, try to make SPC here in the U.S.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes. As it stands now, as we've looked at it, the -- we'll continue to look for opportunities to use our existing assets, but the development in the overseas markets around SPC continues to evolve and produce some pretty phenomenal products. And as far as the tariff concern has evolved, what we're seeing is a lot of Chinese manufacturers are starting production in countries like Vietnam and other areas that would not be impacted by the tariffs.

**John Allen Baugh**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And currently on that topic, what amount, if any, are you sourcing LVT from outside of China currently? Or is this all kind of in development and discussion more than actual at this point?

**Douglas B. Bingham**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Exhibit 10

Page 152

*Senior VP, CFO & Treasurer*

Yes, I'd say it's more in development discussion. There is some minimal amounts, but it's primarily in China at this point.

### John Allen Baugh
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And finally, we've heard that the less price increase announced by the big players, yourself included, in Shaw and Mohawk on LVT is, as I think, the words you used is sort of uncertain? Or we're going to have to see how it all shakes out, primarily because there were still inventory brought in, particularly from many smaller players that was perhaps delaying the implementation of that price increase? Is that -- to have that kind of ride in, where do you think we are time-wise in the running through that lower-cost of pre-tariff inventory in the United States?

### Douglas B. Bingham
*Senior VP, CFO & Treasurer*

Yes, I think you've got the right perspective there. The channels from us and from others, everybody was buying a lot of material ahead of the tariffs. I think at this point, we indicated that from what we see in our own space, the inventory is getting to better levels. There may be still a few pockets that are a little bit high. But given that the tariffs just increased in about 2 months ago, there's probably still a little bit of time before all that pre-tariff inventory is out of the system.

### Operator

We have a follow-up question from line of Alvaro Lacayo with G. Research.

### Alvaro Lacayo
*G. Research, LLC*

I just had a question on VCT. In the past, you've talked about kind of a low single-digit volume decline, offset by solid pricing, wanted to get your thoughts on whether anything has changed from that kind of level of demand. And then secondly, the $2.5 million that you received relative to the Wood divestiture, is that part of adjusted EBITDA? I just wanted to be clear on that.

### Douglas B. Bingham
*Senior VP, CFO & Treasurer*

Yes. So the $2.5 million that is part of our adjusted EBITDA. The -- your other question, sorry, Alvaro, I forgot the other question.

### Alvaro Lacayo
*G. Research, LLC*

Just VCT, in the past, we've discussed it as being -- given that you are by far the largest player, you had -- it was a category with low single-digit volume declines, but a lot of it offset by good pricing, and I wanted to get an update on the dynamics, if that still holds or if there's been a change.

### Dominic C. Rice
*Chief Product Officer & Senior VP of Global Operations*

Alvaro, it's Dominic. Thanks for the question. No, we continue to see that to be a fairly consistent dynamic with VCT.

### Operator

We have now reached the end of our question-and-answer session. I would like to turn the floor back to Larry McWilliams for closing comments.

### Larry S. McWilliams
*Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10

Page 153

Thanks, everyone, for joining us today. We appreciate your interest in Armstrong Flooring, and we look forward to updating you in future calls.

**Operator**
Thank you, ladies and gentlemen. This concludes today's teleconference. You may disconnect your lines at this time. And thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 10

Page 154

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

# Exhibit 11

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

---

## FORM 8-K

---

### CURRENT REPORT
**PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): March 3, 2020**

---

# ARMSTRONG FLOORING, INC.

**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **001-37589** | **47-4303305** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation )** | **(Commission File No.)** | **(IRS Employer Identification No.)** |

**2500 Columbia Avenue P.O. Box 3025
Lancaster, Pennsylvania**                          **17603**
**(Address of principal executive offices)**       **(Zip code)**

**Registrant's telephone number, including area code: (717) 672-9611**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, $0.0001 par value** | **AFI** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

---

Exhibit 11
Page 157



### ARMSTRONG FLOORING REPORTS FOURTH QUARTER AND FULL YEAR 2019 RESULTS

- Full Year Net Sales of $626.3 Million

- Full Year Net Loss of $58.5 Million and Adjusted Net Loss of $37.9 Million

- Full Year Adjusted EBITDA of $24.4 Million

- Introduces Multi-year Strategic Roadmap Focused on Operational Enhancements and Long-Term Growth and Profitability

**Lancaster, PA, March 3, 2020.** Armstrong Flooring, Inc. (NYSE: AFI) ("Armstrong Flooring" or the "Company"), a leader in the design and manufacture of innovative flooring solutions, today reported financial results for the fourth quarter and full year ended December 31, 2019.

Michel Vermette, President and Chief Executive Officer, commented, "Fourth quarter results were softer year-over year, in line with our expectations. Moving into 2020, we have begun to execute our multi-year plan to expand, simplify and strengthen our business to generate stronger performance and augment the trajectory of our long-term profitability."

**Fourth Quarter and Full Year 2019 Results Compared with 2018 Results**

Consolidated Results

| (Dollars in millions except per share data) | Three Months Ended December 31, | | | Twelve Months Ended December 31, | | |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | Change | 2019 | 2018 | Change |
| Net sales | $ 141.3 | $ 153.8 | (8.1%) | $ 626.3 | $ 728.2 | (14.0%) |
| Operating (loss) | ($ 21.0) | ($ 16.6) | N/M | ($ 61.1) | ($ 17.4) | N/M |
| Net (loss) | ($ 25.1) | ($171.0) | N/M | ($ 58.5) | ($ 163.0) | N/M |
| Diluted (loss) per share | ($ 1.14) | ($ 6.57) | N/M | ($ 2.42) | ($ 6.27) | N/M |
| Adjusted EBITDA | ($ 4.3) | $ 1.8 | N/M | $ 24.4 | $ 57.5 | (57.5%) |
| Adjusted EBITDA margin | (3.1%) | 1.2% | N/M | 3.9% | 7.9% | (400 bps) |
| Adjusted net (loss) income | ($ 23.1) | ($ 9.0) | N/M | ($ 37.9) | $ 5.8 | N/M |
| Adjusted diluted (loss) earnings per share | ($ 1.05) | ($ 0.35) | N/M | ($ 1.57) | $ 0.22 | N/M |

In the fourth quarter of 2019, net sales decreased 8.1% to $141.3 million from $153.8 million in the fourth quarter of 2018, including an adverse currency impact of 50 basis points. The decrease in net sales was due to unfavorable mix, volume, and price. Lower mix and volume in the fourth quarter of 2019 primarily reflected share loss in some categories. Mix was driven by lower relative LVT sales while price was impacted by competitive pressures.

Exhibit 11
Page 158

The net loss in the fourth quarter of 2019 was $25.1 million, or diluted loss per share of $1.14, as compared to a net loss of $171.0 million, or diluted loss per share of $6.57, in the prior year quarter, which included a loss on disposal of discontinued operations of $153.8 million. The fourth quarter 2019 included pre-tax charges of $0.5 million primarily related to executive transition and cost reduction expenses. Adjusted net loss was $23.1 million, or adjusted diluted loss per share of $1.05, as compared to an adjusted net loss of $9.0 million, or adjusted diluted loss per share of $0.35, in the prior year quarter.

Fourth quarter 2019 adjusted EBITDA was ($4.3) million, as compared to $1.8 million in the prior year quarter. The decrease in adjusted EBITDA was primarily attributable to lower net sales and higher manufacturing costs, partially offset by benefits from improved raw material sourcing.

For the full year 2019, net sales decreased 14.0% to $626.3 million as compared to $728.2 million in 2018. The decrease in net sales was primarily driven by unfavorable volumes, reflecting relative changes in distributor inventory levels compared to the prior year due to significant customer purchases in 2018 ahead of U.S. tariff increases.

Full year 2019 net loss was $58.5 million, or diluted loss per share of $2.42, as compared to net loss of $163.0 million, or diluted loss per share of $6.27, in the prior year. Adjusted net loss was $37.9 million, or adjusted diluted loss per share of $1.57, as compared to an adjusted net income of $5.8 million, or adjusted diluted earnings per share of $0.22, in the prior year.

Full year 2019 adjusted EBITDA was $24.4 million, as compared to $57.5 million in the prior year. The decrease in adjusted EBITDA was primarily attributable to lower net sales and increased input cost inflation pressure, partially offset by improved productivity.

In December 2019, the Company successfully completed the replacement of its prior credit facility with a new $100 million asset-based facility. At December 31, 2019, the Company had cash and cash equivalents $27.1 million and long-term debt of $42.7 million.

While the Company is still completing its assessment of its internal control over financial reporting as of December 31, 2019, in its upcoming fiscal 2019 Annual Report on Form 10-K, it expects to report a material weakness in internal control. The weakness relates to information technology general controls around a specific type of customer rebate program that we use. As of the date of this release, there have been no misstatements identified in the financial statements as a result of these internal control deficiencies, and the Company expects to timely file its Form 10-K. Remediation efforts have begun, but the material weakness will not be considered remediated until the applicable controls operate for a sufficient period of time and we conclude through testing that the controls are operating effectively. We expect the remediation to be completed by the end of fiscal 2020.

**Multi-year Strategic Roadmap**

Following a comprehensive review of the business to improve the direction of Armstrong Flooring and with the full support of its Board of Directors, the Company has established a multi-year strategic roadmap to transform and modernize its operations to become a leaner, faster growing and more profitable business. The roadmap encompasses three critical objectives, including the expansion of sales through closer alignment with end customers, the simplification of operations and product offerings to compete more effectively, and the strengthening of its marketing capabilities, merchandising, and branding to further build upon the Company's leadership position in the resilient flooring industry.

The Company has implemented a new operating model to more effectively accomplish its three objectives under its multi-year roadmap. The operating model is entirely centered on strengthening the Company's connection with end customers and repositioning its culture for excellence by

- Placing the customer first by aligning services and products through a more seamless value chain

- Leading the industry in product innovation in both branded and private label opportunities

- Simplifying processes and operating complexity to become more competitive and efficient

- Realigning the go-to-market model to reach all relevant channels and customers

- Implementing system changes across the plant network to improve operations, drive down costs and reignite organic growth

- Investing thoughtfully with a returns-focused mindset, supported by an improved incentive structure

2

Exhibit 11
Page 159

The Company is confident that these actions will allow it to better navigate the rapidly expanding and evolving addressable resilient flooring market, while reversing many years of operational underperformance due to regression in multiple channels, a slow-turning product portfolio, underutilized assets and complex infrastructure.

The Company anticipates the benefits of its initiatives to be realized over a multi-year period. The Company anticipates 2020 to be a transitional year, with improvement in sales attributable to better volume and price / mix, helping to produce a higher gross profit margin. These improvements in 2020 will be offset by planned SG&A investments that are being made to help drive long-term growth. In addition, certain SG&A benefits in 2019 will not repeat in 2020, therefore adjusted EBITDA dollars and margin are expected to decrease significantly on a percentage basis in 2020 compared to 2019. Moving beyond 2020, the Company expects adjusted EBITDA to increase each year as accretive initiatives and investments drive meaningful benefits to results.

Mr. Vermette concluded, "We are pleased to unveil our strategic roadmap to simultaneously address the challenges impacting our business, while positioning ourselves to better serve all addressable customers. I am confident that our company will become more lean, agile and profitable with this customer-focused strategy to transform and modernize the way we do business. While 2020 will be a transitional year as we lay the foundation of our growth pillars, we look forward to advancing our strategy and delivering great value for our shareholders in the years ahead."

**Conference Call and Webcast**

The Company will hold a live webcast and conference call to review financial results, discuss its multi-year strategic roadmap and conduct a question-and-answer session on Tuesday, March 3, 2020 at 10:00 a.m. ET. The live webcast and accompanying slide presentation will be available in the Investors section of the Company's website at www.armstrongflooring.com. To participate in the call, please dial 877-407-0789 (domestic) or 201-689-8562 (international). A replay of the conference call will be available for 90 days, by dialing 844-512-2921 (domestic) or 412-317-6671 (international) and entering the passcode 13698199.

**About Armstrong Flooring**

Armstrong Flooring, Inc. (NYSE: AFI) is a leader in the design and manufacture of innovative flooring solutions. Headquartered in Lancaster, Pennsylvania, the Company safely and responsibly operates 8 manufacturing facilities globally, working to provide the highest levels of service, quality and innovation to ensure it remains as strong and vital as its 150-year heritage. Learn more at www.armstrongflooring.com.

**Forward Looking Statements**

Disclosures in this release and in our other public documents and comments contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Those statements provide our future expectations or forecasts and can be identified by our use of words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," "outlook," "target," "predict," "may," "will," "would," "could," "should," "seek," and other words or phrases of similar meaning in connection with any discussion of future operating or financial performance. Forward-looking statements, by their nature, address matters that are uncertain and involve risks because they relate to events and depend on circumstances that may or may not occur in the future. As a result, our actual results may differ materially from our expected results

Exhibit 11
Page 160

and from those expressed in our forward looking statements. A more detailed discussion of the risks and uncertainties that could cause our actual results to differ materially from those projected, anticipated or implied is included in our reports filed with the U.S. Securities and Exchange Commission. Forward-looking statements speak only as of the date they are made. We undertake no obligation to update any forward-looking statements beyond what is required under applicable securities law.

**Contact Information**

Investors:
Doug Bingham
SVP, Chief Financial Officer
717-672-9300
IR@armstrongflooring.com

Media:
Alison van Harskamp
Director, Corporate Communications
717-672-7545
aficorporatecommunications@armstrongflooring.com

4

Exhibit 11
Page 161

**Armstrong Flooring, Inc. and Subsidiaries**
**Consolidated Statements of Operations**
**(Dollars in millions except per share data)**
**(Unaudited)**

| | Three months ended December 31, | | Twelve months ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| Net sales | $ 141.3 | $ 153.8 | $ 626.3 | $ 728.2 |
| Cost of goods sold | 126.1 | 128.8 | 541.0 | 585.0 |
| Gross profit | 15.2 | 25.0 | 85.3 | 143.2 |
| Selling, general, and administrative expense | 36.2 | 41.6 | 146.4 | 160.6 |
| Operating (loss) | (21.0) | (16.6) | (61.1) | (17.4) |
| Interest expense | 1.7 | 1.9 | 4.4 | 4.8 |
| Other expense | 0.6 | 0.7 | 1.8 | 2.9 |
| (Loss) from continuing operations before income taxes | (23.3) | (19.2) | (67.3) | (25.1) |
| Income tax expense (benefit) | 4.6 | (4.3) | 1.6 | (6.0) |
| (Loss) from continuing operations | (27.9) | (14.9) | (68.9) | (19.1) |
| (Loss) earnings from discontinued operations | — | (2.3) | — | 9.9 |
| Gain (loss) on disposal of discontinued operations | 2.8 | (153.8) | 10.4 | (153.8) |
| Net earnings (loss) from discontinued operations | 2.8 | (156.1) | 10.4 | (143.9) |
| Net (loss) | $ (25.1) | $ (171.0) | $ (58.5) | $ (163.0) |
| Weighted average number of common shares outstanding - Basic | 21.9 | 26.0 | 24.1 | 26.0 |
| Basic (loss) per share of common stock | $ (1.14) | $ (6.57) | $ (2.42) | $ (6.27) |
| Weighted average number of common shares outstanding - Diluted | 21.9 | 26.0 | 24.1 | 26.0 |
| Diluted (loss) per share of common stock | $ (1.14) | $ (6.57) | $ (2.42) | $ (6.27) |

**Consolidated Balance Sheet**
**(Dollars in millions)**

| | December 31, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | | |
| Current Assets: | | |
| Cash | $ 27.1 | $ 173.8 |
| Accounts and notes receivable, net | 36.1 | 39.0 |
| Inventories, net | 111.6 | 139.5 |
| Other current assets | 10.7 | 18.6 |
| Total current assets | 185.5 | 370.9 |
| Property, plant, and equipment, net | 277.2 | 296.1 |
| Other non-current assets | 39.5 | 41.2 |
| **Total assets** | $ 502.2 | $ 708.2 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 104.4 | $ 141.4 |
| Short-term debt and current installments of long-term debt | 0.2 | 28.7 |
| Other current liabilities | — | 0.5 |
| Total current liabilities | 104.6 | 170.6 |
| Long-term debt | 42.5 | 70.6 |
| Postretirement benefit liabilities | 59.7 | 55.7 |
| Pension benefit liabilities | 16.0 | 11.3 |
| Other long-term liabilities | 11.1 | 9.0 |
| **Total liabilities** | 233.9 | 317.2 |
| **Total stockholders' equity** | 268.3 | 391.0 |
| **Total liabilities and stockholders' equity** | $ 502.2 | $ 708.2 |

5

Exhibit 11
Page 162

**Supplemental Reconciliations of GAAP to non-GAAP Results (unaudited)**

To supplement its consolidated financial statements presented in accordance with accounting principles generally accepted in the United States (GAAP), the Company provides additional measures of performance adjusted to exclude the impact of restructuring charges and related costs, impairments, the non-cash impact of the Company's U.S. pension plan, and certain other gains and losses. Free cash flow is defined as net cash from operating activities less purchases of property, plant and equipment. The Company uses these adjusted performance measures in managing the business, including in communications with its Board of Directors and employees, and believes that they can provide users of this financial information with meaningful comparisons of operating performance between current and prior periods. In addition, the Company has applied pro forma adjustments to its non-GAAP results for periods prior to completion of the sale of the Company's wood flooring business. These adjustments represent the elimination of certain shared costs that were formerly allocated to the divested wood flooring segment and are intended to reflect, on a pro forma basis, the retroactive elimination of these costs in accordance with the Company's ongoing cost optimization program which, when combined with certain payments under the Transition Services Agreement entered into with the purchaser, are expected to offset the impact of substantially all of these costs. The Company believes that these non-GAAP financial measures are appropriate to enhance understanding of its past performance, as well as its prospects for future performance. A reconciliation of these non-GAAP financial measures to the most directly comparable GAAP measures is included in this release and on the Company's website. These non-GAAP measures should not be considered in isolation or as a substitute for the most comparable GAAP measures. Non-GAAP financial measures utilized by the Company may not be comparable to non-GAAP financial measures used by other companies. The Company does not provide financial guidance for forecasted net income since certain items that impact net income are outside of our control and cannot be reasonably predicted. Therefore, the Company is unable to provide a reconciliation of its Adjusted EBITDA guidance to net income, the most comparable financial measure calculated in accordance with GAAP.

(Dollars in millions except per share data)

|  | Three Months Ended December 31, | |
|---|---|---|
|  | 2019 | 2018 |
| **Net (loss)** | ($ 25.1) | ($ 171.0) |
| Net (income) loss from discontinued operations | (2.8) | 156.1 |
| Interest expense | 1.7 | 1.9 |
| Other expense | 0.6 | 0.7 |
| Taxes | 4.6 | (4.3) |
| **Operating (loss)** | (21.0) | (16.6) |
| Depreciation and amortization | 15.5 | 11.2 |
| Expenses related to inventory write-downs | — | — |
| Expenses related to merchandizing write-downs | (0.1) | — |
| Expenses related to executive transition | 0.4 | — |
| Expenses related to cost reduction initiatives, special projects, and plant closures | 0.1 | 1.5 |
| U.S. pension expense | 0.7 | 0.9 |
| Pro forma adjustment for corporate expense | — | 4.8 |
| **Adjusted EBITDA** | ($ 4.3) | $ 1.8 |

6

Exhibit 11

Page 163

|  | Three Months Ended December 31, | | | |
|  | 2019 | | 2018 | |
|  | $ million | Per diluted share | $ million | Per diluted share |
|---|---|---|---|---|
| **Net income (loss)** | ($ 25.1) | ($ 1.14) | ($171.0) | ($ 6.57) |
| Expenses related to executive transition | 0.4 | | — | |
| Expenses related to merchandising write-downs | (0.1) | | — | |
| Expenses related to cost reduction initiatives, special projects, and plant closures, including accelerated depreciation | 4.8 | | 1.5 | |
| Pro forma adjustment for corporate expense | — | | 4.8 | |
| U.S. pension expense | 0.7 | | 0.9 | |
| Other expense | 0.6 | | 0.7 | |
| Tax impact of adjustments at statutory rate | (1.6) | | (2.0) | |
| Net (income) loss from discontinued operations | (2.8) | | 156.1 | |
| **Adjusted net (loss)** | ($ 23.1) | ($ 1.05) | ($ 9.0) | ($ 0.35) |

|  | Twelve Months Ended December 31, | |
|  | 2019 | 2018 |
|---|---|---|
| **Net (loss)** | ($ 58.5) | ($ 163.0) |
| Net (earnings) loss from discontinued operations | (10.4) | 143.9 |
| Interest expense | 4.4 | 4.8 |
| Other expense | 1.8 | 2.9 |
| Taxes | 1.6 | (6.0) |
| **Operating (loss)** | (61.1) | (17.4) |
| Depreciation and amortization | 50.7 | 44.7 |
| Expenses related to executive transition | 7.4 | — |
| Expenses related to inventory write-downs | 13.6 | — |
| Expenses related to merchandising write-downs | 5.9 | — |
| Expenses related to cost reduction initiatives, special projects, and plant closures | 5.2 | 7.5 |
| U.S. pension expense | 2.7 | 3.8 |
| Pro forma adjustment for corporate expense | — | 19.0 |
| **Adjusted EBITDA** | $ 24.4 | $ 57.5 |

7

Exhibit 11
Page 164

| | Twelve Months Ended December 31, | | | | |
| | 2019 | | | 2018 | |
| | $ million | Per diluted share | | $ million | Per diluted share |
|---|---|---|---|---|---|
| **Net (loss)** | ($ 58.5) | ($ 2.42) | | ($163.0) | ($ 6.27) |
| Expenses related to executive transition | 7.4 | | | — | |
| Expenses related to inventory write-downs | 13.6 | | | — | |
| Expenses related to merchandising write-downs | 5.9 | | | — | |
| Expenses related to cost reduction initiatives, strategic projects and plant closures, including accelerated depreciation | 9.8 | | | 7.5 | |
| Pro forma adjustment for corporate expense | — | | | 19.0 | |
| U.S. pension expense | 2.7 | | | 3.8 | |
| Other (income) & expense | 1.8 | | | 2.9 | |
| Tax impact of adjustments at statutory rate | (10.3) | | | (8.3) | |
| Net loss (earnings) from discontinued operations | (10.4) | | | 143.9 | |
| **Adjusted Net (Loss) Income** | ($ 37.9) | ($ 1.57) | | $ 5.8 | $ 0.22 |

Rows and columns may not foot due to rounding.

8

Exhibit 11
Page 165

# Exhibit 12

**S&P Global**
Market Intelligence

# Armstrong Flooring, Inc. NYSE:AFI
# FQ4 2019 Earnings Call Transcripts

## Tuesday, March 03, 2020 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.61) | (1.05) | NM | (0.64) | (1.22) | (1.57) | NM | (1.34) |
| Revenue (mm) | 142.25 | 141.30 | ▼(0.67 %) | 134.60 | 627.25 | 626.30 | ▼(0.15 %) | 615.75 |

Currency: USD
Consensus as of  Mar-03-2020 6:49 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2019 | (0.20) | (0.49) | NM |
| FQ2 2019 | 0.25 | 0.36 | ▲1 44.00 % |
| FQ3 2019 | 0.20 | (0.51) | NM |
| FQ4 2019 | (0.61) | (1.05) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 2:19-cv-09840-CAS-MRW     Document 68-1     Filed 08/17/20     Page 168 of 189
Page ID #:717

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................... | **3** |
| **Presentation** | .......................................................................... | **4** |
| **Question and Answer** | .......................................................................... | **12** |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Exhibit 12

Page 168

# Call Participants

## EXECUTIVES

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

**Michel S. Vermette**
*President, CEO & Director*

## ANALYSTS

**Justin A. Speer**
*Zelman & Associates LLC*

**Michael Robert Wood**
*Nomura Securities Co. Ltd.,
Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12

Page 169

# Presentation

**Operator**

Greetings. Welcome to Armstrong Flooring, Inc. Fourth Quarter 2019 and Business Update Earnings Call. [Operator Instructions] Please note, this conference is being recorded.

I would now like to turn the conference over to Doug Bingham, Chief Financial Officer. Thank you. You may begin.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Thank you for joining us today for our fourth quarter results and business strategy update conference call. I am joined by our President and CEO, Michel Vermette. We trust you have seen our press release this morning. Additionally, a copy of the slide presentation to accompany this call is available on the Investors section of our website, armstrongflooring.com.

I refer you to Slide 2 of that presentation and advise you that during this call, we will be making forward-looking statements that involve risks and uncertainties. Actual outcomes may differ materially from those expected or implied. For a more detailed discussion of the risks and uncertainties that may affect Armstrong Flooring, please review our SEC filings. Forward-looking statements speak only as of the date they are made and we undertake no obligation to update any forward-looking statement beyond what is required by applicable securities law. In addition, our discussion of operating performance will include non-GAAP financial measures within the meaning of SEC Regulation G. A reconciliation of these measures to the most directly comparable GAAP measures is included in the press release and in the appendix of this presentation.

On today's call, I will begin with a review of our quarter and full year performance. Michel and I will then discuss our new, long-term strategic road map, where we will provide a holistic update on our new operating model and our critical objectives underpinning the exciting path for our company moving forward.

We have begun to make significant changes in our business. Our fourth quarter results on Slide 5 set the stage for what we view as the hurdles to overcome through a range of initiatives in coming years. During the quarter, we faced pressure on multiple fronts while managing to perform in line with our expectations. Net sales were down compared to the prior year quarter due to several factors. We experienced share loss in some categories, particularly in residential, where we have the most work to do to better serve our customers' needs. Mix was adversely impacted by lower relative LVT sales. We will discuss today the factors in our control to more effectively gain back share and some of the positive signs we are already seeing from customers who have wanted Armstrong Flooring to succeed that have not been served appropriately. The decline in adjusted EBITDA was primarily due to lower net sales as well as higher manufacturing costs and other operating inefficiencies. This was partially offset by benefits from improved raw material sourcing.

Looking at our full year results on Page 6, we experienced unfavorable volumes and product mix throughout 2019. Roughly half of the decline in sales was attributable to increased channel stocking in 2018 as a result of anticipated tariff increases. This was further compounded by distributor challenges and share loss, particularly in residential. Full year adjusted EBITDA was impacted by lower net sales and higher input cost inflation pressure related to tariffs. These costs were partly offset by improved productivity and SG&A benefits. As a reminder, SG&A benefited from additional income associated with our transition service agreement from the sale of our Wood business as well as lower expense for incentive compensation.

Turning to free cash flow and liquidity on Slide 7. During 2019, we invested $29 million in CapEx and operating cash flow was modestly negative. While we effectively drove down working capital according to plan as we move through the year, the unusually steep first quarter outflow was difficult to fully overcome.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

Exhibit 12

Page 170

As a reminder, the timing of operating cash outflows over the past 2 years resulted in relatively strong free cash flow in 2018 compared to an outflow of free cash in 2019. In addition, we incurred roughly $13 million related to executive transitions and other nonrecurring cash costs. We ended the year with a strong balance sheet to support our strategy. In addition, in the fourth quarter, we completed the replacement of our prior credit facility with a new $100 million asset-based facility. This new credit structure provides us with better flexibility to invest in initiatives and growth opportunities that make sense for our business and align with our multiyear strategic road map. During the fourth quarter, we began to execute our plan to expand, simplify and strengthen our business to generate stronger performance and augment the trajectory of our long-term profitability.

I will now turn the call over to Michel to walk through our strategic business update and provide context behind the decisive actions that we are taking to help our company achieve its full potential in coming years.

## Michel S. Vermette
*President, CEO & Director*

Thank you, Doug, and good morning, everyone. Over the past 6 months, we have thoroughly reviewed our business and strategic direction. The plan we will detail today reflects both the areas of strength in the business that we believe we can build upon as well our diagnosis of the root causes of some of the most critical issues the business has faced that our plans seek to remedy.

We have already begun to execute on the multiyear plan announced today, this includes expanding our customer reach and modernizing our processes as well as optimizing our product portfolio and production footprint to better serve our end markets. And to do so more profitably, some examples of actions we already taken are: we announced that the National Floor Covering Association members and commercial national accounts will be serviced directly in Q2. We are investing in underserved sales segments. We had 2 people calling on hundreds of large builders and contractors. We had one person calling on commercial national accounts. We had one person dedicated to calling 13,000 independent retailers. We are in process of augmenting these resources and we expect to have quick payback on these SG&A investments. We have discontinued 20% of our SKUs since October 1. We are consolidating our commercial VCT from 3 to 2 plants and our felt sheet from 2 to 1 plant. We initiated a monetization process for noncore assets such as South Gate. We kicked off major productivity and quality improvements effort in our plans. We launched a review of our corporate headquarters and believe we can cut lease expense by over 60%. We have attracted a very good talent to augment our dedicated team in sales, product management, design and finance. We'll expand on these points today and provide additional color on our multiyear road map.

As we do it, it's important to keep in mind several factors. First, we're not starting from scratch. We are already gaining momentum from our early actions. The tremendous value behind the Armstrong Flooring brand allows us to reopen doors with customers that are not easily accessible to most. In addition, we have the people, products, footprint and relationships in place for initial execution. Second, there are a lot of obvious actions for us to take to change the direction. But to be clear, some will provide benefits sooner and others will come over several years. And finally, we do not believe our stock price reflects our plan and commitment to unlock the company's full potential as the leading Resilient flooring company. We understand that to earn the evaluation we deserve, we need to demonstrate a healthier mix of top line growth, gross profit and EBITDA margin improvement and improved cash conversion. Not only do I have full confidence in our ability to do so, we have aligned our incentive plans with sales, gross profit and stock price to help keep everyone focused to deliver on our objectives.

Slide 9 provides a high-level view of our company and represents our starting point. Having operated in the global flooring industry for over 2 decades, I am convinced there is tremendous value behind the Armstrong Flooring brand. As a Resilient-only company, we're positioned in the fastest-growing flooring categories, led by our largest category, LVT. We have a diversified manufacturing footprint, complemented by established sourcing relationships. Our mix of business today reflects our strong presence in residential renovation and overall commercial, with additional potential in residential new construction and underpenetrated commercial verticals like hospitality and corporate. We will discuss our growth pillars in all these areas and how we see our company evolving in the next several years.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12

Page 171

Moving to Slide 10. As an initial step, we have begun to implement our new operating model to get the company focused on expanding our customer reach and serving them in the way they desire. This aligned with our investment in sales, products, processes to get in front of customers. For many years, the company has been internally in short-term focused in nearly all aspects, leading to strained customer relationships and market share loss. That internal focus has restrained new product innovation and launches, especially in LVT. We have missed the industry shift to unbranded or private label opportunities that have effectively eroded our share. Our short-term focus caused us to miss major waves of innovation in LVT by introducing limited offering in rigid core and loosely and supporting them with very little working capital. In terms of operation, we still have significant complexities in our processes that are fit for a much larger company versus a company our size. Our go-to-market approach has put a lot of responsibility in our distributors and has given them roles that we are better suited for such as branding, marketing and also connectivity with large counts. Overall, we have been very cost-focused at the expense of missing profitable opportunities. That's partly attributable to our slow decision-making, where the approach has been very cautious versus taking required actions.

With all these factors in mind, we have developed our new operating model centered on our customers and how we can contribute to their success. Fortunately, we already have most of the capabilities to add value to our customers as an innovation leader but we have to embrace a mindset of being the first in the market and the cultural willingness to embrace change. We will continue building on our brand and our innovation will augment our position in the market as the Resilient authority. We will use our innovation in all channels, including in private label programs. We are simplifying our processes to fit the size of our company to become more agile, reliable and competitive. We are realigning our go-to-market model to operate in every channel to better reach underserved areas such as builder, multifamily and some key national and global accounts. We're approaching market opportunities from a mindset of profitable growth and generating returns. We are flattening our organization to streamline decision-making so that we can execute with speed. Our addressable market is expanding quickly and under our new operating model, we will position ourselves to lead the category.

With the backdrop of Slide 11, there are 5 key points we want you to take away from today. We have a large addressable market opportunity in both commercial and residential. We are well positioned in geographic markets and product categories. We have a clear understanding of our U.S. performance issues. We have a focused strategy to transform and modernize our business and we will become more agile, faster-growing and more profitable company.

On Slide 12, looking at North America, which is our largest market, the Resilient category has grown at a double-digit pace since 2015, led by LVT. In commercial, we operate in a $7 billion market. Our core products, including LVT, VCT and vinyl sheet directly touched $1.6 billion of that. LVT, in particular, is taking share from all categories and providing a strong alternative to carpet, rubber, linoleum and ceramic so the size of the Resilient commercial market is expanding rapidly. The North American residential market is about twice the size of commercial at roughly $13 billion. We directly operate in LVT, bundle sheet and vinyl tile, representing just over $3 billion of the market. Similar to commercial, LVT offers a highly competitive alternative to carpet with laminate and ceramic, expanding the Resilient market in residential as well. Our brand, Diamond 10 and other innovations, along with our domestic manufacturing, for faster service, provide a solid bedrock to build upon. We also have a robust non PVC offering that we're beginning to promote in more places, which is especially important to our commercial end users. And beyond North America, we have a global footprint to serve customers very well across Asia and Australia, which we have seen some of our strongest performing markets in recent years. Our execution has been inconsistent in the past but the foundation is still strong and the opportunity is meaningful.

Moving to our positioning on Slide 14. Looking at our products, we're going to focus on rebuilding the categories where we operate currently. We believe that being the expert in Resilient in every aspect is a significant advantage and allows us to dedicate our efforts to the fastest-growing flooring segment. We are clearly focused on growing our mix of LVT, but overall, we are in the right categories for a purely Resilient company, with all the related ancillary products to support total solutions for clients. We are well positioned within our markets and product categories. Our focus is to excel in the geographic markets across North America, Asia, Australia, where we operate today by expanding our channels. Penetrating deeper and investing in relationship, there is significant untapped potential in the market that we already

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12

Page 172

operate in. So that's our focus for the next 3 years. We're working to improve our product line and we are attracting great talent as we build out our sales team. At the same time, as I mentioned earlier, we need to be flexible with certain customers to include the right private label programs so we can maximize our appeal in the marketplace and adapt our offering to partners that have their own branding strategy.

On Slide 15, even with the growth of private label programs, our brand remains strong and desirable. We are encouraged by the continued recognition of Armstrong Flooring in the industry with a strong record of product and brand awards, backed by strong product performance and quality. As we consider the required actions to get our company back on sound footing, our strong industry reputation provides a solid launching pad to reopen doors and participate in new opportunities.

I discussed earlier, the limitations of our short-term cost-focused operating model. On Slide 17, I'll explain how those factors have directly contributed to our performance issues in the U.S. as reflected in our financial results in recent years. These company-specific performance challenges are also reflected in the current depressed valuation multiple, well below our peers. From all angles, it is clear that our previous strategy was not sustainable. The drivers of top and bottom line underperformance can be grouped into 4 key areas: regression in multiple channels; a slow turning product portfolio; underutilized assets; and complex infrastructure. Prior decisions to pull back sales and marketing efforts through the transfer of branding decisions to distributors, particularly in residential, have deteriorated our position in the market.

These actions have placed responsibility in distributors where they are not correctly equipped to represent us. This has put us further from the people that install the floors as well as the people that own the spaces and make final purchase decisions. In other cases, we have built relationships with end users but forcing them to go through distribution was not aligned with their needs as customer. The products that we have developed have largely been well received by the market but we have, unfortunately, been too slow to market and did not refresh them frequently enough. As an example, we have been, in many months, behind adopting new LVT technologies like WPC, loose lay and now Rigid Core. This is reflected in our sales performance, given that only 10% of our sales are coming from products we have launched in the past 24 months. That ratio based on cycle times and fashion in the flooring industry should be closer to twice that level, so there is significant opportunity for us to improve our launch process and to be more fashionable and relevant.

In our manufacturing, we have multiple production lines that are underutilized. We've already taken some steps to address this, but our overall manufacturing footprint needs to be rebalanced to better reflect the trends of our product categories. We will discuss this further and address some of these actions momentarily. When you look at our processes and infrastructure, it is clear that we are too complex. As an example, the fact that we still have multiple custom IT systems layered on top of SAP, some of which are over 20 years old. When we talk about modernization, as a clear example where self-help initiatives will last to process data uniformly, eliminate nonvalue-added activities, make decisions faster and implement actions efficiently to be more agile and responsive with customers. All in, we see significant opportunities to accelerate growth and improve profitability as we address these performance issues, which will improve our returns.

Moving to Slide 19, we have put in place the strategic framework to transform and modernize our business. We have 3 critical focus areas. First and foremost, we're being closer to our customers to expand our business. Second, we have started simplifying our product offering in our organization so we can become more competitive. And finally, we're putting in place or strengthening the many niche capabilities to compete at a higher level and make ourselves more appealing. Our new customer-oriented operating model will allow us to more effectively accomplish all 3 objectives.

On Slide 20, our expansion strategy is to gain share where we operate and significantly expand our presence in underserved markets. To reach more customers, we're adding direct sales representation to connect with large independent retailers, e-commercial contractors and national accounts on large flooring contracts. National and large regional customers expect to work directly with manufacturers on any sizable project. We have already begun to work directly to service some of these customers, such as the National Floor Covering Association membership and large customer -- commercial end users, and they are excited to partner with us. Along those same lines, the builder and multifamily channels have

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12
Page 173

changed significantly, with a group of large contractors performing an increasing amount of the installation services. Therefore, many builders have similar expectations of interacting directly with the manufacturer, as they operate in national or super-regional level.

We're ramping up our selling efforts to restore that direct connectivity in order to meet their needs and deliver on the larger scale. In big box and national accounts, these channels are getting more and more sophisticated with their supply chain. We need to be part of the discussion as they develop their long-term road maps so we can contribute to their success. We also need to work with our distribution network to ensure the selling variance is uniform across the country with the highest names our customers expect. Well-coordinated activities between AFI and our distributor network will create best-in-class customer experience and cost efficiency that will be hard for our competitors to replicate. Another expansion consideration is that there are some verticals that we do not touch directly such as hospitality, corporate or government due to the product offering, sourcing or marketing. All those verticals represent untapped upside potential for us.

Overall, due to our cost focus in recent years, we have dramatically underinvested in our marketing capabilities, digital tools, merchandising and brand awareness across the industry. Fortunately, we're still the #1 recognized brand in flooring, and the demand creation opportunities within our addressable markets are meaningful. It is our responsibility to energize the marketplace to make sure that the appeal of our brand goes to every demographic over the long term.

On Slide 21, the simplification and optimization of our business is a critical step for us to execute better throughout our organization. In regards to our product portfolio, we have the advantage of being an LVT, which is taking share from most other flooring categories. We also have 1/3 of our business in stable categories such as commercial sheet and residential tile, where we have opportunities to take share. In our mature categories such as VCT and residential sheet, the goal is to optimize our product and footprint to ensure that we can have a source of sustainable cash in order to fund our growth categories. We are in the right categories but we need to improve our weighting towards the faster-growing categories. This means we need to increase our SKU mix towards LVT and reduce the offering in our VCT and residential sheet products, which collectively represent almost half of our SKUS. This is important because this portfolio weighting has heavily influenced our working capital commitments and our allocation of our sales and marketing spend, which has not reflected the direction of the market. Going forward, our marketing, supply chain and design innovation will be weighted heavily towards the growing categories, and we will make sure that our marketing investments and capital investments are also in the same attractive categories. We expect our weighting to shift to LVT over the next 24 months as we eliminate costly and slow turning products. As mentioned earlier, we are off to a good start with 20% of our SKUs discontinued.

On Slide 22, our portfolio rebalancing is in line with the broader objective to refocus our resources to simplify processes and optimize operations. Our system needs significant work to integrate and make ourselves more agile. We believe that as we modernize ourselves over time, we can redeploy SG&A dollars into more productive selling efforts and brand building. Furthermore, at a customer level, there is significant opportunity for us to improve the ease of doing business with Armstrong Flooring. This not only through our go-to-market enhancements but also eliminating back and forth between departments, providing customers with a simplified pricing structure and digitizing the customer experience where possible to get our company up to industry standards, practices.

There's also additional overhead that can be addressed, such as our headquarters, where we can reduce our lease costs and use those savings to invest in the business or just make ourselves more profitable. There are also opportunities in our manufacturing footprint. It's important to note that each of our 6 domestic plants produce a different range of products and certain capabilities that some plants still makes sense within our broader facility network. We're going through the process one by one, evaluating every component of each plant, searching for the best use case or value for -- to the company.

In line with that, as announced in November, we consolidated all of our felt sheet production to 1 facility to improve our cost profile. As previously disclosed, we are addressing -- monetizing our South Gate facility land portfolio in California as the demographics of that region have become more favorable in recent years. In addition to these actions, we're consolidating our commercial VCT from 3 plants to 2 plants in

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**8**

Exhibit 12

Page 174

ARMSTRONG FLOORING, INC. FQ4 2019 EARNINGS CALL | MAR 03, 2020

Mississippi and Illinois. All options remain on the table to optimize the footprint in the long term, so we can make ourselves more efficient.

On Slide 23, our third pillar is to strengthen the core of our organization. This slide is a direct reflection of the migration of our company from an internally focused model to the customer-centric model. The essential takeaway is that we are revamping and modernizing all processes, work stream, product designs, productivity and culture to raise the bar and ability to service customers. These investments will allow us to redeploy funding to our customer-facing areas and drive further growth.

On Slide 24, we have an exciting pipeline of innovative products that we need to bring to market faster. As mentioned, we are focused on leading the industry being nimble and getting paid for the products that customers want. We're innovating where we believe we can create value for our customers while generating strong returns. In addition to aesthetics appeal, features such as acoustic and air quality are attracting attention in every flooring category. Non-PVC alternatives are gaining traction. We're listening to the customers and we're working to meet their evolving flooring needs. This is a critical step to rebalancing our product portfolio for growth. Recent examples include Rejuvenations Restore, which has been well received in the health care industry for its sound and wellness benefits and we look forward to more launches in coming quarters.

On Slide 25, I'd like to talk to you how we align organization to successfully follow the road map. We have a lot of exciting opportunities and it's critical that we put in place the right incentive structure to reinforce the changes necessary to drive shareholder value. Our annual incentive programs will now be tied to delivery of sales and gross profit, which is where the biggest challenge has been in recent years. We will also require minimum adjusted EBITDA to ensure that we execute investment prudently. Profitable growth will be foundation of our earnings, which would improve our valuation and, accordingly, long-term incentive targets, which now include substantial share price improvements to restore the company to a more appropriate level. These are the right measures to put in place to ensure that our management team is focused on creating long-term shareholder value.

And now I'll turn the call over to Doug to review our near-term financial summary and detail our path to become a leaner, faster-growing and more profitable company.

## Douglas B. Bingham
*Senior VP, CFO & Treasurer*

Thank you, Michel. I'll begin with the revenue drivers to support our road map on Slide 27. And as we look to reengage with our customers to drive top line growth, there are several factors that we have taken into account. First, we have established relationships in key commercial verticals, where we will continue to invest. In addition, we will partner with major customers such as the builder multifamily channel to deliver the consistent services they need to run their businesses. Finally, all of these customers already know and trust Armstrong Flooring, so it is important that we stay current in our product offering and time to market. It all comes down to providing the best products and services that our customers want and we believe this will enable us to grow sales.

Looking at Slide 28, our incremental direct sales model will come with higher margins but there are other initiatives we will execute on to improve our gross profit. First, as Michel mentioned earlier, we have taken action at 2 plants to consolidate production and increase our utilization. We also began a strategic assessment of our South Gate facility to explore monetizing that asset. In addition, as we discussed on our last earnings call, we are working to update our pricing approach. This is a sensitive topic for competitive reasons but at a high level, we are reducing complexity for both our customers and ourselves. We are simplifying our product offering in declining categories, particularly residential sheet and VCT, which will allow us to run our plants more efficiently and raise customer satisfaction. Finally, we are developing new logistics capabilities to better serve our customers. In many cases, our current logistics approach is based on capabilities that are outdated and the technological developments in that space provide us with the opportunity to simultaneously improve our service levels, reliability, feed and grow margins. When we benchmark ourselves with the competition, we believe that AFI has a long way from the gross margin that a business with our brand recognition and commercial mix should have. Our improvement plan focuses on realizing that significant potential.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12

Page 175

Turning to SG&A on Slide 29, to facilitate the various improvements we have discussed, we are looking to make several key investments. First, we need to put the right sales team in place that can serve our existing customers as well as direct accounts that we don't currently do business with. We also need to invest wisely in marketing our brand, especially with younger generations, where there is a significant market opportunity. Our business transformation will be helped by 2 important factors. First, we are looking to reduce the lease expense for our corporate headquarters. Second, we have aligned our incentive structure to focus on profitable growth, so that we can set the foundation for enhanced margins.

Furthermore, as we mentioned previously, many of our processes and systems are old and inefficient, which not only increases costs but also adds complexity. One implication is that our control environment is very complex. And as you will see in our 10-K filing, we identified and reported a material weakness in internal controls related to information technology general controls around a specific type of customer rebate program that we use. I can tell you that there have been no misstatements identified in the financial statements as a result of these internal control deficiencies. Remediation efforts have begun but the material weakness will not be considered remediated until the applicable controls operate for a sufficient period of time and we conclude through testing that the controls are operating effectively. We expect the remediation to be completed by the end of fiscal 2020. As we modernize our systems and processes, we expect this will further improve our control environment and allow us to capture operating efficiencies, helping us to more effectively manage costs.

In regard to working capital and CapEx on Slide 30, there are a few key areas we are focused on. First, as we discussed earlier on the call, we are looking to reduce inventory in declining categories and build inventory in growing categories. We also expect to increase our receivables as we sell more product directly to retailers and contractors, in some cases, with longer terms than our current average. We are also looking to initiate targeted capital investments in areas such as recycling capabilities to meet customer needs and reduce cost as well as back-end systems to enable greater operating efficiencies.

We expect to facilitate these key investments in 2 ways. First, we are looking to monetize noncore assets such as the South Gate facility we mentioned earlier. Also, we have closed on a new $100 million ABL facility, which will provide us with improved operating flexibility to invest where we need to in order to grow our business.

Looking at our financial path forward on Slide 31, the challenges we are facing have been building over time and we know that it will require a lot of hard work to improve our results. We have already begun to take action in some areas, like improving the reach and capabilities of our sales team. The reaction of large residential and commercial customers have been very positive. Accordingly, in 2020, we expect to see improvements in our top line for both volume and price mix as well as improvements in gross profit margin. These improvements will be offset in 2020 by the investments required to create a long-term growth engine. In addition, certain 2019 SG&A benefits that we discussed on our previous call will not repeat in 2020. Therefore, we expect a significant percentage decline in our adjusted EBITDA dollars and margin in 2020 compared to 2019.

As we continue to make meaningful progress on our initiatives, the benefits will grow and we expect our EBITDA dollars to be higher in 2021 than 2019, driven by top line growth and productivity generated by our actions. We also expect that our EBITDA margin will improve in 2021 compared to 2019 and each year thereafter as accretive initiatives and investments drive meaningful benefits to results. Given our current low valuation, it will be important that we improve the fundamental health and trajectory of the company. And this will be reflected in top line and gross profit improvements. We will be judicious in our pace of investments and pay particular attention to cash usage. We expect to consume cash over the next 2 years. However, we believe that we can monetize noncore assets to help fund our growth initiatives. As we move into 2022 and beyond, we expect to once again generate positive free cash flow as we restore EBITDA to healthy levels.

I'll highlight some factors to keep in mind for the first quarter. The 2019 SG&A benefits that I referenced earlier, totaled around $20 million, with roughly 2/3 of that in the first half of 2019 and 1/3 in the second half of 2019. Separately, we directly serve the China market and also have portions of our supply chain in Asia. The coronavirus epidemic is truly tragic and we are doing all we can to keep our regional employees

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

safe. Based on what we know so far in the first quarter of 2020, we expect to see a $6 million to $8 million unfavorable impact to sales and a $2 million to $3 million adverse EBITDA impact due to lower sales in China. Beyond the first quarter, we are likely to experience some supply chain disruptions for our U.S. operations, with some but not all of our suppliers, having started production again. Transportation is improving and our own plant is running but not yet at full capacity since all our employees have not yet returned. We are working to find alternative products in the U.S. market, which should help to offset part of the impact. That said, the full coronavirus impact to our 2020 performance will depend on the magnitude and duration of this epidemic, which remains unclear.

Like any business transformation, we expect that there will be challenges along the way. And it is important for us to stay focused on creating long-term shareholder value rather than managing to the quarter. Accordingly, beginning in 2020, we will no longer provide annual guide ranges as we have in the past. Instead, we will provide an update on the key metrics that are important to delivering our strategic plan. In closing, we believe the steps we are taking should create enhancements that will allow us to drive value for our shareholders in coming years.

With that, I'll now turn the call back over to Michel for closing remarks on Slide 32.

## Michel S. Vermette
*President, CEO & Director*

Thank you, Doug. We have provided you with a clear road map for our company in coming years. It begins with repositioning our culture for constant improvement and empowerment. To reiterate the core enhancement of our new operating model, we are putting the customer first by aligning our services to meet their needs in the ways they want. We are realigning our go-to-market model to operate in every channel, to better reach underserved areas such as builder, multifamily and some key national and global accounts. Becoming an industry leader in product innovation to differentiate the Armstrong Flooring brand while carefully evaluating our participation in unbranded or private label opportunities. Simplifying our processes to fit the size of our company to become more competitive and efficient. Implementing system changes across our plant network that allow us to improve our operations, drive down costs and reignite organic growth. And finally, in investing thoughtfully with a return-focused mindset supported by an improved incentive structure.

We are confident these actions will bring stronger performance to our organization in the coming years and should allow to generate greater value for our shareholders in the future. In conclusion, and to reinforce the key points we want you to take away from today's call, we believe we are laying a sturdy foundation to build on our growth pillars of expanding, simplifying and strengthening our business in the years ahead. We have a large and addressable market opportunity in the commercial and residential flooring spaces, combined with solid positioning in attractive geographies and product categories and a market-leading brand. I'm confident that our company will become leaner, more agile and more profitable through our multiyear road map to transform and modernize the way we do business. With the full support of the Board, our team is highly aligned with our long-term plan and incentives to get it done. Thank you, again, for joining us today, and we look forward to updating you on our progress during our next quarterly call.

Operator, please open the lines for questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from Michael Wood with Nomura Instinet.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Thanks for outlining the strategic plan. On that topic, can you talk about the CapEx and SG investment that's needed as well as just management capacity in general? It sounds like you're doing a lot and I've seen companies in the past move too quickly and suffering some short-term disruption. So just if you can talk about how you're going to manage all these changes to ensure the relationships remain steady.

**Michel S. Vermette**
*President, CEO & Director*

So Mike, thank you for the question. This is Michel. I'll take the management bandwidth one. I think we have a key set of priorities listed, to your point. I think we're going through a process of triage, what makes sense and what does not make sense and we're going off priorities. Obviously, engaging with customers is right on top of that. And I think that's to correct our top line growth and our gross margin growth. So those are, first and foremost, I would say there's a lot of -- we're doing a lot of things, but also -- and everything also ties together to support the go-to-market. So we're hopeful and we like also the early feedback we're getting on those activities. But we're very conscious of that and watching that carefully to make sure we put our energies on the areas that have the most impact, so -- and we'll adjust accordingly. So we're very much on top of that all the way through. And we brought in some new talent also that helps us execute in these areas. So we're complementing the team with the right skill set to execute these activities.

So I'll turn it over to Doug for the SG&A and capital component.

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Yes, Mike, as we think about where we're going to invest, clearly, the top line has been the challenge historically and that's what we want to focus on in driving some improvement there in the gross profit, which is why the SG&A increases that we've been talking about have really been focused in the go-to-market space, places where we can get a quick payback. We're cognizant of the constraints that we have, both for time and money on these investments, and so we're being judicious in the way that we pace them. The same goes for CapEx. Michel and I look at each capital project as it comes up and make that decision of, "Is this something that is going to have a quick payback for us? Or is this something that we need to delay until a future date?"

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Okay. And as you've reached out, like you talked about in prior calls to distributors to help shape your plan, can you just share with us some of the top feedback that you received in terms of what they were asking for to help stabilize or improve wallet distribution?

**Michel S. Vermette**
*President, CEO & Director*

We've had very candid conversation with our distributors. I must say, I'm very happy with their support of some of the decisions. They do realize in some areas, we -- they were not participating and we were not participating in our prior go-to-market strategy. So they've been -- as we've been very open with them, they've been very supportive in this area.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ARMSTRONG FLOORING, INC. FQ4 2019 EARNINGS CALL | MAR 03, 2020

Also, I'm happy to say that as we're introducing new products, they have been supportive and making commitments to stock in this area. So I think -- and the other piece is we made some key investments in people, in products that they recognize and know, and they're encouraged by what we're doing product-wise. I think, let's face it, for them and us, overall, having a great product line helps cures a lot of challenges. So they're very happy in the direction we're taking on the product side, in particular.

But we keep evolving. We keep discussing with them things we can help each other. And I think we're both mutually really important to each other, so we need to be accretive and supportive of that and I look forward to what we can accomplish this year and the years to come.

**Michael Robert Wood**
*Nomura Securities Co. Ltd., Research Division*

Great. Just if I can sneak one more in, when -- I know it's early but when your strategy is complete, do you have any sense, at this point, in terms of what you'd be targeting for a longer-term EBIT margin goal?

**Michel S. Vermette**
*President, CEO & Director*

I think there's been this question on the company of when we reach a 10%-plus EBITDA, and I think I mentioned earlier in the previous call, I'm totally convinced that can be done. That better. We have some issues we need to fix now. We're addressing those. But there's nothing limiting us from doing that. But unfortunately, that hasn't been the path of the company in the past. And we're addressing that, and that can definitely be done or better.

**Operator**

Our next question is from Justin Speer with Zelman & Associates.

**Justin A. Speer**
*Zelman & Associates LLC*

I just wanted to make sure I understood the answer to the previous question. In terms of the SG&A investment growth versus 2019 required in your strategic plan for 2020, can you give us some kind of a baseline to think about for the initiatives? Because recognizing that I know there's a lot of moving parts, but the headcount initiatives that you have, what kind of SG&A investment growth are you expecting year-over-year?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

We're not providing specific details on the magnitude. What I will tell you is that the SG&A investments that we make will be self-funding this year. So as we add additional sales folks or other roles like that, we expect that we'll have gross margin improvement to offset the cost.

**Justin A. Speer**
*Zelman & Associates LLC*

Okay. And then in terms of the drive towards LVT and your mix of business, just what will be required from a sourcing standpoint to drive towards that improved mix there, recognizing that you do produce flexible LVT internally?

**Michel S. Vermette**
*President, CEO & Director*

We do. So we produce flex, and that's definitely with the current circumstances in the marketplace. That's a big plus. We also have key relationships outside of China that we're leveraging to bring product in also. So I think it's going to be a combination of rigid and loose line to go through. So we have the opportunity to do some of that here soon. So we're working through that. And I think that's making sure we're using our assets for the most profitable type products.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12

Page 179

And I think the other thing we're doing, we're also investing in working capital. When we started this process, we adjusted some inventory levels of areas we were not participating in the way we should. And so we have made some net working capital investment starting in the fourth quarter, and that will help us for the rest of this year also. So we started adjusting that mix in the fourth quarter, which will benefit us for 2020.

**Justin A. Speer**
*Zelman & Associates LLC*

Okay, okay. And then in terms of, I guess, in terms of the cash generation expectations, and I know you're looking for outlays in the next couple of years possibly. But what are the leverage requirements of your refinance credit facility? Just give us a sense for any risks there that we need to be aware of?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

The ABL structure is really tied more to availability -- remaining availability on the facility. So it's a $100 million facility. And as is standard with a lot of these asset-based loans, if you get to the point where you've used all but 15% or somewhere in that range, that's where it becomes problematic.

**Justin A. Speer**
*Zelman & Associates LLC*

Right. And then last question for me, just the near- and intermediate-term impact to your portfolio from the removal of Click LVT tariffs. And separately, maybe help us understand what went to your math on the coronavirus impact?

**Douglas B. Bingham**
*Senior VP, CFO & Treasurer*

Sure. So the impact of the exclusion on the Click products, it's got kind of a 2-pronged effect. One is that we've been able to recognize lower import costs but then we've also turned around to our customers and provided that benefit back to them. So we're still working through the exact details, and this program is scheduled according to the administration to end in August. So we'll kind of have to see how that dynamic plays out.

So on the coronavirus, what we've seen is that our China operations were down for an extended period, given government restrictions on travel, our plant is now up and running, not at full capacity, but up and running. And so the overall Chinese economy, there's not a lot of construction activity going on right now, obviously. And so that's where we've seen the main impact. As I mentioned earlier, we do expect that there will be some impact to sourcing product into the U.S. from China. We're still working with our suppliers to understand where they're at and their ramp-ups and when we can start getting product. And in the meantime, we're looking at domestic alternatives that we can sell in the marketplace to help our customers meet the needs and deadlines that they have.

**Michel S. Vermette**
*President, CEO & Director*

And I would add that transportation is a key issue. We've been fortunate that our team have secured sailings, and we are getting product from both our vendors and our facility, so that's definitely a positive. The team has done a great job dealing with that challenge. So we're staying on top of it daily and focused on it. And -- but the team has responded very, very well under difficult circumstances.

**Operator**

[Operator Instructions] We have no further questions at this time. I would like to turn the conference back over to Michel for closing remarks.

**Michel S. Vermette**
*President, CEO & Director*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

14

Exhibit 12

Page 180

Thank you, everyone, for joining us today. We appreciate your interest in Armstrong Flooring, and we look forward to updating you in the next chapter of Armstrong Flooring on future calls. Thank you very much.

**Operator**
Thank you. This does conclude today's conference. You may disconnect your lines at this time, and thank you for your participation.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Exhibit 12

Page 181

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

Exhibit 12

Page 182

# Exhibit 13

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a)
of the Securities Exchange Act of 1934**

_____

Filed by the Registrant  ☒        Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material Pursuant to §240.14a-12

# ARMSTRONG FLOORING, INC.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than Registrant)**

Payment of Filing Fee (check the appropriate box):

☒    No fee required.

☐    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

     (1)      Title of each class of securities to which transaction applies:

     (2)      Aggregate number of securities to which transaction applies:

     (3)      Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

     (4)      Proposed maximum aggregate value of transaction:

     (5)      Total fee paid:

☐    Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

     (1)      Amount Previously Paid:

     (2)      Form, Schedule or Registration Statement No.:

     (3)      Filing Party:

     (4)      Date Filed:

Exhibit 13

Page 184



ARMSTRONG FLOORING, INC.
2500 COLUMBIA AVENUE, P.O. BOX 3025
LANCASTER, PA 17603

www.armstrongflooring.com

April 24, 2019



Thomas M. Armstrong
Founder 1860

# 2019 ANNUAL MEETING OF STOCKHOLDERS

Dear Stockholders:

We look forward to your attendance virtually via the Internet or by proxy at the 2019 Armstrong Flooring, Inc. Annual Stockholders' Meeting. We will hold the meeting at 9:00 a.m. Eastern time on Tuesday, June 4, 2019.

Please refer to the proxy statement for detailed information on each of the matters to be acted on at the meeting. Your vote is important, and we strongly urge you to cast your vote. We encourage you to vote promptly, even if you plan to attend the meeting via the Internet.

On behalf of your Board of Directors, thank you for your continued support of Armstrong Flooring.

Very truly yours,

Larry S. McWilliams
Chair of the Board

Exhibit 13
Page 185

**Armstrong FLOORING**

# NOTICE OF 2019 ANNUAL MEETING OF STOCKHOLDERS

| | |
|---|---|
| **Time and Date** | 9:00 a.m. Eastern time on Tuesday, June 4, 2019 |
| **Attendance** | Via the Internet at *www.virtualshareholdermeeting.com/AFI2019* |
| **Record Date** | April 8, 2019 |

Notice is hereby given that a meeting of the stockholders of Armstrong Flooring, Inc. (the "Company") will be held virtually, via the Internet at *www.virtualshareholdermeeting.com/AFI2019* , on Tuesday, June 4, 2019 at 9:00 a.m. Eastern time (the "Annual Meeting") for the following purposes:

1.  To elect eight (8) director nominees named in the accompanying Proxy Statement to serve one-year terms expiring at the 2020 Annual Meeting of Stockholders;

2.  To hold a non-binding, advisory vote to approve the compensation of the Company's named executive officers;

3.  To ratify the selection of KPMG LLP as the Company's independent registered public accounting firm for 2019; and

4.  To transact such other business that may properly come before the Annual Meeting or any adjournments or postponements thereof.

Only stockholders of record at the close of business on April 8, 2019 are entitled to notice of, and to vote at, the Annual Meeting, and any adjournments or postponements thereof.

By Order of the Board of Directors.

*[signature]*

Christopher S. Parisi
Senior Vice President, General Counsel & Secretary

April 24, 2019

YOUR VOTE IS IMPORTANT. We urge you to cast your vote promptly, even if you plan to attend the Annual Meeting via the Internet. You may vote via the Internet, by telephone, or, if you have received a printed version of these proxy materials, by mail. See "QUESTIONS & ANSWERS" on page 1 of the Proxy Statement for further information. Instructions on how to attend and participate via the Internet are posted at *www.virtualshareholdermeeting.com/AFI2019* . Stockholders may vote and submit questions while attending the meeting via the Internet.

---

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF
PROXY MATERIALS FOR THE ANNUAL MEETING
TO BE HELD ON JUNE 4, 2019:**

The Notice of Annual Meeting, Proxy Statement and
the Company's 2018 Annual Report are available at www.proxyvote.com.

---

Exhibit 13
Page 186

# COMPENSATION DISCUSSION AND ANALYSIS

In this section, we provide a detailed description of our compensation programs, including the underlying philosophy and strategy, the individual elements, the methodology and processes used by the Board and the Management Development and Compensation Committee ("the Committee") to make compensation decisions, and the relationship between AFI performance and compensation delivered in fiscal year 2018. The discussion in this Compensation Discussion and Analysis ("CD&A") focuses on the compensation of our CEO, individuals serving in the role of CFO, and the next three most highly compensated senior executives for the fiscal year 2018. These individuals, referred to as AFI's named executive officers ("NEOs'), were:

- Donald R. Maier, President and CEO

- Ronald D. Ford, Senior Vice President and CFO (resigned effective January 4, 2019)

- Dominic C. Rice, Chief Product Officer and Senior Vice President, Global Operations

- Christopher S. Parisi, Senior Vice President, General Counsel, Secretary & COO

- John C. Bassett, Senior Vice President, Human Resources

We seek to pay our senior executives fairly and competitively and to link pay with performance. Each NEO's total compensation is targeted to the market median, while actual compensation is linked to performance. The main elements of our compensation program are base salary, a short-term cash incentive award under our Annual Incentive Plan ("AIP"), and long-term incentive ("LTI") equity-based grants. To facilitate the link between NEO compensation and company performance, a significant portion of our senior executives' target compensation is performance-based. We emphasize compensation opportunities that reward our senior executives when they deliver targeted financial results and drive stockholder value. For fiscal year 2018, incentive compensation (composed of AIP and LTI awards) accounted for approximately 79% of Mr. Maier's total target direct compensation (base salary, AIP awards and LTI awards) and approximately 72% of the average total target direct compensation of the other NEOs.



## EXECUTIVE SUMMARY

### *Our Business*

We are a global leader in the design and manufacture of floors. As of December 31, 2018, we operated nine plants and had approximately 1,800 employees worldwide. For more information about our business, please see "Business" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Annual Report on Form 10-K filed with the SEC.

### *Our 2018 Business Performance*

I n December 2018, the Company completed the previously announced sale of its wood flooring business. 2018 performance goals include the wood flooring business since it was not sold or classified as a discontinued operation until the end of the fourth quarter. Figures below include total Company results.

Our 2018 EBITDA performance of $71 million was higher than 2017 performance of $65 million but slightly below our $75 million target, resulting in a 2018 AIP payout below target. EBITDA (Earnings before interest, taxes, depreciation, and amortization) is a non-GAAP measure. We define EBITDA as (i) operating income, plus (ii) depreciation and amortization, plus (iii) noncash pension expense. Please see Annex A for a reconciliation of the non-GAAP measure to the most directly comparable GAAP measure.

Exhibit 13
Page 187

The underperformance was primarily due to continued strong inflationary pressures combined with volume declines in portions of our legacy portfolio.

While disappointing, we believe that management took a number of important steps to revitalize our portfolio and drive the business during 2018:

- We successfully sold the wood flooring business for $90 million of net proceeds, subject to a customary working capital adjustment in the first quarter of 2019.  We also incurred a $154 million loss in connection with this sale.   This strategic change will allow us to focus exclusively on the resilient products, including the rapidly growing LVT category.
- In connection with the sale of the wood flooring business, we refinanced our outstanding debt and extended the maturity to 2023.
- LVT sales grew at double-digit rates, with meaningful growth in manufactured products with Diamond 10 ® Technology, as well as sourced products, such as our Rigid Core products.
- We continued product innovation, including the expansion of our Diamond 10 ® Technology to vinyl composition tile, which reduces total cost of ownership for commercial applications by 40%.
- In early 2018, we implemented a plan to empower distributors in residential markets, allowing them to better customize marketing programs to local needs.  In line with this change, we shifted our focus to commercial markets, where our scale and reach allow us to improve our market position with national accounts and contractors.
- We delivered strong productivity results in our manufacturing plants, which, coupled with price, partially offset intense inflationary pressures.

We believe that these changes will enhance our competitive position and position us to achieve both our medium and long-term goals.

### *Our 2018 Executive Compensation Objectives and Actions*

The Committee reviews and makes decisions about senior executive compensation, including the amount of base salary, AIP awards and LTIP awards made to our NEOs.  The Committee takes into account our financial and business results, individual performance and competitive data and balances short-term goal achievement with long-term shareholder value.   In light of these considerations, the Committee made the following executive compensation decisions in fiscal year 2018:

- Continued to emphasize the use of performance-based equity incentives so that the achievement of target compensation for our senior executives correlates with strong performance for AFI and our stockholders.
- Set target incentive levels for the 2018 AIP at 110% of base salary for the CEO and a range of 50% to 70% of base salary for the other NEOs.
- Established the 2018 performance goals for our AIP, including target adjusted EBITDA (a non-GAAP measure) of $75 million, consistent with our Board-approved business plan.  These performance goals were calculated consistently with the way in which our publicly disclosed non-GAAP financial measures were calculated.  (See Annex A for more information about our non-GAAP financial measures, including a reconciliation to GAAP.)
- Approved fiscal year 2018 AIP payouts at 87.5% of target, based on 2018 adjusted EBITDA performance result of $71 million (95% of target performance).
- Approved payouts for the 2016-2018 performance-based awards ("PSAs") and performance-based units ("PSUs") awards at 15.6% of target for Tier I participants (Messrs. Maier and Rice) and at 31.1% of target for Tier II participants (Messrs. Parisi and Bassett) based on the cumulative three year EBITDA and free cash flow ("FCF") performance (a non-GAAP measure that is described and reconciled in Annex A, with a total shareholder return ("TSR") modification applied to the Tier I participants.
- In January 2018, granted special retention time-based restricted stock units ("RSUs") to our NEOs. These special RSU grants are intended to retain our NEO talent during a challenging time for the Company, as we shift our residential marketing and merchandising responsibilities to our distributors while focusing our resources to drive growth with national retail and commercial customers. These special RSUs vest 50% on the second anniversary of the grant date and 50% on the third anniversary of the grant date, subject to continued employment.
- Granted annual LTI awards to our NEOs after considering our compensation philosophy and the Committee's assessment of individual performance and expected future contributions. Our NEOs have a significant percentage of their total compensation linked to performance-based compensation elements, specifically the LTI grants. The form of each annual LTI award was 100% PSUs for our NEOs.
- Provided Mr. Rice with a monthly stipend of $2,200 beginning February 1, 2018 and ending December 31, 2018 to recognize the expansion of his role to include Marketing, Product Management and Research and Development.  The

22

Exhibit 13
Page 188

Committee reviewed Mr. Rice's salary as part of the Committee's annual review of executive compensation in early 2019.

• Reviewed and approved a revised peer group to replace one peer group company.

We believe that the fiscal year 2018 compensation of our senior executives was aligned with AFI's fiscal year 2018 results. Our compensation policies have enabled us to attract talented and experienced senior executives. We believe that these policies have benefited AFI since the separation from AWI and will position us for growth in future years.

*Investor Outreach*

We seek regular engagement with investors in order to communicate our strategy and solicit feedback from the investment community. The Company periodically discusses feedback, including key themes and other insights gained from the investor outreach meetings, at the Company's Board and Committee meetings, as appropriate. The Board, as well as the management team, values the perspectives of our investors as it helps us to understand and evaluate the effectiveness of o ur investor communications. We also engage a third party consultant to obtain independent feedback from our investors.

Additionally, the Committee takes into consideration the results of the annual advisory vote on the Company's executive compensation program. At the 2018 Annual Meeting, approximately 94% of the Company's stockholders who voted expressed their approval of the compensation of the Company's named senior executives. ValueAct Capital, our largest stockholder, representing approximately 18% of our outstanding shares is represented on our Board.

In furtherance of our stockholder engagement program, in December 2018, we invited our top stockholders representing, in the aggregate, approximately 41% of our outstanding shares to participate in discussions regarding executive compensation, environmental, social and governance matters. Members of our management, including representatives from our Compensation, Investor Relations and Sustainability teams met with a sub-set of the top stockholders to discuss their expectations and ensure that our compensation program is fully understood by them and aligned to their expectations. We discussed our approach to executive compensation programs, stockholder views on the program design and the most recent revisions to our compensation plans. We also received insight regarding stockholder views concerning evolving areas of sustainability, social and environmental risk.

We believe that we have strong alignment between business strategy and compensation design and that our incentive plan metrics align with our business strategy, as further discussed below. We regularly analyze our practices to ensure we remain a leader in executive compensation best practices and remain aware of investor concerns.

## OUR EXECUTIVE COMPENSATION PROGRAM PHILOSOPHY AND OBJECTIVES

Our long-term success and growth depend on attracting and retaining highly capable global business leaders with the experience and skills to deliver our strategy in a volatile and changing market environment.  Thus, our executive compensation programs are designed to attract, motivate and retain those high-quality leaders. In developing and maintaining our executive compensation program, the Committee focuses on the following key objectives:

• Align executive interests with stockholders' interests to maximize long-term stockholder value;

• Create a strong link between pay and performance by placing a significant portion of compensation ''at risk'' based on performance against pre-established goals; and

• Structure sufficiently competitive compensation packages globally, to enable access to high-quality executives in a highly competitive talent environment.

23

Exhibit 13

Page 189