UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CHUPA, Individually
and on behalf of all others similarly
situated,

              Plaintiff,

        v.

ARMSTRONG FLOORING, INC.,
MICHEL VERMETTE, DONALD
MAIER, LARRY McWILLIAMS,
DOUGLAS BINGHAM, DOMINIC
RICE, and RONALD FORD,

              Defendants.

CASE NO.: 2:19-cv-09840 CAS (MRWx)

**[PROPOSED] ORDER
GRANTING REQUEST FOR
INCORPORATION BY REFERENCE
AND JUDICIAL NOTICE**

[PROPOSED] ORDER

The Court, having considered the Request for Incorporation by Reference and Judicial Notice in Support of the Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws by Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams and Dominic Rice (the "Request") and all papers filed in support thereof and in opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

IT IS SO ORDERED.

Dated:  _____, 2020.

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER