David Kistenbroker (*admitted pro hac vice*)
david.kistenbroker@dechert.com
Joni S. Jacobsen (*admitted pro hac vice*)
joni.jacobsen@dechert.com
Melanie C. MacKay (*admitted pro hac vice*)
melanie.mackay@dechert.com
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile: (312) 646-5858

Anna Do (No. 281327)
anna.do@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendant Ronald Ford*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-09840-CAS<br><br>**DEFENDANT RONALD FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT  FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: December 7, 2020<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D – 8th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 7, 2020 at 10:00 a.m., or the nearest available date on which counsel may be heard, before the Honorable Christina A. Snyder in Courtroom 8D of the above-referenced Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Ronald Ford will, and hereby does, present for hearing by the Court this Motion to Dismiss Plaintiff's Amended Complaint for Violations of the Federal Securities Laws and Memorandum in Support (the "Motion").

The Motion seeks dismissal with prejudice of the Amended Complaint for Violations of the Federal Securities Laws for failure to state a claim against Defendant Ronald Ford. The Motion is filed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and 15 U.S.C. §§ 78u-4 *et seq.*, and is based upon all pleadings and papers filed in this action, all matters of which this Court may take judicial notice, and such additional papers and arguments as may be presented at or in connection with the hearing.

The Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 10, 2020.

Dated:  August 17, 2020

Respectfully submitted,
DECHERT LLP

/s/ David Kistenbroker \_\_\_
David Kistenbroker
Joni S. Jacobsen
Melanie C. MacKay
Anna Do

1

DEFENDANT RONALD FORD'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT