David Kistenbroker (*admitted pro hac vice*)
david.kistenbroker@dechert.com
Joni S. Jacobsen (*admitted pro hac vice*)
joni.jacobsen@dechert.com
Melanie C. MacKay (*admitted pro hac vice*)
melanie.mackay@dechert.com
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile: (312) 646-5858

Anna Do (No. 281327)
anna.do@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendant Ronald Ford*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> ARMSTRONG FLOORING, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-09840-CAS <br><br> **DECLARATION OF DAVID H. KISTENBROKER IN SUPPORT OF DEFENDANT RONALD FORD'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT  FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> Judge: Hon. Christina A. Snyder <br> Hearing Date: December 7, 2020 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 8D – 8th Floor |

**I, DAVID H. KISTENBROKER hereby declare that:**

1.      I am a member in good standing of the Bar of Illinois and the Bar of New York, and a partner at the law firm of Dechert LLP. I have been admitted pro hac vice for purposes of representing Defendant Ronald Ford in this matter.

2.      I make this Declaration in support of Mr. Ford's Motion to Dismiss the Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the USTR Announcement titled "USTR Finalizes Tariffs on $200 Billion of Chinese Imports in Response to China's Unfair Trade Practices" dated September 18, 2018 and Tariff List dated September 17, 2018.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Armstrong Flooring, Inc.'s Form 10-K filed March 5, 2019 for the fiscal year ending December 31, 2018.

I declare under penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated:  August 17, 2020                 Respectfully submitted,
                                        DECHERT LLP


                                        /s/ David Kistenbroker ___
                                        David Kistenbroker
                                        Joni S. Jacobsen
                                        Melanie C. MacKay
                                        Anna Do

DECLARATION OF DAVID KISTENBROKER IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT