David Kistenbroker (*admitted pro hac vice*)
david.kistenbroker@dechert.com
Joni S. Jacobsen (*admitted pro hac vice*)
joni.jacobsen@dechert.com
Melanie C. MacKay (*admitted pro hac vice*)
melanie.mackay@dechert.com
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile: (312) 646-5858

Anna Do (No. 281327)
anna.do@dechert.com
DECHERT LLP
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

*Attorneys for Defendant Ronald Ford*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>Defendants. | Case No. 2:19-cv-09840-CAS<br><br>**[PROPOSED] ORDER  GRANTING DEFENDANT RONALD FORD'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT  FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: December 7, 2020<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D – 8th Floor |

This matter, having come before the Court upon the Motion of Defendant Ronald Ford, by and through his respective counsel, for an Order dismissing Plaintiff's Amended Complaint for Violations of the Federal Securities Laws. Having considered all written submissions and arguments of counsel in support of and in opposition of the Motion, and for good cause shown,

IT IS on this _____ day of _____, 2020,

ORDERED that Ronald Ford's Motion to Dismiss is hereby GRANTED; and it is further

ORDERED that Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

_____
The Honorable Christina A. Snyder
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS