SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DAVID A. SCHWARZ, Cal. Bar No. 159376
dschwarz@sheppardmullin.com
JOHN M. LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
CHUNG H. CHAN, Cal. Bar. No. 328854
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for DONALD MAIER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | Case No. 2:19-cv-09840-CAS<br><br>**NOTICE OF MOTION AND JOINDER, MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS, AND JOINDER IN DEFENDANTS ARMSTRONG FLOORING, INC., MICHEL VERMETTE, LARRY MCWILLIAMS, AND DOMINIC RICE'S MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE;**<br><br>The Hon. Christina A. Snyder<br><br>Hearing Date: December 7, 2020<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D<br><br>[*Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith, [Proposed] Order Granting Motion to Dismiss and [Proposed] Order Granting Request for Judicial Notice lodged concurrently herewith*] |

-1-

SMRH:4833-8110-1256.2

DEFENDANT MAIER'S NOTICE OF MOTION AND JOINDER
MOTION TO DISMISS AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 7, 2020 at 10:00 a.m., or the nearest available date on which counsel may be heard, before the Honorable Christina A. Snyder in Courtroom 8D of the above-referenced Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Donald Maier will, and hereby does, present for hearing by the Court this Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (the "Motion").

The Motion seeks dismissal with prejudice of the Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint" or "AC") brought by Lead Plaintiff Randy Marker ("Plaintiff") for failure to state a claim upon which relief may be granted.  The Motion is filed pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) and 15 U.S.C. §§ 78u-4 *et seq.*, and is based on the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, all pleadings and papers filed in this action, all matters of which this Court may take judicial notice, and such additional papers and arguments as may be presented at or in connection with the hearing.

The Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 10, 2020.

PLEASE TAKE FURTHER NOTICE that Defendant Donald Maier will, and hereby does, join in Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams, and Dominic Rice's ("AF") Motion to Dismiss Amended Complaint for Violation of Federal Securities Law, and AF's Request for Incorporation by Reference and Judicial Notice.

-2-

SMRH:4833-8110-1256.2

DEFENDANT MAIER'S NOTICE OF MOTION AND JOINDER
MOTION TO DISMISS AMENDED COMPLAINT

DATED: August 17, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By

                 */s/David A. Schwarz*
DAVID A. SCHWARZ
JOHN M. LANDRY
CHUNG H. CHAN

Attorneys for DONALD MAIER

SMRH:4833-8110-1256.2

DEFENDANT MAIER'S NOTICE OF MOTION AND JOINDER
MOTION TO DISMISS AMENDED COMPLAINT

<u>CERTIFICATE OF SERVICE</u>

At the time of service, I was over 18 years of age and not a party to this action.  On August 17, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2020, at Torrance, California.

/s/Elisabeth Walters
Elisabeth Walters

SMRH:4833-8110-1256.2

-4-

DEFENDANT MAIER'S NOTICE OF MOTION AND JOINDER
MOTION TO DISMISS AMENDED COMPLAINT