SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DAVID A. SCHWARZ, Cal. Bar No. 159376
dschwarz@sheppardmullin.com
JOHN M. LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
CHUNG H. CHAN, Cal. Bar. No. 328854
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for DONALD MAIER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | Case No. 2:19-cv-09840-CAS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DONALD MAIER'S MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>[*Notice of Motion and Joinder, Memorandum of Points and Authorities, Request for Judicial Notice filed concurrently herewith, [Proposed] Order Granting Request for Judicial Notice lodged concurrently herewith*]<br><br>The Hon. Christina A. Snyder<br><br>Hearing Date:    December 7, 2020<br>Hearing Time:   10:00 a.m.<br>Courtroom:       8D |

-1-

PROPOSED ORDER RE DEFENDANT MAIER'S
MOTION TO DISMISS AMENDED COMPLAINT

## [PROPOSED] ORDER

Defendant Donald Maier's Motion to Dismiss Amended Complaint for Violations of Federal Securities Laws pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure came on regularly for hearing on December 7, 2020 before the Honorable Christina A. Snyder, United States District Judge, in Courtroom 8D of the above-entitled Court. The Court considered the moving and opposing papers, the reply, the pleadings in this action, any oral argument, and all other matters presented.

The court hereby **GRANTS** Defendant Donald Maier's Motion to Dismiss. The Amended Complaint against Mr. Maier is dismissed with prejudice, and without leave to amend.

**IT IS SO ORDERED.**

Dated:

                                   Hon. Christina A. Snyder
                                   United States District Judge

-2-

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action.  On August 17, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2020, at Torrance, California.

/s/Elisabeth Walters
Elisabeth Walters

-3-

SMRH:4846-5747-6808.1

PROPOSED ORDER RE DEFENDANT MAIER'S MOTION TO DISMISS AMENDED COMPLAINT