SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DAVID A. SCHWARZ, Cal. Bar No. 159376
dschwarz@sheppardmullin.com
JOHN M. LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
CHUNG H. CHAN, Cal. Bar. No. 328854
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398

Attorneys for DONALD MAIER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | Case No. 2:19-cv-09840-CAS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DONALD MAIER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>The Hon. Christina A. Snyder<br><br>[*Notice of Motion and Joinder, Memorandum of Points and Authorities, Request for Judicial Notice filed concurrently herewith, [Proposed] Order Granting Motion to Dismiss lodged concurrently herewith*]<br><br>The Hon. Christina A. Snyder<br><br>Hearing Date:   December 7, 2020<br>Hearing Time:   10:00 a.m.<br>Courtroom:   8D |

-1-

# [PROPOSED] ORDER

Defendant Donald Maier has filed a Request for Judicial Notice in support of his Motion to Dismiss the Amended Complaint for Violations of Federal Securities Laws.  This court, having considered Mr. Maier's Request for Judicial notice, and all other papers and evidence submitted in opposition and reply, hereby GRANTS Mr. Maier's request.  The following matters are judicially noticed by the court:

1.    **Exhibit 1:** a true and correct excerpt of the Federal Register, Volume 83, No. 137, containing a notice from the Office of the United States Trade Representative ("U.S.T.R."), dated July 17, 2018, available at https://www.govinfo.gov/content/pkg/FR-2018-07-17/pdf/2018-15090.pdf.

2.    **Exhibit 2:** a true and correct copy of an announcement from the U.S.T.R.'s official website, titled "USTR Finalizes Tariffs on $200 Billion of Chinese Imports in Response to China's Unfair Trade Practices," dated September 18, 2018, available at https://ustr.gov/about-us/policy-offices/press-office/press-releases/2018/september/ustr-finalizes-tariffs-200.

3.    **Exhibit 3**: a true and correct excerpt of the Federal Register, Volume 83, No. 243, containing a notice from the U.S.T.R., dated December 19, 2018, available at https://www.govinfo.gov/content/pkg/FR-2018-12-19/pdf/2018-27458.pdf.

4.    **Exhibit 4:** a true and correct excerpt of the Federal Register, Volume 84, No. 43, containing a notice from the U.S.T.R., dated March 5, 2019, available at https://www.govinfo.gov/content/pkg/FR-2019-03-05/pdf/2019-03935.pdf.

5.    **Exhibit 5:** a true and correct excerpt of the Federal Register, Volume 84, No. 90, containing a notice from the U.S.T.R., dated May 9, 2019, available at https://www.govinfo.gov/content/pkg/FR-2019-05-09/pdf/2019-09681.pdf.

**IT IS SO ORDERED.**

Dated:

Hon. Christina A. Snyder
United States District Judge

-3-

CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action.  On August 17, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2020, at Torrance, California.

/s/Elisabeth Walters
Elisabeth Walters

-4-