LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
  Melanie J. Grindle, (Bar No. 311047)
  *melanie.grindle@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

*Attorneys for Defendant Douglas Bingham*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | Case No. 2:19-CV-09840-CAS-MRW<br><br>**DEFENDANT DOUGLAS BINGHAM'S NOTICE OF JOINDER IN (1) MOTION TO DISMISS AND (2) RELATED REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**<br><br>Date:  December 7, 2020<br>Time:  10 a.m.<br>Judge:  Hon. Christina A. Snyder<br>Dept.:  8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Douglas Bingham, by and through his undersigned counsel, hereby joins in the Motion to Dismiss the Amended Complaint (the "Armstrong Motion") and the accompanying Request for Incorporation by Reference and Judicial Notice, filed by Defendants Armstrong Flooring, Inc., Michael Vermette, Larry McWilliams, and Dominic Rice.  *See* ECF Nos. 67, 68.  As explained in the Armstrong Motion and accompanying papers, as well as Mr. Bingham's concurrently filed motion to dismiss, the Amended Complaint fails to state a claim and thus should be dismissed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b).

Dated: August 17, 2020

LATHAM & WATKINS LLP

By: /s/ Michele D. Johnson
Michele D. Johnson

Michele D. Johnson
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax: (714) 755-8290

Colleen C. Smith
Melanie J. Grindle
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California  92130
Tel:  (858) 523-5400
Fax: (858) 523-5450

Attorneys for Defendant Douglas Bingham