LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
  Melanie J. Grindle, (Bar No. 311047)
  *melanie.grindle@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

*Attorneys for Defendant Douglas Bingham*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | Case No. 2:19-CV-09840-CAS-MRW<br><br>**DEFENDANT DOUGLAS BINGHAM'S NOTICE OF MOTION TO DISMISS**<br><br>Date:   December 7, 2020<br>Time:   10 a.m.<br>Judge:  Hon. Christina A. Snyder<br>Dept.:  8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 7, 2020 at 10:00 a.m., or the nearest available date on which counsel may be heard, before the Honorable Christina A. Snyder in Courtroom 8D of the above-referenced Court, located at 350 W. First Street, Los Angeles, CA 90012, Defendant Douglas Bingham will, and hereby does, move to dismiss the Amended Complaint for Violations of the Federal Securities Laws. As explained more fulsomely in Defendant Bingham's accompanying memorandum of points and authorities, as well as the Motion to Dismiss filed by Defendants Armstrong Flooring, Inc., Michael Vermette, Larry McWilliams, and Dominic Rice (*see* ECF No. 67) which Defendant Bingham joins in full, the Amended Complaint fails to state a claim and thus should be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b).

Defendant Bingham's motion is based on the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, all matters of which this Court may take judicial notice, and such additional papers and arguments as may be presented at or in connection with the hearing.

The Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 4, 2020.

Dated: August 17, 2020            LATHAM & WATKINS LLP

By: /s/ Michele D. Johnson
Michele D. Johnson

Michele D. Johnson
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

Colleen C. Smith
Melanie J. Grindle
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California  92130
Tel:  (858) 523-5400
Fax: (858) 523-5450

Attorneys for Defendant Douglas Bingham