# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,

Defendants.

Case No. 2:19-CV-09840-CAS-MRW

**[PROPOSED] ORDER GRANTING DEFENDANT DOUGLAS BINGHAM'S MOTION TO DISMISS**

Date:   December 7, 2020
Time:   10:00 a.m.
Judge:  Hon. Christina A. Snyder
Dept.:  8D

US-DOCS\117392298

On August 17, 2020, Defendant Douglas Bingham filed a Motion to Dismiss the Amended Complaint and joined in the concurrently filed Motion to Dismiss the Amended Complaint filed by Defendants Armstrong Flooring, Inc., Michael Vermette, Larry McWilliams, and Dominic Rice.

The Court, having considered the parties' motions to dismiss, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, and all other arguments and evidence submitted, HEREBY ORDERS that Defendant Bingham's Motion to Dismiss is GRANTED, and the claims brought against Defendant Bingham are DISMISSED.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Christina A. Snyder
U.S. District Court Judge