LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
  Melanie J. Grindle, (Bar No. 311047)
  *melanie.grindle@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

*Attorneys for Defendant Douglas Bingham*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY MCWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD, <br><br> Defendants. | Case No. 2:19-CV-09840-CAS-MRW <br><br> **DEFENDANT DOUGLAS BINGHAM'S NOTICE OF JOINDER TO THE REPLY IN SUPPORT OF THE MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Date:  December 7, 2020 <br> Time:  10 a.m. <br> Judge:  Hon. Christina A. Snyder <br> Dept.:  8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Douglas Bingham, by and through his undersigned counsel, hereby joins in the Reply in Support of the Motion to Dismiss the Amended Complaint (the "Armstrong Reply") filed by Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams, and Dominic Rice. *See* ECF No. 85.  As explained in the Armstrong Reply and Mr. Bingham's concurrently filed reply in support of the motion to dismiss, as well as the parties' opening briefing (*see, e.g.*, ECF Nos. 67, 68, 80, 81), the Amended Complaint fails to state a claim and thus should be dismissed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4.

Dated: November 2, 2020                    LATHAM & WATKINS LLP

By: /s/ Colleen C. Smith
      Colleen C. Smith

Michele D. Johnson
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax: (714) 755-8290

Colleen C. Smith
Melanie J. Grindle
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California  92130
Tel:  (858) 523-5400
Fax: (858) 523-5450

*Attorneys for Defendant Douglas Bingham*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

US-DOCS\118543337

CASE NO. 2:19-CV-09840-CAS-MRW
DEFENDANT DOUGLAS BINGHAM'S
NOTICE OF JOINDER TO REPLY

1