PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

ROBERT A. FUMERTON (*pro hac vice*)
robert.fumerton@skadden.com
CHRISTOPHER R. FREDMONSKI (*pro hac vice*)
christopher.fredmonski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000

Attorneys for Defendants Armstrong Flooring, Inc.,
Michel Vermette, Larry McWilliams and Dominic Rice

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | CASE NO.: 2:19-cv-09840 CAS (MRWx)<br><br>Judge:  Christina A. Snyder<br>Am. Complaint Filed:  July 2, 2020<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION REQUESTING THE COURT VACATE HEARING ON MOTIONS TO DISMISS CURRENTLY SET FOR DECEMBER 7, 2020** |

Lead Plaintiff Randy Marker ("Plaintiff") and Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams, Dominic Rice, Donald Maier, Douglas Bingham and Ronald Ford ("Defendants" and, with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on November 15, 2019, Plaintiff Michael Chupa filed the complaint in the above-captioned action (the "Action"), a putative class action arising under the Securities Exchange Act of 1934, including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, against Defendants (ECF No. 1);

WHEREAS, on March 2, 2020, the Court appointed Plaintiff as Lead Plaintiff and Bernstein Liebhard LLP as Lead Counsel (ECF No. 44);

WHEREAS, on July 2, 2020, Plaintiff filed his Amended Complaint for Violations of the Federal Securities Laws (ECF No. 57) (the "Complaint");

WHEREAS, on August 17, 2020, Defendants filed four separate motions to dismiss the Complaint and noticed a hearing on their motions for December 7, 2020 (ECF Nos. 67, 70, 72 and 81) (the "Motions to Dismiss");

WHEREAS, on November 30, 3020, the Parties reached an agreement-in-principle to settle the Action and/or resolve it with respect to all Parties;

WHEREAS, the Parties agree that, in light of their agreement-in-principle to settle the Action, the hearing currently scheduled for December 7, 2020 on Defendants' Motions to Dismiss should be taken off calendar;

WHEREAS, the Parties further agree that, in light of their agreement-in-principle to settle the Action, Defendants' Motions to Dismiss should be withdrawn without prejudice to their resubmission if necessary in the future;

WHEREAS, the Parties are in the process of reducing the agreement-in-principle to a long-form, written settlement agreement;

WHEREAS, the Parties therefore request that the Court set a deadline for Plaintiff to file a motion for preliminary approval of the settlement 45 days after the Court's Order granting this Joint Stipulation, likely sometime in mid-January 2021;

WHEREAS, the Parties anticipate that Plaintiff will notice the preliminary approval hearing on a normal noticed motion schedule where the preliminary approval hearing will likely take place in late February or March 2021; and

WHEREAS, the Parties further anticipate that, at the preliminary approval hearing, the Court will set a date for a final approval hearing, taking into account the mandatory notice period required by the Class Action Fairness Act, 28 U.S.C. § 1715 *et seq.*

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 7-1, by and between the undersigned counsel for the undersigned Parties, subject to Court approval, as follows:

1. The hearing on Defendants' Motions to Dismiss currently scheduled for December 7, 2020 is off calendar.

2. Defendants' Motions to Dismiss are withdrawn without prejudice to their resubmission in the future as necessary.

3. The deadline for Plaintiff to file a motion for preliminary approval of any settlement is 45 days from the date of the Court's Order granting this Joint Stipulation.

DATED:   December 1, 2020

            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

            By: */s/ Peter B. Morrison*
                Peter B. Morrison (SBN 230148)
                Zachary M. Faigen (SBN 294716)
                300 South Grand Avenue, Suite 3400
                Los Angeles, California 90071-3144
                Telephone:  (213) 687-5000
                Facsimile:   (213) 687-5600
                peter.morrison@skadden.com
                zack.faigen@skadden.com

                Robert A. Fumerton (*pro hac vice*)
                Christopher R. Fredmonski (*pro hac vice*)
                One Manhattan West
                New York, New York 10001
                Telephone:  (212) 735-3000
                Facsimile:   (212) 735-2000
                robert.fumerton@skadden.com
                christopher.fredmonski@skadden.com

Attorneys for Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams and Dominic Rice

*I, Peter B. Morrison, attest that all other signatories below, and on whose behalf this filing is also submitted, concur in the filing's content and have authorized the filing.*

THE WAGNER FIRM

By: */s/ Avi Wagner*
Avi Wagner (SBN 226688)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
avi@thewagnerfirm.com

BERNSTEIN LIEBHARD LLP
Stanley D. Bernstein (*pro hac vice* forthcoming)
Michael S. Bigin (*pro hac vice*)
Laurence J. Hasson (*pro hac vice*)
Matthew E. Guarnero (*pro hac vice* forthcoming)
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
bernstein@bernlieb.com
bigin@bernlieb.com
lhasson@bernlieb.com
mguarnero@bernlieb.com

Attorneys for Lead Plaintiff Randy Marker and Lead Counsel for the Proposed Class

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
Colleen C. Smith (SBN 231216)
Melanie J. Grindle (SBN 311047)
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
colleen.smith@lw.com
melanie.grindle@lw.com

Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
michele.johnson@lw.com

Attorneys for Defendant Douglas Bingham

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ David A. Schwarz*
David A. Schwarz (SBN 159376)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
dschwarz@sheppardmullin.com

John M. Landry (SBN 194374)
Chung H. Chan (SBN 328854)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
jlandry@sheppardmullin.com
chungchan@sheppardmullin.com

Attorneys for Defendant Donald Maier

DECHERT LLP

By: */s/ David H. Kistenbroker*
David H. Kistenbroker (*pro hac vice*)
Joni S. Jacobsen (*pro hac vice*)
Melanie C. MacKay (*pro hac vice*)
35 West Wacker Drive, Suite 3400
Chicago, Illinois 607601
Telephone: (312) 646-5800
Facsimile: (312) 646-5858
david.kistenbroker@dechert.com
joni.jacobsen@dechert.com
melanie.mackay@dechert.com

Anna Do (SBN 281327)
633 West 5th Street, Suite 4900
Los Angeles, California 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
anna.do@dechert.com

Attorneys for Defendant Ronald Ford