UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL CHUPA, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 2:19-cv-09840 CAS (MRWx)

Judge:  Christina A. Snyder
Am. Complaint Filed:  July 2, 2020

**[PROPOSED] ORDER VACATING HEARING ON MOTIONS TO DISMISS CURRENTLY SCHEDULED FOR DECEMBER 7, 2020**

[PROPOSED] ORDER

This matter comes before the Court on the Parties' Notice of Settlement and Joint Stipulation Requesting the Court Vacate Hearing on Motions to Dismiss Currently Set for December 7, 2020 (the "Stipulation"). Having considered the Stipulation and good cause appearing therefore:

The Court GRANTS the Stipulation and ORDERS the following:

1.     The hearing on Defendants' Motions to Dismiss currently scheduled for December 7, 2020 is off calendar.

2.     Defendants' Motions to Dismiss are withdrawn without prejudice to their resubmission in the future as necessary.

3.     The deadline for Plaintiff to file a motion for preliminary approval of any settlement is 45 days from the date of this Order.

IT IS SO ORDERED.

DATED:

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE