1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHAEL CHUPA, Individually and        )   CASE NO.: 2:19-cv-09840 CAS (MRWx)
     on behalf of all others similarly situated,  )
12                                           )   Judge:  Christina A. Snyder
                          Plaintiff,         )   Am. Complaint Filed:  July 2, 2020
13                                           )
              v.                             )   [~~PROPOSED~~] ORDER VACATING
14                                           )   **HEARING ON MOTIONS TO DISMISS**
     ARMSTRONG FLOORING, INC.,               )   **CURRENTLY SCHEDULED FOR**
15   MICHEL VERMETTE, DONALD                 )   **DECEMBER 7, 2020**
     MAIER, LARRY McWILLIAMS,                )
16   DOUGLAS BINGHAM, DOMINIC                )
     RICE, and RONALD FORD,                  )
17                                           )
                          Defendants.        )
18   _____        )

19

20         This matter comes before the Court on the Parties' Notice of Settlement and Joint

21   Stipulation Requesting the Court Vacate Hearing on Motions to Dismiss Currently Set for

22   December 7, 2020 (the "Stipulation"). Having considered the Stipulation and good cause

23   appearing therefore:

24         The Court GRANTS the Stipulation and ORDERS the following:

25         1.    The hearing on Defendants' Motions to Dismiss currently scheduled for

26   December 7, 2020 is off calendar.

27         2.    Defendants' Motions to Dismiss are withdrawn without prejudice to their

28   resubmission in the future as necessary.

_____

                          [PROPOSED] ORDER

1    3.    The deadline for Plaintiff to file a motion for preliminary approval of any

2  settlement is 45 days from the date of this Order.

3    IT IS SO ORDERED.

4

5  DATED: December 1, 2020

6    HONORABLE CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28