**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for*
*Lead Plaintiff Randy Marker*

(*Additional Counsel on signature page*)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>Hearing Day: Feb. 22, 2021<br>Hearing Time: 10:00 AM |

**PLEASE TAKE NOTICE** that on February 22, 2021, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, Lead Plaintiff Randy Marker will move this Court for an entry of the proposed Preliminary Approval Order: (i) preliminarily approving the Settlement; (ii) holding that the manner and forms of notice satisfy due process and provide the best notice practicable under the circumstances, and ordering that Notice be provided to the Settlement Class; (iii) setting a date for the Settlement Hearing at least 145 days after the Court grants the relief sought in this motion; (iv) appointing Strategic Claims Services as Claims Administrator; (v) preliminarily certifying the Settlement Class; and (f) granting such other and further relief as may be required.

Defendants do not oppose this motion.

Dated: January 15, 2021                Respectfully submitted,

                                             THE WAGNER FIRM

                                             /s/*Avi Wagner*
                                             Avi Wagner (Cal Bar. No. 226688)
                                             1925 Century Park East, Suite 2100
                                             Los Angeles, CA 90067
                                             Telephone: 310-491-7949
                                             Facsimile: 310-694-3967
                                             Email: avi@thewagnerfirm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BERNSTEIN LIEBHARD LLP
Michael S. Bigin (admitted *pro hac vice*)
Laurence J. Hasson (admitted *pro hac vice*)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:bigin@bernlieb.com
lhasson@bernlieb.com

*Counsel for Lead Plaintiff Randy Marker and Lead Counsel for Proposed Settlement Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 15, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2021, at Los Angeles, California.

          *s/ Avi Wagner*
          Avi Wagner