**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for Lead Plaintiff Randy Marker*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>    vs.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>        Defendants. | Case No.:  2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF AVI WAGNER IN SUPPORT  LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS,  AND APPROVAL TO PROVIDE NOTICE TO THE CLASS**<br><br>Judge:   Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>Hearing Day: Feb. 22, 2021<br>Hearing Time: 10:00 AM |

I, Avi Wagner, pursuant to 28 U.S.C. § 1746, declare:

1.    I am an attorney admitted to this Court.  I am the managing partner of the Wagner Firm.  I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of the Settlement Class, Approval of the Plan of Allocation, and Approval to Provide Notice to the Class.

2.    Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| **Exhibit 1** | The Stipulation of Settlement dated January 15, 2020 |
| **Exhibit 2** | Firm Resume of Bernstein Liebhard LLP |
| **Exhibit 3** | Firm Resume of the Wagner Firm |
| **Exhibit 4** | Laarni T. Bulan et al, *Securities Class Action Settlements: 2019 Review and Analysis* |

DECLARATION OF AVI WAGNER IN SUPPORT  LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF  SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS,  AND APPROVAL TO PROVIDE NOTICE TO THE CLASS– Case No. 2:19-cv-09840-CAS

1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15nd day of January, 2021, in Los Angeles, California.


*s/ Avi Wagner*
Avi Wagner

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 15, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2021, at Los Angeles, California.

*s/ Avi Wagner*
Avi Wagner