UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-9840-CAS(MRWx) | Date | February 22, 2021 |
|---|---|---|---|
| Title | *MICHAEL CHUPA v. ARMSTRONG FLOORING, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Avi Wagner<br>Michael Bigin<br>Stanley Berstain | Colleen Smith<br>Joni Jacobsen<br>Melanie MacKay<br>Zachary Faigen<br>Robert Fumerton |

**Proceedings:** TELEPHONE HEARING RE: PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL TO PROVIDE NOTICE TO THE CLASS (Filed 01/15/2021)[93]

Hearing held by telephone and counsel are present. The Court confers with counsel, as stated on the record. The Court grants preliminary approval of settlement, preliminary certification of settlement class and approval to provide notice to the class. The Court sets the final approval hearing on **July 19, 2021**, at **10:00 A.M.** Plaintiff's counsel shall submit a completed revised order forthwith.

|  | 00 | : | 06 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |