**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for*
*Lead Plaintiff Randy Marker*

(*Additional Counsel on signature page*)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**NOTICE OF LEAD COUNSEL'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>Hearing Day: July 19, 2021<br>Hearing Time: 10:00 AM |

**PLEASE TAKE NOTICE** that on July 19, 2021, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, pursuant to Rule 54(d)(2) and Rule 23(h) of the Federal Rules of Civil Procedure, Lead Counsel will move this Court for payment of attorneys' fees and expenses.

Dated: June 14, 2021

Respectfully submitted,

THE WAGNER FIRM

/s/*Avi Wagner*
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com

BERNSTEIN LIEBHARD LLP
Michael S. Bigin (admitted *pro hac vice*)
Laurence J. Hasson (admitted *pro hac vice*)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:bigin@bernlieb.com
lhasson@bernlieb.com

*Counsel for Lead Plaintiff Randy Marker and Lead Counsel for Proposed Settlement Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 14, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2021, at Los Angeles, California.

                                                    *s/ Avi Wagner*
                                                  Avi Wagner