# EXHIBIT 1

DocuSign Envelope ID: BD40173B-9A20-4BF0-88E7-6D807BAF7420

**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
*Liaison Counsel for Randy Marker*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER,  LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE and RONALD FORD, <br><br> Defendants. | Case No.:  2:19-cv-09840-CAS <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LEAD PLAINTIFF RANDY MARKER** |

00607190;V2

DocuSign Envelope ID: BD40173B-9A20-4BF0-88E7-6D807BAF7420

I, Randy Marker, am above the age of 18 and fully competent to make this declaration. I declare as follows:

1.     I am the Court-appointed Lead Plaintiff and the Court-appointed Class Representative in this action. During the litigation, I managed my business, while residing in Mississippi. I submit this declaration in support of final approval of the $3,750,000 settlement ("Settlement"), the reimbursement of expenses incurred by my counsel in litigating this case, and an award of attorney fees of 25% of the Settlement. I also submit this declaration in support of my request for reimbursement of $1,360 associated with the time I spent monitoring and participating in the litigation. I have personal knowledge of the statements herein, and, if called as a witness, would testify competently thereto.

2.     To fulfill my responsibilities on behalf of all members of the Class, I: (a) participated in numerous conference calls; (b) searched for potentially relevant documents and provided them to my counsel; (c) kept fully informed of the case's status through numerous emails and calls with counsel; (d) discussed settlement strategies with counsel both in general and in advance of each mediation in this case; and (e) after careful consideration, provided counsel with settlement authority.

3.     On March 2, 2020, the Court appointed me to serve as the Lead Plaintiff.

4.     I have authorized my counsel to settle this class action for $3,750,000. Before doing so, I had reviewed, considered, and discussed with my counsel the merits of this case, was kept apprised of the scheduling of and progress of the case, and understood the risks and benefits of the decision to settle the action. After doing so, and together with the other Class Representatives, I believe that the Settlement provides an excellent recovery for the Class. I believe the Settlement is fair, reasonable, and adequate, in the best interest of the Class Members.

00607190;V2

DocuSign Envelope ID: BD40173B-9A20-4BF0-88E7-6D807BAF7420

5.    Additionally, I understand that in cases such as this, the Court may make an award of reasonable costs and expenses (including lost wages) directly relating to the representation of the Class to any representative serving on behalf of the Class I estimate that I spent 34 hours on the tasks set out in ¶ 2, above. I reasonably and necessarily incurred this time to meet my obligation as a representative plaintiff. I submit that the time I expended on this case warrants and award of $1,360.

6.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2021

DocuSigned by:

*Randy Marker*

5D1E2DDC1E6541B...

Randy Marker

00607190;V2

DECLARATION OF LEAD PLAINTIFF RANDY MARKER
Case No. 2:19-cv-09840-CAS