**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for Lead Plaintiff Randy Marker*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>　　　　Defendants. | Case No.:  2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF THE WAGNER FIRM IN SUPPORT OF LEAD COUNSEL'S MOTION FOR PAYMENT OF ATTORNEY'S FEES AND EXPENSES**<br><br>Judge:　Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>Hearing Day: July 19, 2021<br>Hearing Time: 10:00 AM |

I, Avi Wagner, pursuant to 28 U.S.C. § 1746, declare:

1.     I am an attorney admitted to this Court.  I am the managing partner of the Wagner Firm.  I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto. I make this declaration in support of Lead Counsel's Motion for Attorney's Fees and Payment of Expenses.

2.     My firm was appointed Liaison Counsel in this action and litigated the action on behalf of Lead Plaintiff and the Settlement Class.

3.     The information in this declaration regarding my firm's time and expenses is taken from professional time and expense reports and supporting documentation prepared and/or maintained by the firm in the ordinary course of business. These reports (and backup documentation where necessary) were reviewed by others at my firm, under my direction, in connection with the preparation of this declaration.  In the course of recording professional time, reductions were made in the exercise of billing judgment.  As a result, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought, as set forth in this declaration, are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation.  In addition, I believe that the expenses are of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4.     The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by the attorneys and professional support staff members of my

DECLARATION OF THE WAGNER FIRM IN SUPPORT OF
LEAD COUNSEL'S MOTION FOR PAYMENT OF ATTORNEY'S FEES AND EXPENSES
–2:19-cv-09840

firm who were involved in the prosecution of the Action and the lodestar calculation based on my firm's current rates. The schedule was prepared from daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and expenses has not been included in this request.

5.      The hourly rates for the attorneys and professional support staff of my firm included in Exhibit A are their usual and customary rates.

6.      The total number of hours expended on this litigation by my firm during the Time Period is 73.7 hours. The total lodestar for my firm for those hours is $43,952.00.

7.      As detailed in Exhibit B, my firm will have advanced a total of $1,389.94 in expenses and charges in connection with the prosecution of the litigation of the Action. These expenses and charges are summarized by category in Exhibit B.

8.      The following is additional information regarding certain of my firm's expenses:

a.      Filing Fees: $1,000. These expenses have been paid to courts in connection with certificates of good standing, *pro hac vice* motions, and to the Ninth Circuit.

b.      Overnight Delivery and Copying Charges: $389.94.
These expenses represent the expenses incurred by my firm for use of these services in connection with the Action.

9. With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm, as well as biographies of the firm's partners and associates.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June, 2021, in Los Angeles, California.

*s/ Avi Wagner*
Avi Wagner

# EXHIBIT A

## *Chupa v. Armstrong Flooring Inc. et al., Case No. 2:19-cv-09840*

## WAGNER FIRM

## LODESTAR REPORT

## Inception through June 10, 2021

| NAME | TITLE* | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Avi Wagner | P | 57.6 | $695 | $40,032.00 |
| Charissa Morningstar | SC | 2.0 | $550 | $1,100.00 |
| Harry Khardjian | PL | 14.1 | $200 | $2,200.00 |
| | | | | |
| | | | | |
| **TOTAL** | | **73.7** | | **$43,952.00** |

\*

P = Partner
SC = Senior Counsel
A = Associate Attorney
PL = Paralegal

**EXHIBIT B**

*Chupa v. Armstrong Flooring Inc. et al., Case No. 2:19-cv-09840*

**WAGNER FIRM**

**EXPENSE REPORT**

**Inception through June 10, 2021**

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $1,000.00 |
| Overnight Delivery and Copying Charges | $389.94 |
| **TOTAL** | **$1,389.94** |

**EXHIBIT C**

*Chupa v. Armstrong Flooring Inc. et al., Case No. 2:19-cv-09840*

**WAGNER FIRM**

**FIRM BIO**

## THE WAGNER FIRM

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 491-7949
info@thewagnerfirm.com

The Wagner Firm has a broad based business litigation practice encompassing a variety of contract and business tort disputes. Since his graduation from Georgetown University Law Center in 2002, where he was fortunate enough to work for the SEC, firm principal Avi Wagner has successfully litigated in state and federal trial courts, federal bankruptcy courts, and state and federal appellate courts across the United States, including California, New York, New Jersey, Texas and Indianapolis. He has also pursued arbitrations before AAA and FINRA.

The firm's practice is principally focused on investment and insurance related disputes:

### Securities Arbitration and Litigation:

Mr. Wagner has been involved as an attorney in investment disputes from multiple different angles, representing plaintiffs/claimants, defendants, and insurers in investment and partnership related disputes. He has represented broker-dealers, private equity funds, investment funds, pension plans and individuals in securities litigation and arbitration, as well as shareholder derivative litigation. He also represented investors in claims of stock fraud and stock broker misconduct. The ability to see a case cogently from each of these views is a significant component in his ability to formulate a case strategy.

### Insurance Litigation:

Mr. Wagner has represented both insurers and insureds in insurance coverage disputes, related third-party claims, rescission, interpleader and subrogation issues. Mr. Wagner also assists clients in assessing the scope and sufficiency of their insurance program.  Mr. Wagner has extensive experience in dealing with issues relating to Directors and Officers liability and Errors and Omissions liability insurance, having represented bank, broker-dealer and registered investment advisor clients in this respect.  He has also provided counseling and the successful resolution of a dispute to a fashion wholesaler and to a individuals associated with an educational non-profit, ensuring they received a defense under an employment practices liability policy.

1

2

On the pro bono side, Mr. Wagner has been involved in the favorable resolution of several landlord-tenant disputes and has provided pro bono counseling to Holocaust victims seeking restitution from the German government.

For more information please contact Avi Wagner at (310) 491-7949 x 1 or by email at avi@thewagnerfirm.com