PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

ROBERT A. FUMERTON (*pro hac vice*)
robert.fumerton@skadden.com
CHRISTOPHER R. FREDMONSKI (*pro hac vice*)
christopher.fredmonski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:    (212) 735-2000

Attorneys for Defendants Armstrong Flooring, Inc.,
Michel Vermette, Larry McWilliams and Dominic Rice

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG FLOORING, INC., MICHEL VERMETTE, DONALD MAIER, LARRY McWILLIAMS, DOUGLAS BINGHAM, DOMINIC RICE, and RONALD FORD,<br><br>Defendants. | CASE NO.: 2:19-cv-09840 CAS (MRWx)<br><br>**DECLARATION OF ZACHARY M. FAIGEN REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715(b)**<br><br>The Honorable Christina A. Snyder<br><br>Hearing Date:  July 19, 2021<br>Hearing Time:  10:00 a.m.<br>Courtroom:       8D |

DECLARATION OF ZACHARY M. FAIGEN REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715(b)

## DECLARATION OF ZACHARY M. FAIGEN

1.    I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a counsel in the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendants Armstrong Flooring, Inc., Michel Vermette, Larry McWilliams and Dominic Rice (collectively, "Armstrong Flooring") in the above captioned-matter. I make this declaration to attest to Armstrong Flooring's Compliance with 28 U.S.C. § 1715. This declaration is based on my own personal knowledge and if called upon to do so, I could and would testify competently thereto.

2.    Pursuant to the Class Action Fairness Act ("CAFA"), on January 22, 2021, I caused a letter containing the information and documents called for by 28 U.S.C. § 1715(b) to be sent to the appropriate State and Federal officials, as defined by 28 U.S.C. § 1715(a).

3.    Attached hereto as **Exhibit 1** to this declaration is a true and correct copy of the January 22, 2021 letter, without the court documents enclosed with the letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on this 12th day of July, 2021.


*/s/ Zachary M. Faigen*
Zachary M. Faigen

1

DECLARATION OF ZACHARY M. FAIGEN REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715(b)

# Exhibit 1

Exhibit 1

Page 1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

—

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5273
DIRECT FAX
(213) 621-5273
EMAIL ADDRESS
Zack.Faigen@Skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 22, 2021

**VIA MAIL**

TO: ALL ADDRESSES LISTED ON THE ATTACHED
APPENDIX A

RE:  **Notice of Proposed Class Action Settlement**
*Chupa v. Armstrong Flooring, Inc.*, No. 4:19-cv-09840-CAS (C.D. Cal.)

Dear Sir or Madam:

Pursuant to Section 3 of the Class Action Fairness Act, 28 U.S.C. § 1715, you are hereby notified of a proposed settlement of the above-captioned class action lawsuit (the "Class Action") currently pending before the United States District Court for the Central District of California (the "Court"). This Notice is provided on behalf of Defendant Armstrong Flooring, Inc. ("Armstrong Flooring" or "Defendant"). This Notice and the accompanying materials are intended to satisfy any and all notification obligations that Defendant has pursuant to CAFA with respect to the Class Action.

CAFA identifies eight items of information to be provided to you, to the extent applicable, in connection with any class action settlement. Each of these items is addressed below and, where appropriate, included as specified on the enclosed CD.

1.    <u>The complaint and any materials filed with the complaint</u>. 28 U.S.C. § 1715(b)(1). The Amended Complaint for Violations of the Federal Securities Laws, filed on July 2, 2020, is included on the enclosed CD as Exhibit A.

2.    <u>Notice of any scheduled judicial hearing in the class action</u>. 28 U.S.C. § 1715(b)(2). On January 15, 2021, the lead plaintiff in the Class Action filed a Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval to Provide Notice to the Class (the "Motion") with the Court. A copy of

Exhibit 1

Page 2

U.S. and State Attorneys General
January 22, 2021
Page 2

the Motion, along with lead plaintiff's Memorandum of Points and Authorities in support of the Motion, is provided on the enclosed CD as Exhibit B. The lead plaintiff noticed the preliminary approval hearing on the Motion for February 22, 2021. A copy of the [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (the "Order") is provided on the enclosed CD as Exhibit C. No other hearings are currently scheduled in the Class Action.

       3.      Any proposed or final notification to class members. 28 U.S.C. § 1715(b)(3). The text of the proposed notification to class members of the proposed settlement, including their rights to request exclusion from the class, is included as part of the Order that is Exhibit C on the enclosed CD. More specifically, the notice to be mailed to class members is Exhibit A-4 to the Order, the notice to be posted on the internet is Exhibit A-1 to the Order, and the summary notice to be published according to the Order is Exhibit -3 to the Order.

       4.      Any proposed or final class action settlement. 28 U.S.C. § 1715(b)(4). The proposed class action settlement is set forth in the Stipulation and Agreement of Settlement (the "Stipulation"), a copy of which is provided on the enclosed CD as Exhibit D, along with the corresponding exhibits.

       5.      Any settlement or other agreement contemporaneously made between class counsel and counsel for defendants. 28 U.S.C. § 1715(b)(5). On January 15, 2021, lead plaintiff and Defendant entered into a Confidential Supplemental Agreement that has not been filed with the Court. A redacted version of the Supplemental Agreement is included on the enclosed CD as Exhibit E. A non-redacted version will be provided upon request.

       6.      Any final judgment or notice of dismissal. 28 U.S.C. § 1715(b)(6). No final judgment or notice of dismissal has been entered. The proposed Judgment Approving Class Action Settlement and Order of Dismissal is included on the enclosed CD as Exhibit F.

       7.      A reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement. 28 U.S.C. § 1715(b)(7)(B). CAFA requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. §1715(b)(7)(A)-(B). This is a securities class action brought on behalf of persons who purchased or otherwise acquired Armstrong Flooring common stock, a publicly traded security, during a specified period. A substantial number of Armstrong Flooring's shares are held by nominees (brokerage firms and other custodians or intermediaries). As a result, Armstrong Flooring does not know the identity, location or shareholdings of a large

Exhibit 1

Page 3

U.S. and State Attorneys General
January 22, 2021
Page 3

percentage of class members, and it is not feasible at this time for Defendant to identify and provide the names of members of the class residing in each state. Defendant has endeavored to provide an estimate of the shares that may be covered by the proposed settlement and held by residents of each state, which is reflected in Exhibit G on the enclosed CD. This estimate is based upon the assumption that outstanding shares of Armstrong Flooring's common stock, as of the end of the class period, were distributed among the States in the same proportion as each State's share of the total population of the United States as reflected in the 2010 census. Armstrong Flooring believes that the information provided in Exhibit G is the best currently available information for purposes of providing a reasonable estimate of the number of class members residing in each state and their proportionate share of claims to the entire settlement.

8. <u>Any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6)</u>. 28 U.S.C. § 1715(b)(8). There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6) as of this date.

<u>This Notice is timely</u>. CAFA provides two timing deadlines for service of the CAFA Notice, and Defendant has complied with both. First, 28 U.S.C. § 1715(b) required Defendant to serve this Notice "[n]ot later than 10 days after a proposed settlement of class action is filed in court." Defendant has complied with this deadline because the Stipulation and Motion were filed with the Court on January 15, 2021 and this Notice is being served by regular mail on January 22, 2021.

Second, § 1715(d) provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after" service of the CAFA Notice on the appropriate Federal and State officials. The Motion, which is Exhibit B on the enclosed CD, provides that the final settlement hearing will be at least 145 days after the Preliminary Approval Order is entered, which will necessarily be more than 90 days after the date of service of this Notice.

* * * * *

This Notice is provided based on the information currently available to Defendant, and based on the status of the proceedings at the time this Notice is being submitted. This Notice is complete as of the date hereof and will not be amended. Please note that the Court's docket in this Class Action is publicly accessible via the Pacer system at https://ecf.moed.uscourts.gov/.

This Notice is being provided on behalf of Armstrong Flooring, by and through its counsel, who may be contacted at the following addresses.

Exhibit 1
Page 4

U.S. and State Attorneys General
January 22, 2021
Page 4

| | |
|---|---|
| PETER B. MORRISON | ROBERT A. FUMERTON |
| ZACHARY M. FAIGEN | CHRISTOPHER R. FREDMONSKI |
| SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP | SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP |
| 300 South Grand Avenue | One Manhattan West |
| Los Angeles, CA 90071-3144 | New York, NY 10001 |
| Telephone:  (213) 687-5000 | Telephone:  (212) 735-3000 |
| Facsimile:  (213) 687-5600 | Facsimile:  (212) 735-2000 |
| peter.morrison@skadden.com | robert.fumerton@skadden.com |
| zack.faigen@skadden.com | christopher.fredmonski@skadden.com |

*Attorneys for Defendant*
*Armstrong Flooring, Inc.*

　　　　If you have any questions about this Notice, the Class Action, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact Defendant's counsel.

　　　　　　　　Yours truly,

　　　　　　　　*/s/ Zack Faigen*

　　　　　　　　Zack Faigen

Enclosure

Exhibit 1
Page 5

U.S. and State Attorneys General
January 22, 2021
Page 5

## APPENDIX A

**Offices of Federal and State Officials**

| | |
|---|---|
| JEFFREY ROSEN<br>U.S. Department of Justice<br>Office of the U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 | PHIL WEISER<br>Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 |
| STEVE MARSHALL<br>Alabama Attorney General<br>501 Washington Ave. P.O. Box 300152<br>Montgomery, AL  36130-0152 | WILLIAM TONG<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT  06106 |
| CLYDE "ED" SNIFFEN, JR.<br>Alaska Attorney General<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK  95501 | KATHY JENNINGS<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.,<br>Wilmington, DE  19801 |
| MARK BRNOVICH<br>Arizona Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ  85004 | KARL A. RACINE<br>District of Columbia Attorney General<br>441 4th Street, NW, Suite 1100 South<br>Washington, DC  20001 |
| LESLIE RUTLEDGE<br>Arkansas Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR  72201-2610 | ASHLEY MOODY<br>Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee,  FL  32399-1050 |
| XAVIER BECERRA<br>California Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA  95814 | CHRISTOPHER CARR<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA  30334-1300 |

Exhibit 1
Page 6

U.S. and State Attorneys General
January 22, 2021
Page 6

| | |
|---|---|
| CLARE E. CONNORS<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI  96813 | DANIEL CAMERON<br>Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY  40601 |
| LAWRENCE G. WASDEN<br>Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID  83720-1000 | JEFF LANDRY<br>Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA  70804-4095 |
| KWAME RAOUL<br>Illinois Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL  60601 | AARON FREY<br>Maine Attorney General<br>State House Station 6<br>Augusta, ME  04333 |
| TODD ROKITA<br>Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street - 5th Fl.<br>Indianapolis, IN  46204 | BRIAN E. FROSH<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202-2202 |
| TOM MILLER<br>Iowa Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA  50319 | MAURA HEALEY<br>Office of Massachusetts Attorney<br>1 Ashburton Place<br>Boston, MA  02108-1698 |
| DEREK SCHMIDT<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS  66612-1597 | DANA NESSEL<br>Michigan Attorney General<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909-0212 |

Exhibit 1
Page 7

U.S. and State Attorneys General
January 22, 2021
Page 7

| | |
|---|---|
| KEITH ELLISON<br>Minnesota Attorney General<br>75 Dr. Martin Luther King, Jr. Blvd.<br>Saint Paul, MN  55155 | GORDON MACDONALD<br>New Hampshire Attorney General<br>33 Capitol St.<br>Concord, NH  03301 |
| LYNN FITCH<br>Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS  39205 | GURBIR S. GREWAL<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ  08625 |
| ERIC SCHMITT<br>Missouri Attorney General<br>Supreme Ct. Bldg.<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO  65102 | HECTOR BALDERAS<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM  87504-1508 |
| AUSTIN KNUDSEN<br>Montana Attorney General<br>Justice Bldg., 215 N. Sanders<br>Helena, MT  59620-1401 | LETITIA A. JAMES<br>New York Attorney General<br>Dept. of Law - The Capitol, 2nd Fl.<br>Albany, NY  12224 |
| DOUG PETERSON<br>Nebraska Attorney General<br>State Capitol, P.O. Box 98920<br>Lincoln, NE  68509-8920 | JOSH STEIN<br>North Carolina Attorney General<br>Dept. of Justice, P.O. Box 629<br>Raleigh, NC  27602-0629 |
| AARON D. FORD<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.,<br>Carson City, NV  89701 | WAYNE STENEHJEM<br>North Dakota Attorney General<br>State Capitol, 600 E. Boulevard Ave.<br>Bismarck, ND  58505-0040 |
| DAVID YOST<br>Ohio Attorney General<br>State Office Tower 30 E. Broad St.,<br>Columbus, OH  43266-0410 | JASON RAVNSBORG<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD  57501-8501 |

Exhibit 1
Page 8

U.S. and State Attorneys General
January 22, 2021
Page 8

| | |
|---|---|
| MIKE HUNTER<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK  73105 | HERBERT H. SLATERY III<br>Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 |
| ELLEN F. ROSENBLUM<br>Oregon Attorney General<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR  97301 | KEN PAXTON<br>Texas Attorney General<br>Capitol Station, P.O. Box 12548<br>Austin, TX  78711-2548 |
| JOSH SHAPIRO<br>Pennsylvania Attorney General<br>1600 Strawberry Square, 16th Floor<br>Harrisburg, PA  17120 | SEAN D. REYES<br>Utah Attorney General<br>State Capitol, Rm. 236<br>Salt Lake City, UT  84114-0810 |
| PETER F. NERONHA<br>Rhode Island Attorney General<br>150 S. Main St.<br>Providence, RI  02903 | T.J. DONOVAN<br>Vermont Attorney General<br>109 State St.<br>Montpelier, VT  05609-1001 |
| ALAN WILSON<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC  29211-1549 | MARK HERRING<br>Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA  23219 |
| BOB FERGUSON<br>Washington Attorney General<br>1125 Washington St. SE, PO Box 40100<br>Olympia, WA  98504-0100 | LEEVIN TAITANO CAMACHO<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Dr., Ste. 901<br>Tamuning, Guam  96913 |
| PATRICK MORRISEY<br>West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Blvd., E.<br>Charleston, WV  25305 | Denise N. George<br>Virgin Islands Attorney General<br>34-38 Kronprinsdens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI  00802 |

Exhibit 1
Page 9

U.S. and State Attorneys General
January 22, 2021
Page 9

| | |
|---|---|
| JOSH KAUL<br>Wisconsin Attorney General<br>Wisconsin Dept. of Justice, State Capitol, Room 114, East P.O. Box 7857<br>Madison, WI 53707-7857 | EDWARD MANIBUSAN<br>Northern Mariana Islands<br>Attorney General<br>Administration Building,<br>P.O. Box 10007<br>Saipan MP 96950-8907 |
| BRIDGET HILL<br>Wyoming Attorney General<br>2320 Capitol Avenue<br>State Capitol Bldg.<br>Cheyenne, WY 82002 | MITZIE JESSOP TAASE<br>American Samoa Attorney General<br>American Samoa Gov't, Exec. Ofc. Bldg, Utulei, Territory of American Samoa, Pago Pago, AS 96799 |
| INES DEL C. CARRAU MARTINEZ<br>Puerto Rico Attorney General<br>PO Box 9020192<br>San Juan, PR 00902-0192 | |

Exhibit 1
Page 10