**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for*
*Lead Plaintiff Randy Marker*

(*Additional Counsel on signature page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>            Defendants. | Case No.:  2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF'S AND LEAD COUNSEL'S MOTIONS AT ECF NOS. 100 & 102**<br><br>Judge:   Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>Hearing Day: July 19, 2021<br>Hearing Time: 10:00 AM |

Pursuant to Rules 23(e) and 54(d) of the Federal Rules of Civil Procedure, Lead Plaintiff on behalf of himself and the proposed Settlement Class, and Lead Counsel, respectfully submit this reply in further support of Lead Plaintiff's Unopposed Motion for Final Approval of Settlement, Certification of the Settlement Class, and Entry of Judgment (ECF No. 100); and, Lead Counsel's Motion for Payment of Attorney's Fees and Expenses (ECF No. 102).

## ARGUMENT

The Settlement and request for attorney's fees and expenses are each appropriate, as detailed in Lead Plaintiff's and Lead Counsel's motion papers. ECF Nos. 100-104. Additionally, the objection period expired[1] and no Settlement Class Member (or other person or entity) objected to either the Settlement or to Lead Counsel's application for an award of attorneys' fees and expenses. There are zero requests for exclusion from the Settlement and the Claims Administrator reports that the Settlement Class Members are participating in this Settlement at a favorable rate, submitting more than 3,000 claims.[2]

The support of the Settlement Class is additional evidence that the Settlement and Lead Counsel's request for fees and expense are fair and reasonable. *See In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 1917, 2017 WL 2481782, at *4 (N.D. Cal. June 8,

---

[1] The deadline for filing any objection or request for exclusion was June 28, 2021. Order Preliminarily Approving Settlement and Authorizing Notice, ECF 99 at pages 11-12.

[2] *See* Declaration of Avi Wagner Declaration in Further Support of Lead Plaintiff's and Lead Counsel's Motions at ECF Nos. 100 & 102, at Exhibit 1 ¶ 9.

2017) (absence of any entity objection supports "the inference that the class approves of the settlement is even stronger"); *cf. Thompson v. Transamerica Life Ins. Co.*, No. 218CV05422CASGJSX, 2020 WL 6145105, at *7 (C.D. Cal. Sept. 16, 2020) (Snyder, J.) (the filing of only two valid objections "strongly supports approval" of the class action settlement); *Arnold v. Fitflop USA, LLC, No. 11-CV-0973 W(KSC), 2014 WL 1670133,* at *8 (S.D. Cal. Apr. 28, 2014) (just a small number of objections "indicat[ed] that the vast majority of Class Members and other concerned parties are likely satisfied with the resolution of this case")*; In re Nuvelo, Inc. Sec. Litig.*, No. C 07-047056 CRB, 2011 WL 2650592, at *3 (N.D. Cal. July 6, 2011) (finding one objection to a fee request to be "a strong, positive response from the class").  Indeed, the lack of any objections from "'sophisticated' institutional investors that had considerable financial incentive to object had they believed the requested fees were excessive" and did not do so, also supports approval.  *See, e.g.*, *In re Schering-Plough Corp. Enhance ERISA Litig.*, No. 08-1432 (DMC)(JAD), 2012 WL 1964451, at *6 (D.N.J. May 31, 2012) ("'The lack of objections to the requested attorneys' fees supports the request, especially because the settlement class includes large, sophisticated institutional investors.'"); *In re Bisys Sec. Litig.*, No. 04 Civ. 3840 (JSR), 2007 WL 2049726, at *1 (S.D.N.Y. July 16, 2007) (institutional investors "had the means, the motive, and the sophistication to raise objections if they thought the . . . fee was excessive").  Accordingly, the Settlement and request for attorney' fees and expenses are fair and reasonable.

## CONCLUSION

For the reasons detailed above and in the opening papers, Lead Plaintiff and Lead Counsel request that the Court grant the Unopposed Motion for Final Approval of Settlement, Certification of the Settlement Class, and Entry of Judgment; and, approve Lead Counsel's Motion for Payment of Attorney's Fees and Expenses. The proposed Judgment is Exhibit B to the Stipulation at ECF No. 95-1 at pages 122-33, which was also submitted with the moving papers at ECF No. 100. A proposed Order Awarding Payment of Attorneys' Fees and Expenses is submitted herewith.

Dated:  July 12, 2021                    Respectfully submitted,

THE WAGNER FIRM

/s/*Avi Wagner*
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com

BERNSTEIN LIEBHARD LLP
Michael S. Bigin (admitted *pro hac vice*)
Laurence J. Hasson (admitted *pro hac vice*)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:bigin@bernlieb.com
lhasson@bernlieb.com

*Counsel for Lead Plaintiff Randy Marker and Lead
Counsel for Proposed Settlement Class*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 12, 2021, I served true and correct copies of the foregoing document,

REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF'S AND LEAD COUNSEL'S MOTIONS AT ECF NOS. 100 & 102,

by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2021 at Los Angeles, California.

/s/ Charissa Morningstar

Charissa Morningstar

Proof of Service