**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for Lead Plaintiff Randy Marker*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>Defendants. | Case No.:  2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF AVI WAGNER IN FURTHER SUPPORT OF LEAD PLAINTIFF'S AND LEAD COUNSEL'S MOTIONS AT ECF NOS. 100 & 102**<br><br>Judge:   Hon. Christina A. Snyder<br>Courtroom: 8D<br><br>Hearing Day: July 19, 2021<br>Hearing Time: 10:00 AM |

I, Avi Wagner, pursuant to 28 U.S.C. § 1746, declare:

1.      I am an attorney admitted to this Court.  I am the managing partner of the Wagner Firm.  I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto. I make this declaration in Further Support of Lead Plaintiff's and Lead Counsel's Motions at ECF Nos. 100 & 102.

2.      Attached hereto are true and correct copies of the following documents:

**Exhibit 1**          Declaration of Josephine Bravata Concerning:
(A) Mailing of the Postcard Notice and (B)
Report on Requests for Exclusion and Objections

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July, 2021, in Los Angeles, California.

*s/ Avi Wagner*
Avi Wagner

DECLARATION OF AVI WAGNER ISO
LEAD PLAINTIFF'S AND LEAD COUNSEL'S
MOTIONS AT ECF NOS. 100 & 102
–2:19-cv-09840