**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG FLOORING, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-09840-CAS-MRW <br><br> Judge:  Hon. Christina A. Snyder <br> Courtroom 8D – 8th Floor <br><br> **CLASS ACTION** |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four-hundred fifty (450) class action settlements since its inception.  I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

00625920;V1

## UPDATE ON MAILING OF POSTCARD NOTICE

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, dated February 22, 2021 (the "Court's Order"), SCS was retained as Claims Administrator in connection with the Settlement of the above-captioned action.[1]

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections ("Bravata Declaration") dated Jun 14, 2021, SCS mailed or emailed 1,252 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 11,929 Postcard Notices to potential Settlement Class Members or nominees.[2]  Since the Bravata Declaration was filed, no additional Postcard Notices were mailed due to responses from Nominee Account Holders and Institutional Groups.

4.      Additionally, SCS emailed the Postcard Notice after receiving email addresses from a nominee to 341 of their clients and was notified by one of the nominees that they emailed 3,064 of their customers to notify them of this settlement and provide direct link to the Notice and Claim Form on the settlement website. Since the Bravata Declaration was filed, SCS was notified by the nominee that they emailed an additional 22 of their customers the link to the Notice and Claim Form. In total, 3,427 Postcard Notices were emailed/direct links from the website for the Notice and Claim Form were emailed due to responses from Nominee Account Holders and Institutional Groups.

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated January 15, 2021 (the "Stipulation").
[2] The Bravata stated that out of the 11,929 Postcard Notices mailed, we received 12 requests from the potential Settlement Class Members to mail them the Internet Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice and Claim Form"). Since the Bravata Declaration, we have received no additional requests for the Notice and Claim Form from potential Settlement Class Members.

00625920;V1                                2

## <u>UPDATE ON TOLL-FREE PHONE LINE</u>

5.      The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## <u>UPDATE ON SETTLEMENT WEBSITE</u>

6.      The Bravata Declaration also noted that on February 26, 2021, SCS established a webpage on its website at www.strategicclaims.net/Armstrong/. The webpage is accessible 24 hours a day, 7 days a week. SCS continues to maintain the website.  The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Claim Form, the Notice, the Court's Order, and the Stipulation.

## <u>UPDATE ON EXCLUSIONS AND OBJECTIONS</u>

7.      The Postcard Notice, Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than June 28, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no exclusion requests.

8.      According to the Notice, Settlement Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation, and/or the Fee and Expense Application must be submitted to Lead Counsel and Defendant's Counsel Representatives, as well as filed with the Court, no later than June 28, 2021. SCS has checked its mail and, as of the date of this Declaration, SCS has not received any objections.

00625920;V1                                    3

**CLAIM FORMS SUBMITTED**

9.      To date, SCS sent notices to 15,344 potential class members and 3,994 claims have been field.  This represents a claim filing ratio of 26% (3,994 divided by 15,344).  Based on my experience, 26% is a favorable claim filing ratio.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of July 2021, in Media, Pennsylvania.



Josephine Bravata