Avi Wagner, Esq. (SBN 226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile:  (310) 694-3967
Email: avi@thewagnerfirm.com

*Counsel for Lead Plaintiff Randy Marker
And Lead Counsel for Proposed Settlement
Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> ARMSTRONG FLOORING, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-09840-CAS-MRW <br><br> Judge: Hon. Christina A. Snyder <br> Courtroom 8D – 8th Floor <br><br> **CLASS ACTION** <br><br> **NOTICE OF LODGING OF [REVISED] PROPOSED ORDER AWARDING PAYMENT OF ATTORNEYS' FEES AND EXPENSES ("REVISED PROPOSED ORDER") IN CONNECTION WITH LEAD COUNSEL'S MOTION FOR PAYMENT OF ATTORNEY'S FEES AND EXPENSES ECF NO. 102** |

NOTICE OF LODGING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Lead Counsel for Lead Plaintiff submits the following [Revised Proposed] Order Awarding Payment of Attorney's Fees and Expenses ("Revised Proposed Order") in connection with Lead Counsel's Motion for Payment of Attorney's Fees and Expenses. ECF No. 102.

The Revised Proposed Order reduces Lead Counsel's litigation expense reimbursement request in the Order Awarding Payment of Attorney's Fees and Expenses (ECF No. 107-3 at ¶ 3) by removing a $2,500 travel allowance for the Settlement Hearing. Accordingly, the litigation expense reimbursement request in the Revised Proposed Order is $67,460.97, which is appropriate for the same reasons set forth in the motion.

| EXHIBIT | DOCUMENT |
|---|---|
| Exhibit A | [Revised Proposed] Order Awarding Payment of Attorney's Fees and Expenses ("Revised Proposed Order") in connection with Lead Counsel's Motion for Payment of Attorney's Fees and Expenses. ECF No. 102 |

Date: July 15, 2021

THE WAGNER FIRM

/s/ *Avi Wagner*

Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: Avi@thewagnerfirm.com

BERNSTEIN LIEBHARD LLP
Michael S. Bigin (admitted *pro hac vice*)
Laurence J. Hasson (admitted *pro hac vice*)
10 East 40th Street
New York, NY 10016

Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bigin@bernlieb.com
lhasson@bernlieb.com

*Counsel for Lead Plaintiff Randy Marker and Lead Counsel for Proposed Settlement Class*