# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV19-9840-CAS(MRWx) | Date | July 19, 2021 |
|---|---|---|---|
| Title | *MICHAEL CHUPA v. ARMSTRONG FLOORING, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Avi Wagner<br>Michael Bigin<br>Stanley Bernstein | Colleen Smith<br>Joni Jacobsen<br>Chung Chan<br>Zachary Faigen |

**Proceedings:**      ZOOM HEARING RE: UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND ENTRY OF JUDGMENT (Filed 06/14/2021)[100]

LEAD COUNSEL'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES (Filed 06/14/21)[102]

Hearing held by Zoom and counsel are present.  The Court confers with counsel, as stated on the record.  The Court grants the above-referenced motions and will issue the Proposed Orders forthwith.

| | 00 | : | 11 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |