**THE WAGNER FIRM**
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com
*Liaison Counsel for*
*Lead Plaintiff Randy Marker*

(*Additional Counsel on signature page*)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL CHUPA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>   v.<br><br>ARMSTRONG FLOORING, INC., et al.,<br><br>    Defendants. | Case No. 2:19-cv-09840-CAS-MRW<br><br>**CLASS ACTION**<br><br>**NOTICE OF UNOPPOSED MOTION FOR DISTRIBUTION OF THE SETTLEMENT FUND TO THE CLASS**<br><br>Judge:  Hon. Christina A. Snyder<br>Courtroom 8D – 8th Floor<br>Hearing Day: March 21, 2022<br>Hearing Time: 10:00 AM |

**PLEASE TAKE NOTICE** that on March 21, 2022, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, pursuant to paragraph 27 of the Stipulation, which is incorporated in the Judgment Approving Class Action Settlement And Order of Dismissal ("Judgment") (ECF No. 112), Lead Counsel seeks a class distribution order: (a) approving the Claims Administrator's determinations concerning the acceptance and rejection of the Claims submitted; (b) directing payment of the Net Settlement Fund to Authorized Claimants with a 180-day period for cashing checks; (c) approving payment of the administration fees and expenses associated with administrating the Settlement; and (d) permitting the Claims Administrator to destroy Claim Forms one year after the distribution.

Defendants do not oppose this motion.

Dated:  February 18, 2022              Respectfully submitted,

THE WAGNER FIRM

By: */s/ Avi Wagner*
Avi Wagner (Cal Bar. No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967
Email: avi@thewagnerfirm.com

BERNSTEIN LIEBHARD LLP
Michael S. Bigin (admitted *pro hac vice*)
Laurence J. Hasson (admitted *pro hac vice*)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:bigin@bernlieb.com
lhasson@bernlieb.com

*Counsel for Lead Plaintiff Randy Marker and Lead
Counsel for Proposed Settlement Class*

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 18, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2022, at Los Angeles, California.

*s/ Avi Wagner*
Avi Wagner